**FILED**

OCT - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Sierra Club, Inc. | ) | |
| | ) | |
| | ) | Case: 1:07-cv-01756 |
| vs    Plaintiff | ) C | Assigned To : Lamberth, Royce C. |
| | ) | Assign. Date : 10/1/2007 |
| Lt. Gen. Robert L. Van Antwerp | ) | Description: Admn. Agency Review |
| Army Corps of Engineers | ) | |
| | ) | |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The Sierra Club, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Sierra Club, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

Joshua R. Stebbins
Print Name

468542
BAR IDENTIFICATION NO.

Meyer Glitzenstein & Crystal
Address

1601 Connecticut Ave.,N.W., Suite 700 Washington DC 20009
City          State          Zip Code

202-588-5206
Phone Number

2