CO-386-online
10/03

# United States District Court
# For the District of Columbia

Sierra Club, Inc.  )
)
)    Case: 1:07-cv-01756
Plaintiff  )    Assigned To : Lamberth, Royce C.
vs  )    Assign. Date : 10/1/2007
)    Description: Admn. Agency Review
Lt. Gen. Robert L. Van Antwerp  )
Army Corps of Engineers  )
)
Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Clean Water Action__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Clean Water Action__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

Joshua R. Stebbins
Print Name

468542
BAR IDENTIFICATION NO.

Meyer Glitzenstein & Crystal
Address

1601 Connecticut Ave.,N.W., Suite 700 Washington DC 20009
City          State          Zip Code

202-588-5206
Phone Number