CO-386-online
10/03

# United States District Court
# For the District of Columbia

Sierra Club, Inc. )
)
)
)
Plaintiff )
vs )  Civil A
)
Lt. Gen. Robert L. Van Antwerp )
Army Corps of Engineers )
)
Defendant )

Case: 1:07-cv-01756
Assigned To : Lamberth, Royce C.
Assign. Date : 10/1/2007
Description: Admn. Agency Review

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Gulf Restoration Network__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Gulf Restoration Network__ which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

468542
_____
BAR IDENTIFICATION NO.

Joshua R. Stebbins
_____
Print Name

Meyer Glitzenstein & Crystal
_____
Address

1601 Connecticut Ave.,N.W., Suite 700 Washington DC 20009
_____
City          State          Zip Code

202-588-5206
_____
Phone Number

4