UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIERRA CLUB, CLEAN WATER ACTION,
GULF RESTORATION NETWORK, CHRIS LOY,
and RICHARD SOMMERVILLE

      Plaintiffs,

v.   Civ. No. 1:07-cv-01756

LT. GEN. ROBERT L. VAN ANTWERP,
in his official capacity as Chief of Engineers,
U.S. Army Corps of Engineers,
DIRK KEMPTHORNE, in his official capacity
as Secretary, U.S. Department of the Interior, and
H. DALE HALL, in his official capacity as
Director, U.S. Fish and Wildlife Service,

      Defendants.

## NOTICE OF APPEARANCE FOR DEFENDANTS

Please enter the appearance of Samantha Klein as counsel of record for all defendants. This entry of appearance is in addition to the previous appearance of Mark Arthur Brown who remains as counsel for defendants in this matter. Ms. Klein is registered to use this Court's Electronic Case Filing System ("ECF"), and thus may be served electronically using ECF. If necessary, notices, orders or other papers may alternatively be sent to Ms. Klein at the address set forth below. The Justice Department also has a dedicated line for receipt of facsimile transmissions from the Court, (202) 353-7763.

October 11, 2007

                                              Respectfully submitted,

                                              RONALD J. TENPAS
                                              Acting Assistant Attorney General

       United States Department of Justice
       Environment and Natural Resources Divisions

By: /s/ Samantha Klein_____
   Samantha Klein
   Trial Attorney
   United States Department of Justice
   Natural Resources Section
   P.O. Box 663
   Washington, D.C.  20044-0663
   Tel: (202) 305-0474
   Facsimile: (202) 305-0506
   email: samantha.klein@usdoj.gov

   Overnight delivery:
   Patrick Henry Building
   601 D Street, N.W.
   Washington D.C., 20004