UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LT. GEN. ROBERT L. VAN ANTWERP, et al., )<br>)<br>Defendants. )<br>) | Civ. No. 1:07-cv-01756 (RCL) |

**NOTICE OF FILING**

Plaintiffs in this action - the Sierra Club, Clean Water Action and Gulf Restoration Network ("Plaintiffs") - hereby submit this Notice of Filing regarding the current status of the case.  Defendants have now produced an Administrative Record – which consists of documents on two CD-Roms – to Plaintiffs and proposed intervenors Sierra Properties I, LLC, Pasco 54, LTD, Pasco Ranch, Inc., and JG Cypress Creek LLC ("Proposed Intervenors").  See Exs. A, B.

Upon Plaintiffs' initial review the record appears to be largely complete.  Plaintiffs will seek to resolve any issues concerning the completeness of the record with Federal Defendants.

Especially in light of the production of the Administrative Record and Proposed Intervenors' Motion to Intervene – which Plaintiffs have not opposed as permissive intervention – Plaintiffs again respectfully suggest that there is no reason why this case, arising under the Administrative Procedure Act, should not proceed in this forum.

    Respectfully submitted,

    /s/ Joshua Stebbins

    Joshua Stebbins
    D.C. Bar No. 468542

/s/ Howard Crystal
Howard M. Crystal
D.C. Bar No. 446189

/s/ Eric Glitzenstein
Eric R. Glitzenstein
D.C. Bar No. 358287

MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Ave., NW, Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049
jstebbins@meyerglitz.com
hcrystal@meyerglitz.com

Attorneys for Plaintiffs

Date: October 31, 2007



U.S. Department of Justice

Environment and Natural Resources Division

90-8-6-06376

*Andrew J. Doyle, Attorney*
*Environmental Defense Section*
*P.O. Box 23986*
*L'Enfant Plaza Station*
*Washington, DC 20026-3986*

*Telephone (202) 514-4427*
*Facsimile (202) 514-8865*

**via email**

October 23, 2007

Joshua Stebbins (JStebbins@meyerglitz.com)
Neal McAliley (nmcaliley@miami.whitecase.com)
Doug Halsey (dhalsey@miami.whitecase.com)
Angela Daker (adaker@miami.whitecase.com)

      Re:    Sierra Club v. Van Antwerp, No. 1:07-cv-01756 (D.D.C..)

Dear counsel:

      Enclosed please find copies of the draft index to the administrative record that the United States Army Corps of Engineers, Jacksonville District ("Corps") has prepared for this case. I am forwarding a CD-ROM with copies of the documents via express mail.

      Please advise us in writing not later than 5 p.m. eastern time on Wednesday, October 31, 2007, if you believe something is missing from the draft index; a copy of the allegedly missing document (preferably in PDF format); and the basis for your contention. While the Corps is not inviting negotiation over the content of its administrative record, it is appropriate to allow the agency the opportunity to consider and resolve any argument about the completeness of the record before any such argument is raised for the first time in the District Court.

      Sincerely,

/s

Mark A. Brown, Senior Attorney
Wildlife and Marine Resources Sec.
Andrew J. Doyle, Attorney
Environmental Defense Section

cc: John Kasbar, Esq., Corps
    Delores Young, Esq., Department of Interior

PLAINTIFF'S EXHIBIT
A
ALL-STATE LEGAL®



U.S. Department of Justice

Environment and Natural Resources Division

90-8-6-06376
_____

*Andrew J. Doyle, Attorney*
*Environmental Defense Section*   *Telephone (202) 514-4427*
*P.O. Box 23986*   *Facsimile (202) 514-8865*
*L'Enfant Plaza Station*
*Washington, DC  20026-3986*

**via email**

October 26, 2007

Joshua Stebbins (JStebbins@meyerglitz.com)
Neal McAliley (nmcaliley@miami.whitecase.com)
Doug Halsey (dhalsey@miami.whitecase.com)
Angela Daker (adaker@miami.whitecase.com)

       Re:    Sierra Club v. Van Antwerp, No. 1:07-cv-01756 (D.D.C.)

Dear counsel:

      Enclosed please find copies of the draft index to the administrative record that the United States Fish and Wildlife Service ("FWS") has prepared for this case. I am forwarding a CD-ROM with copies of the documents via express mail.

      Please advise us in writing not later than 5 p.m. eastern time on Friday, November 2, 2007, if you believe something is missing from the draft index; a copy of the allegedly missing document (preferably in PDF format); and the basis for your contention. While the Corps is not inviting negotiation over the content of its administrative record, it is appropriate to allow the agency the opportunity to consider and resolve any argument about the completeness of the record before any such argument is raised for the first time in the District Court.

                                 Sincerely,

                                 /s

                               Mark A. Brown, Senior Attorney
                               Wildlife and Marine Resources Sec.
                               Andrew J. Doyle, Attorney
                               Environmental Defense Section

cc:  John Kasbar, Esq., Corps
      Delores Young, Esq., Department of Interior

PLAINTIFF'S EXHIBIT B