# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
SIERRA CLUB, CLEAN WATER ACTION, )
GULF RESTORATION NETWORK, )
CHRIS LOY, *and* RICHARD )
SOMMERVILLE )
 )
 )
     *Plaintiffs*, )
 )
v. ) Civ. No. 1:07-cv-01756-RCL
 )
LT. GEN ROBERT L. VAN ANTWERP in his )
official capacity as Chief of Engineers, U.S. Corps )
Army Corps of Engineers, )
DICK KEMPTHORNE, in his official capacity as )
Secretary, U.S. Department of the Interior, *and* )
H. DALE HALL, in his official capacity as )
Director, U.S. Fish and Wildlife Service )
 )
     *Defendants.* )
_____)

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Kristofor R. Swanson as Counsel for the Defendants. Mr. Swanson is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF. If necessary, notices, orders, or other papers may alternatively be sent to Mr. Swanson at the address below.

Respectfully submitted this 31st day of October, 2007.

                                    RONALD J. TENPAS
                                    Acting Assistant Attorney General

               By:   */s/ Kristofor R. Swanson*
                       KRISTOFOR R. SWANSON
                       (Colo. Bar No. 39378)

U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-0248
Fax: 202-305-0506
Email: kristofor.swanson@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004