UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-01756 (RCL) |
| ) | |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., ) | |
| ) | |
| Defendants. ) | |

**ERRATA**

Plaintiffs note the following errors in Plaintiffs' Memorandum In Opposition To Federal Defendants' Motion To Transfer in <u>Sierra Club v. Van Antwerp</u>, 1:07-cv-01756 (RCL) (filed October 12, 2007 D.D.C.) ("Memorandum"):

1) On page 18 of Plaintiffs' Memorandum, the reference to Judge Rogers in discussing <u>Akiachak Native Community v. Department of the Interior</u>, 502 F. Supp.2d 64 (D.D.C. 2007), should instead refer to Judge Roberts.

2) On Page 20 of Plaintiffs' Memorandum, the discussion of <u>The Wilderness Society v. Babbitt</u>, 104 F. Supp.2d 10 (D.D.C. 2000), should refer to Judge Roberts distinguishing Judge Kessler's earlier decision in <u>Hawksbill Sea Turtle v. Federal Emergency Management Agency</u>, 939 F.Supp. 1 (D.D.C. 1996).

          Respectfully submitted,

          /s/ Joshua Stebbins

          Joshua Stebbins
          D.C. Bar No. 468542

        MEYER GLITZENSTEIN & CRYSTAL
        1601 Connecticut Ave., NW, Suite 700
        Washington, D.C. 20009
        (202) 588-5206
        (202) 588-5049
        jstebbins@meyerglitz.com

        Attorney for Plaintiffs

Date: November 26, 2007