UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-1756 (RCL) |
| LT. GEN. ROBERT L. VAN ANTWERP, *et al.* | ) |
| Defendants. | ) |

## ORDER

Upon full consideration of putative intervenors, Sierra Properties I, LLC, Pasco 54, LTD, Pasco Ranch, Inc., and JG Cypress Creek LLC's ("Intervenors") motion [8] to intervene, plaintiffs' response, the reply, the entire record herein, and applicable law, it is hereby

ORDERED that the motion is GRANTED. Permissive intervention is granted pursuant to FED. R. CIV. P. 24(b); it is further hereby

ORDERED that Intervenors' Proposed Answer [8-3] shall be deemed filed as Intervenors' Answer as of this date; it is further hereby

ORDERED that defendants' motion [5] to transfer venue to the Middle District of Florida is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 4, 2007.