# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                          )
**SIERRA CLUB,** *et al.*                 )
                                          )
    **Plaintiffs,**                 )
                                          )
    **v.**                         )     **Civil Action No. 07-1756 (RCL)**
                                          )
**LT. GEN. ROBERT L. VAN**                )
**ANTWERP,** *et al.*                     )
                                          )
    **Defendants.**                 )
_____)

## ORDER

       Defendants and intervenors have filed answers.  Therefore, the parties shall within fifteen (15) days of this date hold a Local Rule 16.3 Conference.  Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order.  The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

       SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 4, 2007.