IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, CLEAN WATER ACTION, GULF RESTORATION NETWORK, CHRIS LOY, and RICHARD SOMMERVILLE,<br><br>      Plaintiffs,<br><br>v.<br><br>LT. GEN. ROBERT L. VAN ANTWERP, in his official capacity as Chief of Engineers, U.S. Army Corps of Engineers, DIRK KEMPTHORNE, in his official capacity as Secretary, U.S. Department of the Interior, and H. DALE HALL, in his official capacity as Director, U.S. Fish and Wildlife Service,<br><br>      Defendants. | Civil Action No. 1:07-cv-01756 (RCL) |

**MOTION OF DOUGLAS M. HALSEY FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Douglas M. Halsey, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of this motion, Mr. Halsey provides his attached declaration.

Dated: December 10, 2007

WHITE & CASE LLP

_____
Eric Grannon (D.C. Bar No. 473778)
Erin M. Everitt (D.C. Bar No. 497407)
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600 (telephone)
(202) 639-9355 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th of December, 2007, I caused the Motion of Douglas M. Halsey for Admission *Pro Hac Vice* to be made available for viewing and download on the Electronic Case Filing System and served upon the following parties by U.S. mail:

Eric Robert Glitzenstein
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, NW
Washington, DC 20009
(202) 588-5206
Fax:(202) 588-5049
Email: eric@meyerglitz.com

*Counsel for Plaintiffs' Sierra Club, Clean Water Action, Gulf Restoration Network, Chris Loy and Richard Sommerville*

Mark Arthur Brown
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7369
Ben Franklin Station
Washington, DC 20044-7369
(202) 305-0204
Fax: (202) 514-0097
Email: mark.brown@usdoj.gov

*Counsel for Defendants' Robert van Antwerp, Dirk Kempthorne and Dale Hall*

_____
Erin M. Everitt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, CLEAN WATER ACTION, GULF RESTORATION NETWORK, CHRIS LOY, and RICHARD SOMMERVILLE,<br><br>Plaintiffs,<br><br>v.<br><br>LT. GEN. ROBERT L. VAN ANTWERP, in his official capacity as Chief of Engineers, U.S. Army Corps of Engineers, DIRK KEMPTHORNE, in his official capacity as Secretary, U.S. Department of the Interior, and H. DALE HALL, in his official capacity as Director, U.S. Fish and Wildlife Service,<br><br>Defendants. | Civil Action No. 1:07-cv-01756 (RCL) |

## DECLARATION OF DOUGLAS M. HALSEY

I, Douglas M. Halsey ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission</u>: Applicant is a partner in the law firm White & Case LLP and requests permission to participate in this action as counsel for Sierra Properties I, LLC (doing business as Sierra Properties), Pasco 54, Ltd., Pasco Ranch, Inc., and JG Cypress Creek LLC (collectively the "Intervening Defendants").

2. <u>Name and Address of Applicant's Law Firm</u>:

>   White & Case LLP
>   Wachovia Financial Center
>   200 South Biscayne Boulevard
>   Suite 4900
>   Miami, FL  33131-2352
>   (305) 371-2700 (telephone)
>   (305) 358-5744 (facsimile)

3. <u>Bar Admissions</u>: Applicant is a member of the Bar of the State of Florida.

4. <u>Certification of Good Standing</u>: Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

5. <u>Previous Appearances in this Court</u>: Applicant has not been admitted *pro hac vice* in this Court within the last two years.

6. <u>Residence Outside District</u>: Applicant resides and practices law from an office outside this District, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of December, 2007.

/s/ Douglas M. Halsey
Douglas M. Halsey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SIERRA CLUB, CLEAN WATER ACTION, GULF RESTORATION NETWORK, CHRIS LOY, and RICHARD SOMMERVILLE, | ) ) ) ) ) | Civil Action No. 1:07-cv-01756 (RCL) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| LT. GEN. ROBERT L. VAN ANTWERP, in his official capacity as Chief of Engineers, U.S. Army Corps of Engineers, DIRK KEMPTHORNE, in his official capacity as Secretary, U.S. Department of the Interior, and H. DALE HALL, in his official capacity as Director, U.S. Fish and Wildlife Service, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) / | |

**PROPOSED ORDER**

Upon consideration of the Motion of Douglas M. Halsey for Admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration, it is hereby

ORDERED that the motion be and hereby is GRANTED.

Dated:_____          _____

                                                                                       Honorable Royce C. Lamberth
                                                                                       United States District Judge