IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, CLEAN WATER ACTION, GULF RESTORATION NETWORK, CHRIS LOY, and RICHARD SOMMERVILLE,<br><br>    Plaintiffs,<br><br>v.<br><br>LT. GEN. ROBERT L. VAN ANTWERP, in his official capacity as Chief of Engineers, U.S. Army Corps of Engineers, DIRK KEMPTHORNE, in his official capacity as Secretary, U.S. Department of the Interior, and H. DALE HALL, in his official capacity as Director, U.S. Fish and Wildlife Service,<br><br>    Defendants. | Civil Action No. 1:07-cv-01756 (RCL) |

## ORDER

Upon consideration of the Motion of Douglas M. Halsey for Admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration, it is hereby

ORDERED that the motion be and hereby is GRANTED.

Dated:___12/11/07_____          _____/s/_____
                                                                                  Honorable Royce C. Lamberth
                                                                                 United States District Judge