UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. Action No. 1:07-cv-01756 (RCL) |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., | ) |
| Defendants. | ) |

## SCHEDULING ORDER

| | |
|---|---|
| January 3, 2008 | The administrative record was filed. |
| January 14, 2008 | Plaintiffs file their motion for summary judgment. |
| February 15, 2008 | Federal Defendants and Intervening Defendant file their memorandums in opposition to Plaintiffs' motion and their cross motions for summary judgment combined with the opposition. |
| February 29, 2008 | Plaintiffs file a combined reply and memorandum in opposition to Federal Defendants' and Intervening Defendants' motion for summary judgment. |
| March 14, 2008 | Federal Defendants and Intervening Defendants file their replies in support of their cross motions for summary judgment. |

Signed by United States District Judge Royce C. Lamberth on January 4, 2008.