UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SIERRA CLUB, CLEAN WATER ACTION,
GULF RESTORATION NETWORK, CHRIS LOY,
and RICHARD SOMMERVILLE

      Plaintiffs,

v.                                    Civ. No. 1:07-cv-01756

LT. GEN. ROBERT L. VAN ANTWERP,
in his official capacity as Chief of Engineers,
U.S. Army Corps of Engineers,
DIRK KEMPTHORNE, in his official capacity
as Secretary, U.S. Department of the Interior, and
H. DALE HALL, in his official capacity as
Director, U.S. Fish and Wildlife Service,

      Defendants.
_____

## NOTICE OF APPEARANCE FOR DEFENDANTS

      Please enter the appearance of Jessica O'Donnell, D.C. Bar No. 473166, as counsel of record for all defendants. This entry of appearance is in addition to the previous appearance of Mark Arthur Brown, Kristofor R. Swanson, and Samantha Klein, who remain as counsel for defendants in this matter. Ms. O'Donnell is registered to use this Court's Electronic Case Filing System ("ECF"), and thus may be served electronically using ECF. If necessary, notices, orders or other papers may alternatively be sent to Ms. O'Donnell at the address set forth below.

Dated: January 14, 2008

                                              Respectfully submitted,

                                              RONALD J. TENPAS
                                              Assistant Attorney General
                                              United States Department of Justice

                Environment and Natural Resources Divisions

By:    /s/ Jessica O'Donnell_____
        Environmental Defense Section
        U.S. Department of Justice
        P.O. Box 23986
        Washington, D.C. 20026-3986
        Telephone: (202) 305-0851
        E-mail: jessica.odonnell@usdoj.gov

        Street address:
        601 D Street, NW, Suite 8000
        Washington, D.C. 20004