UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>LT. GEN. ROBERT L. VAN ANTWERP, et al., )<br>)<br>    Defendants. )<br>)<br>    and )<br>)<br>SIERRA PROPERTIES, et al., )<br>)<br>    Intervening Defendants )<br>_____)  | Civ. No. 1:07-cv-01756 (RCL) |

**PLAINTIFFS' MOTION FOR A TWO-DAY
EXTENSION OF TIME TO FILE FOR SUMMARY JUDGMENT
AND TO AMEND THE BRIEFING SCHEDULE ACCORDINGLY**

Plaintiffs respectfully request a minor modification to the briefing schedule in this action, in order to permit Plaintiffs two additional days to file their opening summary judgment memorandum, which is presently due **today, January 14, 2008**, and to adjust the remaining briefing schedule accordingly.  Plaintiffs have conferred with Federal Defendants and Intervening Defendants and their respective positions are provided in paragraph 5, below.  In support of this request, Plaintiffs state as follows:

    1.    On January 4, 2008, the Court established a summary judgment briefing schedule in this action whereby Federal Defendants filed the Administrative Record on January 3, Plaintiffs would file their opening summary judgment motion on January 14, 2008, Federal Defendants and Intervening Defendants would file their opposition and motion for summary

1

judgment on February 15, 2008, Plaintiffs would file their reply and opposition to defendants' motion for summary judgment on February 29, 2008, and Federal Defendants and Intervening Defendants would file their replies on March 14, 2008. The Court did not set a date for Oral Argument.

2. Plaintiffs now seek a two-day extension to file their opening motion for summary judgment, to and including January 16, 2008. The reason for this request is that, although Federal Defendants timely served the Administrative Record for the Army Corps of Engineers on Plaintiffs on January 3, 2008, Plaintiffs were unable to access the Record because of technical problems with the DVD which held the Record. Federal Defendants promptly provided a new DVD, from which the Plaintiffs' vendors were able to print the record over the weekend of January 5-6, 2008, but the delay has made it impossible for plaintiffs to complete their review of the entire Record and file their summary judgment motion within the time frame previously established by the Court.

3. Plaintiffs therefore seek to amend the January 4, 2008, Scheduling Order and propose the following amended briefing schedule, moving back each date by two business days:

| | |
|---|---|
| January 16, 2008 | Plaintiffs file their motion for summary judgment. |
| February 20, 2008 | Federal Defendants and Intervening Defendant file their memoranda in opposition to Plaintiffs' motion and their cross motions for summary judgment combined with the opposition. |
| March 4, 2008 | Plaintiffs file a combined reply and memorandum in opposition to Federal Defendants' and Intervening Defendants' motions for summary judgment. |
| March 18, 2008 | Federal Defendants and Intervening Defendants file their replies in support of their cross motions for summary judgment. |

      5.      Plaintiffs' counsel has conferred with defendants' and interveners' counsel. Federal Defendants do not object to the Plaintiffs' request for an extension of time and amendment of the scheduling order. Intervening Defendants state that their position is that they do not object to Plaintiffs' motion for additional time to file their Summary Judgment Motion, subject to the following: (1) Plaintiffs timely answer Intervening Defendants' interrogatories and appear for the depositions that Intervening Defendants have noticed for January 30, 31 and February 1, 2008, so as to avoid the potential for further delays in the briefing schedule; and (2) all time frames in the scheduling order are extended by the equivalent number of business days sought by Plaintiffs. Plaintiffs' position on these conditions is that, while they have agreed to condition (2), they continue to object to the propriety of and need for discovery in this record review case and, in any event, the propriety of discovery has no relevance to whether plaintiffs should be granted a two-day extension of time to file their motion for summary judgment under the circumstances here.

      6.      Plaintiffs have not sought any prior extension in this action.

A Proposed Order embodying the two-day extension sought by plaintiffs is attached.

                                                         Respectfully submitted,

                                                        _____/S/_____
                                                        Joshua R. Stebbins
                                                        (D.C. Bar. No. 468542)

                                                        Meyer Glitzenstein & Crystal
                                                        1601 Connecticut Ave., N.W., Suite 700
                                                        Washington, D.C.  20009
                                                        (202) 588-5206
January 14, 2008                                     Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., | ) |
|        Plaintiffs, | ) |
|        v. | ) Civ. Action No. 1:07-cv-01756 (RCL) |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., | ) |
|        Defendants, | ) |
| and | ) |
| SIERRA PROPERTIES, et al., | ) |
|        Intervening Defendants. | ) |

**REVISED SCHEDULING ORDER**

January 16, 2008    Plaintiffs shall file their motion for summary judgment.

February 20, 2008    Federal Defendants and Intervening Defendant shall file their memorandums in opposition to Plaintiffs' motion and their cross motions for summary judgment combined with the opposition.

March 4, 2008    Plaintiffs shall file a combined reply and memorandum in opposition to Federal Defendants' and Intervening Defendants' motion for summary judgment.

March 18, 2008    Federal Defendants and Intervening Defendants shall file their replies in support of their cross motions for summary judgment.

_____
U.S. District Court Judge