UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIERRA CLUB, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. Action No. 1:07-cv-01756 (RCL) |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| SIERRA PROPERTIES, et al., | ) | |
| | ) | |
| Intervening Defendants. | ) | |
| | ) | |

**REVISED SCHEDULING ORDER**

| | |
|---|---|
| January 16, 2008 | Plaintiffs shall file their motion for summary judgment. |
| February 20, 2008 | Federal Defendants and Intervening Defendant shall file their memorandums in opposition to Plaintiffs' motion and their cross motions for summary judgment combined with the opposition. |
| March 4, 2008 | Plaintiffs shall file a combined reply and memorandum in opposition to Federal Defendants' and Intervening Defendants' motion for summary judgment. |
| March 18, 2008 | Federal Defendants and Intervening Defendants shall file their replies in support of their cross motions for summary judgment. |

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth on January 14, 2008.