UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LT. GEN. ROBERT L. VAN ANTWERP, et al., )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>SIERRA PROPERTIES, et al., )<br>)<br>Intervening Defendants )<br>) | Civ. No. 1:07-cv-01756 (RCL)<br><br>DECLARATION IN SUPPORT OF<br>STANDING OF SIERRA CLUB |

### DECLARATION OF SIERRA CLUB

I, Athan Manuel, do hereby declare s follows:

1) I am the Director of Lands Protection for Sierra Club, and my office is located at 408 C St. NE, Washington, DC 20002.

2) The Sierra Club is a national nonprofit organization of over 750,000 members. It is organized into chapters, which to some extent correlate to individual states or regions, and within those chapters there may be groups. The Sierra Club, Florida Chapter, has a Tampa Bay Group, which has 1,931 members, and a Nature Coast Group, which has 1,122 members. Within Pasco County, there are 560 members; Hillsborough County has 1,958 members, and Pinellas has 2,576. These numbers are approximate because membership changes over time, though they were accurate as of January 8, 2008.

**CASE NO. 1:07-cv-01756 (RCL)**

**INTERVENING DEFENDANTS'**
**EXHIBIT 3**

3) The Sierra Club is dedicated to exploring, enjoying, and protecting the wild places of the earth; to practicing and promoting the responsible use of the earth's ecosystems and resources; to educating and enlisting humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to carry out these objectives.

4) To achieve these ends Sierra Club, including for example the Tampa Bay Group, organizes outings including hikes, canoe trips and bike trips for its members. These trips are organized because Sierra Club members enjoy exploring and observing their natural environment, including in particular the natural environment in which Sierra Club's members live and work, the flora and fauna in the area, especially rare and threatened or endangered species, and the scenic beauty of the area. The trips are intended to be educational in so far as people learn about the ecosystems around them. And they are intended to increase awareness of the environment and potential impacts to it.

5) Sierra Club also works to achieve these ends through informing its membership through newsletters as to current pressing issues and the work Sierra Club is undertaking. It comments on proposed laws, rules, permits, and other government actions, and it files lawsuits to oppose laws, rules, permits and other such agency actions. And it engages the media to raise public awareness generally about environmental issues.

6) The Sierra Club has had a longstanding involvement with Cypress Creek - and with Hillsborough River, which of Cypress Creek is a major tributary – including

Cypress Creek's basin and watershed. This has included organizing trips to Cypress Creek basin, and working to protect and educate people about Cypress Creek.

7) Sierra Club has organized trips, including hiking and walking and picnicking in the Cypress Creek area. The most recent outing was August of 2007 for hiking at the Cypress Creek wellfield area, which is approximately 5 miles from the Cypress Creek Town Center ("CCTC") site. Such events date back years. In addition, individual Sierra Club members recreate in the Cypress Creek, and on Cypress Creek itself, including canoeing on Cypress Creek in the location of the CCTC development, and they have done so for years, independent of Sierra Club's involvement. Sierra Club's members intend to continue using Cypress Creek, and the lands in the area, for recreation.

8) Sierra Club, and the Sierra Club Tampa Bay Group has personally dedicated years toward public education and protection of the Cypress Creek, Hillsborough River, its basin and watershed through involvement in various land use processes at the local, state and federal levels; public school speaking engagements on the value of our eco-system in this area; and, involvement in state-wide/nation-wide campaigns to save Cypress Creek.

9) For example, Sierra Club started a "National Save Cypress Creek Campaign" in 2000-01, in response to a plan by the Florida Department of Transportation to place an East/West Expressway through environmentally sensitive land in Hillsborough County, impacting the Hillsborough River watershed including

through the Cypress Creek watershed. Unbridled growth in Pasco County and New Tampa in Hillsborough County prompted attention from the local group of Sierra Club to the Florida Chapter level and then to the National level and a campaign against destruction of the Cypress Creek area was initiated. Canvassing and petitions were part of this campaign, and were sent to elected officials at the local, state and federal levels.

