PRIVILEGED AND CONFIDENTIAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-01756 (RCL) |
| ) | |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., ) | DECLARATION IN SUPPORT OF |
| ) | STANDING OF CLEAN WATER |
| Defendants, ) | ACTION |
| ) | |
| and ) | |
| ) | |
| SIERRA PROPERTIES, et al., ) | |
| ) | |
| Intervening Defendants ) | |

## DECLARATION OF CLEAN WATER ACTION

I, Kathleen E. Aterno, do hereby declare as follows:

1) I am the Managing and Florida Director, of Clean Water Action ("CWA") and Clean Water Fund (CWF). CWA's headquarters is located in Washington D.C.

2) CWA is a national non-profit environmental organization of over one million members dedicated to protecting and improving the quality of all of America's waters, and the aquatic ecosystems of which those waters are a part. CWA has approximately 2,500 members that reside in and around Cypress Creek, and over 22,000 members in the Tampa Bay area generally.

3) CWA seeks to protect wetlands, lakes and streams, and in so doing, to protect their ecosystems, the flora and fauna that are part of them, and the clean and

**CASE NO. 1:07-cv-01756 (RCL)**

**INTERVENING DEFENDANTS'**
**EXHIBIT 4**

   healthy drinking water they provide for Americans nationally. CWA seeks to help its members press for the enforcement, and advancement, of the nation's environmental laws among national decision-makers like the Corps, and expends funds educating the public about the value of aquatic ecosystems and the consequences of the Corps' issuance of permits.

4)  CWA's members enjoy exploring the nation's wetlands, rivers, and streams and the wetlands and ecosystems of which they are part, including Hillsborough River and Cypress Creek. They enjoy looking for and/or observing the flora therein, such as the ecology of the bottom lands with their cypress stands, red maples, water oaks, and laurel oaks, as well as the uplands, and the fauna that inhabit such habitat, including for example threatened and endangered species such as Wood Storks and Eastern Indigo Snakes and Florida Scrub Jays. They depend upon the water that the nation's wetlands, rivers and streams, including Hillsborough River and Cypress Creek, provide - both directly and indirectly such as through groundwater recharge - for drinking and other household uses.

5)  CWA believes that Cypress Creek Town Center ("CCTC") will have significant negative environmental impact on Cypress Creek, the ecosystems of its basin and of the Hillsborough basin, on water supplies, and on the flora and fauna in the area, including threatened and endangered species such as the Wood Stork, the Eastern Indigo Snake and the Florida Scrub Jay. Clean Water Action believes these impacts will result from, among other things, the destruction of wetlands, the loss of water purification capacities , the introduction of pollution, increased

demand for water, and loss and fragmentation of wildlife habitat. It will also result in aesthetic harms to a beautiful creek and area.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on January _11, 2008.

_____
Kathleen E. Aterno for
Clean Water Action