UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LT. GEN. ROBERT L. VAN ANTWERP, et al., <br><br> Defendants, <br><br> and <br><br> SIERRA PROPERTIES, et al., <br><br> Intervening Defendants | Civ. No. 1:07-cv-01756 (RCL) <br><br> DECLARATION IN SUPPORT OF STANDING |

## DECLARATION OF CLAY COLSON

I, Clay Colson, do hereby declare the following:

1) I am a resident of Pasco County, Florida, and have been a resident of Pasco County since 1988. Prior to that, I was a resident of Hillsborough County, where I had resided my entire life before moving to Pasco County. I currently live approximately six miles from Cypress Creek. I drive past the Cypress Creek Town Center site on a regular basis, including, for example, when I shop, such as at Sam's Club on State Road 56.

2) I am and have been an active member of Sierra Club since 2000, and I have held leadership positions at the Sierra Club. I was a founding member of a new group of the Florida Chapter of the Sierra Club, the Naturecoast group, that is particularly focused on Pasco County issues. For approximately two and a half

CASE NO. 1:07-cv-01756 (RCL)

INTERVENING DEFENDANTS'
**EXHIBIT 5**

years I was the Nature Coast Issue Chair of the Florida Chapter of the Sierra Club.

3) I use water from a well on my property to run my household and water my numerous animals, and the well draws from the surficial aquifer. When I first moved to Pasco County, I used this well as my drinking water, but, due to degradation of the aquifer, I no longer feel safe drinking this water myself, and therefore I no longer drink this water. Instead, I bottle and bring Pasco County municipal water to my home for my drinking water.

4) I am an outdoor enthusiast and greatly enjoy canoeing Florida's waters, particularly following its rivers and creeks from their headwaters to their mouths. On such trips I enjoy stopping along the banks of the creeks and rivers to explore Florida's flora and fauna. For example, I have canoed Cypress Creek and Hillsborough River numerous times.

5) I first canoed Cypress Creek in 1986, and I have returned approximately every year since, totaling about 27 trips. On almost every trip that I have canoed Cypress Creek, I have canoed past the Cypress Creek Town Center ("CCTC") site, as it is near the location where I put the canoe in. I have swum in Cypress Creek on almost every trip, until approximately three or four years ago, when I initially stopped swimming in the water because of low water levels, which were the result of a drought and overpumping of wellfields in the region. Although water levels on Cypress Creek fluctuate, and at times are now high enough to swim in again, now I do not swim because of concerns of pollution from CCTC.

6) I frequently stop on the banks of Cypress Creek, including to eat, walk around,

and observe the scenery, the plants, and the natural environment. I have stopped on the banks of the proposed site for the Cypress Creek Town Center ("CCTC") site. The first time I stopped on the banks of Cypress Creek, at the location of CCTC, was on my first trip in 1986, on my way back to the location where I put my canoe in. We stopped at banks at the CCTC site to rest, eat some food, and enjoy the beautiful scenery, including the ancient oaks on site. These oaks no longer exist on the property.

7) I return to the Cypress Creek area again and again, and I intend to return to Cypress Creek within several months, because I love its pristine beauty. It is a designated Outstanding Florida Water because of its beauty and its pristine state. I also enjoy looking for and observing its flora and fauna, including as discussed below Wood Storks and Eastern Indigo Snakes. I also value the solitude of areas few other people have been to. Until recently, Cypress Creek was one of those places, although now the reach of Cypress Creek that flows past the CCTC development has become degraded, and construction equipment can be seen and heard from the Creek. As discussed further below, polluted water flows off the CCTC site and into Cypress Creek.

8) I have seen Wood Storks perched in the trees on the banks of Cypress Creek, and along Cypress Creek's banks in shallow water areas at least a dozen times since the first time I canoed Cypress Creek. The most common area where I have seen Wood Storks on Cypress Creek is immediately east of I-75, in grass flats on the north bank of the Creek. I see them here frequently enough that I have developed

3

an expectation of seeing them in this area. These grass flats are probably 500-1000 feet to the east of the CCTC site, just on the other side of I-75.

