UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LT. GEN. ROBERT L. VAN ANTWERP, et al., <br><br> Defendants, <br><br> and <br><br> SIERRA PROPERTIES I LLC, et al., <br><br> Intervening Defendants. | Civ. No. 1:07-cv-01756 (RCL) <br><br> DECLARATION IN SUPPORT OF STANDING |

### DECLARATION OF CHRIS LOY

I, Chris Loy, do hereby declare the following:

1) I am and have been a resident of the Tampa metropolitan area for 9 years. I currently live on the Hillsborough River and my backyard forms part of the river's bank. Cypress Creek is a major tributary to the Hillsborough River.

2) I am a member of Sierra Club and have been since at least 2002.

3) I canoe and swim in the Hillsborough River from my back yard. Upstream from my home, on the Hillsborough River, is a dam that is used to divert water flowing down Hillsborough River out of the natural course of the river and into the Tampa municipal water system. This system is managed by Tampa Bay Water.

4) The water quality in the Hillsborough River behind my house is directly affected

CASE NO. 1:07-cv-01756 (RCL)

**INTERVENING DEFENDANTS'**
**EXHIBIT 6**

by the quality and quantity of water that flows into it, and that is removed from it for municipal water supplies. For example, when water is diverted from the Hillsborough River for municipal drinking water supplies, the river behind my house slows its flow and changes from its clear dark color, to a murky color. When the water is a murky color I no longer swim in the water because I am concerned for my health and it is aesthetically unpleasant.

5) I draw my home water from a well on my property. My children drink Tampa's municipal water at school, and I use Tampa's municipal water at my office.

6) I enjoy exercising in the natural environment in my community. I have canoed approximately 80% of the rivers in west central Florida. Most frequently I canoe the Hillsborough River, about 10-12 times a year, including 2-3 times a year in the upper Hillsborough River near – within a mile or so – where Cypress Creek enters the Hillsborough River. I also canoe with my children on the Hillsborough River near my house.

7) I drive past the Cypress Creek Town Center ("CCTC") site on a regular basis, several times a month.

8) Approximately three or four times a year I hike and bike in the public conservation lands in the Hillsborough River and Cypress Creek basin, including a conservation area (Cypress Creek Preserve ELAPP site) that is between approximately a quarter mile to three quarters of a mile from the CCTC site.

9) I enjoy recreating in these lands and waterways because I enjoy the solitude and the escape from crowded urban areas. I come to these areas in part to enjoy the

scenery and the plants and wildlife I observe, including among others the Wood Stork, egrets and ibis.

10) For example, I enjoy traveling to the conservation land mentioned above that is nearby the CCTC site. I go to this site because it is convenient to my home and work, because it is part of my natural community in which I live, and because it has natural flora and fauna that I enjoy observing, including Wood Storks. I have been to this conservation land approximately 10 times, the most recent being within the 12 months. The conservation land has a wide body of water with an island in it that is approximately one half to one mile from the CCTC site. On the island I see Wood Storks, ibis, cattle egrets, white egrets, snowy egrets, little blue herons, tricolored herons, and anhingas. These birds can be incredibly loud and active: their sqwuaking and interactions are quite interesting to observe. I have shared my enjoyment of this site by leading hikes with co-workers and friends as well as family visiting Florida. Cypress Creek flows through this conservation land, and there is a small foot bridge that crosses Cypress Creek. I enjoy crossing the bridge and standing on the bridge and absorbing the beautiful and scenic qualities of Cypress Creek and its environs.

11) I believe that the CCTC's impacts on wood stork habitat and other wading bird habitat will adversely affect the wood storks and wading birds that utilize the Cypress Creek basin, and that I travel to Cypress Creek in part to see. Destruction of wildlife habitat necessarily adversely affects the species. It will also, therefore, adversely affect my ability to enjoy seeing these species. I also believe that the

CCTC will adversely affect the water quality and quantity in Cypress Creek as a result of discharges to the creek: indeed it already has, as reflected by the attached citations issued to the developers of CCTC for unlawful discharges to Cypress Creek. Degradation of Cypress Creek will ultimately adversely affect my enjoyment of lands, and the flora and fauna in the area.

