UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-01756 (RCL) |
| ) | |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SIERRA PROPERTIES, et al., ) | |
| ) | |
| Intervening Defendants ) | |

### DECLARATION OF THOMAS ARMENTANO

I, Thomas Armentano, do hereby declare as follows:

1) I am a resident of Pasco County, Florida, and live approximately five miles from the Cypress Creek Town Center ("CCTC") site. I drive past the CCTC site when I drive around Pasco County for errands, and I will do so again.

2) I am a member of Clean Water Action ("CWA") and have been since May 2005. I have a PhD in ecology and have spent over 30 years working as an ecologist.

3) I greatly enjoy exploring and observing natural ecosystems and environments and the flora and fauna therein. I travel to the conservation lands around my home to do so, including conservation lands in the Cypress Creek watershed. It is my intent to continue exploring and expanding my trips to and in these lands.

**CASE NO. 1:07-cv-01756 (RCL)**

**INTERVENING DEFENDANTS'**
**EXHIBIT 7**

4) I have visited three areas, in particular, to explore and observe Cypress Creek's ecology; and I intend to continue to do so, including in the next year. From my house I have biked many times along State Road 54 sometimes following it to where it crosses Cypress Creek, near the intersection of State Road 54 and 56, right near the CCTC site on Old Cypress Creek Road. In so doing I have stopped on the bridge over Cypress Creek to observe and appreciate the Creek, including the creek bottom and its surface waters (particularly for submerged and floating aquatic plants) and the bottomlands in the area, including a significant cypress stand and associated bottomland hardwood forest. I also look for fauna that might inhabit the area as I do in all my forays.

5) I have also biked up to a half-dozen times in a South West Florida Water Management District site which is part of the Cypress Creek basin. When I do so, I follow along trails through the area, sometimes leaving them to explore and to observe the area's wetlands, bottomlands, and uplands, and the waters of the Cypress Creek system.

6) I also have gone to lands around a municipal well field in the area two or three times. In so doing, I cross over a tiny bridge under which Cypress Creek flows; and I enjoy seeing the beauty of the Creek and the ecology as I do so.

7) I go to such areas because I enjoy examining the vegetation and the ecosystems of such lands. I enjoy observing the cypress, the cabbage palms, and the bottomland hardwood trees such as red maple, swamp laurel oak, water oak, tupelo, and other native bottomland tree species as well as the bromeliads, ferns, and other

herbaceous species. I enjoy looking for birds, including arboreal and wading birds, and seeing a wood stork would be a great attraction for me. I also enjoy exploring the uplands and looking for the flora and fauna that use such habitat. I look for gopher tortoise burrows and gopher tortoises, and it would be of special interest to see eastern indigo snakes, - which utilize gopher tortoise burrows for shelter, - given their rarity. Similarly, I would like to see a Florida Scrub Jay – particularly because I have not yet seen one – and I keep an eye out for them as they use the same general type of upland habitat as eastern indigo snakes.

8) As an ecologist, I also enjoy examining the creek and its environs as a functioning riparian ecosystem. In this respect, the creek is seen in cross-section as a lowland flow channel with adjacent higher elevation terraces and vegetated zones on slopes that tie together the bottomland and upland zones. These vegetated zones serve several functions, including both vital wildlife habitat and providing buffers which protect the downslope wetlands and stream, and it concerns and saddens me that larger protective buffers are not being maintained around Cypress Creek and its wetlands and that these areas will be impacted.

9) It is my intent to continue to explore the natural lands near my home, including the conservation lands in and along Cypress Creek. When I drive past the CCTC development and witness its destruction of the natural environment in such a vast and sensitive site, I find it appalling and am saddened. I believe that the development will adversely affect the Cypress Creek ecosystem, water supply and water quality, and the flora and fauna in the area, including threatened and

endangered species such as the Wood Stork, the Eastern Indigo Snake, and the Florida Scrub Jay. I believe these impacts will result from, among other things, the destruction of wetlands, the introduction of pollution, increased demand for water, and loss and fragmentation of wildlife habitat. It will also result in aesthetic harm to a beautiful creek and a beautiful area. It diminishes my interest and enjoyment in exploring this area and this part of the Cypress Creek basin and its ecology.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on January 11, 2008.

_____
Thomas Armentano