UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., Plaintiffs )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LT. GEN. ROBERT L. VAN ANTWERP, et al., )<br>)<br>Defendants. )<br>)<br>and )<br>)<br>SIERRA PROPERTIES, et al., )<br>)<br>Intervening Defendants ) | Civ. No. 1:07-cv-01756 (RCL) |

**ORDER GRANTING
PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

This matter is before the Court on Plaintiffs' motion for a protective order, Intervenors' opposition thereto, and Plaintiffs' reply. Upon consideration of the briefs, as well as the entire record in this case, it is, by the Court, this 28th day of January, 2008, hereby

ORDERED that plaintiffs' motion for a protective order be granted; and it is further

ORDERED that Intervenors are barred from taking the depositions of Sierra Club, Gulf Restoration Network, Clean Water Action, Chris Loy and Richard Sommerville without leave of Court.



_____/s/_____
U.S. District Court Judge
Royce C. Lamberth

Dated: January 28, 2008