**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SIERRA CLUB, et al.,

Plaintiffs,

v.

LT. GEN. ROBERT L. VAN ANTWERP, et al.,

Defendants,

and

SIERRA PROPERTIES I, LLC, et al.,

Intervening Defendants.

Civ. No. 1:07-cv-01756 (RCL)

AFFIDAVIT OF SERVICE

I hereby declare that service of the Summons and Complaint in the above-captioned case has taken place in the following manner:

1. The United States Attorney for the District of Columbia was personally served on October 1, 2007;

2. The U.S. Attorney General was served by certified mail on or about October 1, 2007, with return receipt dated October 5, 2007;

3. The Secretary of the United States Department of the Interior was served by certified mail on or about October 1, 2007, with return receipt dated October 5, 2007;

4. The Director of the United States Fish and Wildlife Service was served by certified mail on or about October 1, 2007, with return receipt dated October 10, 2007.

5. The Chief of Engineers, United States Army Corps of Engineers, was served by certified mail on or about October 1, 2007, with return receipt dated October 5, 2007.

Receipts verifying this information are attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

_________/S/_______________

Joshua R. Stebbins
(D.C. Bar. No. 468542)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206

February 4, 2008

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dale Hall
Director
U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) A Giles B. Date of Delivery 10/10/07

C. Signature X [signature] ☒ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7005 1160 0004 0539 6984

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dirk Kempthorne
Secretary
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) J Maybee B. Date of Delivery 10-5-07

C. Signature X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☒ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7005 1160 0004 0539 6977

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
Department of Justice
10th and Constitution Ave., NW
Washington, DC 20230

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) B. Date of Delivery

C. Signature [signature] X OCT 05 2007 ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7005 1160 0004 0539 7004

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. Gen. Robert L. Van Antwerp
Chief of Engineers
Army Corps of Engineers
441 G Street, N.W.
Washington, D.C. 20314

2. Article Number *(Copy from service label)* 7005 1160 0004 0539 6991

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)* [handwritten signature] B. Date of Delivery [illegible]

C. Signature X [handwritten signature] ☐ Agent ☑ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: ____________
- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: ____________
- ☐ Returned unexecuted: ____________
- ☐ Other (specify): ____________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ ____________
Date *Signature of Server*

____________
*Address of Server*

Rcd by LaTasha Carroll 10/1/07 US Attorney's Office

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.