UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SIERRA CLUB, et al.,

      Plaintiffs,

v.

                                        Civ. No. 1:07-cv-01756 (RCL)

LT. GEN. ROBERT L. VAN ANTWERP,
in his official capacity as Chief of Engineers,
U.S. Army Corps of Engineers, et al.,

      Defendants,

    and

SIERRA PROPERTIES I, LLC, et al.,

      Intervening Defendants.

---/

**FEDERAL DEFENDANTS' MOTION FOR EXTENSION OR STAY OF BRIEFING
SCHEDULE AND REQUEST FOR EXPEDITED CONSIDERATION**

Federal Defendants Lt. General Robert L. Van Antwerp, in his official capacity as Chief

of Engineers, United States Army Corps of Engineers ("Corps"), Dirk Kempthorne, in his

official capacity as Secretary, United States Department of the Interior, and H. Dale Hall, in his

official capacity as Director, United States Fish and Wildlife Service, hereby move the Court to

stay the current briefing schedule in the above-captioned litigation until the Court is able to rule

on Federal Defendants' Motion for Voluntary Remand and Stay of Litigation, filed on February

13, 2008 (Doc No. 41).

Under the current scheduling order, Federal Defendants' and Intervening Defendants'

cross-motions for summary judgment are due February 20, 2008.  Doc. No. 31.  The Corps,

however, has recently suspended the permit at issue in the present litigation (see Doc. No. 40),

and Federal Defendants have filed the Motion for Voluntary Remand and Stay of Litigation to

allow the agency to address recent permit violations.  At the conclusion of the remand, the Corps

will decide whether to modify, reaffirm, or revoke the permit.  Depending upon what the Corps

ultimately decides, it is possible that some or all of Plaintiffs' claims could become moot.

Thus, to avoid unnecessary Court review of issues potentially mooted by the voluntary

remand, Federal Defendants request the current scheduling order be stayed while the Court

considers the Motion for Voluntary Remand and Stay of Litigation, and further stayed should

that motion be granted.  Should the Court deny Federal Defendants' Motion for Voluntary

Remand and Stay of Litigation, Federal Defendants respectfully request the Court re-institute the

present briefing schedule as follows:

1) Federal Defendants and Intervening Defendants file their respective cross-
motions for summary judgment and memorandums in opposition to Plaintiffs'
motion for summary judgment no later than ten (10) days after a Court order
denying the Motion for Voluntary Remand and Stay of Litigation.

2) Plaintiffs file their combined reply and memorandum in opposition to Federal
Defendants' and Intervening Defendants' motions for summary judgment
fourteen (14) days thereafter.

3) Federal Defendants and Intervening Defendants file their respective replies in
support of their motions for summary judgment fourteen (14) days after Plaintiffs'
combined reply and memorandum in opposition.

Additionally, given that the permit suspension occurred in the middle of the current

summary judgment briefing schedule, Federal Defendants respectfully request the Court consider

the Motion for Extension or Stay of Briefing Schedule at the earliest time allowed by the Court's

schedule.

Pursuant to Local Civil Rule 7(m), Federal Defendants' counsel has contacted counsel

for both Plaintiffs and Intervening Defendants regarding this motion.  Intervening Defendants

concur with the motion to extend time.  Plaintiffs' counsel oppose the motion to extend time.


Respectfully submitted,


                                        RONALD J. TENPAS
                                        Acting Assistant Attorney General
                                        Environment & Natural Resources Division



Date:   February 13, 2008              _/s/ Kristofor R. Swanson_____

                                        JESSICA O'DONNELL
                                        D.C. Bar No. 473166
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Environment and Natural Resources Division
                                        Environmental Defense Section
                                        P.O. Box 23986
                                        Washington, D.C. 20026-3986
                                        Telephone:  (202) 305-085
                                        Facsimile:  (202) 514-8865
                                        D.C. Bar No. 473166
                                        jessica.odonnell@usdoj.gov

                                        MARK A. BROWN
                                        D.C. Bar No. 470050
                                        Senior Trial Attorney
                                        U.S. Department of Justice
                                        Environment and Natural Resources Division
                                        Wildlife and Marine Resources Section
                                        P.O. Box 7369
                                        Washington, D.C. 20044-7369
                                        Telephone: (202) 305-0204
                                        Facsimile: (202) 305-0275
                                        mark.brown@usdoj.gov

                                        KRISTOFOR R. SWANSON
                                        Colo. Bar No. 39378
                                        Trial Attorney

                                        U.S. Department of Justice
                                        Environment and Natural Resources Division
                                        Natural Resources Section
                                        P.O. Box 663
                                        Washington, D.C. 20044-0663
                                        Telephone:  (202) 305-0248
                                        Facsimile:  (202) 305-0274
                                        kristofor.swanson@usdoj.gov

Of Counsel:

Dorothy L. Boardman
U.S. Army Corps of Engineers
Jacksonville District
P.O. Box 4970
Jacksonville, Florida 32232-0019
Tel: (904) 232-1165
Fax: (904) 232-3692
E-mail:  Dorothy.L.Boardman@saj02.usace.army.mil

Delores Young
Department of the Interior
Office of the Regional Solicitor
Southeast Region
75 Spring St., S.W.
Suite 304
Atlanta, GA  30303
Telephone: (404) 331-3379
Facsimile: (404) 730-2682

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SIERRA CLUB, et al.,

      Plaintiffs,

v.                                                                               Civ. No. 1:07-cv-01756 (RCL)

LT. GEN. ROBERT L. VAN ANTWERP,
in his official capacity as Chief of Engineers,
U.S. Army Corps of Engineers, et al.,

      Defendants,

   and

SIERRA PROPERTIES I, LLC, et al.,

      Intervening Defendants.
_____/

**[PROPOSED] ORDER**

Before the Court is Federal Defendants' Motion for Voluntary Remand and Stay on

Litigation and Motion for Extension or Stay of the Briefing Schedule.  In consideration of those

motions, it is hereby:

ORDERED that Federal Defendants' Motion for Voluntary Remand and Stay on

Litigation is granted; and

ORDERED that the current briefing schedule is stayed until the permit is reissued.


Date: _____


                                _____
                                United States District Judge