UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, CLEAN WATER ACTION, GULF RESTORATION NETWORK, CHRIS LOY, and RICHARD SOMMERVILLE, <br><br> Plaintiffs, <br><br> v. <br><br> LT. GEN. ROBERT L. VAN ANTWERP, in his official capacity as Chief of Engineers, U.S. Army Corps of Engineers, DIRK KEMPTHORNE, in his official capacity as Secretary, U.S. Department of the Interior, and H. DALE HALL, in his official capacity as Director, U.S. Fish and Wildlife Service, <br><br> Defendants, <br><br> and <br><br> SIERRA PROPERTIES I, LLC, PASCO 54, LTD., PASCO RANCH, INC., AND JG CYPRESS CREEK LLC, <br><br> Intervening Defendants. | Civil Action No. 1:07-cv-01756 (RCL) |

**INTERVENING DEFENDANTS' JOINDER OF FEDERAL DEFENDANTS' MOTION FOR EXTENSION OR STAY OF BRIEFING SCHEDULE AND REQUEST FOR EXPEDITED CONSIDERATION**

Sierra Properties I, LLC, Pasco 54, Ltd., and Pasco Ranch, Inc., and JG Cypress Creek LLC (collectively, "Intervening Defendants"), by and through undersigned counsel, hereby join in Federal Defendants' Motion for Extension or Stay of Briefing Schedule and Request for Expedited Consideration ("Motion for Extension") (D.E. 42). Intervening Defendants' and Federal Defendants' summary judgment briefs are due on February 20, 2008 under the current

scheduling order.  D.E. 31.  However, on February 13, 2008, the Corps requested that the Court remand this matter back to the Corps for further consideration.  D.E. 41 (Motion for Voluntary Remand and Stay of Litigation ("Motion for Voluntary Remand")).[1]

In light of the fact that briefing on Federal Defendants' Motion for Voluntary Remand will not be completed until after the date Intervening Defendants' and Federal Defendants' summary judgment briefs are due, February 20, 2008, Intervening Defendants join in Federal Defendants' request that the Court revise the briefing schedule as requested by Federal Defendants in the Motion for Extension.  D.E. 42 at 2.  Intervening Defendants also join in Federal Defendants' request that the Court decide the Motion for Extension at the earliest convenience of the Court.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Counsel for Intervening Defendants

Douglas M. Halsey (Florida Bar No. 288586)
T. Neal McAliley (Florida Bar No. 172091)
Angela D. Daker (Florida Bar No. 681571)
White & Case LLP
Wachovia Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida  33131-2352
(305) 371-2700 (telephone)
(305) 358-5744 (facsimile)

Eric Grannon (D.C. Bar No. 473778)
Erin M. Everitt (D.C. Bar No. 497407)
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005
(202) 626-3600 (telephone)
(202) 639-9355 (facsimile)

---

[1] Intervening Defendants intend to respond to Federal Defendants' Motion for Voluntary Remand within the timeframe allotted under the Federal Rules of Civil Procedure unless the Court orders otherwise.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of February, 2008, the following was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel on the below service list via Notice of Electronic Filing generated by CM/ECF:

Joshua R. Stebbins
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, NW
Suite 700
Washington, DC  20009-1056
(202) 588-5206
Fax:(202) 588-5049
Email: jstebbins@meyerglitz.com

*Counsel for Plaintiffs Sierra Club, Clean Water Action, Gulf Restoration Network, Chris Loy and Richard Sommerville*

Kristofer Swanson
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resource Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
(202) 305-0248
Fax: (202) 305-0274
Email: kristofer.swanson@usdoj.gov

*Counsel for Federal Defendants Robert Van Antwerp, Dirk Kempthorne and Dale Hall*

Mark Arthur Brown
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resource Division
Wildlife and Marine Resources Section
P.O. Box 7369
Ben Franklin Station
Washington, DC  20044-7369
(202) 305-0204
Fax: (202) 514-0097
Email: mark.brown@usdoj.gov

*Counsel for Federal Defendants Robert Van Antwerp, Dirk Kempthorne and Dale Hall*

Jessica O'Donnell
U.S. DEPARTMENT OF JUSTICE
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 305-0856
Fax: (202) 514-8865
Email:  jessica.odonnell@usdoj.gov

*Counsel for Federal Defendants Robert Van Antwerp, Dirk Kempthorne and Dale Hall*

　　　　　　　　/s/
　　　　Angela D. Daker