IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIERRA CLUB, *et al.*,

    Plaintiffs,

v.                                                 Civ. No. 1:07-cv-01756 (RCL)

LT. GEN. ROBERT L. VAN ANTWERP,
in his official capacity as Chief of Engineers,
U.S. Army Corps of Engineers, *et al.*,

    Defendants,

    and

SIERRA PROPERTIES I, LLC, *et al.*,

    Intervening Defendants.

## FEDERAL DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OR STAY OF BRIEFING SCHEDULE

Federal Defendants' Motion for Extension or Stay of the Briefing Schedule (Doc. No. 42) is made in light of the U.S. Army Corps of Engineers' (Corps) permit suspension and subsequent request for a voluntary remand. In their response to the motion, Plaintiffs spend a great deal of time disputing the suspension's breadth (Doc. No. 44).[1] But such arguments are beyond the scope of the Motion for Extension or Stay of the Briefing Schedule. The requested extension is instead simply aimed at allowing the Court ample opportunity to consider the Motion for Voluntary Remand and Stay of Litigation (Doc. No. 41) and the arguments put forth by all parties. Should the Court grant that Motion for Voluntary Remand, the briefing schedule would

---

[1] Federal Defendants agree with Intervening Defendants (see Doc. No. 45) that much of the activities Plaintiffs wish to suspend are beyond the Corps's jurisdictional control.

also be stayed. Such a stay is appropriate here because some or <u>all</u> of Plaintiffs claims could become moot if the Corps modifies the permit in light of the suspension. Continuing litigation on potentially moot issues is hardly an efficient use of judicial resources. If the permit is modified and re-issued, the parties would then be able to concentrate their briefing on any of Plaintiffs claims that still remain. On the other hand, should the Motion for Voluntary Remand be denied, the Court can re-institute the already-expedited briefing schedule without prejudice to any party, as put forth in Federal Defendants Motion to Extend or Stay the Briefing Schedule.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

Date:  February 19, 2008              */s/ Kristofor R. Swanson*

JESSICA O'DONNELL
D.C. Bar No. 473166
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone:  (202) 305-085
Facsimile:  (202) 514-8865
D.C. Bar No. 473166
jessica.odonnell@usdoj.gov

MARK A. BROWN
D.C. Bar No. 470050
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369

-2-

        Washington, D.C. 20044-7369
        Telephone: (202) 305-0204
        Facsimile: (202) 305-0275
        mark.brown@usdoj.gov

        KRISTOFOR R. SWANSON
        Colo. Bar No. 39378
        Trial Attorney
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Telephone:  (202) 305-0248
        Facsimile:  (202) 305-0274
        kristofor.swanson@usdoj.gov

Of Counsel:

Dorothy L. Boardman
U.S. Army Corps of Engineers
Jacksonville District
P.O. Box 4970
Jacksonville, Florida 32232-0019
Tel: (904) 232-1165
Fax: (904) 232-3692
E-mail:  Dorothy.L.Boardman@saj02.usace.army.mil

Delores Young
Department of the Interior
Office of the Regional Solicitor
Southeast Region
75 Spring St., S.W.
Suite 304
Atlanta, GA  30303
Telephone: (404) 331-3379
Facsimile: (404) 730-2682