# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| | ) | |
| **SIERRA CLUB,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-1756 (RCL)** |
| | ) | |
| **LT. GEN. ROBERT L. VAN ANTWERP,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

_____)

## <u>ORDER</u>

Upon full consideration of federal defendants' motion [41] for voluntary remand and stay of the litigation, the entire record herein, and applicable law, it is hereby

ORDERED that the motion is GRANTED.  The Department of the Army permit No. SAJ-2003-2336 (IP-THE), issued by the United States Corps of Engineers ("Corps") on May 15, 2007, is remanded to the Corps.  It is further hereby

ORDERED that all proceedings in this case are stayed pending final Corps decision on remand.  This case shall be terminated on the active dockets of this Court pending reinstatement upon final Corps action.  It is further hereby

ORDERED that within 10 days of a final Corps decision, the parties shall submit a status report accompanied by a proposal—joint if possible, separate if necessary—for how proceedings in this Court should proceed if at all.  It is further hereby

ORDERED that plaintiffs' motion [32] for summary judgment is DENIED without prejudice to refiling said motion upon final Corps action on remand.  It is further hereby

ORDERED that federal defendants' motion [42] for extension or stay of briefing schedule and request for expedited consideration is DENIED as moot.

SO ORDERED.


Signed by Chief Judge Royce C. Lamberth, on June 11, 2008.