UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIERRA CLUB, *et al.* | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1756 (RCL) |
| LT. GEN. ROBERT L. VAN ANTWERP, *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

In light of the time that has elapsed since this Court's order of June 11, 2008, staying proceedings herein, it is hereby

ORDERED that the federal defendants file a status report within 10 days of this date.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on May 29, 2009.