IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIERRA CLUB, *et al.*,

    Plaintiffs,

v.                                                                                                          Civ. No. 1:07-cv-01756 (RCL)

LT. GEN. ROBERT L. VAN ANTWERP[1],
in his official capacity as Chief of Engineers,
U.S. Army Corps of Engineers, *et al.*,

    Defendants,

    and

SIERRA PROPERTIES I, LLC, *et al.*,

    Intervening Defendants.
_____/

## FEDERAL DEFENDANTS' STATUS REPORT

Federal Defendants hereby submit the declaration of Tracy Hurst (filed herewith as Exhibit 1) in response to this Court's Order (DE # 56) directing Federal Defendants to file a status report in the above-captioned matter. As detailed in the Hurst Declaration, on December 16, 2008, the U.S. Army Corps of Engineers issued a public notice seeking comment on the Corps' decision to reaffirm, modify, or revoke the Clean Water Act Section 404 permit (SAJ-2003-2336) at issue in this matter. The Corps is reviewing comments submitted in response to the public notice and currently estimates that it will take approximately 3 months to reach a final decision on whether to reaffirm, modify, or revoke the permit.

---

[1]  In their official capacities, Ken Salazar and Rowan Gold are automatically substituted as co-Defendants, in place of Dirk Kempthorne and Dale Hall, respectively, pursuant to Fed. R. Civ. P. 25(d)(1).

Respectfully submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

Date:   June 12, 2009        By:      */s/ Mark Arthur Brown*
                                      MARK ARTHUR BROWN
                                      D.C. Bar No. 470050
                                      Senior Trial Attorney
                                      U.S. Department of Justice
                                      Environment and Natural Resources Division
                                      Wildlife and Marine Resources Section
                                      P.O. Box 7369
                                      Washington, D.C. 20044-7369
                                      Telephone: (202) 305-0204
                                      Facsimile: (202) 305-0275
                                      mark.brown@usdoj.gov

                                      KRISTOFOR R. SWANSON
                                      Colo. Bar No. 39378
                                      U.S. Department of Justice
                                      Environment and Natural Resources Division
                                      Natural Resources Section
                                      P.O. Box 663
                                      Washington, D.C. 20044-0663
                                      Telephone:  (202) 305-0248
                                      Facsimile:  (202) 305-0274
                                      kristofor.swanson@usdoj.gov

Of Counsel:

Christina D. Storz
Assistant District Counsel
U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, Florida 32207
Telephone: (904) 232-1165
Facsimile: (904) 232-1954
Christina.D.Storz@usace.army.mil