UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIERRA CLUB, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:07-cv-01756 (RCL) |
| | ) | |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SIERRA PROPERTIES, et al., | ) | |
| | ) | |
| Intervening Defendants. | ) | |

DECLARATION OF TRACY E. HURST

I, Tracy E. Hurst, declare as follows:

1. I am a biologist in the South Permits Branch of the Regulatory Division for the Jacksonville District of the U.S. Army Corps of Engineers ("Corps"). My field office is located at 10117 Princess Palm Avenue, Suite 120, Tampa, Florida, and among my duties I am responsible for reviewing and evaluating applications for Department of the Army permits under Section 404 of the Clean Water Act. I have been in this position since March 20, 2005. From May 23, 2004 to March 19, 2005, I held an identical position in the Palm Beach Gardens field office of the Regulatory Division of the Jacksonville District. From January 14, 2001 to May 22, 2004, I was a biologist for the Permits Branch of the Regulatory Division for the Charleston District of the Corps. From August 28, 2000 to January 13, 2001, I served as a biologist in the Planning Division of the Louisville District of the Corps. Prior to my employment with the Corps I was employed by the Commonwealth of Kentucky for 3 years as a biologist in the Division of Water, Department for Surface Mining, and the Department of Fish and Wildlife Resources. I am experienced in the evaluation of Department of the Army permit applications for work in waters of the United States for compliance with the National Environmental Policy Act, Endangered Species Act, Magnuson Stevens Fishery Conservation Act, and National Historic Preservation Act. I hold a Bachelor of Science degree in Environmental Studies from Vanderbilt University and a Masters of Science degree in Forestry with a wildlife management specialization from the University of Kentucky.

EXHIBIT 1

2. By declaration dated February 13, 2008, I informed the Court that the Corps estimated it would take approximately three to six months to complete its enforcement investigation, take appropriate enforcement action, and take action to reaffirm, modify, or revoke the permit for the Cypress Creek Town Center ["CCTC'] project (SAJ-2003-2336 (IP-TEH)). The purpose of this declaration is to explain the circumstances that have contributed to the Corps' delay in meeting the previously estimated timeframe.

3. In declarations dated February 13, 2008, the Corps informed the Court of the initial corrective measures proposed by the Permittee and approved by the Corps to prevent discharges of turbid water into Cypress Creek. However, the Corps documented a third discharge of turbid water on April 9, 2008. In a declaration dated May 16, 2008, I informed the Court of additional corrective measures proposed by the Permittee and approved by the Corps to prevent further discharges of turbid water into Cypress Creek. The Permittee has since implemented the corrective measures approved by the Corps and provides bi-weekly updates to the Corps regarding the stability of the site. The Corps has not documented any additional discharges since the Permittee implemented the revised corrective measures.

4. In correspondence dated June 25, 2008, the Corps initially requested from the Permittee information necessary to publish a public notice seeking comment on the Corps' decision to reaffirm, modify, or revoke the permit. The Corps made five additional requests for information and held two meetings with the Permittee on October 6, 2008 and November 19, 2008, in an effort to obtain accurate information for the public notice. The Permittee submitted information for the public notice on December 9, 2008. Thus, over five months elapsed before the Permittee submitted sufficient information for the public notice to be published. The Corps promptly published the public notice (Exhibit A) on December 16, 2008 with a 30-day public comment period. The public comment period ended January 15, 2009. However, four public notices were returned to the Corps due to incorrect addresses. The Corps requested correct addresses from the Permittee on January 15, 2009 and the Permittee provided the correct addresses on January 16, 2009. The Corps resent the four returned public notices to the correct addresses on February 9, 2009. The comment period for those four public notices ended on March 11, 2009. The Corps received numerous comments in response to the public notice and is considering these comments in its decision to reaffirm, modify, or revoke the permit. Many of the commenters have requested a public hearing. At this time, the Corps has not made a decision whether to grant a public hearing.

5. The Permittee has provided the Corps with additional information in correspondence dated August 22, 2008 (Exhibit B) and November 5, 2008 (Exhibit C). This information is largely in response to correspondence provided to the Corps by the Plaintiffs on July 23, 2008 and August 11, 2008. The new information submitted by the Permittee is intended to provide clarification and correction to some of the information considered by the Corps in its original permit decision. This information required reexamination of our initial alternatives analysis. As a result of this analysis, the Corps requested additional information from the Permittee on December 22, 2008 and received a response on January 20, 2009 (Exhibit D). A meeting with the Permittee was held on March 10, 2009 to discuss the alternatives analysis. The Corps requested additional information on February 24, 2009 and received a response on March 19, 2009 (Exhibit E).

6. By letter dated December 22, 2008 (Exhibit F), the Corps requested reinitiation of consultation with the U.S. Fish and Wildlife Service ("USFWS") pursuant to Section 7 of the Endangered Species Act ("ESA"). By letter dated March 24, 2009, the Corps requested that the Permittee submit a water and sediment testing plan that would assist the Corps in reaching an effect determination for the wood stork under the ESA and determine if the project would cause or contribute to degradation of waters of the United States. The Permittee provided a testing plan in correspondence dated April 1, 2009. The Corps and USFWS met with the Permittee on April 6, 2009 to discuss the proposed testing plan. A revised testing plan was provided by the applicant on April 6, 2009 and approved by the Corps on April 15, 2009. The results of the testing were submitted to the Corps on May 20, 2009. The USFWS provided comments on the report on June 2, 2009. In correspondence dated June 4, 2009, the Corps requested that the Permittee address several issues in the form of a revised report. The Permittee, the USFWS, and the Corps have scheduled a meeting to discuss the report on June 11, 2009.

7. In declarations dated February 13, 2008, the Corps informed the Court that the Corps issued to Sierra Properties a notice of permit suspension and a second notice of noncompliance for the CCTC project. To date, the Corps has completed its enforcement investigation, negotiated a civil penalty settlement with Sierra Properties, and is awaiting approval of the proposed consent decree by the U.S. Department of Justice Environment and Natural Resource Division. The complaint and proposed consent decree will be filed in the District Court for the Middle District of Florida in accordance with Clean Water Act § 404(s), 33 U.S.C. § 1344(s), and 28 U.S.C. 1391(b).

8. Given the circumstances described above, the Corps currently estimates that it will take approximately three months to reach a final decision on whether to reaffirm, modify, or revoke the permit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 8, 2009

Signed by:

/s/ Tracy E. Hurst

Tracy E. Hurst
Biologist
U.S. Army Corps of Engineers

Exhibits:

A. Public Notice published December 16, 2008
B. Permittee letter dated August 22, 2008 (cover letter only)
C. Permittee letter dated November 5, 2008 (cover letter only)
D. Permittee email transmitted January 20, 2009
E. Permittee letter dated March 19, 2009
F. Corps letter dated December 22, 2008