

**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
10117 PRINCESS PALM AVENUE, SUITE 120
TAMPA, FLORIDA 33610

REPLY TO
ATTENTION OF

Tampa Permits Section                    December 16, 2008

# *PUBLIC NOTICE*

Permit Application No. SAJ-2003-2336(IP-TEH)

TO WHOM IT MAY CONCERN:  The U.S. Army Corps of Engineers
(Corps) is considering whether to reinstate, modify, or revoke
Department of the Army permit SAJ-2003-2336(IP-TEH) pursuant to
Section 404 of the Clean Water Act (33 U.S.C. §1344) as
described below:

APPLICANT:     Sierra Properties
               509 Guisando de Avila, Suite 200
               Tampa, Florida 33613

WATERWAY & LOCATION:  The project site is bounded on the west by
State Road 54, on the south by Cypress Creek, and on the east by
Interstate 75, Pasco County, Florida, in Sections 22 and 27,
Township 26 South, and Range 19 East.  The site drains into both
Cypress Creek and Cabbage Slough of Trout Creek, tributaries to
the Hillsborough River.

Directions to the site are as follows:  From Tampa, take
Interstate 275 and merge onto Interstate 75.  Exit west onto
State Road 56.  The site is located on the north and south sides
of State Road 56, immediately adjacent to the west side of
Interstate 75.

LATITUDE & LONGITUDE:  Latitude  28.19294 North
                       Longitude 82.39138 West

BACKGROUND INFORMATION:  On May 15, 2007, the Corps issued a
permit (SAJ-2003-2336) for the construction of a regional mall
known as "Cypress Creek Town Center" (CCTC).  On February 1,
2008, the Corps suspended the permit due to repeated discharges
of turbid water into Cypress Creek and wetlands on the site.
Consequently the Corps is in the process of deciding whether to
reinstate, modify, or revoke the permit in accordance with
33 CFR 325.7(c).  The Corps is also reviewing modifications,
unrelated to the circumstances that gave rise to the suspension,
proposed for implementation should the Corps not revoke the

EXHIBIT A

permit.  The purpose of this public notice is to advise
interested parties of the Corps' reevaluation of the permit and
review of the proposed modifications and allow an opportunity to
provide comment to the Corps.

CHANGE IN PROJECT BOUNDARY:

After the Corps issued a permit for CCTC, the Florida Department
of Transportation (FDOT) purchased a portion of the CCTC
property (3.622 acres, including 0.509 acre of wetland and
3.113 acres of uplands) for expansion of the State Road 56
right-of-way.  On April 28, 2008, the Corps issued FDOT a
separate permit for their project on the purchased property.
Given this transfer of land, it is necessary to revise the CCTC
project boundary to exclude the acreage now owned by FDOT.

Also, on August 29, 2006, CCTC donated 1.87 acres to Pasco
County for the future widening of County Road 54.  The transfer
of this property to Pasco County also requires a reduction in
the project boundary, as the issued permit mistakenly included
this acreage within the project area.

In addition, on November 19, 2008, the Permittee informed the
Corps that the southern property boundary was inaccurately
reflected in the permitted drawings.  The permitted boundary was
an approximated boundary that was never updated by the Permittee
during the permit process to reflect the legal, surveyed
boundary at the Ordinary High Water elevation along Cypress
Creek.  Given the legal boundary, the property boundary should
have been presented as 507.904 acres, rather than the 507.70
acres featured in the permitted plans.

The Corps is considering modifying the permit by replacing
affected permit drawings that show the revised project boundary
given 1) the right-of-way purchase by FDOT, 2) the donation of
acreage to Pasco County, and 3) the correct southern property
boundary.  The combined effect of these land transfers (3.622
acres to FDOT and 1.87 acres to Pasco County) reduces the
project area from 507.904 acres to 502.412 acres.  A complete
set of revised drawings are attached to this notice.

