| | |
|---|---|
| **From:** | Hurst, Tracy E SAJ |
| **To:** | Hettinger, Alexander G SAJ |
| **Cc:** | Holland, Michael C SAJ |
| **Subject:** | FW: CCTC Additional Information |
| **Date:** | Wednesday, January 21, 2009 6:00:00 AM |

Alex:

Below you will find the Permittee's answers to the portions of Questions 8 and 9 that were not included in their previous response.

Tracy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Tracy Hurst
U.S. Army Corps of Engineers
10117 Princess Palm Ave., Ste. 120
Tampa, FL  33610
813/769-7063
813/769-7061 FAX
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Please assist us in better serving you!  Please complete the customer survey by clicking on the following link:  http://regulatory.usacesurvey.com/ <http://regulatory.usacesurvey.com/>

_____

From: tschmitz@rejacobsgroup.com [mailto:tschmitz@rejacobsgroup.com]
Sent: Tue 1/20/2009 6:15 PM
To: Hurst, Tracy E SAJ
Cc: hsierra@sierra-properties.com
Subject: CCTC Additional Information


Tracy:
The following information is provided to respond to Questions #8 & #9 of your request for data sources for the CCTC feasibility studies.  Please advise if you have any additional questions:


#8:  Building Cost/SF Theater Building Cost/SF Junior Boxes Building Cost/SF Shop Retail Building Cost/SF Walkways/Plazas Building Cost/Space for Parking Garages Clarification/Explanation of "Soft Costs"
RESPONSE:
We derived estimated construction costs for the Theater, Junior Boxes, Retail Shops, Walkways/Plazas and Parking Deck components of the  CCTC Financial Feasibility Studies from historical experience, actual experience at Gulf Coast TC (located in Lee County FL), and from information solicited from contractors and designers/consultants familiar with the Florida market.

Specific building costs were derived by determining the type of tenant deal we anticipate (ie: cold dark shell, white box, or turnkey).  We also considered costs of architectural/engineering, project management, testing and inspection, and miscellaneous costs such as site furniture.

$85/sf for Junior Box construction is our historic cost for a turnkey (full buildout) of a store similar to Staples based on the tenant's criteria.

EXHIBIT D

$125/sf for Retail Shops represents our historic cost to build shell and white box. White box work includes restroom, HVAC, drywall partitions, and storefront.

$50/sf for walkways and plazas represents historic cost of hardscape, site structures, site furniture, landscaping, fountains, childrens play area, and coverings for walkways.
$11,000 per stall for parking structures is based on survey of historic costs received from contractors and designers consulted for retail type parking structures.


Question #9:  Price/SF Rent for Major Retail Price/SF Rent Theater Price/SF Rent Junior Boxes Price/SF Rent Shop
Retail Price/SF Rent Outparcels What type of Leases are proposed (Triple net lease, double... Etc.)
RESPONSE:
Rents for the CCTC financial feasibility study were based on internal data and comparables for similar type projects in the market:

Major Retail - This category refers to large format retailers of 100,000 square feet or more. These deals are typically done as land sales or land leases, with the retailer constructing the store. For the CCTC analysis, we used a ground rent of $3.00 per square foot of building. Lease rates for these types of anchor tenants in most cases range from $1.00 to $5.00 per square foot, depending on competitive conditions and the desirability of the particular retailer. We used $3.00 to capture the estimated average. These deals would be done on a net basis, with the anchor either performing their own maintenance or paying the landlord to perform maintenance. The retailer would pay their own real estate taxes on the land and the improvements.

Theaters - The deal is presented as 178,253 square feet, which is the DRI equivalent of a 4,000 seat theater which is estimated at 76,000 square feet gross leasable area. A typical theater deal would have the landlord constructing the theater building (or the theater constructing with landlord providing the capital) while the theater operator would provide furniture, fixtures and equipment. The cost is estimated at $75 per square foot on the DRI square footage of 178,253 for a total of $13,368,975. This equates to $175.91 per square foot on the gross leasable area. Theater construction costs typically range from $150 to $200 per square foot depending on the operator and the quality of the interior finishes, so our estimate represents a good average for the industry. Our rent estimate was $1,426,024 on a net basis or $18.76 per gross leasable square foot. Theater rents can range from $16 to $22 per square foot depending on the market - our estimate represents a reasonable average for this market.

Junior Boxes - This category captures retailers roughly in the 10,000 square foot to 100,000 square foot range. The typical deal is a turnkey buildout at $85 per square foot with an average net rent of $14 per square foot. In addtion to the rent, tenant will pay their pro rata share of maintenance costs, insurance and real estate taxes. Rents for these tenants in most cases range from $12 to $16 per square foot - we used $14 as an average.

Retail Shops - This category captures in-line space less than 10,000 square feet. Tenants typically receive a space built out to a "white-box" condition, which means that the space includes perimeter drywall, HVAC, and storefront. Tenants will also receive an allowance to build out their space. The total package of white box and allowance typically totals $125 per square foot. Rents in most cases range from $20 to $30 per square foot - we used $25 as an average. Rents are stated on a net basis, with tenant paying a contribution for maintenance, insurance and taxes.

Outparcels - This category refers to freestanding banks, restaurants or other users typically located along the major road frontage. Deals are typically ground leases. Landlord provides no contribution other than a rough-graded pad. Tenant pays all costs of construction (including sitework). Rents vary dramatically, based on the specific location and the specific user. We used an average of $20.00 per square foot of building, which for example would equate to a rent of $150,000 per year for a 7,500 square foot restaurant which would typically occupy a 2-acre outparcel. Tenants pay their own maintenance, insurance and real estate taxes.

Thomas P. Schmitz
The Richard E. Jacobs Group LLC
25425 Center Ridge Road
Westlake, Ohio 44145
Mobil 440-725-6575
Fax  443-337-2250
e-mail:  TSchmitz@REJacobsGroup.com