The Richard E. Jacobs Group, Inc.

March 19, 2009

Mr. Charles A. Schnepel
Chief, Tampa Permits Section
Department of the Army
Jacksonville District Corps of Engineers
10117 Princess Palm Avenue, Suite 120
Tampa, Florida 33610

Re:    Cypress Creek Town Center

Dear Mr. Schnepel:

Over the past year, the developers of Cypress Creek Town Center (CCTC) have provided information to the Corps regarding the relationship between the project's expected free and clear rate of return[1] and the ability of the developers to obtain financing for the project. This information has been provided in connection with the Corps analysis of "practicable alternatives." An in depth analysis of this relationship was presented in the August 21, 2008 letter report from Ernst & Young. From your letter of February 24, 2009, however, it is apparent that there are still questions about:  (1) the nature of the financing that is required for a project the size of CCTC; and (2) the relationship between that financing and the project's expected free and clear rate of return. This letter responds to comments in your letter of February 24, 2009 and supplements the information we provided during the conference call we had with you and other representatives of the Corps on March 10, 2009.

A project of the magnitude of CCTC requires a combination of debt and equity financing. While the project is in the pre-development phase, the funding is 100% equity provided by the developer and/or other investors. Once construction commences, often short-term construction financing is put in place with full recourse to the equity investors.    Once the project is completed and stabilized, debt financing is obtained as part of the project's permanent financing.   Until permanent financing is put in place, equity investors have financed or guaranteed 100% of the project cost through a combination of direct equity investment and full-recourse construction financing.

Even in a favorable lending environment, the amount of permanent debt financing available for a project like CCTC will be limited to approximately 70% of the developed project value. The remaining 30% is provided by the equity investors. Because of the increased risk involved, the equity portion always commands a higher return than the debt portion of the financing. As illustrated in the attached table and discussed below, the required combination of debt and

---

[1] The free and clear return is net operating income stated as a percentage of total investment in the property.

25425 Center Ridge Road • Cleveland, Ohio 44145-4122
Phone: 440-871-4800 • Web site: www.REJacobsGroup.com

EXHIBIT E

Mr. Charles A. Schnepel
March 19, 2009
Page 2

equity financing cannot be obtained for CCTC if the equity portion of the financing does not generate a return commensurate with the risk undertaken. As discussed below, if the free and clear return does not reach at least 8.0%, the project is not financeable and would never be initiated because the return on the equity portion of the financing will be too low for the necessary equity participation.

The Ernst & Young letter report addressed at page 11 the question of the impact of a below market free and clear rate of return on total financing for the project. The Ernst &Young report found that expected free and clear rates of return for projects such as Cypress Creek Town Center ranged from 9.0% to 10.0% with 8.0% as a minimum: *"As the risk increases on a project and financing becomes more expensive it decreases the return to the equity investors to the point where they are no longer willing to invest in the development project because they can get better risk- adjusted returns in other investments."*

In other words, equity capital cannot be attracted to a development project like CCTC at rates that do not provide adequate risk-adjusted returns. The attached table illustrates this concept and how it applies to the actual economics for Cypress Creek Town Center. The table also shows the relationship between free and clear returns and returns to the equity investors. It uses the overall investment in Cypress Creek Town Center (Phase II) at build out, $330 million[2] and presents free and clear returns from 1% to 10%. The table assumes a 7.6% capitalization rate (per the Ernst &Young report), a 70% loan to value ratio, and an 8% mortgage constant.[3]

As line 14 of the table illustrates, at a typical expected target free and clear return of 9.5%, the equity investors receive a 20% return on their equity investment of $41.3 million. This equity return is subject to a number of significant risk factors, including but not limited to retailer bankruptcies, cost overruns, regulatory uncertainty, litigation, and other competitive and market risk factors. Under this scenario, there is $289.0 million of debt financing on the project, and that debt has priority over the equity, making the debt financing far less risky than the equity financing. The 20% return is reasonable given the significant risks undertaken by the equity investors. In the range of acceptable free and clear return yields of 9% to 10%, as found in the Ernst & Young report, the returns on equity range from 13.8% to 33.3%. Again, this represents a reasonable *expected* yield going into a large and complex project with significant risk factors.

Because the amount of debt financing available is directly related to the project's expected net cash flow, the table shows that as the free and clear return decreases, the relative amount of debt financing decreases and the amount of equity financing increases. In addition, as the relative amount of equity financing increases, the return on that equity investment declines. As the free and clear return drops to 8.5%, the amount of equity required increases to $71.7 million and the return on equity decreases to 10.3%. At a free and clear return of 8.25% (line 11), the return on equity decreases further to 9.0%. For every 25 basis points of reduction in the free and clear return, the equity return decreases by approximately 100 basis points.[4] As forecasted

---

[2] See CCTC Financial Feasibility Study, Alternative A-1.

[3] The capitalization rate is the ratio of project income to project value upon completion. The loan to value ratio is the amount of debt financing as a percentage of project value upon completion. The mortgage constant is the amount of annual debt service compared to the mortgage principal.

[4] 100 basis points are the equivalent of one percent.

Mr. Charles A. Schnepel
March 19, 2009
Page 3

equity returns decline, the project becomes less and less attractive to potential equity investors. To take the example of the 8.25% free and clear return (line 11), the equity investors would have to make a $79.3 million investment to receive a projected return of only 9.04%. As free and clear equity returns are further reduced, the spread between this high-risk equity investment narrows compared to relatively safe investments such as high-grade corporate bonds. Accordingly, as the free and clear return declines, it becomes increasingly difficult to attract the necessary equity investment for this project. At an 8% free and clear return, the equity return is reduced to only 8.0%, making it virtually impossible to attract equity investors with such a narrow spread over relatively safe investments.

