

**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
10117 PRINCESS PALM AVENUE, SUITE 120
TAMPA, FLORIDA 33610

REPLY TO
ATTENTION OF

December 22, 2008

Tampa Permits Section
SAJ-2003-2336(IP-TEH)

Mr. Dave Hankla
U. S. Fish & Wildlife Service
North Florida Field Office
6620 Southpoint Drive South, Suite 310
Jacksonville, Florida  32216

Dear Mr. Hankla:

    Reference is made to a permit granted by the U.S. Army Corps of Engineers (Corps) to Sierra Properties for a project known as "Cypress Creek Town Center" on May 15, 2007. As you are aware, the Corps suspended this permit on February 1, 2008. The Corps also requested and received a remand of the permit from the U.S. District Court on June 11, 2008. The Corps is in the process of deciding whether to reinstate, modify, or revoke the permit in accordance with 33 CFR 325.7(c). The Corps is also reviewing modifications, unrelated to the circumstances that gave rise to the suspension, proposed for implementation should the Corps not revoke the permit.

    The attached public notice outlines potential modifications that may be made to the permit should the Corps not revoke the permit. Also, the Corps received several documents after permit issuance that contain information pertaining to the responsibilities of your agency under the Endangered Species Act. These documents include both correspondence from Plaintiffs (letters dated July 23, 2008 and October 2, 2008) and the Permittee (letters dated April 14, 2008, August 22, 2008, and November 5, 2008). All of these documents are attached.

**EXHIBIT F**

-2-

Please review these documents and inform the Corps whether your previous determinations under the Endangered Species Act remain valid or have changed. Should you require any additional information to reach this decision, please contact Tracy Hurst of my staff at 813-769-7063.

Sincerely,

Charles A. Schnepel
Chief, Tampa Permits Section

Enclosure(s)

Copies Furnished:

Mr. Hi Sierra, Sierra Properties
Mr. Steve Godley, Biological Research Assoc.