**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
SIERRA CLUB, et al.,                    )
                                        )
        Plaintiffs,                     )
                                        )
        v.                              )        Civ. No. 1:07-cv-01756 (RCL)
                                        )
Van Antwerp, et al.,                    )
                                        )
        Defendants.                     )
_____)

**PLAINTIFFS' RESPONSE**
**TO FEDERAL DEFENDANTS' JUNE 12, 2009 STATUS REPORT**

# <u>EXHIBIT 2</u>



**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
10117 PRINCESS PALM AVENUE, SUITE 120
TAMPA, FLORIDA 33610

REPLY TO
ATTENTION OF

Tampa Permits Section                    December 16, 2008

# *PUBLIC NOTICE*

Permit Application No. SAJ-2003-2336(IP-TEH)

TO WHOM IT MAY CONCERN:  The U.S. Army Corps of Engineers
(Corps) is considering whether to reinstate, modify, or revoke
Department of the Army permit SAJ-2003-2336(IP-TEH) pursuant to
Section 404 of the Clean Water Act (33 U.S.C. §1344) as
described below:

APPLICANT:      Sierra Properties
                509 Guisando de Avila, Suite 200
                Tampa, Florida 33613

WATERWAY & LOCATION:  The project site is bounded on the west by
State Road 54, on the south by Cypress Creek, and on the east by
Interstate 75, Pasco County, Florida, in Sections 22 and 27,
Township 26 South, and Range 19 East.  The site drains into both
Cypress Creek and Cabbage Slough of Trout Creek, tributaries to
the Hillsborough River.

Directions to the site are as follows:  From Tampa, take
Interstate 275 and merge onto Interstate 75.  Exit west onto
State Road 56.  The site is located on the north and south sides
of State Road 56, immediately adjacent to the west side of
Interstate 75.

LATITUDE & LONGITUDE:  Latitude  28.19294 North
                       Longitude 82.39138 West

BACKGROUND INFORMATION:  On May 15, 2007, the Corps issued a
permit (SAJ-2003-2336) for the construction of a regional mall
known as "Cypress Creek Town Center" (CCTC).  On February 1,
2008, the Corps suspended the permit due to repeated discharges
of turbid water into Cypress Creek and wetlands on the site.
Consequently the Corps is in the process of deciding whether to
reinstate, modify, or revoke the permit in accordance with
33 CFR 325.7(c).  The Corps is also reviewing modifications,
unrelated to the circumstances that gave rise to the suspension,
proposed for implementation should the Corps not revoke the

permit.  The purpose of this public notice is to advise interested parties of the Corps' reevaluation of the permit and review of the proposed modifications and allow an opportunity to provide comment to the Corps.

CHANGE IN PROJECT BOUNDARY:

After the Corps issued a permit for CCTC, the Florida Department of Transportation (FDOT) purchased a portion of the CCTC property (3.622 acres, including 0.509 acre of wetland and 3.113 acres of uplands) for expansion of the State Road 56 right-of-way.  On April 28, 2008, the Corps issued FDOT a separate permit for their project on the purchased property. Given this transfer of land, it is necessary to revise the CCTC project boundary to exclude the acreage now owned by FDOT.

Also, on August 29, 2006, CCTC donated 1.87 acres to Pasco County for the future widening of County Road 54.  The transfer of this property to Pasco County also requires a reduction in the project boundary, as the issued permit mistakenly included this acreage within the project area.

In addition, on November 19, 2008, the Permittee informed the Corps that the southern property boundary was inaccurately reflected in the permitted drawings.  The permitted boundary was an approximated boundary that was never updated by the Permittee during the permit process to reflect the legal, surveyed boundary at the Ordinary High Water elevation along Cypress Creek.  Given the legal boundary, the property boundary should have been presented as 507.904 acres, rather than the 507.70 acres featured in the permitted plans.

The Corps is considering modifying the permit by replacing affected permit drawings that show the revised project boundary given 1) the right-of-way purchase by FDOT, 2) the donation of acreage to Pasco County, and 3) the correct southern property boundary.  The combined effect of these land transfers (3.622 acres to FDOT and 1.87 acres to Pasco County) reduces the project area from 507.904 acres to 502.412 acres.  A complete set of revised drawings are attached to this notice.

MITIGATION:

After permit issuance, the Corps became aware that the narrative portion of the mitigation plan attached to the permit was in error and did not reflect the changes made to the plan during

the course of the permit review.  Additionally, as part of the
change in project boundary explained above, Sierra Properties
agreed to allow FDOT to claim mitigation credit for a portion
(0.26 acre) of wetland mitigation area M-3 approved under the
CCTC permit.  Sierra Properties has agreed to continue to
manage, maintain, and protect in perpetuity the entirety of M-3
(8.27 acres total), including the portion credited to FDOT.
Even without the functional gain associated with the 0.26-acre
portion of M-3, CCTC maintains a mitigation plan in which the
functional gain of the mitigation outweighs the functional loss
of the aquatic impacts.

