UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SIERRA CLUB, CLEAN WATER ACTION,
GULF RESTORATION NETWORK, CHRIS LOY,
and RICHARD SOMMERVILLE

    Plaintiffs,

v.                                              Civ. No. 1:07-cv-01756 (RCL)

LT. GEN. ROBERT L. VAN ANTWERP,
in his official capacity as Chief of Engineers,
U.S. Army Corps of Engineers,
KENNETH SALAZAR[1], in his official capacity
as Secretary, U.S. Department of the Interior, and
SAM D. HAMILTON[2], in his official capacity as
Director,  U.S. Fish and Wildlife Service,

    Defendants.
_____/

## NOTICE OF FILING SUPPLEMENTAL ADMINISTRATIVE RECORDS

PLEASE TAKE NOTICE that Federal Defendants (Lt. Gen Robert L. Van Antwerp, Kenneth Salazar, in his official capacity, and Sam D. Hamilton, in his official capacity), by and through undersigned counsel, are hereby filing the supplemental administrative records of the U.S. Fish and Wildlife Service ("FWS") and the U.S. Army Corps of Engineers ("Corps"), respectively, for the above-captioned matter.

The FWS' Supplemental Administrative Record consists of one CD-ROM volume filed herewith.  The FWS' Supplemental Administrative Record has been certified by Regulatory

---

[1]  In his official capacity, Secretary Ken Salazar is automatically substituted as co-Defendant, in place of Dirk Kempthorne, pursuant to Fed. R. Civ. P. 25(d)(1).

[2]  In his official capacity, Director Sam D. Hamilton is automatically substituted as co-Defendant, in place of H. Dale Hall, pursuant to Fed. R. Civ. P. 25(d)(1).

Supervisor Jay B. Herrington (Exhibit 1), North Florida Ecological Services Office, U.S. Fish and Wildlife Service.

The Corps' Second Supplemental Administrative Record consists of one DVD-R volume filed herewith. The Corps' Second Supplemental Administrative Record has been certified by Regulatory Section Chief Charles A. Schnepel (Exhibit 2), Tampa Regulatory Field Office, U.S. Army Corps of Engineers.

Due to the voluminous nature of the agency administrative records, the electronic files on these CD-ROM and DVD-R disks are oversized and cannot be electronically filed through the CM/ECF website. A complete set of these disks will be manually filed herewith and will be available for public inspection during Court business hours from 9:00 AM - 4:00 PM.

Respectfully submitted this 15th day of September, 2009.

                                        JOHN C. CRUDEN
                                        Acting Assistant Attorney General
                                        Environment & Natural Resources Division

Date:   September 15, 2009            /s/ Mark A. Brown
                                        MARK A. BROWN
                                        D.C. Bar No. 470050
                                        Senior Trial Attorney
                                        U.S. Department of Justice
                                        Environment and Natural Resources Division
                                        Wildlife and Marine Resources Section
                                        P.O. Box 7369
                                        Washington, D.C. 20044-7369
                                        Telephone: (202) 305-0204
                                        Facsimile: (202) 305-0275
                                        mark.brown@usdoj.gov

                                        JESSICA O'DONNELL
                                        D.C. Bar No. 473166
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Environment and Natural Resources Division
                                        Environmental Defense Section

P.O. Box 23986
Washington, D.C. 20026-3986
Telephone:  (202) 305-085
Facsimile:  (202) 514-8865
D.C. Bar No. 473166
jessica.odonnell@usdoj.gov

KRISTOFOR SWANSON
Colo. Bar No. 39378
TRIAL ATTORNEY
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone:  (202) 305-0248
Facsimile:  (202) 305-0274
kristofor.swanson@usdoj.gov

Attorneys for Defendants

Of Counsel:

Christina D. Storz
Assistant District Counsel
U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, Florida 32207
Telephone: (904) 232-1165
Facsimile: (904) 232-1954
Christina.D.Storz@usace.army.mil

Delores Young
Department of the Interior
Office of the Regional Solicitor
Southeast Region
75 Spring St., S.W.
Suite 304
Atlanta, GA  30303
Telephone: (404) 331-3379
Facsimile: (404) 730-2682
delores.young@sol.doi.gov