IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIERRA CLUB, *et al.*,

    Plaintiffs,

v.                                                                        Civ. No. 1:07-cv-01756 (RCL)

LT. GEN. ROBERT L. VAN ANTWERP,
in his official capacity as Chief of Engineers,
U.S. Army Corps of Engineers, *et al.*,

    Defendants,
_____/

I, _____Jay B. Herrington_____ do hereby swear that:
      (Name)

1. I am the custodian of the Administrative Record for the U.S. Fish and Wildlife Service's consultation with the U.S. Army Corps of Engineers concerning the Cypress Creek Town Center project in Pasco County, Florida.

2. I have reviewed the files maintained by the U.S. Fish and Wildlife Service and I state that, to the best of my knowledge, the Administrative Record Supplement filed herewith, together with the Record previously certified on December 21, 2007, is a true and correct copy of the available documents comprising the complete Administrative Record for the above matter.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of September, 2009.

                                                  Jay B. Herrington
                                                Regulatory Supervisor
                                                North Florida Ecological Services Office
                                                U.S. Fish and Wildlife Service

EXHIBIT 1

### 2009 Supplement to the Cypress Creek Town Center Administrative Record
### Updates USFWS Section 7 Consultation Reinitation and Results
### Master Index

Release Codes:  R - Released   RE - Released, redacted   D - Deliberative (Exp. 5, 5 USC 552 (b)(5))   AC - Attorney/Client Privilege (Exp. 5, 5 USC 552 (b)(5))
AWP - Attorney Work Product (Exp. 5, 5 USC 552 (b)(5))   PPI - Personal Privacy Information  (Exp. 6, 5 USC 552 (b)(6))
Office Key:   WO - Washington Headquarters    RO - Regional Office    FO - Field Office    ACOE - U.S. Army Corps of Engineers

