UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., § | |
|     Plaintiffs, § | |
| v. § | Civil Action No. 07-1756 (RCL) |
| § | |
| ROBERT L. VAN ANTWERP, et al., § | |
|     Defendants. § | |

## ORDER

The Court hereby adopts the Plaintiffs' proposed scheduling order and it is ORDERED that:

• Within fifteen (15) days of this order, Plaintiffs will file a Supplemental Complaint, as well as deliver any new Endangered Species Act ("ESA") notice letter that Plaintiffs believe is necessary to pursue any ESA claims, as provided by Section 1540(g) of the ESA;

• Within forty-five 45 days of this order, Plaintiffs will complete their review of the administrative record; complete negotiations with Defendants to resolve any record disputes; and if necessary, move to supplement the administrative record;

• In the event Plaintiffs serve a new notice letter, Plaintiffs will file any revised Supplemental Complaint incorporating those claims sixty-one (61) days after service of the notice letter;

• Plaintiffs' opening summary judgment brief will be due on whichever of the following dates is the latest:

    A. In the event Plaintiffs file a motion concerning the administrative record, then twenty (20) days after the Court resolves the motion;

    B. In the event Plaintiffs file a revised Supplemental Complaint adding ESA claims, then twenty (20) days after that filing;

    C. In the event Plaintiffs file neither a motion concerning the record nor a revised Supplemental Complaint, then within thirty (30) days

        following the expiration of the time for plaintiffs to review the record;

- Fourteen days following the filing of Plaintiffs' motion for summary judgment, Defendants and Intervening Defendants will file their opposing briefs and motions for summary judgment;

- Fourteen days thereafter Plaintiffs will file their opposing briefs and their reply brief; and

- Seven days thereafter Defendants and Intervening defendants will file their reply brief.

**SO ORDERED** this 19th day of October 2009.

                                                        /s/
                                      ROYCE C. LAMBERTH
                                      Chief Judge
                                      United States District Court