IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SIERRA CLUB, *et al.*,

      Plaintiffs,

v.                                    Civ. No. 1:07-cv-01756 (RCL)

LT. GEN. ROBERT L. VAN ANTWERP,
in his official capacity as Chief of Engineers,
U.S. Army Corps of Engineers, *et al.*,

      Defendants,

   and

SIERRA PROPERTIES I, LLC, *et al.*,

      Intervening Defendants.
_____/

## NOTICE OF FILING THIRD SUPPLEMENTAL ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that Federal Defendants (Lt. Gen. Robert L. Van Antwerp, Kenneth Salazar, in his official capacity, and Sam D. Hamilton, in his official capacity), by and through undersigned counsel, hereby file the Third Supplemental Administrative Record for the U.S. Army Corps of Engineers ("Corps"), in the above-captioned matter. The Corps' Third Supplemental Administrative Record has been certified by Regulatory Section Chief Charles A. Schnepel, Tampa Regulatory Field Office, U.S. Army Corps of Engineers. Mr. Schnepel's certification, as well as the record documents are filed herewith.

Respectfully submitted this 4th day of January, 2010,

                                               IGNACIA S. MORENO
                                               Assistant Attorney General

   s/ *Jessica O'Donnell*
MARK ARTHUR BROWN
D.C. Bar No. 470050
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0204
Facsimile: (202) 305-0275
mark.brown@usdoj.gov

JESSICA O'DONNELL
D.C. Bar No. 473166
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone:  (202) 305-085
Facsimile:  (202) 514-8865
jessica.odonnell@usdoj.gov

KRISTOFOR R. SWANSON
Colo. Bar No. 39378
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0248
Facsimile: (202) 305-0274
kristofor.swanson@usdoj.gov

Of Counsel:
Christina D. Storz
Assistant District Counsel
U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, Florida 32207
Telephone: (904) 232-1165

Facsimile: (904) 232-1954
Christina.D.Storz@usace.army.mil

Delores Young
Department of the Interior
Office of the Regional Solicitor
Southeast Region
75 Spring St., S.W.
Suite 304
Atlanta, GA 30303
Telephone: (404) 331-3379
Facsimile: (404) 730-2682
delores.young@sol.doi.gov