UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SIERRA CLUB, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:07-cv-01756 (RCL) |
| | ) | |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SIERRA PROPERTIES, LLC., et al., | ) | |
| | ) | |
| Intervening Defendants. | ) | |
| | ) | |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, CHARLES A. SCHNEPEL, declare as follows:

1. I am the West Permits Section Chief of the Tampa Regulatory Field Office of the Regulatory Division, Jacksonville District Corps of Engineers ("Corps"). In that capacity, I supervise the activities of the Tampa Regulatory Field Office and direct activities including evaluation, coordination, and issuance of permits pursuant to Section 404 of the Clean Water Act, 33 U.S.C. § 1344, and Section 10 of the Rivers and Harbors Act, 33 U.S.C. § 403.

2. I certify that the documents listed in the attached index constitute the third supplemental administrative record for the Corps' permit application file 2003-2336 (IP-TEH) for applicant Sierra Properties.

This declaration is made under the provisions of Section 1746 of Title 28 of the United States Code. I declare under penalty of perjury that the foregoing is true and

correct to the best of my knowledge, information, and belief.


Executed this 4th day of January 2010 in the City of Tampa, Hillsborough

County, Florida.

CHARLES A. SCHNEPEL
Chief, West Permits Section
Tampa Regulatory Field Office
10117 Princess Palm Avenue, Suite 120
Tampa, Florida 33610