U.S. Army Corps of Engineers

Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)

1:07-cv-01756

| Date and Full Name | Bates - Begin | Pages |
|---|---|---|
| 2007-07-12 Notice of Intent | AR021732 | 23 |
| 2008-07-23 Higher resolution, color photos of Corps AR 10732-36 | AR021755 | 5 |
| 2008-08-11 Higher resolution, color photos of Corps AR 10861, 10865-66 | AR021760 | 2 |
| 2009-01-26 Corps Email to Applicant Re CCTC - PN Comments - Email 1 of 4 | AR021762 | 59 |
| 2009-01-29 Corps Email to Applicant Re CCTC - PN Comments - Email 2 of 4 | AR021821 | 43 |
| 2009-01-26 Corps Email to Applicant Re CCTC - PN Comments - Email 3 of 4 | AR021864 | 75 |
| 2009-01-26 Corps Email to Applicant Re CCTC - PN Comments - Email 4 of 4 | AR021939 | 48 |

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756

U.S. Army Corps of Engineers
Third Supplemented Administrative Record for Cypress Creek Town Center (SAJ-2003-2336)
1:07-cv-01756