RECEIVED

JUL 2 4 2008

TAMPA REG.
OFFICE



Raging stream of pollutants from the CCTC site—note interface with less polluted water in foreground. (08/02/07---around 3 PM)

ATTACHMENT E

AR021755



Note stream of runoff originating from the right.



**More turbidity**

AR021757



**So much for this Outstanding Florida Water**

AR021758



AR021759