

Photograph 1. View of a pond on the CCTC project site on the 5th day of September, 2008. Note the frontloader dumping fill into the pond.



Photograph 2. View looking downstream of the stormwater discharge point, which is in the front left. Note the natural, tannin-colored water on the right, and the impacted, turbid water on the left. Also note that the turbidity extends well downstream.

AR021760



Photograph 3. Zoomed view of the mixing line between the natural Cypress Creek and the stormwater discharge. Note the natural, tannin-colored water on the left, and the impacted, turbid water on the right.



Photograph 4. View of the expanding turbid plume well downstream of the stormwater discharge.

AR021761