10) Similarly, in 2000, Sierra Club participated as a representative on the Hillsborough County Land Acquisition Protection Program to establish the Cypress Creek Preserve. In this capacity, Sierra Club successfully persuaded Hillsborough County to buy over 2,000 acres of environmentally sensitive land through which Cypress Creek runs. These lands are approximately 5 miles from the CCTC site. These lands are part of the interconnected conservation lands in Pasco County and Hillsborough County.

11) Sierra Club filed a state law suit against the City of Tampa in 2000-02 concerning the rezoning for the Grand Hampton development contending that the City of Tampa was not protecting Cypress Creek and Trout Creek by allowing the construction of a golf course community in sensitive lands adjacent to Cypress Creek wetlands. Sierra Club settled the lawsuit in exchange for, among other things, protective buffers along parts of the creeks, removal of the golf course, and protection of wetlands and habitat.

12) Sierra Club also worked with the developers of Live Oak Preserve in 2002, which presented environmental impacts to conservation lands within the Cypress Creek

4

watershed, to minimize the impacts by removing a proposed golf course, creating pedestrian trails and keeping conservation lands and wildlife habitat intact.

13) Sierra Club volunteers have also presented programs at various elementary and middle schools in the Tampa Bay metropolitan area on the importance of wetlands, the significance of Cypress Creek Preserve, and the need to protect water resources.

14) Sierra Club became involved with the CCTC development as early as January 2004, when it attended meetings in Pasco County on the proposed CCTC development. Sierra Club met with the Mayor of Tampa, in May 2004, concerning potential impacts to Cypress Creek, and Hillsborough River, from the CCTC development. Sierra Club Florida Nature Coast group sent a letter to the Board of County Commissioners objecting to CCTC in September 2005.

15) Sierra Club Tampa Bay Group sent its first alert to its members concerning the CCTC development, pertaining to local and state issues concerning rezoning for the development and the issuance of a development of regional impact ("DRI") permit, for a hearing on November 23, 2004. A representative for Sierra Club testified at the November 23 hearing before the Pasco County Commission.

16) Sierra Club worked to oppose the DRI for CCTC, including by coordinating with the Hillsborough River Greenways Task Force, sending alerts to members to write to the Department of Community Affairs ("DCA"), the Governor, and the DCA Secretary and Staff, objecting to the DRI. Sierra Club met with DCA staff and attorneys, the Florida Department of Environmental Protection, the Hillsborough

County Commission; and City of Tampa regarding CCTC and the DRI it had requested.

17) Sierra Club and its members also sent a number of comments opposing issuance of the United States Army Corps of Engineers ("Corps") permit challenged in this case, seeking the protection of Cypress Creek, wetlands, and wildlife. AR03136-03141; AR03345-3370; AR04303-4304.

18) Sierra Club believes that the CCTC permit as issued will have significant environmental impacts on Cypress Creek, on the wetlands in the area, on water supplies, and on the flora and fauna in the area, including threatened and endangered species such as the Wood Stork, the Eastern Indigo Snake and the Florida Scrub Jay. These impacts will result from, among other things, the destruction of wetlands and the nutrient assimilation capacities of the environment in the area, introduction of new sources of pollution and contamination, increased demands for water, and the destruction and fragmentation of wildlife habitat, including the critical wildlife linkage running along Cypress Creek. It will also result in aesthetic harms to a beautiful creek and area.

19) Sierra Club was surprised by the issuance of the Corps's CCTC permit because it believed that the permit would be under review for a longer time given the environmental impacts that needed review. Since the issuance of the CCTC permit, Sierra Club has continued to press the Corps to rescind or suspend the permit to comply with federal environmental laws, and to protect the sensitive Cypress Creek environment. Sierra Club sent the Corps and the United States

Fish and Wildlife Service a notice of intent to bring suit in July, 2007, which the CCTC was aware of. Sierra Club and other plaintiffs, through their attorneys, have corresponded with the Corps on several occasions providing information as to violations of the environmental laws at issue in this case. E.g. Attachment A. As recently as this past December, we have sought to meet with the Corps to explain why we believe the Corps and the Service violated the law, but the agencies have declined to meet with us.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on January __14__, 2008.