9) I have also seen Wood Storks on and around the CCTC site, along the north bank of Cypress Creek, in locations that stretch nearly the entire length of the site as it borders Cypress Creek: they typically are preening themselves in the trees. I have seen Wood Storks here almost every time I have seen Wood Storks in the grass flats to the east of the CCTC site. The first time I saw them on this part of the CCTC site was in 1986, and the last time was in February of 2006. I have not seen Wood Storks on the site since land clearing and construction began on the CCTC site.

10) On one such trip on Cypress Creek, on or around May 27, 2007, I found an Eastern Indigo Snake at the CCTC site. It was along the north/east bank of Cypress Creek, and it climbed up the bank and onto the CCTC site. I was able to identify the snake as an Eastern Indigo due to its distinctive lustrous coloring and movement, and I have knowledge regarding snakes as I used to sell snakes. On this same trip I observed over 48 Gopher Tortoise burrows in and around the southern portion of the CCTC site. Eastern Indigo Snakes utilize Gopher Tortoise burrows for shelter, and the two species share habitats.

11) I have routinely looked for Florida Scrub Jays by identifying their habitat in the Cypress Creek area. Florida Scrub Jay habitat is consistent with and overlaps with Gopher Tortoise habitat and Eastern Indigo Snake habitat. Florida Scrub Jays require scrub oaks that are between one and three meters tall and in sandy

soils, among other characteristics. On the trip on Cypress Creek that I saw Gopher Tortoise burrows on the CCTC site I also observed Florida Scrub Jay habitat on the CCTC site.

12) In mid to late 2005 I began reading articles about the proposed construction of CCTC on the Cypress Creek site. Within a couple of weeks of reading the articles I visited Cypress Creek to see if anything had changed. A number of organizations submitted comments opposing the CCTC permit unless the permit was modified.

13) In May of 2007, the Corps granted the applicant a permit to begin dredging and filling wetlands on the CCTC site.

14) Before the applicant began grading the CCTC site, it had to remove rare, state listed Gopher Tortoises from where they were located in the southern portion of the site. The applicant initially obtained a permit to remove ten Gopher Tortoises. This initial permit proved to be insufficient because there were many more Gopher Tortoises, so it sought to amend its permit to remove an additional forty Gopher Tortoises, which an environmental organization challenged. Before the challenge could be heard, the applicant went on site at night and excavated the remaining burrows and Gopher Tortoises that it found, resulting in a total of 66 excavated active and inactive burrows, and 25 Gopher Tortoises.

15) The excavation of the 66 Gopher Tortoise burrows, and the relocation of 25 Gopher Tortoises, was particularly sad for me not only as I care a great deal about Gopher Tortoises, but also because this is prime Eastern Indigo Snake habitat that

5

was being removed. In fact, the overlap between Gopher Tortoises and Eastern Indigo Snakes are so common that the FFWCC permits issued provided for the incidental removal of Eastern Indigo Snakes as well, with qualifications.

16) After the removal of the Gopher Tortoises, the applicant began clearing the site of vegetation, and began land grading activities as well. At the time that the Sierra Club issued its notice of intent to sue, the applicant accelerated its land clearing activities by increasing the number of workers on site, and by working seven days a week.

17) Between June 2007 September 2007, I visited Cypress Creek over seven times, either in a canoe or by walking the opposite bank from the CCTC site. During these trips I almost always observed polluted water filled with sediment running off the CCTC site, from the land clearing activities, into Cypress Creek. The volumes of runoff varied from trip to trip, but at times a rushing torrent would flow off the CCTC site into Cypress Creek. The CCTC runoff created a massive plume in Cypress Creek and turned Cypress Creek, which is typically a clear, dark color, see Fish And Wildlife Service Administrative Record 00500-00510, into a creamy tan color like coffee with cream. The runoff covered the Creek, its banks and surrounding wetlands in silt, and aquatic organisms, such as frogs, died as a result of it.