12) I believe that CCTC, with the other development rapidly taking place in the Cypress Creek and Hillsborough River basins, will also adversely affect the quality of water in Cypress Creek and Hillsborough River because of the increased demand on water supplies in the area. It is common knowledge that demand for drinking and household water in the Tampa area generally has caused an overexploitation of water resources in the area, and that this has lead to decreased water quality in water bodies in the area, including Hillsborough River. This is reflected, for example, in news articles, such as the one in the Administrative Record at AR03496-98, that document that water extraction adversely affects the water quantity, and therefore quality, in the Hillsborough River. As a result, Hillsborough River, as it flows behind my home, will become less aesthetically pleasing and more stagnant, and a murky color, more often. This will negatively affect my enjoyment of my home and back yard, as one reason I purchased my home was to enjoy the view of Hillsborough River, and to recreate in it. As a result, I will also decrease my swimming and canoeing in Hillsborough River. I am also concerned about the effects that overexploitation will have on the aquifer that I rely upon for my home water use.

13) Seeing the CCTC development and the impacts to the site as I drive past the site causes me great disappointment, frustration, and sadness, though I am increasingly resigned to agencies' failure to enforce environmental laws.

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge.

Executed on ___January 11___, 2008

_____
Chris Loy

Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009-1056

Katherine A. Meyer
Eric R. Glitzenstein
Howard M. Crystal
Kimberly D. Ockene
Joshua R. Stebbins
Tanya M. Sanerib
Erin M. Tobin

Telephone (202) 588-5206
Fax (202) 588-5049
www.meyerglitz.com

September 6, 2007

Lt. Gen. Robert L. Van Antwerp
Chief of Engineers,
Army Corps of Engineers
20 Massachusetts Ave., N.W.
Washington, D.C. 20314
202-761-1683 (fax)

Lt. Gen. Robert L. Van Antwerp
Mr. Lance Wood, Esq.
U.S. Army Corp of Engineers
Chief Counsel's Office
441 G. Street, NW
Washington, D.C 20314
lance.d.wood@usace.army.mil

Dirk Kempthorne
Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240
exsec@ios.doi.gov (executive secretary)
(202) 208-6956 (fax)

Dale Hall,
Director,
U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, D.C. 20240
dale_hall@fws.gov
703 358 2594 (fax)

RE: Cypress Creek Town Center in Pasco County, Florida

We are writing on behalf of the Sierra Club concerning the Department of Army Permit


recycled paper

Attachment A

No. SAJ-2003-2336 (IP-THE) (May 15, 2007) ("Permit"), authorizing the destruction of wetlands for construction of the Cypress Creek Town Center ("CCTC") under section 404 of the Clean Water Act. As you know, Sierra Club gave notice of its intent to sue to challenge the Permit in its correspondence of July 17, 2007, unless the Corps suspends or revokes the Permit.

Among other legal violations identified by the Sierra Club in its July 17, 2007, Notice, the Sierra Club explained that the CCTC development will cause significant degradation of Cypress Creek, an Outstanding Florida Water, and ultimately the Hillsborough River, to which Cypress Creek flows. Moreover, in issuing the Permit the Corps failed to take a hard look at such degradation, both during the construction and during the operation of the CCTC development; it did not require that practicable alternatives to reduce or avoid impacts be pursued; and it did not require minimization of such impacts.

Land clearing of the CCTC development site has begun. Not surprisingly, the project has unlawfully discharged large amounts of turbid storm water into wetlands and Cypress Creek, significantly degrading the wetlands and the Creek. The developer of the site has now been cited twice for discharges, see attached, by two separate agencies. As the Sierra Club explained earlier, the CCTC project will inescapably cause significant degradation of Cypress Creek, and ultimately Hillsborough River, which is unlawful under the Clean Water Act.

The Sierra Club continues to be gravely concerned that the Corps has failed to comply with the ESA, the CWA, and NEPA in granting the Permit at issue. The Sierra Club again requests that the Corps suspend or revoke the Permit authorizing the CCTC project while the Corps undertakes the additional analyses mandated by federal law. Absent such actions, the Sierra Club intends to file suit to bring the Corps into compliance with the law. In the meantime, the Sierra Club also requests that the Corps station officers at the CCTC site to monitor activities and prevent any further discharges. Please feel free to contact us to discuss these matters.

Sincerely,

Joshua R. Stebbins

cc:

Governor Charles Crist
Office of the Governor
The Capitol
400 South Monroe Street
Tallahassee, FL 32399



# Southwest Florida
## Water Management District

2379 Broad Street, Brooksville, Florida 34604-6899
(352) 796-7211 or 1-800-423-1476 (FL only)
SUNCOM 628-4150  TDD only 1-800-231-6103 (FL only)
On the internet at: WaterMatters.org

An Equal
Opportunity
Employer

Bartow Service Office
170 Century Boulevard
Bartow, Florida 33830-7700
(863) 534-1448 or
1-800-492-7862 (FL only)
SUNCOM 572-6200