MITIGATION:

After permit issuance, the Corps became aware that the narrative
portion of the mitigation plan attached to the permit was in
error and did not reflect the changes made to the plan during

the course of the permit review.  Additionally, as part of the change in project boundary explained above, Sierra Properties agreed to allow FDOT to claim mitigation credit for a portion (0.26 acre) of wetland mitigation area M-3 approved under the CCTC permit.  Sierra Properties has agreed to continue to manage, maintain, and protect in perpetuity the entirety of M-3 (8.27 acres total), including the portion credited to FDOT. Even without the functional gain associated with the 0.26-acre portion of M-3, CCTC maintains a mitigation plan in which the functional gain of the mitigation outweighs the functional loss of the aquatic impacts.

The Corps is considering modifying the permit to address the two issues outlined above.  First, the mitigation plan narrative will be revised to reflect the changes that were made during the permit process, but mistakenly not attached to the permit. Second, the permit drawings will be revised to demarcate the portion of the M-3 mitigation area that has been credited to FDOT.  A special condition will be added to the Corps permit that requires Sierra Properties to continue to maintain, monitor, and protect in perpetuity the entirety of the M-3 mitigation site, including the portion credited to FDOT.

A complete copy of the revised mitigation plan is available at www.saj.usace.army.mil/Divisions/Regulatory/InterestItems.htm#CCTC.

After permit issuance, the Corps also learned that the Permittee had recorded an inadequate on-site conservation easement that omitted approximately 29.83 acres of created mitigation areas and remaining wetlands that were required by the permit to be placed under conservation easement.  The Permittee has proposed to place these areas under conservation easements to Wildlands Conservation, a 501(c)(3) non-profit organization.  The Corps is considering modifying the permit by adding a special condition that requires timely recordation of these specific conservation easements.

DECISION ON SUSPENSION:

In accordance with 33 CFR 325.7, the Corps must decide whether to reinstate, modify, or revoke the permit for CCTC, which is currently suspended.  This decision will be based on an evaluation of the reassurances given to the Corps about the likelihood of future discharges of turbid water from the CCTC project site into Cypress Creek and wetlands on the site.  The Corps will also evaluate any other facts and issues as necessary

to determine that the reinstatement, modification, or revocation
complies with applicable laws and is not contrary to the public
interest.

EVALUATION:

The Corps' decision on the issues above will be based on an
evaluation of probable impacts, including cumulative impacts, on
the public interest.  The decision will reflect the national
concern for both protection and utilization of important
resources.  The benefits, which reasonably may be expected to
accrue from the proposed modifications, must be balanced against
the reasonably foreseeable detriments.  All factors which may be
relevant to the proposal will be considered including cumulative
impacts thereof.  Among these factors are conservation,
economics, esthetics, general environmental concerns, wetlands,
historical properties, fish and wildlife values, flood hazards,
floodplain values, land use, navigation, shoreline erosion and
accretion, recreation, water supply and conservation, water
quality, energy needs, safety, food and fiber production,
mineral needs, considerations of property ownership, and in
general, the needs and welfare of the people.  Evaluation of the
impact of the activity on the public interest will also include
application of the guidelines promulgated by the Administrator,
EPA, under authority of Section 404(b) of the Clean Water Act of
the criteria established under authority of Section 102(a) of
the Marine, Protection, Research, and Sanctuaries Act of 1972.

The Corps is soliciting comments from the public; federal,
state, and local agencies and officials; Indian Tribes; and
other interested parties relating to the proposed modifications
and the decision whether to revoke, modify, or reinstate the
permit.  To make this decision, comments are used to assess
impacts on the public interest factors listed above.  Comments
will be used in the preparation of a Supplemental Environmental
Assessment pursuant to the National Environmental Policy Act.
Comments will also be used to determine the need for a public
hearing and to determine the overall public interest of the
proposed modifications.

ENDANGERED SPECIES ACT:

The Corps will reinitiate informal consultation with the U.S.
Fish and Wildlife Service regarding the issues addressed in this
public notice.

REQUEST FOR A PUBLIC HEARING:

Any person may request a public hearing.  The request must be submitted in writing to the District Engineer by January 15, 2009 and must state the specific reasons for requesting the public hearing.

Comments regarding this public notice should be submitted in writing to the District Engineer at the above address by January 15, 2009.

If you have any questions concerning this public notice, you may contact Tracy Hurst at the letterhead address, by electronic mail at Tracy.E.Hurst@usace.army.mil, by fax at 813-769-7061, or by telephone at 813-769-7063.