Looking at lines 8 and 9 on the chart, as the project free and clear return further decreases to 7.75% and 7.5%, the required equity investment increases to $94.5 million and $102.1 million, and the equity returns drop to 7.13% and 6.38% respectively. Given the level of risk involved in this investment, these equity returns are insufficient to attract equity investor participation. Potential equity investors could find other investments that provide better risk-adjusted returns. For example, yields ranged from 5.59% to 6.48% for investment grade corporate bonds as of 12/31/06.

As discussed in the Ernst & Young report, it is clear that the required equity investment in a large, complex commercial project such as Cypress Creek Town Center could likely be attracted if the project was expected to generate free and clear returns between 9.0% and 10.0%. At free and clear returns below 9.0%, it becomes increasingly difficult to attract equity investment, with the equity returns declining rapidly for every 25 basis points of reduction in free and clear returns. Based on our experience building and operating over 40 regional shopping centers around the country, with a free and clear return below 8.0%, equity returns are inadequate to attract the necessary equity participation for this type of development project.

In order to bring about a project of the magnitude of Cypress Creek Town Center, the developer and/or equity investors must put a significant investment at risk through the pre-development and construction phases of the project. Only upon completion are these equity investors able to bring in non-recourse permanent debt financing to reduce their investment to 30% of the project value. Without a reasonable expectation of an adequate risk-adjusted return on this investment, equity investors will choose other investments with better risk-adjusted returns. The required investment to bring the project through the pre-development and construction phases cannot be obtained and the project will not go forward unless the developer and/or equity investors are provided an expected rate of return that is commensurate with the risk. And, without the required equity participation, no debt financing is available. With a free and clear return below 8.0%, the required financing for the project – a combination of debt and equity financing – cannot be obtained.

Sincerely,

Judson E. Smith
Executive Vice President
Chief Financial Officer
The Richard E. Jacobs Group LLC

cc:   Tracy Hurst (via email:  Tracy.E.Hurst@usace.army.mil)
      Christina Storz (via email:  Christina.D.Storz@usace.army.mil)

**CYPRESS CREEK RETURN MATRIX**

| | | | 7.6% CAP | 70% LTV | 8.0% CONSTANT | | | |
|---|---|---|---|---|---|---|---|---|
| A | B | C = A/B | D = A/CAP | E = D*LTV | F = E * CONSTANT | G = A - F | H = B - E | J = G/H |
| NET INCOME | TOTAL INVESTMENT | FREE AND CLEAR RETURN | DEVELOPED VALUE | LOAN AMOUNT | ANNUAL MORTGAGE PAYMENTS | NET CASH FLOW | EQUITY AMOUNT | RETURN ON EQUITY |
| LINE # | | | | | | | | |
| 1 | 3,302,328 | 330,232,820 | 1.00% | 43,451,687 | 30,416,181 | 2,433,294 | 869,034 | 299,816,640 | 0.29% |
| 2 | 6,604,656 | 330,232,820 | 2.00% | 86,903,374 | 60,832,362 | 4,866,589 | 1,738,067 | 269,400,459 | 0.65% |
| 3 | 9,906,985 | 330,232,820 | 3.00% | 130,355,061 | 91,248,542 | 7,299,883 | 2,607,101 | 238,984,278 | 1.09% |
| 4 | 13,209,313 | 330,232,820 | 4.00% | 173,806,748 | 121,664,723 | 9,733,178 | 3,476,135 | 208,568,097 | 1.67% |
| 5 | 16,511,641 | 330,232,820 | 5.00% | 217,258,434 | 152,080,904 | 12,166,472 | 4,345,169 | 178,151,916 | 2.44% |
| 6 | 19,813,969 | 330,232,820 | 6.00% | 260,710,121 | 182,497,085 | 14,599,767 | 5,214,202 | 147,735,735 | 3.53% |
| 7 | 23,116,297 | 330,232,820 | 7.00% | 304,161,808 | 212,913,266 | 17,033,061 | 6,083,236 | 117,319,555 | 5.19% |
| 8 | 24,767,462 | 330,232,820 | 7.50% | 325,887,652 | 228,121,356 | 18,249,708 | 6,517,753 | 102,111,464 | 6.38% |
| 9 | 25,593,044 | 330,232,820 | 7.75% | 336,750,573 | 235,725,401 | 18,858,032 | 6,735,011 | 94,507,419 | 7.13% |
| 10 | 26,418,626 | 330,232,820 | 8.00% | 347,613,495 | 243,329,447 | 19,466,356 | 6,952,270 | 86,903,374 | 8.00% |
| 11 | 27,244,208 | 330,232,820 | 8.25% | 358,476,417 | 250,933,492 | 20,074,679 | 7,169,528 | 79,299,329 | 9.04% |
| 12 | 28,069,790 | 330,232,820 | 8.50% | 369,339,339 | 258,537,537 | 20,683,003 | 7,386,787 | 71,695,283 | 10.30% |
| 13 | 29,720,954 | 330,232,820 | 9.00% | 391,065,182 | 273,745,627 | 21,899,650 | 7,821,304 | 56,487,193 | 13.85% |
| 14 | 31,372,118 | 330,232,820 | 9.50% | 412,791,026 | 288,953,718 | 23,116,297 | 8,255,821 | 41,279,103 | 20.00% |
| 15 | 33,023,282 | 330,232,820 | 10.00% | 434,516,869 | 304,161,808 | 24,332,945 | 8,690,337 | 26,071,012 | 33.33% |