The Corps is considering modifying the permit to address the two
issues outlined above.  First, the mitigation plan narrative
will be revised to reflect the changes that were made during the
permit process, but mistakenly not attached to the permit.
Second, the permit drawings will be revised to demarcate the
portion of the M-3 mitigation area that has been credited to
FDOT.  A special condition will be added to the Corps permit
that requires Sierra Properties to continue to maintain,
monitor, and protect in perpetuity the entirety of the M-3
mitigation site, including the portion credited to FDOT.

A complete copy of the revised mitigation plan is available at
www.saj.usace.army.mil/Divisions/Regulatory/InterestItems.htm#CCTC.

After permit issuance, the Corps also learned that the Permittee
had recorded an inadequate on-site conservation easement that
omitted approximately 29.83 acres of created mitigation areas
and remaining wetlands that were required by the permit to be
placed under conservation easement.  The Permittee has proposed
to place these areas under conservation easements to Wildlands
Conservation, a 501(c)(3) non-profit organization.  The Corps is
considering modifying the permit by adding a special condition
that requires timely recordation of these specific conservation
easements.

DECISION ON SUSPENSION:

In accordance with 33 CFR 325.7, the Corps must decide whether
to reinstate, modify, or revoke the permit for CCTC, which is
currently suspended.  This decision will be based on an
evaluation of the reassurances given to the Corps about the
likelihood of future discharges of turbid water from the CCTC
project site into Cypress Creek and wetlands on the site.  The
Corps will also evaluate any other facts and issues as necessary

to determine that the reinstatement, modification, or revocation complies with applicable laws and is not contrary to the public interest.

EVALUATION:

The Corps' decision on the issues above will be based on an evaluation of probable impacts, including cumulative impacts, on the public interest.  The decision will reflect the national concern for both protection and utilization of important resources.  The benefits, which reasonably may be expected to accrue from the proposed modifications, must be balanced against the reasonably foreseeable detriments.  All factors which may be relevant to the proposal will be considered including cumulative impacts thereof.  Among these factors are conservation, economics, esthetics, general environmental concerns, wetlands, historical properties, fish and wildlife values, flood hazards, floodplain values, land use, navigation, shoreline erosion and accretion, recreation, water supply and conservation, water quality, energy needs, safety, food and fiber production, mineral needs, considerations of property ownership, and in general, the needs and welfare of the people.  Evaluation of the impact of the activity on the public interest will also include application of the guidelines promulgated by the Administrator, EPA, under authority of Section 404(b) of the Clean Water Act of the criteria established under authority of Section 102(a) of the Marine, Protection, Research, and Sanctuaries Act of 1972.

The Corps is soliciting comments from the public; federal, state, and local agencies and officials; Indian Tribes; and other interested parties relating to the proposed modifications and the decision whether to revoke, modify, or reinstate the permit.  To make this decision, comments are used to assess impacts on the public interest factors listed above.  Comments will be used in the preparation of a Supplemental Environmental Assessment pursuant to the National Environmental Policy Act. Comments will also be used to determine the need for a public hearing and to determine the overall public interest of the proposed modifications.

ENDANGERED SPECIES ACT:

The Corps will reinitiate informal consultation with the U.S. Fish and Wildlife Service regarding the issues addressed in this public notice.

REQUEST FOR A PUBLIC HEARING:

Any person may request a public hearing.  The request must be
submitted in writing to the District Engineer by
January 15, 2009 and must state the specific reasons for
requesting the public hearing.

Comments regarding this public notice should be submitted in
writing to the District Engineer at the above address by
January 15, 2009.

If you have any questions concerning this public notice, you may
contact Tracy Hurst at the letterhead address, by electronic
mail at Tracy.E.Hurst@usace.army.mil, by fax at 813-769-7061, or
by telephone at 813-769-7063.

David S. Hobbie
Chief, Regulatory Division



28° 11' 49.55" N
82° 23' 32.32" W

Figure 1
Cypress Creek Town Center
Pasco County, Florida
Location Map

Biological Research Associates

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET  1  OF 25



Figure 2
Cypress Creek Town Center
Pasco County, Florida
USGS Quad Map

Biological Research Associates
3910 US Highway 301N
Suite 180
Tampa, Florida 33619
813-664-4500 FAX: 813-664-4646
www.biologicalresearch.com

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET  2  OF 25



Project Limits (502.41 Ac.)