| Bates Page # | File Name | Doc Date | Release Code | Content Synopsis |
|---|---|---|---|---|
| 002967-003018 | 20071002_em_Hankla_Bell etal_CCTC_Litigation.pdf | 10/2/2007 | R | Email from Hankla (FWS FO) to Bell (FWS RO) et.al. forwarding info on CCTC lawsuit filing |
| 003019-003019 | 20071002_em_Hankla_Flemming etal_CCTC_Litigation.pdf | 10/2/2007 | R | E-mail from Hankla (FWS FO) to Flemming (FWS RO) et.al. providing initial review of CCTC litigation as filed. |
| 003020-003020 | 20071002_em_Smith_Hankla_CCTC_Litigation.pdf | 10/2/2007 | D | E-mail from Smith (FWS FO) to Hankla (FWS FO) discussing perspective and policy position related to CCTC litigation. |
| 003021-003032 | 20071127_em_Underwood_Smith etal_SOL_draft.pdf | 11/27/2007 | D/AC/AWP | E-mail from Underwood (FWS FO) to Smith (FWS FO) et.al. discussing solicitor background discussions, information needs and the attached solicitor's proposed (draft) FWS responses to plaintiff allegations in the litigation. |
| 003033-003034 | 20071128_em_Smith_Underwood etal_SOL_draft.pdf | 11/28/2007 | D/AC | E-mail from Smith (FWS FO) to Underwood (FWS FO) et.al. responding to 11/27/2008 e-mail at FWS AR 003021. |
| 003035-003038 | 20080128_em_Smith_Hurst_woodstorks_on-site.pdf | 1/28/2008 | D/AC | E-mail discussion thread from Smith (FWS FO) to Hurst (ACOE) et. Al. regarding aspects of the CCTC litigation and our consultation position as asked at the beginning of the thread by Brown (DOJ solicitor). |
| 003039-003042 | 20080201_em_Hankla_Smith_etal_CCTC_comments_Plaintiffs_Facts.pdf | 2/1/2008 | R | E-mail from Hankla (FWS FO) to Smith (FWS FO) et.al. providing quick read on FWS response to material facts. |
| 003043-003044 | 20080204_em_Walker_Smith_etal_CCTC_Review_Plaintiffs_Facts.pdf | 2/4/2008 | R | E-mail thread from Walker (FWS FO) to Smith (FWS FO) et.al. regarding urgent need for draft responses to material facts for DOJ solicitors. |
| 003045-003047 | 20080205_em_Hankla_Smith_etal_CCTC_Review_Plaintiffs_Facts.pdf | 2/5/2008 | D/AC | E-mail from Hankla (FWS FO) to Smith (FWS FO) et.al. clearing the attached FO draft comments on Plaintiffs' material facts for solicitor review and use in response to solicitors initial recommendations.  The document has been maintained within FWS files and has not been disclosed to the public. |
| 003048-003055 | 20080205_fax_Underwood_Young_CCTC_comments_Plaintiffs_Facts.pdf | 2/5/2008 | D/AC | Fax forwarding of e-mail found at FWS AR 003045. |
| 003056-003165 | 20080414_ltr_SierraProp_COE_CCTC_suspension_submittal.pdf | 4/14/2008 | R | Letter from Sierra Properties (Applicant) to Grosskruger (ACOE) providing their final corrective actions and final environmental assessment, |
| 003166-003605 | 20080723_ltr_Stebbins_Hurst etal_remand_submittal.pdf | 7/23/2008 | R | Letter from Stebbins (Plaintiffs Attorney) to Hurst (ACOE) and Hankla (FWS FO) providing comments and documents they wished to be considered as part of the review of the remanded permit. |
| 003606-003973 | 20080822_ltr_Case_Hurst etal_plaintiff_rebuttal.pdf | 8/22/2008 | R | Letter from Halsey (White&Case - consultants) on behalf of CCTC clients to Hurst (ACOE)  providing their rebuttal viewpoint on Plaintiffs comments and documents letter found at FWS AR 003166.. |
| 003974-003982 | 20081002_ltr_Stebbins_Hurst etal_re-Remand.pdf | 10/2/2008 | R | Letter from Stebbins (Plaintiffs Attorney) to Hurst (ACOE) and Hankla (FWS FO) providing comments related to the Applicant's letter found at FWS AR 003606. |
| 003983-004023 | 20081105_ltr_Case_Hurst_response_Plaintiffs_rebuttal.pdf | 11/5/2008 | R | Letter from Halsey (White&Case - consultants) on behalf of CCTC clients to Hurst (ACOE) providing their rebuttal viewpoint on Plaintiffs comments rebuttal letter found at FWS AR 003974. |
| 004024-004024 | 20081218_em_Hurst_Smith etal_CCTC_Public_Notice.pdf | 12/18/2008 | R | E-mail from Hurst (ACOE) to Smith (FWS FO) providing notification of their Public notice on the permit and advising she was forwarding materials and information received subsequent to permit issuance for possible FWS consideration. |
| 004025-004027 | 20081222_em_Hurst_Smith etal_CCTC_Consult_Req.pdf | 12/22/2008 | R | E-mail from Hurst (ACOE) to Smith (FWS FO) providing the cover letter for their consultation request. |
| 004028-004029 | 20090209_em_Hurst_Smith etal_CCTC_consultation.pdf | 2/9/2009 | R | E-mail discussion thread between Hurst (ACOE) and Smith (FWS FO) et.al. regarding whether or not ACOE was asking FWS to reinitiated Section 7 consultation or not and on what grounds. |