Athan Manuel for
SIERRA CLUB

## Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009-1056

Katherine A. Meyer
Eric R. Glitzenstein
Howard M. Crystal
Kimberly D. Ockene
Joshua R. Stebbins
Tanya M. Sanerib
Erin M. Tobin

Telephone (202) 588-5206
Fax (202) 588-5049
www.meyerglitz.com

September 6, 2007

Lt. Gen. Robert L. Van Antwerp
Chief of Engineers,
Army Corps of Engineers
20 Massachusetts Ave., N.W.
Washington, D.C. 20314
202-761-1683 (fax)

Lt. Gen. Robert L. Van Antwerp
Mr. Lance Wood, Esq.
U.S. Army Corp of Engineers
Chief Counsel's Office
441 G. Street, NW
Washington, D.C 20314
lance.d.wood@usace.army.mil

Dirk Kempthorne
Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240
exsec@ios.doi.gov (executive secretary)
(202) 208-6956 (fax)

Dale Hall,
Director,
U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, D.C. 20240
dale_hall@fws.gov
703 358 2594 (fax)

RE: **Cypress Creek Town Center in Pasco County, Florida**

We are writing on behalf of the Sierra Club concerning the Department of Army Permit


recycled paper

Attachment A

No. SAJ-2003-2336 (IP-THE) (May 15, 2007) ("Permit"), authorizing the destruction of wetlands for construction of the Cypress Creek Town Center ("CCTC") under section 404 of the Clean Water Act. As you know, Sierra Club gave notice of its intent to sue to challenge the Permit in its correspondence of July 17, 2007, unless the Corps suspends or revokes the Permit.

Among other legal violations identified by the Sierra Club in its July 17, 2007, Notice, the Sierra Club explained that the CCTC development will cause significant degradation of Cypress Creek, an Outstanding Florida Water, and ultimately the Hillsborough River, to which Cypress Creek flows. Moreover, in issuing the Permit the Corps failed to take a hard look at such degradation, both during the construction and during the operation of the CCTC development; it did not require that practicable alternatives to reduce or avoid impacts be pursued; and it did not require minimization of such impacts.

Land clearing of the CCTC development site has begun. Not surprisingly, the project has unlawfully discharged large amounts of turbid storm water into wetlands and Cypress Creek, significantly degrading the wetlands and the Creek. The developer of the site has now been cited twice for discharges, see attached, by two separate agencies. As the Sierra Club explained earlier, the CCTC project will inescapably cause significant degradation of Cypress Creek, and ultimately Hillsborough River, which is unlawful under the Clean Water Act.

The Sierra Club continues to be gravely concerned that the Corps has failed to comply with the ESA, the CWA, and NEPA in granting the Permit at issue. The Sierra Club again requests that the Corps suspend or revoke the Permit authorizing the CCTC project while the Corps undertakes the additional analyses mandated by federal law. Absent such actions, the Sierra Club intends to file suit to bring the Corps into compliance with the law. In the meantime, the Sierra Club also requests that the Corps station officers at the CCTC site to monitor activities and prevent any further discharges. Please feel free to contact us to discuss these matters.

Sincerely,

Joshua R. Stebbins

cc:

Governor Charles Crist
Office of the Governor
The Capitol
400 South Monroe Street
Tallahassee, FL 32399



# Southwest Florida
## Water Management District

2379 Broad Street, Brooksville, Florida 34604-6899
(352) 796-7211 or 1-800-423-1476 (FL only)
SUNCOM 628-4150 TDD only 1-800-231-6103 (FL only)
On the Internet at: WaterMatters.org

An Equal Opportunity Employer

Bartow Service Office
170 Century Boulevard
Bartow, Florida 33830-7700
(863) 534-1448 or
1-800-492-7862 (FL only)
SUNCOM 572-6200