18) Because I was greatly concerned that CCTC runoff was degrading Cypress Creek, I called a number of governmental organizations and reported the discharges. Two governmental organizations, Southwest Florida Water Management District

6

("SWFMD"), and the Corps, both issued notices of violation, both for unauthorized discharges, and one for unauthorized destruction of wetlands. These notices are attached. See Attachment A. Even after these notices were issued, I witnessed continuing discharges from CCTC to Cypress Creek, though to my knowledge, no governmental agencies responded, nor did they issue any other notices of violations.

19) Once the Sierra Club served its notice of intent to sue, I saw the applicant transfer a significant portion of its crew to the northern portion of the CCTC site, across State Road 56, to hasten wetlands dredging and filling. Prior to the Sierra Club's service of the notice of intent, the applicant had done only limited work on the northern portion of the site, including vegetation removal.

20) These activities, which would not have been undertaken if not for the Army Corps of Engineers' permit, have had an affect on the quality of the area, and have impacted my enjoyment of it. As discussed above, before construction on the CCTC began, the waters of the creek were a clear brown. It was possible for me to see down to the bottom of the Creek. Today, the waters are murky and filled with particulate matter and turbidity. At times, I cannot see more than two inches beneath the water surface. Because of the change in the water, I will not swim in the Creek, which I had planned on resuming because water levels in Cypress Creek had increased. I no longer feel safe eating the fish I catch in the Creek, so I catch and release. I have also rerouted my drives, and changed the stores I patronage, so that I do not have to witness the destruction of the site.

21) The development adversely affects my ability to look for and potentially observe threatened and endangered species such as the Wood Stork, the Eastern Indigo Snake and the Florida Scrub Jay. It will cause the destruction and degradation of the habitat that these species use in and near Cypress Creek.

22) I believe that CCTC, with the other development in the area, will also adversely affect the water quality in Cypress Creek, and Hillsborough River, because of the increase in demand and extraction of water for municipal use. This lowers water tables, water levels in wetlands, and flows in surface waters such as Cypress Creek and Hillsborough River, and has been an issue in this area. Indeed, in the Cypress Creek basin, including in the vicinity of CCTC, I have seen damage from over extraction of water, including wetlands and cypress swamps that were dried out and subsided, and trees that had fallen over.

23) The development undertaken pursuant to the permit adversely affects my aesthetic interests in the site, because it is no longer the serene, peaceful place I came to enjoy. I will therefore reduce, and may even discontinue, my visits to Cypress Creek, particularly in the location of CCTC, if the CCTC development is built as planned.

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge.

Executed on <u>FRIDAY, JANUARY 11</u>, 2008

*Clay J. Colson*
Clay Colson

**Meyer Glitzenstein & Crystal**
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009-1056

Katherine A. Meyer
Eric R. Glitzenstein
Howard M. Crystal
Kimberly D. Ockene
Joshua R. Stebbins
Tanya M. Sanerib
Erin M. Tobin

Telephone (202) 588-5206
Fax (202) 588-5049
www.meyerglitz.com

September 6, 2007

Lt. Gen. Robert L. Van Antwerp
Chief of Engineers,
Army Corps of Engineers
20 Massachusetts Ave., N.W.
Washington, D.C. 20314
202-761-1683 (fax)

Lt. Gen. Robert L. Van Antwerp
Mr. Lance Wood, Esq.
U.S. Army Corp of Engineers
Chief Counsel's Office
441 G. Street, NW
Washington, D.C 20314
lance.d.wood@usace.army.mil

Dirk Kempthorne
Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240
exsec@ios.doi.gov (executive secretary)
(202) 208-6956 (fax)

Dale Hall,
Director,
U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, D.C. 20240
dale_hall@fws.gov
703 358 2594 (fax)

    RE:   Cypress Creek Town Center in Pasco County, Florida

We are writing on behalf of the Sierra Club concerning the Department of Army Permit


recycled paper

Attachment A

No. SAJ-2003-2336 (IP-THE) (May 15, 2007) ("Permit"), authorizing the destruction of wetlands for construction of the Cypress Creek Town Center ("CCTC") under section 404 of the Clean Water Act. As you know, Sierra Club gave notice of its intent to sue to challenge the Permit in its correspondence of July 17, 2007, unless the Corps suspends or revokes the Permit.