Lecanto Service Office
Suite 226
3600 West Sovereign Path
Lecanto, Florida 34461-8070
(352) 527-8131

Sarasota Service Office
6750 Fruitville Road
Sarasota, Florida 34240-9711
(941) 377-3722 or
1-800-320-3503 (FL only)
SUNCOM 531-6900

Tampa Service Office
7601 Highway 301 North
Tampa, Florida 33637-6759
(813) 985-7481 or
1-800-836-0797 (FL only)
SUNCOM 578-2070

Judith C. Whitehead
Chair, Hernando
Neil Combee
Vice Chair, Polk
Todd Pressman
Secretary, Pinellas
Jennifer E. Closshey
Treasurer, Hillsborough
Thomas G. Dabney
Sarasota
Patricia M. Glass
Manatee
Hugh M. Gramling
Hillsborough
Ronald E. Oakley
Pasco
Sallie Parks
Pinellas
Maritza Rovira-Forino
Hillsborough
Patsy C. Symons
DeSoto

David L. Moore
Executive Director
William S. Bilenky
General Counsel

August 20, 2007

Hank King
15380 Cypress Creek Run
Lutz, FL 33559-08606

Subject:    Letter Dated August 14, 2007
            Construction Inspection Deviation for Cypress Creek Town Center

Dear Mr. King:

Enclosed you will find a copy of a letter dated on August 14, 2007, by Compliance Engineer, Clay Black concerning the Cypress Creek Town Center – Phase 1, Permit No. 43026931.001. This letter is being sent to you, as requested by H. Robert Lue, Director, Brooksville Regulation Department.

If I can be of any further assistance, please don't hesitate in contacting me at 1-800-423-1476, extension. 4340.

Sincerely,

Sandy Semegen
Field Service Supervisor
Brooksville Regulation Department

SS:jen
Enclosure
cc:    Files of Record 43026931.001/CT 181111 and CT 191098
       H. Robert Lue, P.E., Director, Brooksville Regulation Department
       Wojciech M. Mroz, P.E., Surface Water Regulation Manager
       Leonard Bartos, P.W.S., Environmental Regulation Manager
       C. Clay Black, P.E., Senior Professional Engineer
       Frank Gargano, Senior Field Technician
       Cliff Jackson, Senior Field Technician



## Southwest Florida
### Water Management District

2379 Broad Street, Brooksville, Florida 34604-6899
(352) 796-7211 or 1-800-423-1476 (FL only)
SUNCOM 628-4150  TDD only 1-800-231-6103 (FL only)
On the internet at: WaterMatters.org

An Equal Opportunity Employer

Bartow Service Office
170 Century Boulevard
Bartow, Florida 33830-7700
(863) 534-1448 or
1-800-492-7862 (FL only)
SUNCOM 572-6200

Lecanto Service Office
Suite 226
3600 West Sovereign Path
Lecanto, Florida 34461-8070
(352) 527-8131

Sarasota Service Office
6750 Fruitville Road
Sarasota, Florida 34240-9711
(941) 377-3722 or
1-800-320-3503 (FL only)
SUNCOM 531-6900

Tampa Service Office
7601 Highway 301 North
Tampa, Florida 33637-6759
(813) 985-7481 or
1-800-836-0797 (FL only)
SUNCOM 578-2070

Judith C. Whitehead
Chair, Hernando

Neil Combee
Vice Chair, Polk

Todd Pressman
Secretary, Pinellas

Jennifer E. Closshey
Treasurer, Hillsborough

Thomas G. Dabney
Sarasota

Patricia M. Glass
Manatee

Heidi B. McCree
Hillsborough

Ronald E. Oakley
Pasco

Sallie Parks
Pinellas

Maritza Rovira-Forino
Hillsborough

Finley C. Symons
DeSoto

David L. Moore
Executive Director

William S. Bilenky
General Counsel

August 14, 2007

Pasco 54 Ltd., Pasco 54 Inc., Pasco Ranch Inc., and Pasco Properties
509 Guisando De Avila, Suite 200
Tampa, FL 33613

Subject:   CONSTRUCTION INSPECTION DEVIATION
           Project Name:   Cypress Creek Town Center -- Phase 1
           Permit No.:     43026931.001
           CT No.:         181111
           Sec/Twp/Rng:    27/26S/19E
           County:         Pasco

Dear Permittees:

The District has received a complaint alleging that turbid water is discharging from your site located at SR 56 in Pasco County. District staff investigated and found the following deviations:

- Water levels in Wetland R are very high and it appears that unauthorized discharges have occurred.
- Turbidity levels in Wetland R and Wetland L are very high.
- Erosion control and sedimentation barriers have not been repaired around Wetland L

These problems must be corrected immediately in order to assure continued compliance with your permit. I suggest you employ a Florida Professional Engineer to investigate, devise solutions, and oversee remedial construction.