David S. Hobbie
Chief, Regulatory Division



28° 11' 49.55" N
82° 23' 32.32" W

**Figure 1**
**Cypress Creek Town Center**
**Pasco County, Florida**
**Location Map**

Biological Research Associates

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 1 OF 25



Figure 2
**Cypress Creek Town Center**
**Pasco County, Florida**
*USGS Quad Map*

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET  2  OF 25



Project Limits (502.41 Ac.)

Wetland Impact Area W-A3 (0.07 Ac.)

Wetland Impact Area W-A1 (0.18 Ac.)

Wetland Impact Area W-F (0.30 Ac.)

Isolated Non-COE Jurisdictional Wetland Impact Area W-G (2.37 Ac.)

Surfacewater Impact Area W-D1 (0.12 Ac.)

Wetland Impact Area W-L1 (1.30 Ac.)

Wetland Impact Area W-A (22.87 Ac.)

Wetland Impact Area W-H (3.73 Ac.)

Relocated DOT Stormwater Pond (5.26 Ac.)

Wetland Impact Area W-L (0.004 Ac.)

Isolated Non-COE Jurisdictional Wetland Impact Area W-I (0.59 Ac.)

Wetland Impact Area W-A2 (0.83 Ac.)

Wetland Impact Area W-L (13.96 Ac.)

Temporary Impact Area W-L (0.007 Ac.)

Isolated Non-COE Jurisdictional Surfacewater Impact Area W-S (0.44 Ac.)

Surfacewater Impact Area W-N (4.43 Ac.)

Wetland Impact Area W-J (9.33 Ac.)

Surfacewater Impact Area W-K (3.84 Ac.) (DOT Floodplain Mitigation Area)

Surfacewater Impact Area W-T (0.18 Ac.)

Surfacewater Impact Area W-U (1.09 Ac.)

Temporary Impact Area W-K (0.005 Ac.)

Wetland Impact Area W-O (0.82 Ac.)

Relocated DOT Floodplain Mitigation Area M-3 (8.01 Ac.)

| Wetland Impacts Table | |
|---|---|
| ID | ACRES |
| A | 22.87 |
| A1 | 0.18 |
| A2 | 0.83 |
| A3 | 0.07 |
| F | 0.30 |
| H | 3.73 |
| J | 9.33 |
| L | 13.96 |
| L1 | 1.30 |
| O | 0.82 |
| Total. | 53.38 |

| Surfacewater Impact Table | |
|---|---|
| ID | ACRES |
| D1 | 0.12 |
| K | 3.83 |
| N | 4.43 |
| T | 0.18 |
| U | 1.09 |
| Total. | 9.65 |

| Temporary Wetland Impact Table | |
|---|---|
| ID | ACRES |
| L | 0.007 |
| K | 0.005 |
| Total. | 0.012 |

COE # SAJ20032336

1000    500    0    500    1000
1 inch = 1000ft.

Figure 11

| | Preparation Date: 08/18/2008 | Revision Date: | | Figure 11 Cypress Creek Town Center Impact Location Map | Biological Research Associates 3905 CRESCENT PARK DRIVE RIVERVIEW, FL 33569 (813) 664-8501 FAX (813) 664-6440 www.biologicalresearch.com |
|---|---|---|---|---|---|
| | Project Manager JJB | CAD QA/QC: | | | |
| | Project # 7724-001-b08 | CAD Operator JMB | | |  |

Q:\UnitedStates\Florida\Tampa\7724\010\working\cad\20080818_7724_Cypress_Creek_COE.dwg



G

G

Isolated Non-COE Jurisdictional
Wetland Impact Area
W-G (2.37 Ac.)

COE # SAJ20032336

80   0   40   80      1 inch = 80 ft.          Figure 12

| Preparation Date | Revision Date |
|---|---|
| 08/18/2008 | |
| Project Manager | CAD QA/QC |
| JJB | |
| Project # | CAD Operator |
| 7724-001-b08 | JMB |

*Figure 12 Cypress Creek Town Center*
*Isolated Non-COE Jurisdictional*
*Wetland Impact G*

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



Q:\UnitedStates\Florida\Tampa\7724\010\working\cad\20080818_7724_Cypress_Creek_COE.dwg



## CROSS SECTION G-G
VERT 1" = 6'  HORZ 1" = 60'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET  5  OF 25

Q:\gis\7724\001\working\ca6\BRA-Cypress-Creek-COE.dwg

Figure 12a

*Figure 12a*
*Cypress Creek Town Center*
*Cross Section G-G*



**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-9660
www.biologicalresearch.com



Wetland Impact Area
W-H (3.73 Ac.)