Wetland Impact Area
W-A3 (0.07 Ac.)

Wetland Impact Area
W-A1 (0.18 Ac.)

Wetland Impact Area
W-F (0.30 Ac.)

Isolated Non-COE Jurisdictional
Wetland Impact Area
W-G (2.37 Ac.)

Surfacewater Impact Area
W-D1 (0.12 Ac.)

Wetland Impact Area
W-L1 (1.30 Ac.)

Wetland Impact Area
W-A (22.87 Ac.)

Wetland Impact Area
W-H (3.73 Ac.)

Relocated DOT
Stormwater Pond (5.26 Ac.)

Isolated Non-COE Jurisdictional
Wetland Impact Area
W-I (0.59 Ac.)

Wetland Impact Area
W-L (0.004 Ac.)

Wetland Impact Area
W-A2 (0.83 Ac.)

Wetland Impact Area
W-L (13.96 Ac.)

Temporary Impact Area
W-L (0.007 Ac.)

Isolated Non-COE Jurisdictional
Surfacewater Impact Area
W-S (0.44 Ac.)

Surfacewater Impact Area
W-N (4.43 Ac.)

Wetland Impact Area
W-J (9.33 Ac.)

Surfacewater Impact Area
W-T (0.18 Ac.)

Surfacewater Impact Area
W-K (3.84 Ac.)
(DOT Floodplain Mitigation Area)

Surfacewater Impact Area
W-U (1.09 Ac.)

Wetland Impact Area
W-O (0.82 Ac.)

Temporary Impact Area
W-K (0.005 Ac.)

Relocated DOT Floodplain
Mitigation Area M-3 (8.01 Ac.)

| Wetland Impacts Table | |
| --- | --- |
| ID | ACRES |
| A | 22.87 |
| A1 | 0.18 |
| A2 | 0.83 |
| A3 | 0.07 |
| F | 0.30 |
| H | 3.73 |
| J | 9.33 |
| L | 13.96 |
| L1 | 1.30 |
| O | 0.82 |
| Total: | 53.38 |

| Surfacewater Impact Table | |
| --- | --- |
| ID | ACRES |
| D1 | 0.12 |
| K | 3.83 |
| N | 4.43 |
| T | 0.18 |
| U | 1.09 |
| Total: | 9.65 |

| Temporary Wetland Impact Table | |
| --- | --- |
| ID | ACRES |
| L | 0.007 |
| K | 0.005 |
| Total: | 0.012 |

COE # SAJ20032336

1000    0    500    1000

1 inch = 1000ft.

Figure 11

| | Preparation Date:<br>08/18/2008 | Revision Date: |
| --- | --- | --- |
| | Project Manager<br>JJB | CAD QA/QC: |
| | Project #<br>7724-001-b08 | CAD Operator<br>JMB |

*Figure 11*
*Cypress Creek Town Center*
*Impact Location Map*

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



Q:\UnitedStates\Florida\Tampa\7724\010\working\cad\20080818_7724_Cypress_Creek_COE.dwg



G

G

Isolated Non-COE Jurisdictional
Wetland Impact Area
W-G (2.37 Ac.)

COE # SAJ20032336

80    0    40    80    1 inch = 80 ft.

Figure 12

| | Preparation Date | Revision Date | | |
| --- | --- | --- | --- | --- |
| | 08/18/2008 | | *Figure 12 Cypress Creek Town Center* |  |
| | Project Manager | CAD QA/QC | *Isolated Non-COE Jurisdictional* | **Biological Research Associates** |
| | JJB | | | 3905 CRESCENT PARK DRIVE |
| | Project # | CAD Operator | *Wetland Impact G* | RIVERVIEW, FL 33569 |
| | 7724-001-b08 | JMB | | (813) 664-8501 FAX (813) 664-0440 |
| | | | | www.biologicalresearch.com |

Q:\UnitedStates\Florida\Tampa\7724\010\working\cad\20080818_7724_Cypress_Creek_COE.dwg



## CROSS SECTION G-G
VERT 1" = 6'  HORZ 1" = 60'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 5 OF 25

Q:\gis\7724\001\working\ca68BRA-Cypress-Creek-COE.dwg

Figure 12a

*Figure 12a*
*Cypress Creek Town Center*
*Cross Section G-G*



Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-9660
www.biologicalresearch.com



H

H

Wetland Impact Area
W-H (3.73 Ac.)