| | | | | |
|---|---|---|---|---|
| 004030-004030 | 20090209_mer_Smith_Hurst_phonecon_re-122208_ltr.pdf | 2/9/2009 | R | Memo to the file from Smith (FWS FO) to document phone conversation with Hurst (ACOE) regarding specific requirements for reinitiation of Section 7 consultation. |
| 004031-004032 | 20090226_em_Smith_Hurst_CCTC_Reinitiation.pdf | 2/26/2009 | R | E-mail thread between Smith (FWS FO) and Hurst (ACOE) regarding permittee's CCTC report on the effects of the discharge on endangered species. |
| 004033-004033 | 20090304_mer_Hurst Record of Site Inspection.pdf | 3/4/2009 | R | Memo to the file from Hurst (ACOE) regarding project site visit and her observations. |
| 004034-004036 | 20090306_em_Raushcneberger_Smith_CCTC_testing.pdf | 3/6/2009 | R | E-mail discussion thread between Dr. Rauschenberger (FWS FO) and Smith (FWS FO) regarding access to permitte's report and background related to the project. |
| 004037-004037 | 20090306_em_Smith_Hurst_CCTC_Reinitiation.pdf | 3/6/2009 | R | E-mail from Smith (FWS FO) to Hurst (ACOE) requesting sediment data from consultants. |
| 004038-004041 | 20090312_em_Hurst_Smith_CCTC_Reinitiation.pdf | 3/12/2009 | R | E-mail from Hurst (ACOE) to Smith (FWS FO) forwarding consultant e-mail responding to questions regarding CCTC wood storks and water quality. |
| 004042-004044 | 20090324_ltr_Corps_Sierra_request for data.pdf | 3/24/2009 | R | Letter from ACOE to Sierra Properties (permittee) requesting additional information regarding water quality testing. |
| 004045-004049 | 20090401_em_Godley_Corps etal_wq and sediment testing plan.pdf | 4/1/2009 | R | E-mail from Godley (Entrix - consultant) to Schnepel (ACOE) et.al. forwarding their proposed CCTC water quality testing plan. |
| 004050-004053 | 20090408_em_Hurst_Smith_CCTC_Reinitiation.pdf | 4/8/2009 | R | E-mail discussion between Hurst (ACOE) and Smith (FWS FO) regarding permite's revise water quality testing plan and whether or not specific data or actions are needed or justified. |
| 004054-004055 | 20090413_em_Smith_Hurst_CCTC_Reinitiation.pdf | 4/13/2009 | R | E-mail response from Smith (FWS FO) to Hurst (ACOE) et.al. regarding permittee's revise water quality testing plan found at FWS AR 004050. |
| 004056-004056 | 20090414_em_Brown_Young etal_CCTC surveys.pdf | 4/14/2009 | AC | E-mail thread between Brown (DOJ Solicitor) and Young (DOI Solicitor) et.al. regarding timing and details of the water quality surveys. Withheld as deliberative and attorney client privileged. |
| 004057-004057 | 20090414_mer_Smith_Young_phone_discussion.pdf | 4/14/2009 | AC | Memo to the file from Smith (FWS FO) to document phone conversation with Young (DOI solicitor) regarding FWS/ACOE discussions and water quality survey timing.  Withheld as attorney client privileged information. |
| 004058-004059 | 20090415_em_Hurst_Godley_CCTC_Reinitiation.pdf | 4/15/2009 | R | E-mail from Hurst (ACOE) to Godley (Entrix - consultant) et.al. outling approval of water quality testing plan with some provisions. |
| 004060-004067 | 20090505_em_Smith_Hurst_sampling_plan.pdf | 5/5/2009 | R | E-mail from Smith (FWS FO) to Hurst (ACOE) concurring in the risk assessment proposed methodology. |
| 004068-004070 | 20090520_em_Godley_Smith_Risk_Assessment_Report_comments.pdf | 5/20/2009 | R | E-mail from Godley (Entrix - consultant) to Hurst (ACOE) et.al. commenting on their completed risk assessment report and requesting COE ask FWS to reinitiate informal consultation.  Report can be found at FWS AR 004290 in literature. |
| 004071-004071 | 20090528_mer_Rauschenberger_Risk_Assessment_Analysis.pdf | 5/28/2009 | R | Memo to the file from Dr. Rauschenberger commenting and providing an analysis of the CCTC risk assessment report found at FWS AR 004290 in literature. |
| 004072-004072 | 20090602_em_Smith_Hurst_comments_on_May 2009_Assessment.pdf | 6/2/2009 | R | E-mail from Smith (FWS FO) to Hurst (ACOE) providing FWS comments on  the Entrix CCTC risk assessment report. |
| 004073-004074 | 20090604_em_Hurst_Godley_RFI_re-May 2009_assessment.pdf | 6/4/2009 | R | E-mail from Hurst (ACOE) to Godley (Entrix - consultant) et.al. requesting additional information and/or clarifications in response to ACOE and FWS coordinated reviews of the risk assessment report. |
| 004075-004081 | 20090604_ltr_Case_FWS_response_Plaintiffs_May 8_comments.pdf | 6/4/2009 | R | Letter from Halsey (White&Case - consultants) on behalf of CCTC clients to Hurst (ACOE) providing comments and rebuttal to Plaintiffs May 8, 2009 letter to ACOE. |
| 004082-004082 | 20090609_em_Smith_Herrington etal_no_formal_response_COE_ltr.pdf | 6/9/2009 | R | E-mail from Smith (FWS FO) to Underwood (FWS FO) et.al. clarifying records check and actions related to ACOE letter found at FWS AR 004025. |
| 004083-004091 | 20090611_em_Rauschenberger_Entrix_copper_lit_ref.pdf | 6/11/2009 | R | E-mail from Dr. Rauschenberger to Gillespie (Entrix-consultant) forwarding copy of literature regarding copper sediments. |
| 004092-004095 | 20090612_em_Rauschenberger_Entrix_rsp_TRVrequest.pdf | 6/12/2009 | R | E-mail from Dr. Rauschenberger to Gillespie (Entrix-consultant) forwarding copy of lspreadsheet containing BAF risk assessment. |