Lecanto Service Office
Suite 226
3600 West Sovereign Path
Lecanto, Florida 34461-8070
(352) 527-8131

Sarasota Service Office
6750 Fruitville Road
Sarasota, Florida 34240-9711
(941) 377-3722 or
1-800-320-3503 (FL only)
SUNCOM 531-6900

Tampa Service Office
7601 Highway 301 North
Tampa, Florida 33637-6759
(813) 985-7481 or
1-800-836-0797 (FL only)
SUNCOM 578-2070

Judith C. Whitehead
Chair, Hernando

Neil Combee
Vice Chair, Polk

Todd Pressman
Secretary, Pinellas

Jennifer E. Closshey
Treasurer, Hillsborough

Thomas G. Dabney
Sarasota

Patricia M. Glass
Manatee

Heidi B. McCree
Hillsborough

Ronald E. Oakley
Pasco

Sallie Parks
Pinellas

Maritza Rovira-Forino
Hillsborough

Patsy C. Symons
DeSoto

David L. Moore
Executive Director

William S. Bilenky
General Counsel

August 20, 2007

Hank King
15330 Cypress Creek Run
Lutz, FL 33559-08806

Subject: Letter Dated August 14, 2007
Construction Inspection Deviation for Cypress Creek Town Center

Dear Mr. King:

Enclosed you will find a copy of a letter dated on August 14, 2007, by Compliance Engineer, Clay Black concerning the Cypress Creek Town Center – Phase 1, Permit No. 43026931.001. This letter is being sent to you, as requested by H. Robert Lus, Director, Brooksville Regulation Department.

If I can be of any further assistance, please don't hesitate in contacting me at 1-800-423-1476, extension. 4349.

Sincerely,

Sandy Smegen
Field Service Supervisor
Brooksville Regulation Department

SS:jen
Enclosure
cc: Files of Record 43026931.001/CT 181111 and CT 191098
H. Robert Lus, P.E., Director, Brooksville Regulation Department
Wojciech M. Mroz, P.E., Surface Water Regulation Manager
Leonard Bartos, P.W.S., Environmental Regulation Manager
C. Clay Black, P.E., Senior Professional Engineer
Frank Gargano, Senior Field Technician
Cliff Jackson, Senior Field Technician



## Southwest Florida
### Water Management District

2379 Broad Street, Brooksville, Florida 34604-6899
(352) 796-7211 or 1-800-423-1476 (FL only)
SUNCOM 628-4150  TDD only 1-800-231-6103 (FL only)
On the Internet at: WaterMatters.org

An Equal Opportunity Employer

Bartow Service Office
170 Century Boulevard
Bartow, Florida 33830-7700
(863) 534-1448 or
1-800-492-7862 (FL only)
SUNCOM 572-6200

Lecanto Service Office
Suite 226
3600 West Sovereign Path
Lecanto, Florida 34461-8070
(352) 527-8131

Sarasota Service Office
6750 Fruitville Road
Sarasota, Florida 34240-9711
(941) 377-3722 or
1-800-320-3503 (FL only)
SUNCOM 531-6900

Tampa Service Office
7601 Highway 301 North
Tampa, Florida 33637-6759
(813) 985-7481 or
1-800-836-0797 (FL only)
SUNCOM 578-2070

Judith C. Whitehead
Chair, Hernando
Neil Combee
Vice Chair, Polk
Todd Pressman
Secretary, Pinellas
Jennifer E. Closshey
Treasurer, Hillsborough
Thomas G. Dabney
Sarasota
Patricia M. Glass
Manatee
Heidi B. McCree
Hillsborough
Ronald E. Oakley
Pasco
Sallie Parks
Pinellas
Maritza Rovira-Forino
Hillsborough
Patsy C. Symons
DeSoto

David L. Moore
Executive Director
William S. Bilenky
General Counsel

August 14, 2007

Pasco 54 Ltd., Pasco 54 Inc., Pasco Ranch Inc., and Pasco Properties
509 Guisando De Avila, Suite 200
Tampa, FL 33613