Among other legal violations identified by the Sierra Club in its July 17, 2007, Notice, the Sierra Club explained that the CCTC development will cause significant degradation of Cypress Creek, an Outstanding Florida Water, and ultimately the Hillsborough River, to which Cypress Creek flows. Moreover, in issuing the Permit the Corps failed to take a hard look at such degradation, both during the construction and during the operation of the CCTC development; it did not require that practicable alternatives to reduce or avoid impacts be pursued; and it did not require minimization of such impacts.

Land clearing of the CCTC development site has begun. Not surprisingly, the project has unlawfully discharged large amounts of turbid storm water into wetlands and Cypress Creek, significantly degrading the wetlands and the Creek. The developer of the site has now been cited twice for discharges, see attached, by two separate agencies. As the Sierra Club explained earlier, the CCTC project will inescapably cause significant degradation of Cypress Creek, and ultimately Hillsborough River, which is unlawful under the Clean Water Act.

The Sierra Club continues to be gravely concerned that the Corps has failed to comply with the ESA, the CWA, and NEPA in granting the Permit at issue. The Sierra Club again requests that the Corps suspend or revoke the Permit authorizing the CCTC project while the Corps undertakes the additional analyses mandated by federal law. Absent such actions, the Sierra Club intends to file suit to bring the Corps into compliance with the law. In the meantime, the Sierra Club also requests that the Corps station officers at the CCTC site to monitor activities and prevent any further discharges. Please feel free to contact us to discuss these matters.

Sincerely,

Joshua R. Stebbins

cc:

    Governor Charles Crist
    Office of the Governor
    The Capitol
    400 South Monroe Street
    Tallahassee, FL 32399



# Southwest Florida
## Water Management District

2379 Broad Street, Brooksville, Florida 34604-6899
(352) 796-7211 or 1-800-423-1476 (FL only)
SUNCOM 628-4150  TDD only 1-800-231-6103 (FL only)
On the Internet at: WaterMatters.org

Bartow Service Office
170 Century Boulevard
Bartow, Florida 33830-7700
(863) 534-1448 or
1-800-492-7862 (FL only)
SUNCOM 572-6200

Lecanto Service Office
Suite 226
3600 West Sovereign Path
Lecanto, Florida 34461-8070
(352) 527-8131

Sarasota Service Office
6750 Fruitville Road
Sarasota, Florida 34240-9711
(941) 377-3722 or
1-800-320-3503 (FL only)
SUNCOM 531-6900

Tampa Service Office
7601 Highway 301 North
Tampa, Florida 33637-6759
(813) 985-7481 or
1-800-836-0797 (FL only)
SUNCOM 578-2070

Judith C. Whitehead
Chair, Hernando
Neil Combee
Vice Chair, Polk
Todd Pressman
Secretary, Pinellas
Jennifer E. Closshey
Treasurer, Hillsborough
Thomas G. Dabney
Sarasota
Patricia M. Glass
Manatee
Hugh M. Gramling
Hillsborough
Ronald E. Oakley
Pasco
Sallie Parks
Pinellas
Maritza Rovira-Forino
Hillsborough
Patsy C. Symons
DeSoto

David L. Moore
Executive Director
William S. Bilenky
General Counsel

August 20, 2007

Hank King
15330 Cypress Creek Run
Lutz, FL 33559-08806

Subject: Letter Dated August 14, 2007
Construction Inspection Deviation for Cypress Creek Town Center

Dear Mr. King:

Enclosed you will find a copy of a letter dated on August 14, 2007, by Compliance Engineer, Clay Black concerning the Cypress Creek Town Center – Phase 1, Permit No. 43026931.001. This letter is being sent to you, as requested by H. Robert Lue, Director, Brooksville Regulation Department.