Please respond to this letter within 14 days of receipt with the results of your investigation, a repair plan, and a construction schedule. Your plan should address dewatering activities, turbidity reduction, and erosion control measure construction and maintenance.

You may contact me at the Brooksville Service Office, extension 4325 if you wish to discuss this matter further.

Sincerely,

C. Clay Black, P.E.
Brooksville Regulation Department

CCB:jen
cc:   Files of Record 43026931.001/CT 181111 and CT 191098
      WilsonMiller Inc.
      Don Campbell, Kearney Construction Co., LLC
      Brent Guy, Quality Control Inspection, Inc
      H. Robert Lue, P.E., Director, Brooksville Regulation Department
      Wojciech M. Mroz, P.E., Surface Water Regulation Manager
      Leonard Bartos, P.W.S., Environmental Regulation Manager
      Sandy Semegen, Field Technician Manager
      Frank Gargano, Senior Field Technician
      Cliff Jackson, Senior Field Technician



REPLY TO
ATTENTION OF

DEPARTMENT OF THE ARMY
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
Tampa Regulatory Office
10117 Princess Palm Ave, STE 120
Tampa, FL 33610

Regulatory Division
Enforcement Section
Tampa Regulatory Office
SAJ-2003-2336 (IP-TEH)

Sierra Properties
509 Guisando De Avila, STE 200
Tampa, FL 33613

NOTICE OF NONCOMPLIANCE

Dear Gentlemen:

A recent inspection of your property by U.S. Army Corps of Engineers staff indicates that you have not complied with the terms and conditions of your Department of the Army permit. Department of the Army permit No. 2003-2336 (IP-TEH) authorized you to perform work in jurisdictional wetlands associated with the Cypress Creek Town Center project. The project is located at the junction of State Road 54 and I-75, Pasco County, Florida. (Lat. 28.19294° N; Long. 82.39138° W)

On July 31, 2007, district staff documented that 0.785 acres of jurisdictional wetlands had been mechanically cleared and compacted during construction activities. Although the wetland disturbance had been self-reported by you via your environmental consultant, the work was unauthorized and was in violation of your permit.

In addition, Army Corps staff documented unauthorized offsite discharges in Cypress Creek as follows: (1) During our July 31, 2007 inspection, staff documented the accumulation of eroded sediments in the creek. The sedimentation was associated with a failed sedimentation barriers along the eastern boundary of the creek. (2) On August 3, 2007, staff documented that turbid water had been discharged to the creek because water and sediments had breached your sedimentation screens. Your state water quality certification did not authorize offsite discharges. Failure to comply with your water quality certification and failure to maintain your site activities in good condition are violations of the general conditions of your Federal permit.

-2-

It is my responsibility, as District Engineer, to issue this Notice of Noncompliance. My staff is conducting an investigation to determine the most appropriate enforcement action to address the alleged violation.

Among the enforcement options available are actions in Federal District Court for fines and injunctions requiring work cessation and/or restoration. The Court may also require that the restoration be performed by a third-party contract and be funded through a money judgment against the Permittee.

On an administrative level, the permit may be suspended, revoked, or modified and administrative penalties assessed. The administrative penalty proceeding requires notice to the Department of Environmental Protection and to all interested persons, all of who can submit comments. If you do not request an administrative hearing, anyone who comments may request one. The Corps may levy a Class I Administrative penalty in an amount not exceeding $27,500 in a case such as this.

You are advised to acknowledge receipt of this letter within 15 days. You should provide any information concerning why the terms and conditions of your Department of the Army permit have not been complied with.

The Corps does acknowledge your good-faith efforts to address the referenced problems on site. As of this date, you have submitted a restoration plan to restore the damaged wetland and, to our knowledge, are working with Southwest Water Management District staff to improve your site stabilization measures to prevent further offsite discharges or degradation of water quality.

-3-

If you have any questions regarding this letter, please contact Thomas Farrell at the letterhead address or at telephone 813.769.7072.

Sincerely,

for:
Paul L. Grosskruger
Colonel, U.S. Army
District Commander

cc: Frank Gargano
Senior Field Technician
Brooksville Regulation Department
Southwest Florida Water Management District
2379 Broad ST
Brooksville, Florida 34604-6899

Biological Research Associates
c/o John Bailey and Eva Bailey
3905 Crescent Park DR
Riverview FL 33569