H

H

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET ___6___ OF 25

80   0   40   80     1 inch = 80 ft.     Figure 13

*Figure 13*
*Cypress Creek Town Center*
*Wetland Impact H*

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVER VIEW, FL 33569
(813) 664-4501 FAX (813) 664-0440
www.biologicalresearch.com



CROSS SECTION H-H
VERT 1" = 6'  HORZ 1" = 60'

PROPOSED GROUND

EXISTING GROUND

WETLAND 'H'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 7 OF 25

Figure 13a
Cypress Creek Town Center
Cross Section H-H

Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4500 FAX (813) 664-0440
www.biologicalresearch.com

Figure 13a



I

Isolated Non-COE Jurisdictional
Wetland Impact Area
W-I (0.59 Ac.)

I

Project Limits (507.7 Ac.)

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 8 OF 25

Q:\gis\7724\001\working\cad\BRA-Cypress-Creek-COE.dwg

50    0    25    50    1 inch = 50 ft.

Figure 14

*Figure 14*
*Cypress Creek Town Center*
*Wetland Impact I*

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4500 FAX (813) 664-0440
www.biologicalresearch.com



## CROSS SECTION I-I
VERT 1" = 6'   HORZ 1" = 60'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET ___2___ OF 25

Q:\gis-7724\001\working\cad\BRA-Cypress-Creek-COE.dwg

Figure 14a
Cypress Creek Town Center
Cross Section I-I

Figure 14a



**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4501 FAX (813) 664-0440
www.biologicalresearch.com



A2

Wetland Impact Area
W-A2 (0.83 Ac.)

A2

COE # SAJ20032336

80   0   40   80   1 inch = 80 ft.   Figure 15

| Prepared on Date | Revision Date |
|---|---|
| 08/18/2008 | |
| Project Manager | CAD QA/QC |
| JJB | |
| Phase # | CAD Operator |
| 7724-001-b08 | JMB |

*Figure 15*
*Cypress Creek Town Center*
*Wetland Impact A2*

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com

Q:\UnitedStates\Florida\Tampa\7724\01\01\working\cad\20080818_7724_Cypress_Creek_COE.dwg



## CROSS SECTION A2-A2
VERT 1" = 6'  HORZ 1" = 60'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET *11* OF 25

Q:\gis\77J4001\working\cad\BRA-Cypress-Creek-COE.dwg

Figure 15a

*Figure 15a*
*Cypress Creek Town Center*
*Cross Section A2-A2*



**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4501 FAX (813) 664-0440
www.biologicalresearch.com



CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 12 OF 25

*Figure 16*
*Cypress Creek Town Center*
*Wetland Impact F*

Figure 16

Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



**CROSS SECTION F-F**
VERT 1" = 6' HORZ 1" = 60'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET  13  OF 25

Q:\gis\7724\007-working\cad\BRA-Cypress-Creek-COE.dwg

Figure 16a

*Figure 16a*
*Cypress Creek Town Center*
*Cross Section F-F*

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



L1

Wetland Impact Area
W-L1 (1.30 Ac.)

L1

COE # SAJ20032336

80   0   40   80   1 inch = 80 ft.

Figure 17

| Preparation Date 08/18/2008 | Revision Date |
| Project Manager JJB | CAD/QA/QC |
| Project # 7724-001-008 | CAD Operator JMB |

*Figure 17*
*Cypress Creek Town Center*
*Wetland Impact F*

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



CROSS SECTION L1-L1
VERT 1" = 6'  HORZ 1" = 60'

COE # SAJ20032336

Figure 17a

| Preparation Date 08/18/2008 | Revision Date | | Biological Research Associates |
|---|---|---|---|
| Project Manager JJB | CAD QA/QC | *Figure 17a*<br>*Cypress Creek Town Center*<br>*Cross Section L1-L1* | 3905 CRESCENT PARK DRIVE<br>RIVERVIEW, FL 33569<br>(813) 664-4500 FAX (813) 664-0440<br>www.biologicalresearch.com |
| Project # 7724-001-b08 | CAD Operator JMB | | |



Q:\UnitedStates\Florida\Tampa\7724\010\working\cad\20080818_7724_Cypress_Creek_COE.dwg



Wetland Impact Area
W-O (0.82 Ac.)