PROPOSED
SIGNALIZED
INTERSECTION

FUEL

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET _6_ OF 25

Q:\gis3724\6\01\working\road\BRA-Cypress-Creek-COE.dwg

80      0    40    80      1 inch = 80 ft.

*Figure 13*
*Cypress Creek Town Center*
*Wetland Impact H*

Figure 13

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVER VIEW, FL 33569
(813) 664-4501 FAX (813) 664-0440
www.biologicalresearch.com



CROSS SECTION H-H
VERT 1" = 6'  HORZ 1" = 60'

Figure 13a
Cypress Creek Town Center
Cross Section H-H

Figure 13a

Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4500 FAX (813) 664-0440
www.biologicalresearch.com

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 7 OF 25



I

Isolated Non-COE Jurisdictional
Wetland Impact Area
W-I (0.59 Ac.)

I

Project Limits (507.7 Ac.)

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET  8  OF 25

Q:\gis\7724\001\working\cad\BRA-Cypress-Creek-COE.dwg

50        0      25        50     1 inch = 50 ft.          Figure 14

*Figure 14*
*Cypress Creek Town Center*
*Wetland Impact I*

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4500 FAX (813) 664-0440
www.bioresearchassociates.com



CROSS SECTION I-I
VERT 1" = 6'  HORZ 1" = 60'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 2 OF 25
Q:\gis-7724\001\working\cad\BRA-Cypress-Creek-COE.dwg

Figure 14a

*Figure 14a*
*Cypress Creek Town Center*
*Cross Section I-I*



**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



A2

A2

Wetland Impact Area
W-A2 (0.83 Ac.)

COE # SAJ20032336

80    0    40    80    1 inch = 80 ft.    Figure 15

| Prepared on Date | Revision Date |
|---|---|
| 08/18/2008 | |
| Project Manager | CAD QA/QC |
| JJB | |
| Phase # | CAD Operator |
| 7724-001-b08 | JMB |

*Figure 15*
*Cypress Creek Town Center*
*Wetland Impact A2*

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com

Q:\UnitedStates\Florida\Tampa\7724\01\01\working\cad\20080818_7724_Cypress_Creek_COE.dwg



## CROSS SECTION A2-A2
VERT 1" = 6'  HORZ 1" = 60'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET  *11*  OF 25

Q:\gis\77124001\working\cad\BRA-Cypress-Creek-COE.dwg

Figure 15a

*Figure 15a*
*Cypress Creek Town Center*
*Cross Section A2-A2*



**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4501 FAX (813) 664-0440
www.biologicalresearch.com



CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 12 OF 25

Q:\gis\7724\001\working\cad\BRA-Cypress-Creek-COE.dwg

*Figure 16*
*Cypress Creek Town Center*
*Wetland Impact F*

Figure 16

Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



## CROSS SECTION F-F
VERT 1" = 6'  HORZ 1" = 60'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET _13_ OF 25

Q:\gis\7724\007-working\cad\BRA-Cypress-Creek-COE.dwg

Figure 16a

*Figure 16a*
*Cypress Creek Town Center*
*Cross Section F-F*



**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



Wetland Impact Area
W-L1 (1.30 Ac.)

COE # SAJ20032336

80  0  40  80    1 inch = 80 ft.

Figure 17

*Figure 17*
*Cypress Creek Town Center*
*Wetland Impact F*

Biological Research Associates



CROSS SECTION L1-L1

VERT 1" = 6'  HORZ 1" = 60'

COE # SAJ20032336

Figure 17a

| Preparation Date 08/18/2008 | Revision Date |
|---|---|
| Project Manager JJB | CAD QA/QC |
| Project # 7724-001-b08 | CAD Operator JMB |

*Figure 17a*
*Cypress Creek Town Center*
*Cross Section L1-L1*

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



Q:\UnitedStates\Florida\Tampa\7724\010\working\cad\20080818_7724_Cypress_Creek_COE.dwg



Wetland Impact Area
W-O (0.82 Ac.)

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 16 OF 25

Q:\gis\7754001-working\cad\BRA-Cypress-Creek-COE.dwg

60  0  30  60      1 inch = 60 ft.      Figure 18

*Figure 18*
*Cypress Creek Town Center*
*Wetland Impact O*



**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



## CROSS SECTION O-O
VERT 1" = 6'  HORZ 1" = 60'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 17 OF 25

Q:\jn\7724501\working\cad\BRA-Cypress-Creek-COE.dwg

Figure 18a

*Figure 18a*
*Cypress Creek Town Center*
*Cross Section O-O*



Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com



T

Wetland Impact Area
W-T (0.18 Ac.)

T

COE # SAJ20032336

60    0    30    60    1 inch = 60 ft.