| | | | | |
|---|---|---|---|---|
| 004096-004097 | 20090612_em_Smith_Herrington etal_CCTC_consultation.pdf | 6/12/2009 | D | E-mail from Smith (FWS FO) to Herrington (FWS FO) et.al. commenting internal discussions and opinions regarding fish sampling requirements and our position on same as part of consultation. The release of this document would have a chilling effect on future deliberations and may lead to staff not candidly sharing their concerns and disagreements. It is deliberative and pre-decisional. The document has been maintained within FWS files and has not been disclosed to the public. |
| 004098-004174 | 20090622_em_Godley_Smith_SLER_report.pdf | 6/22/2009 | R | E-mail from Godley (Entrix - consultant) to Hurst (ACOE) et.al. commenting on and providing a copy of the June 2009 risk assessment report and responses to request for information contained in e-mail found at FWS AR 004073. Report can be found at FWS AR 004331 in literature. |
| 004175-004219 | 20090626_em_Young_Herrington etal_Plaintiffs_response_COE_status.pdf | 6/26/2009 | RE | E-mail from Young (DOI solicitor) to Herrington (FWS FO) et.al. forwarding a copy of the Plaintiffs' response to ACOE June 12, 2009 Status Report including comment by DOJ solitictor. Portions of the e-mail string have been redacted as attorney client privileged information. |
| 004220-004224 | 20090629_mer_Rauschenberger_FWS_Risk_Assessment_Analysis.pdf | 6/29/2009 | R | Memo to the file from Dr. Rauschenberger (FWS FO) describing the reasons, methods and conclusions of a risk assessment independently conducted by FWS. |
| 004225-004264 | 20090706_em_Godley_Smith_CCTC_Revised_Risk_Assessment.pdf | 7/6/2009 | R | E-mail from Godley (Entrix - consultant) to Hurst (ACOE) et.al. in response to coordinated ACOE/FWS request for additional information and clarification regarding the June 2009 risk assessment report. |
| 004265-004268 | 20090707_em_Smith_Hurst_FWS_RA_review_status.pdf | 7/7/2009 | R | E-mail from Smith (FWS FO) to Hurst (ACOE) confirming complettion of FWS review of the risk assessment report and no further information needs. |
| 004269-004279 | 20090723_em_Hurst_Smith_RFI_berms.pdf | 7/23/2009 | R | E-mail from Hurst (ACOE) to Smith (FWS FO) providing a response to her request for information and status of informal consultation letter. |
| 004280-004282 | 20090803_ltr_NFESO_COE_CCTC_reinitiation_concurrence.pdf | 8/3/2009 | R | Letter from FWS FO to ACOE providing FWS concurrence in ACOE determination the revised proposed action may affect, but is not likely to adversely affect the endangered wood and eastern indigo snake, and would have no effect on the Florida scrub-jay and Florida manatee. |
| | **LITERATURE** | | | |
| 004283-004289 | 20080805_lit_Frakes RA etal_2008_Seditment copper bioavailability.pdf | 8/5/2008 | R | Literature |
| 004290-004330 | 20090501_rpu_Entrix_SLERA.pdf | 5/1/2009 | R | Entrix May 2009 CCTC Sediment Level Ecoloigcal Risk Assessment Report. |
| 004331-004389 | 20090622_rpu_Entrix_SLERA.pdf | 6/22/2009 | R | Entrix June 2009 CCTC Sediment Level Ecoloigcal Risk Assessment Report. |