Subject: **CONSTRUCTION INSPECTION DEVIATION**
Project Name: Cypress Creek Town Center – Phase 1
Permit No.: 43026931.001
CT No.: 181111
Sec/Twp/Rng: 27/26S/19E
County: Pasco

Dear Permittees:

The District has received a complaint alleging that turbid water is discharging from your site located at SR 56 in Pasco County. District staff investigated and found the following deviations:

- Water levels in Wetland R are very high and it appears that unauthorized discharges have occurred.
- Turbidity levels in Wetland R and Wetland L are very high.
- Erosion control and sedimentation barriers have not been repaired around Wetland L.

These problems must be corrected immediately in order to assure continued compliance with your permit. I suggest you employ a Florida Professional Engineer to investigate, devise solutions, and oversee remedial construction.

Please respond to this letter within 14 days of receipt with the results of your investigation, a repair plan, and a construction schedule. Your plan should address dewatering activities, turbidity reduction, and erosion control measure construction and maintenance.

You may contact me at the Brooksville Service Office, extension 4325 if you wish to discuss this matter further.

Sincerely,

C. Clay Black, P.E.
Brooksville Regulation Department

CCB:jen
cc: Files of Record 43026931.001/CT 181111 and CT 191098
   WilsonMiller Inc.
   Don Campbell, Kearney Construction Co., LLC
   Brent Guy, Quality Control Inspection, Inc.
   H. Robert Lue, P.E., Director, Brooksville Regulation Department
   Wojciech M. Mroz, P.E., Surface Water Regulation Manager
   Leonard Bartos, P.W.S., Environmental Regulation Manager
   Sandy Samegen, Field Technician Manager
   Frank Gargano, Senior Field Technician
   Cliff Jackson, Senior Field Technician



DEPARTMENT OF THE ARMY
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
Tampa Regulatory Office
10117 Princess Palm Ave, STE 120
Tampa, FL 33610

REPLY TO
ATTENTION OF

Regulatory Division
Enforcement Section
Tampa Regulatory Office
SAJ-2003-2336 (IP-TEH)

Sierra Properties
509 Guisando De Avila, STE 200
Tampa, FL 33613

NOTICE OF NONCOMPLIANCE

Dear Gentlemen:

A recent inspection of your property by U.S. Army Corps of Engineers staff indicates that you have not complied with the terms and conditions of your Department of the Army permit. Department of the Army permit No. 2003-2336 (IP-TEH) authorized you to perform work in jurisdictional wetlands associated with the Cypress Creek Town Center project. The project is located at the junction of State Road 54 and I-75, Pasco County, Florida. (Lat. 28.19294° N; Long. 82.39138° W)

On July 31, 2007, district staff documented that 0.785 acres of jurisdictional wetlands had been mechanically cleared and compacted during construction activities. Although the wetland disturbance had been self-reported by you via your environmental consultant, the work was unauthorized and was in violation of your permit.

In addition, Army Corps staff documented unauthorized offsite discharges in Cypress Creek as follows: (1) During our July 31, 2007 inspection, staff documented the accumulation of eroded sediments in the creek. The sedimentation was associated with a failed sedimentation barriers along the eastern boundary of the creek. (2) On August 3, 2007, staff documented that turbid water had been discharged to the creek because water and sediments had breached your sedimentation screens. Your state water quality certification did not authorize offsite discharges. Failure to comply with your water quality certification and failure to maintain your site activities in good condition are violations of the general conditions of your Federal permit.

-3-

If you have any questions regarding this letter, please contact Thomas Farrell at the letterhead address or at telephone 813.769.7072.

Sincerely,

for:
Paul L. Grosskruger
Colonel, U.S. Army
District Commander

cc: Frank Gargano
Senior Field Technician
Brooksville Regulation Department
Southwest Florida Water Management District
2379 Broad ST
Brooksville, Florida 34604-6899

Biological Research Associates
c/o John Bailey and Eva Bailey
3905 Crescent Park DR
Riverview FL 33569