If I can be of any further assistance, please don't hesitate in contacting me at 1-800-423-1476, extension, 4349.

Sincerely,

Sandy Somegen
Field Service Supervisor
Brooksville Regulation Department

SS:jen
Enclosure
cc:  Files of Record 43026931.001/CT 181111 and CT 191098
 H. Robert Lue, P.E., Director, Brooksville Regulation Department
 Wojciech M. Mroz, P.E., Surface Water Regulation Manager
 Leonard Bartos, P.W.S., Environmental Regulation Manager
 C. Clay Black, P.E., Senior Professional Engineer
 Frank Gargano, Senior Field Technician
 Cliff Jackson, Senior Field Technician



# Southwest Florida
## Water Management District

An Equal Opportunity Employer

2379 Broad Street, Brooksville, Florida 34604-6899
(352) 796-7211 or 1-800-423-1476 (FL only)
SUNCOM 628-4150   TDD only 1-800-231-6103 (FL only)
On the Internet at: WaterMatters.org

Bartow Service Office
170 Century Boulevard
Bartow, Florida 33830-7700
(863) 534-1448 or
1-800-492-7862 (FL only)
SUNCOM 572-6200

Lecanto Service Office
Suite 226
3600 West Sovereign Path
Lecanto, Florida 34461-8070
(352) 527-8131

Sarasota Service Office
6750 Fruitville Road
Sarasota, Florida 34240-9711
(941) 377-3722 or
1-800-320-3503 (FL only)
SUNCOM 531-6900

Tampa Service Office
7601 Highway 301 North
Tampa, Florida 33637-6759
(813) 985-7481 or
1-800-836-0797 (FL only)
SUNCOM 578-2070

Judith C. Whitehead
Chair, Hernando
Neil Combee
Vice Chair, Polk
Todd Pressman
Secretary, Pinellas
Jennifer E. Closshey
Treasurer, Hillsborough
Thomas G. Dabney
Sarasota
Patricia M. Glass
Manatee
Heidi B. McCree
Hillsborough
Ronald E. Oakley
Pasco
Sallie Parks
Pinellas
Maritza Rovira-Forino
Hillsborough
Finley C. Symons
DeSoto

David L. Moore
Executive Director
William S. Bilenky
General Counsel

August 14, 2007

Pasco 54 Ltd., Pasco 54 Inc., Pasco Ranch Inc., and Pasco Properties
509 Guisando De Avila, Suite 200
Tampa, FL 33613

Subject:   CONSTRUCTION INSPECTION DEVIATION
           Project Name:   Cypress Creek Town Center – Phase 1
           Permit No.:     43026931.001
           CT No.:         181111
           Sec/Twp/Rng:    27/26S/19E
           County:         Pasco

Dear Permittees:

The District has received a complaint alleging that turbid water is discharging from your site located at SR 56 in Pasco County. District staff investigated and found the following deviations:

- Water levels in Wetland R are very high and it appears that unauthorized discharges have occurred.
- Turbidity levels in Wetland R and Wetland L are very high.
- Erosion control and sedimentation barriers have not been repaired around Wetland L.

These problems must be corrected immediately in order to assure continued compliance with your permit. I suggest you employ a Florida Professional Engineer to investigate, devise solutions, and oversee remedial construction.

Please respond to this letter within 14 days of receipt with the results of your investigation, a repair plan, and a construction schedule. Your plan should address dewatering activities, turbidity reduction, and erosion control measure construction and maintenance.

You may contact me at the Brooksville Service Office, extension 4325 if you wish to discuss this matter further.