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

60    0   30   60    1 inch = 60 ft.    Figure 18

ATTACHMENT 1
SHEET _16_ OF 25

Q:\gis\7754001-working\cad\BRA-Cypress-Creek-COE.dwg

*Figure 18*
*Cypress Creek Town Center*
*Wetland Impact O*



**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



CROSS SECTION O-O
VERT 1" = 6'  HORZ 1" = 60'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 17 OF 25

Q:\jn\7724501\working\cad\BRA-Cypress-Creek-COE.dwg

Figure 18a

Figure 18a
Cypress Creek Town Center
Cross Section O-O


Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4500 FAX (813) 664-0440
www.biologicalresearch.com



T

Wetland Impact Area
W-T (0.18 Ac.)

T

COE # SAJ20032336

60    0    30    60    1 inch = 60 ft.

Figure 19

| Preparation Date 08/18/2008 | Revision Date | | | Figure 19 | Biological Research Associates |
| Project Manager JJB | CAD QA/QC | | | Cypress Creek Town Center | 3905 CRESCENT PARK DRIVE RIVERVIEW, FL 33569 (813) 664-8501 FAX (813) 664-0440 www.biologicalresearch.com |
| Project # 7724-001-008 | CAD Operator JMB | | | Wetland Impact T | |

O:\United States\Florida\Tampa\7724\010\working\cad\20080818_7724_Cypress_Creek_COE.dwg



## CROSS SECTION T-T
VERT 1" = 6' HORZ 1" = 60'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 19 OF 25

Q:\gis\77240001-working\cad\BRA-Cypress-Creek-COE.dwg

*Figure 19a*
*Cypress Creek Town Center*
*Cross Section T-T*

Figure 19a



**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-6440
lewer.biology@cnbresearch.com



Wetland Impact Area
W-J (9.33 Ac.)

COE # SAJ20032336

150    0    75    150    1 inch = 150 ft.    Figure 20

| Preparation Date: 08/18/2008 | Revision Date: | | Figure 20 Cypress Creek Town Center Wetland Impact J | Biological Research Associates 3905 CRESCENT PARK DRIVE RIVERVIEW, FL 33569 (813) 664-8501 FAX (813) 664-0440 www.biologicalresearch.com |
| Project Manager: JJB | CAD QA/QC: | | | |
| Project #: 7724-001-b08 | CAD Operator: JMB | | | |

Q:\UnitedStates\Florida\Tampa\7724\010\working\cad20080818_7724_Cypress_Creek_COE.dwg



CROSS SECTION J-J
VERT 1" = 6'  HORZ 1" = 60'

WETLAND 'J'

EXISTING GROUND

Figure 20a
Cypress Creek Town Center
Cross Section J-J

Figure 20a

Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4500  FAX (813) 664-4660
www.biologicalresearch.com

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)
ATTACHMENT 1
SHEET 2 OF 25



Wetland Impact Area
W-A (22.87 Ac.)

COE # SAJ20032336

200    0    100    200    1 inch = 200 ft.

Figure 21

*Figure 21*
*Cypress Creek Town Center*
*Wetland Impact A*

Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4500 FAX (813) 664-0440
www.biologicalresearch.com



CROSS SECTION A-A
VERT 1" = 6'; HORZ 1" = 60'

WETLAND 'A'

EXISTING GROUND

PROPOSED GROUND

EXISTING GROUND

Figure 21a
Cypress Creek Town Center
Cross Section A-A

Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4500 FAX (813) 664-2461
www.biologicalresearch.com

Figure 21a

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336   (IP-TEH)
ATTACHMENT 1
SHEET  2 3  OF  25



COE # SAJ20032336

Figure 22

Figure 22
Cypress Creek Town Center
Wetland Impact L

Biological Research Associates
1905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



Figure 22a
Cypress Creek Town Center
Cross Section L-L