Figure 19

| | Preparation Date 08/18/2008 | Revision Date | *Figure 19* *Cypress Creek Town Center* *Wetland Impact T* | **Biological Research Associates** 3905 CRESCENT PARK DRIVE RIVERVIEW, FL 33569 (813) 664-4500 FAX (813) 664-0440 www.biologicalresearch.com |
| --- | --- | --- | --- | --- |
| | Project Manager JJB | CAD-QA/QC | | |
| | Project # 7724-001-008 | CAD Operator JMB | | |

O:\United States\Florida\Tampa\7724\010\working\cad\20080818_7724_Cypress_Creek_COE.dwg



## CROSS SECTION T-T
VERT 1" = 6' HORZ 1" = 60'

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET *19* OF 25

Q:\gis\7724000\working\cad\BRA-Cypress-Creek-COE.dwg

Figure 19a

*Figure 19a*
*Cypress Creek Town Center*
*Cross Section T-T*



**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
lewise.biology@cabresearch.com



Wetland Impact Area
W-J (9.33 Ac.)

COE # SAJ20032336

1 inch = 150 ft.

Figure 20

Figure 20
Cypress Creek Town Center
Wetland Impact J

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com

| Preparation Date: 08/18/2008 | Revision Date: |
|---|---|
| Project Manager: JJB | CAD QA/QC: |
| Project #: 7724-001-b08 | CAD Operator: JMB |

Q:\UnitedStates\Florida\Tampa\7724\010\working\cad20080818_7724_Cypress_Creek_COE.dwg



CROSS SECTION J-J
VERT 1" = 6' HORZ 1" = 60'

WETLAND 'J'

EXISTING GROUND

Figure 20a

Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4500 FAX (813) 664-4440
www.biologicalresearch.com

Figure 20a
Cypress Creek Town Center
Cross Section J-J

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 2 OF 25



A

Wetland Impact Area
W-A (22.87 Ac.)

A

L1

L1

ROUTE No. 56

COE # SAJ20032336

200        0    100        200      1 inch = 200 ft.        Figure 21

| | Preparation Date | Revision Date | *Figure 21* | Biological Research Associates |
| | 08/18/2008 | | *Cypress Creek Town Center* | 3905 CRESCENT PARK DRIVE |
| | Project Manager | CAD QA/QC | *Wetland Impact A* | RIVERVIEW, FL 33569 |
| | JJB | | | (813) 664-8501 FAX (813) 664-4440 |
| | Project # | CAD Operator | | www.biologicalresearch.com |
| | 7724-001-b08 | JMB | | |

Q:\UnitedStates\Florida\Tampa\7724\001\01\working\cad\20080818_7724_Cypress_Creek_COE.dwg



CROSS SECTION A-A
VERT 1" = 6'  HORZ 1" = 60'

WETLAND 'A'

EXISTING GROUND

PROPOSED GROUND

Figure 21a
Cypress Creek Town Center
Cross Section A-A

Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4500 FAX (813) 664-2401
www.biologicalresearch.com

Figure 21a

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336  (IP-TEH)
ATTACHMENT 1
SHEET 2 3  OF 25

Q:\6017\21a\2013\workingcad\BRA-Cypress-Creek-COE.dwg



L1

L1

L

L

Wetland Impact Area
W-L (13.96 Ac.)

P

RETAIL A

DEPARTMENT STORE
TWO FLOORS

**COE # SAJ20032336**

200   0   100   200   1 inch = 200 ft.

Figure 22

| Preparation Date 08/18/2008 | Revision Date | Figure 22 | Biological Research Associates |
| Project Manager JJB | CAD-QA-QC | Cypress Creek Town Center | 1905 CRESCENT PARK DRIVE RIVERVIEW, FL 33569 (813) 664-8501 FAX (813) 664-0440 www.biologicalresearch.com |
| Project # 7724-001-008 | CAD Operator JMB | Wetland Impact L | |

Q:\UnitedStates\Florida\Tampa\7724\010\working\cad\20080818_7724_Cypress_Creek_COE.dwg



CROSS SECTION L-L
VERT 1" = 6' HORZ 1" = 60'

WETLAND 'L'

EXISTING GROUND

PROPOSED GROUND

CYPRESS CREEK TOWN CENTER
SAJ-2003-2336 (IP-TEH)

ATTACHMENT 1
SHEET 25 OF 25
O:\01\01724\001\working\cad\BRA\Cypress-Creek-OEL.dwg

Figure 22a
Cypress Creek Town Center
Cross Section L-L

Biological Research Associates
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-4500 | FAX (813) 664-0440
www.biologicalresearch.com

Figure 22a