## 2009 Supplement to the Cypress Creek Town Center Administrative Record
## Updates USFWS Section 7 Consultation Reinitation and Results
## Vaughen Index

Release Codes:  R - Released   RE - Released, redacted   D - Deliberative (Exp. 5, 5 USC 552 (b)(5))   AC - Attorney/Client Privilege (Exp. 5, 5 USC 552 (b)(5))
AWP - Attorney Work Product (Exp. 5, 5 USC 552 (b)(5))   PPI - Personal Privacy Information  (Exp. 6, 5 USC 552 (b)(6))

Office Key:   WO - Washington Headquarters   RO - Regional Office   FO - Field Office   ACOE - U.S. Army Corps of Engineers

| Bates Page # | File Name | Doc Date | Release Code | Content Synopsis |
|---|---|---|---|---|
| 003020-003020 | 20071002_em_Smith_Hankla_CCTC_Litigation.pdf | 10/2/2007 | D | E-mail from Smith (FWS FO) to Hankla (FWS FO) discussing perspective and policy position related to CCTC litigation. |
| 003021-003032 | 20071127_em_Underwood_Smith etal_SOL_draft.pdf | 11/27/2007 | D/AC/AWP | E-mail from Underwood (FWS FO) to Smith (FWS FO) et.al. discussing solicitor background discussions, information needs and the attached solicitor's proposed (draft) FWS responses to plaintiff allegations in the litigation. |
| 003033-003034 | 20071128_em_Smith_Underwood etal_SOL_draft.pdf | 11/28/2007 | D/AC | E-mail from Smith (FWS FO) to Underwood (FWS FO) et.al. responding to 11/27/2008 e-mail at FWS AR 003021. |
| 003035-003038 | 20080128_em_Smith_Hurst_woodstorks_on-site.pdf | 1/28/2008 | D/AC | E-mail discussion thread from Smith (FWS FO) to Hurst (ACOE) et. Al. regarding aspects of the CCTC litigation and our consultation position as asked at the beginning of the thread by Brown (DOJ solicitor). |
| 003045-003047 | 20080205_em_Hankla_Smith_etal_CCTC_Review_Plaintiffs_Facts.pdf | 2/5/2008 | D/AC | E-mail from Hankla (FWS FO) to Smith (FWS FO) et.al. clearing the attached FO draft comments on Plaintiffs' material facts for solicitor review and use in response to solicitors initial recommendations.  The document has been maintained within FWS files and has not been disclosed to the public. |
| 003048-003055 | 20080205_fax_Underwood_Young_CCTC_comments_Plaintiffs_Facts.pdf | 2/5/2008 | D/AC | Fax forwarding of e-mail found at FWS AR 003045. |
| 004056-004056 | 20090414_em_Brown_Young etal_CCTC surveys.pdf | 4/14/2009 | AC | E-mail thread between Brown (DOJ Solicitor) and Young (DOI Solicitor) et.al. regarding timing and details of the water quality surveys. Withheld as deliberative and attorney client privileged. |
| 004057-004057 | 20090414_mer_Smith_Young_phone_discussion.pdf | 4/14/2009 | AC | Memo to the file from Smith (FWS FO) to document phone conversation with Young (DOI solicitor) regarding FWS/ACOE discussions and water quality survey timing.  Withheld as attorney client privileged information. |
| 004096-004097 | 20090612_em_Smith_Herrington etal_CCTC_consultation.pdf | 6/12/2009 | D | E-mail from Smith (FWS FO) to Herrington (FWS FO) et.al. commenting internal discussions and opinions regarding fish sampling requirements and our position on same as part of consultation. The release of this document would have a chilling effect on future deliberations and may lead to staff not candidly sharing their concerns and disagreements.  It is deliberative and pre-decisional.  The document has been maintained within FWS files and has not been disclosed to the public. |
| 004175-004219 | 20090626_em_Young_Herrington etal_Plaintiffs_response_COE_status.pdf | 6/26/2009 | RE | E-mail from Young (DOI solicitor) to Herrington (FWS FO) et.al. forwarding a copy of the Plaintiffs' response to ACOE June 12, 2009 Status Report including comment by DOJ solitictor. Portions of the e-mail string have been redacted as attorney client privileged information. |