Sincerely,

C. Clay Black, P.E.
Brooksville Regulation Department

CCB:jen
cc:   Files of Record 43026931.001/CT 181111 and CT 191098
      WilsonMiller Inc.
      Don Campbell, Kearney Construction Co., LLC
      Brent Guy, Quality Control Inspection, Inc.
      H. Robert Lue, P.E., Director, Brooksville Regulation Department
      Wojciech M. Mroz, P.E., Surface Water Regulation Manager
      Leonard Bartos, P.W.S., Environmental Regulation Manager
      Sandy Semegen, Field Technician Manager
      Frank Gargano, Senior Field Technician
      Cliff Jackson, Senior Field Technician



REPLY TO
ATTENTION OF

DEPARTMENT OF THE ARMY
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
Tampa Regulatory Office
10117 Princess Palm Ave, STE 120
Tampa, FL 33610

Regulatory Division
Enforcement Section
Tampa Regulatory Office
SAJ-2003-2336 (IP-TEH)

Sierra Properties
509 Guisando De Avila, STE 200
Tampa, FL 33613

NOTICE OF NONCOMPLIANCE

Dear Gentlemen:

A recent inspection of your property by U.S. Army Corps of Engineers staff indicates that you have not complied with the terms and conditions of your Department of the Army permit. Department of the Army permit No. 2003-2336 (IP-TEH) authorized you to perform work in jurisdictional wetlands associated with the Cypress Creek Town Center project. The project is located at the junction of State Road 54 and I-75, Pasco County, Florida. (Lat. 28.19294° N; Long. 82.39138° W)

On July 31, 2007, district staff documented that 0.785 acres of jurisdictional wetlands had been mechanically cleared and compacted during construction activities. Although the wetland disturbance had been self-reported by you via your environmental consultant, the work was unauthorized and was in violation of your permit.

In addition, Army Corps staff documented unauthorized offsite discharges in Cypress Creek as follows: (1) During our July 31, 2007 inspection, staff documented the accumulation of eroded sediments in the creek. The sedimentation was associated with a failed sedimentation barriers along the eastern boundary of the creek. (2) On August 3, 2007, staff documented that turbid water had been discharged to the creek because water and sediments had breached your sedimentation screens. Your state water quality certification did not authorize offsite discharges. Failure to comply with your water quality certification and failure to maintain your site activities in good condition are violations of the general conditions of your Federal permit.

-2-

It is my responsibility, as District Engineer, to issue this Notice of Noncompliance. My staff is conducting an investigation to determine the most appropriate enforcement action to address the alleged violation.

Among the enforcement options available are actions in Federal District Court for fines and injunctions requiring work cessation and/or restoration. The Court may also require that the restoration be performed by a third-party contract and be funded through a money judgment against the Permittee.

On an administrative level, the permit may be suspended, revoked, or modified and administrative penalties assessed. The administrative penalty proceeding requires notice to the Department of Environmental Protection and to all interested persons, all of who can submit comments. If you do not request an administrative hearing, anyone who comments may request one. The Corps may levy a Class I Administrative penalty in an amount not exceeding $27,500 in a case such as this.

You are advised to acknowledge receipt of this letter within 15 days. You should provide any information concerning why the terms and conditions of your Department of the Army permit have not been complied with.

The Corps does acknowledge your good-faith efforts to address the referenced problems on site. As of this date, you have submitted a restoration plan to restore the damaged wetland and, to our knowledge, are working with Southwest Water Management District staff to improve your site stabilization measures to prevent further offsite discharges or degradation of water quality.

-3-

If you have any questions regarding this letter, please contact Thomas Farrell at the letterhead address or at telephone 813.769.7072.

Sincerely,

for:
Paul L. Grosskruger
Colonel, U.S. Army
District Commander

cc: Frank Gargano
Senior Field Technician
Brooksville Regulation Department
Southwest Florida Water Management District
2379 Broad ST
Brooksville, Florida 34604-6899

Biological Research Associates
c/o John Bailey and Eva Bailey
3905 Crescent Park DR
Riverview FL 33569