**Storz, Christina D SAJ**

| | |
|---|---|
| **From:** | Daker, Angela [adaker@miami.whitecase.com] |
| **Sent:** | Tuesday, November 10, 2009 5:09 PM |
| **To:** | Storz, Christina D SAJ |
| **Cc:** | Halsey, Douglas |
| **Subject:** | FW: CCTC - PN Comments - Email 1 of 4 |

**Attachments:** document2009-01-26-091126.pdf


document2009-01-
26-091126.pdf ...

"Hurst, Tracy E SAJ" <Tracy.E.Hurst@usace.army.mil>

01/26/2009 09:45 AM

To
<Hsierra@sierra-properties.com>, <tschmitz@rejacobsgroup.com> cc Subject
CCTC - PN Comments - Email 1 of 4

Hi and Tom:

Please find attached 1 of 4 emails I am sending that contain the public notice comments
received to date.  Once I have read through all of the comments, I will let you know if I
need additional information from you to address the concerns raised in the comments.

Tracy

><(((( °>'·.,,..·´¯'·.,.·´¯'·....,><(((( °>

Tracy Hurst
U.S. Army Corps of Engineers
10117 Princess Palm Ave., Ste. 120
Tampa, FL  33610
813/769-7063
813/769-7061 FAX

><(((( °>'·.,,..·´¯'·.,.·´¯'·....,><(((( °>

Please assist us in better serving you!  Please complete the customer survey by clicking
on the following link:  http://regulatory.usacesurvey.com/

AR021762

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Nelson, Shari [Nelsonsl@admin.usf.edu] |
| **Sent:** | Monday, January 12, 2009 10:39 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Mall |

I would like to insist on a Public Hearing to address environmental issues regarding the development of the Cypress Creek Mall.

Shari L. Nelson

USF Facilities Planning

(813) 974-6954

nelsonsl@admin.usf.edu

AR021763

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Wayne Gaskill [cwgaskill@tampabay.rr.com] |
| **Sent:** | Monday, January 12, 2009 10:52 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | CYPRESS CREEK TOWN CENTER ACOE PERMIT |

1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there, or that the rational for the permit is that more shopping malls are needed.  There are two malls within 5 miles of this site.

2)   The Corps has not considered all the factors before issuing the permit, ie., how they are protecting the creek and the wildlife.

3)   There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)   The public demands to be heard.  Therefore, we request a hearing before the permit is issued.

Sincerely,

Wayne Gaskill

1

AR021764

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Dr. J. Hendershot [docjohn@tampabay.rr.com] |
| **Sent:** | Monday, January 12, 2009 10:59 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Opposition to Cypress Creek Town Center construction in its currently proposed form |

Ms. Hurst:

The Army Corps of Engineers issued a permit for the Cypress Creek Town Center to be built on Cypress Creek.  The developer instructed the "construction" (more precisely, destruction) crew to go onto the site in the middle of the night to cut down the cypress trees and destroy the wetlands adjoining the creek.  Thereafter, rainstorms resulted in an overflow of water from the construction site into the creek.  That polluted water flows downstream, affecting the wildlife in and around Cypress Creek, and contributing to pollution (and environmental degradation) downstream in the Hillsborough River.  The Army Corps of Engineers pulled the construction permit after these incidents were brought to their attention in a public outcry.

Now the developer is asking the Army Corps of Engineers to reissue a building permit when the changes in the developer's proposed plan are grossly inadequate to restore the destroyed wetlands on the creek, or to prevent further destruction and pollution of this tributary of the Hillsborough River.  This permit never should have been issued in the first place without an environmental impact study.

Cypress Creek has been designated as an outstanding Florida water.  The Hillsborough River is the primary source of drinking water for those of us who live in Hillsborough County.

I am opposed to a reissuing of a building permit under the terms that the developer is currently offering.  These terms are insufficient to adequately address concerns about habitat destruction, undermining water quality, adverse effects on wildlife, and pollution of our drinking water.  It costs additional money to treat water for drinking when it has been polluted by sources such as the future Cypress Creek Town Center.  The plan needs to be drastically modified before the permit is reissued.

I am urging you to allow a 90 day extension for public comment.  I am also asking for a public hearing, so that the objections of citizens to this development in its current form can be heard.  I am not asking that the mall not be built.  I am asking that the environment of Cypress Creek (you know, the pristine body of water that the development is being named after) also be protected in the process of building and thereafter.

I would also ask that the Army Corps of Engineers be more diligent in the future in its investigation of environmentally sensitive sites prior to the wholesale blind issuing of construction permits.

Thank you

AR021765

John Hendershot

8210 La Serena Drive

Tampa FL 33614-2756

docjohn@tampabay.rr.com

(813) 265-4811

AR021766

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Fite [bfite1@tampabay.rr.com] |
| **Sent:** | Monday, January 12, 2009 11:49 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Protection |

There has been insufficient oversight on this project and the following concerns need to be addressed:

1)  The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there, or that the rational for the permit is that more shopping malls are needed.  There are two malls within 5 miles of this site.

2)  The Corps has not considered all the factors before issuing the permit, ie., how they are protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)  The public demands to be heard.  Therefore, we request a hearing before the permit is issued.

Barbara Fite

bfite1@tampabay.rr.com

1

AR021767

## Hurst, Tracy E SAJ

| | |
|---|---|
| **From:** | vivbacca@aol.com |
| **Sent:** | Monday, January 12, 2009 12:26 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | CYPRESS CREEK TOWN CENTER Permit |

Ms. Hurst,

It is my understanding that the Army Corps of Engineers is planning to reissue the permit on this project despite the fact that 56 acres of wetlands have already been destroyed. Further, the Corps is only asking for a restoration of 30 acres of wetland on this project, basically 1/2 of the acres already destroyed!  Rather than asking for 1/2 the destroyed acres, the Corps should DOUBLE the acres of wetlands destroyed to a minimum of 112 acres.  If there are not sufficient acres on site to implement that, then the company should have to contribute wetland mitigation acres within the watershed.

It is a well known fact that it is very difficult to rehabilitate wetlands.  In view of the company's track record, if you ask for 112 acres to be restored and protected, the net result may actually be close to the 56 acres which have already been destroyed.

There needs to be a full public hearing before this permit is reissued where information is available well to the public well in advance of the hearing.  It is your job to protect the public, not protect the developer.

Sincerely,
Vivian Bacca
Member of the Board of Directors,
United Citizen's Action Network, Hillsborough

---

Get a free MP3 every day with the Spinner.com toolbar. Get It Now
<http://toolbar.aol.com/spinner/download.html?ncid=emlweusdown00000021> .

1

AR021768

## Hurst, Tracy E SAJ

**From:**      Christine.Young@kraft.com
**Sent:**      Monday, January 12, 2009 1:00 PM
**To:**        Hurst, Tracy E SAJ



Sunflower
Bkgrd.jpg (17 KB)

Dear Ms. Hurst,

1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there, or that the rational for the permit is that more shopping malls are needed.  There are two malls within 5 miles of this site.

2)   The Corps has not considered all the factors before issuing the permit, ie., how they are protecting the creek and the wildlife.

3)   There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)   The public demands to be heard.  Therefore, we request a hearing before the permit is issued.

Thank you.

Christine & Randy Young

933 Bunker View Drive

Apollo Beach, FL  33572

christine.young@kraft.com

1

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | lisa lepak [lisalepak@hotmail.com] |
| **Sent:** | Monday, January 12, 2009 3:14 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Public Hearing RE: Cypress Creek Watershed area |

Attn:   Tracy Hurst, Army Corp of Engineers

Date:   January 12, 2009

Re:     Public Hearing RE: Cypress Creek Watershed area

From:  Lisa Lepak, Sierra Club Member, Tampa FL

" TRACY, WE NEED A PUBLIC HEARING BEFORE THE PERMIT IS ISSUED FOR CYPRESS CREEK TOWN CENTER"!

For 6 years we have been trying to protect our water and wildlife from a mall that is too big for the site.  Sierra Club and 4 other plaintiffs sued the Army Corps and Federal Fish & Wildlife for the illegal permit issued on the Cypress Creek Town Center in 2007.  Last February, due to overflow of polluted waters into the creek, which we warned would happen, the permit was pulled by the Army Corps for review and revision.  Last month (December 2008), the Army Corps issued a public notice that they were going to reissue the permit .  They are only adding 30 acres of wetlands to be restored onsite (56 were destroyed in the middle of the night) and nothing else.  None of the other concerns of the plaintiffs have been addressed — no environment impact study was done…only information provided by developer's expert — Biological Research Associates, whose credibility has been publically questioned.

1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there, or that the rational for the permit is that more shopping malls are needed.  There are two malls within 5 miles of this site.

2)   The Corps has not considered all the factors before issuing the permit, ie., how they are protecting the creek and the wildlife.

3)   There is not sufficient time to respond to this permit and we would like at least a 30

1

AR021770

day extension.


4)  The public demands to be heard.  Therefore, we request a hearing before the permit is issued.



Thank you for your time and concern in this very important matter.

 Happy New Year 2009!

 Please help us make this project fit to protect the creek, our drinking water source ...and our wildlife.


Lisa  Lepak

Sierra Club Tampa Bay Group

lisalepak@hotmail.com

813.447.3969

_____

Windows Live™: Keep your life in sync. Check it out. <http://windowslive.com/explore?ocid=TXT_TAGLM_WL_t1_allup_explore_012009>

AR021771

## Hurst, Tracy E SAJ

**From:** gayle bertelstein [gayle.bertelstein@gmail.com]
**Sent:** Monday, January 12, 2009 4:42 PM
**To:** Hurst, Tracy E SAJ
**Subject:** Cypress Creek


1)  The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there, or that the rational for the permit is that more shopping malls are needed.  There are two malls within 5 miles of this site.

2)  The Corps has not considered all the factors before issuing the permit, ie., how they are protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)  The public demands to be heard.  Therefore, we request a hearing before the permit is issued.


Thank you, and Happy New Year.  Please help us make this project fit to protect the creek, our drinking water source and our wildlife.

1

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | marcia biggs [marciabiggs@yahoo.com] |
| **Sent:** | Monday, January 12, 2009 9:52 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Request for public hearing on CCTC permit |

Ms. Hurst:
As a concerned citizen, I feel strongly that the Corps of Engineers has not considered all the factors and should not issue the permit to resume development on Cypress Creek Town Center. I urge you to issue a 30 day extension and to order a public hearing so all pertinent information can come forth.
Marcia Biggs
Safety Harbor, FL

1

AR021773

## Hurst, Tracy E SAJ

| | |
|---|---|
| **From:** | Bill McCullough [billmccullough@tampabay.rr.com] |
| **Sent:** | Monday, January 12, 2009 9:55 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Request Public hearing on Cypress Creek |

Tracy

1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.

2)   The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)   There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)   The public demands to be heard.  Therefore, we request a hearing before the permit is issued.

Bill McCullough

813-874-1518

AR021774

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Naimish Upadhyay [naimishupadhyay@gmail.com] |
| **Sent:** | Monday, January 12, 2009 10:24 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Town Center Permit |

Hello,

This is with regards to Army Corps' decision to issue a permit for Cypress Creek Town Center in Tampa, FL. I request you to arrange for a public hearing before such a permit is issued. Below are some of our concerns:

1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there, or that the rational for the permit is that more shopping malls are needed.  There are two malls within 5 miles of this site.

2)   The Corps has not considered all the factors before issuing the permit, ie., how they are protecting the creek and the wildlife.

3)   There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)   The public demands to be heard.  Therefore, we request a hearing before the permit is issued.


Sincerely,

Naimish

1

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Sher Canton [she7wolf@yahoo.com] |
| **Sent:** | Monday, January 12, 2009 10:58 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Mall Environmental Impact |


Dear Tracy:

I am an environmentally concerned citizen. We need to be extremely cautious about the way we build & where we build for our future & future generations to come. Please consider the following ideas & please allow the citizens to be heard on this topic. Thank-you.

      1) The Army Corps has not provided adequate information for the public to provide informed comments. They have not identified the environmental risks and issues of concern. Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa□s drinking supply, or that endangered species HAVE been observed there.

2) The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3) There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4) The public demands to be heard. Therefore, we request a hearing before the permit is issued.

Sincerely,


Sheryl A.Canton

1

AR021776

## Hurst, Tracy E SAJ

| | |
|---|---|
| **From:** | rcwade8749@aol.com |
| **Sent:** | Monday, January 12, 2009 11:16 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Permit Application, Tampa, FL. Request for an Administrative Hearing |

Dear Sirs: I request an administrative hearing concerning the permit application of the
Cypress Creek Mall for distrubance of the Cypress Creek watershead. In support of my
petition I submit the following:

1)   The Army Corps has not provided adequate information for the public to provide
informed comments.  They have not identified the environmental risks and issues of
concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that
the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters
of Tampa's drinking supply, or that endangered species HAVE been observed there.

2)   The Corps has not considered all the factors before issuing the permit, ie., how is
the developer protecting the creek and the wildlife.

3)   There is not sufficient time to respond to this permit. Therefore I request a 30 day
extension.
&n bsp;

4)   The public demands to be heard.  Therefore, I request a hearing before the permit is
issued.

Listen to 350+ music, sports, & news radio stations FREE while you browse.Start Listening
Now <http://toolbar.aol.com/aolradio/download.html?ncid=emlweusdown00000022> !

1

AR021777

## Hurst, Tracy E SAJ

| | |
|---|---|
| **From:** | Antonia Singleton [commonsenseneeded@hotmail.com] |
| **Sent:** | Monday, January 12, 2009 11:40 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Permit for Cypress Creek Town Center |

Ms. Hurst,

In regards to the permit for Cypress Creek Town Center I would like to submit the following concerns:

1)  The Army Corps has not provided adequate information for the public to provide informed comments.  Environmental risks and issues of concern have not been addressed. Nothing identifies that Cypress Creek is an outstanding Florida water, that the site will ultimately drain to Cypress Creek, the headwaters of Tampa's drinking supply.  No mention is made of the fact that endangered species HAVE been observed there.

2)  The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)  The public demands to be heard.  Therefore, we request a hearing before the permit is issued.

We are not trying to stop the mall, we only ask that the developer protect the creek, our drinking water source and our wildlife, through proper environmental standards.

Sincerely,

Antonia Singleton

_____

Windows Live™: Keep your life in sync. See how it works.
<http://windowslive.com/howitworks?ocid=TXT_TAGLM_WL_t1_allup_howitworks_012009>

1

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | loraexplora@aim.com |
| **Sent:** | Monday, January 12, 2009 11:42 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | PLEASE HOLD A PUBLIC HEARING ABOUT CYPRESS CREEK |

Hello,
I value the environment highly and Florida has beautiful wildlife and waters that need to
be protected and preserved.  Please hold a public hearing about the mall that will be
built on Cypress Creek.  I'm not opposed to shopping centers, it is important that people
have something to do and a place of commerce, but it is not difficult to balance this with
conservation of the surrounding environments.  It only takes effort and concern on the
part of the Army Corps and the developers to do this thing THE RIGHT WAY.

Please, please hold a public hearing for these reasons:


1)  The Army Corps has not provided adequate information for the public to provide
informed comments.  They have not identified the environmental risks and issues of
concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that
the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters
of Tampa's drinking supply, or that endangered species HAVE been observed there.

2)  The Corps has not considered all the factors before issuing the permit, ie., how is
the developer protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30
day extension.                    &n bsp;

4)  The public demands to be heard.  Therefore, we request a hearing before the permit is
issued.

Thank you,
Laura Lee
a concerned Floridian
loraexplora@aim.com




A Good Credit Score is 700 or Above. See yours in just 2 easy steps!
<http://pr.atwola.com/promoclk/100000075x1216817552x1201106465/aol?
redir=http://www.freecreditreport.com/pm/default.aspx?sc=668072%26hmpgID=82%
26bcd=DecemailfooterNO82>

AR021779

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Sandyjoestreich@cs.com |
| **Sent:** | Tuesday, January 13, 2009 12:52 AM |
| **To:** | Sandyjoestreich@cs.com |
| **Subject:** | Cypress Creek project |

Mr./Ms. Tracy Hurst:

As a 30-year Nurse Practitioner, I have a professional interest in the environment and its impact on my clients' lives.

I also have a strong belief that the public should be involved and not just notified ex post facto when something may impact human life, even if it impacts flora and fauna first.

Among the many storys I have been following the questionable acts of the Army Corps of Engineers, this year finds another one: Cypress Creek is to be cheerfully violated apparently for special interests. Just one more such violation by an agency meant to protect us.

The public has not had proper information, hearings.

Violations of the environment and the ecology have not been researched for safety, quality.

Full rationales for the reason (mall) for development on sensitive ground have not been presented, explained and commented upon by the public.

Ramifications of the decision to interrupt the vulnerable ecology have not been detailed nor given a forum for the public to weigh risks vs benefits to the public.

It would seem highly prudent to hold public hearings, for starters, and to follow democratic and ecological principles when determining proper use of the land in question.

Frankly, the development idea is so highly questionable that it borders on what appears to be fraudulence or malfeasance.

Please see to it that the process is STOPPED and the above complaints are discussed fully and the public given the opportunity to say NO NO NO.

Please maintain the democratic process in relation to this issue. Do not go forward until these complaints are discussed officially and publicly and either dismissed, rectified, or the project abandoned.

The lands are not here for our exploitation, they are here and we must shepherd them. You are losing your way, and for all the wrong reasons.

Sincerely,
Sandy Oestreich, Professor Emerita, Adelphi U., NY Nurse Practitioner, Co-author, internationally distributed science reference texts Former elected official

1

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Martha Bingham [immartha@tampabay.rr.com] |
| **Sent:** | Tuesday, January 13, 2009 3:34 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Shame on the Corps and this administration!!! |

"WE WANT A PUBLIC HEARING BEFORE THE PERMIT IS ISSUED FOR CYPRESS CREEK TOWN CENTER"


Where is the oversight from the Corps that we all knew in the 1980's???

This is unforgettable.  Shame on the Corps and this administration!!!

1

AR021781

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | pronetwk4@aol.com |
| **Sent:** | Tuesday, January 13, 2009 5:55 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Re: Tampa Bay Sierra Club Action Alert! |

Tracy.E.Hurst@saj02.usace.army.mil

1)  The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.

2)  The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30 day extension.
&nb sp;

4)  The public demands to be heard.  Therefore, we request a hearing before the permit is issued.

Thank You!!  Sierra Club of Tampa Bay


-----Original Message-----
From: tampabay.sierranews@yahoo.com <tampabay.sierranews@YAHOO.COM>
To: FL-TAMPABAY-MEMBERS-NEWS@LISTS.SIERRACLUB.ORG
Sent: Mon, 12 Jan 2009 9:46 pm
Subject: Tampa Bay Sierra Club Action Alert!


Sierra Club Member Alert

 Please email the Army Corp of Engineers before Jan. 15 to request a public hearing before the permit is issued to
         continue construction on Cypress Creek Town Center

For 6 years we have been trying to protect our water and wildlife from a mall that is too big for the site.  Sierra Club sued the Army Corps of Engineers and Federal Fish & Wildlife for the illegal permit issued on the Cypress Creek Town Center in 2007.  Last February, due to overflow of polluted waters into the creek, the permit was pulled by the Army Corps for review and revision.  Last month (December 2008), the Army Corps issued a public notice that they were going to reissue the permit .  They are only asking 30 acres of wetlands to be restored onsite (56 were destroyed in the middle of the night) and nothing else.  None of the other concerns of the plaintiffs have been addressed — no environment impact study was done.  We are not trying to stop the mall, we only ask that the developer protect the creek, our drinking water source and our wildlife, through proper environmental standards.

By January 15, 2009, please email Tracy Hurst at the Army Corps of Engineers ASKING FOR A PUBLIC HEARING among items below (cut and paste):

Tracy.E.Hurst@saj02.usace.army.mil

1)  The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that

1

AR021782

Case 1:07-cv-01756-RCL   Document 69-6   Filed 01/04/10   Page 22 of 59

the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.

2)  The Corps has not considered all the factors before issuing the permit, ie., how is the developer& nbsp;protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)  The public demands to be heard.  Therefore, we request a hearing before the permit is issued.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - To unsubscribe from the FL-TAMPABAY-MEMBERS-NEWS list, send any message to: FL-TAMPABAY-MEMBERS-NEWS-signoff-request@LISTS.SIERRACLUB.ORG Check out our Listserv Lists support site for more information: http://www.sierraclub.org/lists/faq.asp Sign up to receive Sierra Club Insider, the flagship e-newsletter. Sent out twice a month, it features the Club's latest news and activities . Subscribe and view recent editions at http://www.sierraclub.org/insider/


Get a free MP3 every day with the Spinner.com toolbar. Get It Now <http://toolbar.aol.com/spinner/download.html?ncid=emlweusdown00000021> .

boilerplate
AR021783

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Julia [jwinston@tampadsl.net] |
| **Sent:** | Tuesday, January 13, 2009 6:16 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Mall |

I respectfully request that a public hearing be held before the building permit is reissued for the construction of Cypress Creek Mall. I do not want to stop construction of the mall, but do want to sure that the the creek, local wildlife and our drinking water is protected. All growth should be sustainable for us and generations to come. Thank you. Julia Winston MD

1

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | JEShirk@aol.com |
| **Sent:** | Tuesday, January 13, 2009 7:01 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Request for public hearing - cypress point town center |

Ms Hurst

I'm requesting a public hearing for the referenced project because of the following
reasons:

1) The Army Corps has not provided adequate information for the public to provide
informed comments. They have not identified the environmental risks and issues of
concern. Nothing identifies that Cypress Creek is an outstanding Florida water, or that
the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters
of Tampa's drinking supply, or that endangered species HAVE been observed there.


2) The Corps has not considered all the factors before issuing the permit, ie., how is
the developer protecting the creek and the wildlife.

3) There is not sufficient time to respond to this permit and we would like at least a 30
day extension.

4) The public demands to be heard. Therefore, we request a hearing before the permit is
issued.


James E. Shirk



A Good Credit Score is 700 or Above. See yours in just 2 easy steps!
<http://pr.atwola.com/promoclk/100000075x1215855013x1201028747/aol?
redir=http://www.freecreditreport.com/pm/default.aspx?sc=668072%26hmpgID=62%
26bcd=DecemailfooterNO62>

1

AR021785

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Theresa Anderson [dander15@tampabay.rr.com] |
| **Sent:** | Tuesday, January 13, 2009 7:16 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | don't reissue permit for Cypress Creek Mall |

1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.

2)   The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)   There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)   The public demands to be heard.  Therefore, we request a hearing before the permit is issued.


Theresa Anderson

1122 Kingfish Place

Apollo Beach, FL  33572

813-645-1889

AR021786

## Hurst, Tracy E SAJ

**From:**      West, William J [William.West@Covidien.com]
**Sent:**      Tuesday, January 13, 2009 7:39 AM
**To:**      Hurst, Tracy E SAJ
**Subject:**      CYPRESS CREEK TOWN CENTER ACOE PERMIT

Dear Ms. Hurst,

I am among the many Tampa citizens that would like more study of the impact of the CC Town
Center.  Proper protection of this sensitive environment and headwater area to our
drinking supply is too important to rush in another town center.  Due to all the past
poorly planned development combined with these dismal economic times the upside of a new
town center is not even close to the potential downside of poor planning.  This can be a
great project that demonstrates how developers can create projects that fit well with the
environment and the local community/economy, but the developers will not do that unless
pushed by the Army Corps. Below are reasons outlined by the Sierra Club which I support:

1) The Army Corps has not provided adequate information for the public to provide informed
comments. They have not identified the environmental risks and issues of concern. Nothing
identifies that Cypress Creek is an outstanding Florida water, or that the site will
ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's
drinking supply, or that endangered species HAVE been observed there, or that the rational
for the permit is that more shopping malls are needed. There are two malls within 5 miles
of this site.

2) The Corps has not considered all the factors before issuing the permit, ie., how they
are protecting the creek and the wildlife.

3) There is not sufficient time to respond to this permit and we would like at least a 30
day extension.
4) The public demands to be heard. Therefore, we request a hearing before the permit is
issued.
Please help us make this project fit to protect the creek, our drinking water source and
our wildlife.
Sincerely,

Bill West
813-240-9406

1

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Ken Goins [kennyg98@verizon.net] |
| **Sent:** | Tuesday, January 13, 2009 7:57 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Permit issuance for Cypress Creek Mall |

To whom it may concern,
I am concerned about the protection of our drinking water and wildlife that is being affected by the location of the Cypress Creek Mall. I understand that the permit for the mall is in limbo at this time and that there is concern also by the Army Corps of Engineers that there have been violations committed by the developer. Please make sure that all violations have been addressed and corrected before proceeding to approve the renewal of the permit. Malls are needed for our society but we have a much greater need for drinking water and a protected habitat for our furry friends. Please take a very close look at what has been done at the site before giving approval to extend the building permit. It would be a very nice jesture on your part to hold a community meeting to inform those concerned citizens of corrective actions that are in place to ensure that our environment will remain safe for the yeras ahead.

Thank you for your support,

Kenneth R. Goins

AR021788

## Hurst, Tracy E SAJ

| | |
|---|---|
| **From:** | Chris & Karen [kress_loy@hotmail.com] |
| **Sent:** | Tuesday, January 13, 2009 8:49 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | cypress creek public hearing requested |

ALthough this is boiler plate, the following bullet points say it best....

1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.


2)   The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)   There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)   The public demands to be heard.  Therefore, we request a hearing before the permit is issued.


THanks for your consideration,

Karen Kress

7513 Veve Lane

Tampa, FL 33610

---

Windows Live™ Hotmail®: Chat. Store. Share. Do more with mail. See how it works.
<http://windowslive.com/howitworks?ocid=TXT_TAGLM_WL_t1_hm_justgotbetter_howitworks_
012009>

AR021789

## Hurst, Tracy E SAJ

**From:**        kmhausner@aol.com
**Sent:**        Tuesday, January 13, 2009 9:11 AM
**To:**          Hurst, Tracy E SAJ
**Subject:**     Cyprus Creek

1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.

2)   The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)   There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)   The public demands to be heard.  Therefore, we request a hearing before the permit is issued.

AR021790

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Deborah Talbot [dtalbot13@mindspring.com] |
| **Sent:** | Tuesday, January 13, 2009 9:22 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | cypress creek mall |

I am writing to ask that you allow the public a chance to hear definitive plans about the protection of Cypress Creek as a source for drinking water and a habitat for wildlife. this should not be railroaded through without proper consideration by the public. On the basis of the following salient points, i ask that you defer the issuance of this permit.

1)  The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.

2)  The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)  The public demands to be heard.  Therefore, we request a hearing before the permit is issued.

    Respectfully submitted,


Deb Talbot




Deb Talbot
dtalbot13@mindspring.com
813 9615480

1

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | rheda1@juno.com |
| **Sent:** | Tuesday, January 13, 2009 9:54 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Town Center |

To Whom it may concern:
1) The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern. Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there, or that the rational for the permit is that more shopping malls are needed.  There are two malls within 5 miles of this site.


2)  The Corps has not considered all the factors before issuing the permit, ie., how they are protecting the creek and the wildlife.


3)  There is not sufficient time to respond to this permit and we would like at least a 30 day extension.


4)  The public demands to be heard.  Therefore, we request a hearing before the permit is issued.




Thank you, and Happy New Year.  Please, help us make this project fit to protect the creek, our drinking water source and our wildlife.


Rheda Weeks
Sierra Club Tampa Bay Group
Executive Committee

Rheda's Roadside Country Store
17897 Boy Scout Road
Odessa, Fl  33556




"Here we are...halfway between stars and atoms." J. Dufresne

_____
Consolidate your debt. Lower interest, one payment. Click Here.
<http://thirdpartyoffers.juno.com/TGL2142/fc/PnY6rw2O7EZCrOGVQXbiGwVwvQwsptJfRfc4ZUEM2Tk13
xuVjfGdE/>

AR021792

## Hurst, Tracy E SAJ

| | |
|---|---|
| **From:** | Edward Schroering [nschroering@mindspring.com] |
| **Sent:** | Tuesday, January 13, 2009 9:59 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Town Center |

Tracy

I agree with the Sierra Club's concern about the environmental impact of this development. At least provide a study that will  reassure the public that the headwaters of Tampa's water supply will be protected.


1)  The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.


2)  The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)  The public demands to be heard.  Therefore, we request a hearing before the permit is issued.

AR021793

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Linda Carraway [Lindyannson@tampabay.rr.com] |
| **Sent:** | Tuesday, January 13, 2009 10:24 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Regarding permit issuance for Cypress Creek Mall |



_AVG
tification_.txt (230 I

Dear Tracy,

Most of us average Florida residents, not being land developers, love the uniqueness and strange beauty of central Florida and wish to preserve it or use it with the care we would extend to our children.  As do they, Florida's lands need to be nurtured and protected to survive the onslaught of humans' plans for them.

I would ask that that the ACE provide for the following regarding the re-issuance to developers of the permit to develop the area of Cypress Creek:

1.  I request that a public hearing be held by the ACE
    in order for both sides to be heard and to learn from
    one another before a new permit is issued.

2.   Since there is insufficient time in which
    to respond to ACE's public notice on the permit,
    I would like a 30-day or more extension in order to do
    so; during this time, ACE would be able to schedule
    a public hearing.

Please give the residents of Florida and the lands of Cypress Creek the serious study and consideration that they deserve.

Sincerely,
Linda Carraway

1

AR021794

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | al tillson [altillson@yahoo.com] |
| **Sent:** | Tuesday, January 13, 2009 11:08 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | public hearing on construction of Cypress Creek Town Center |

Dear Ms. Hurst,

I would like to urge that the Army Corp of Engineers schedule an additioal public hearing before issueing a permit to continue construction of Cypress Creek Town Center.  As a user of the public drinking water supplied by the Hillsborough River and as a recreational kayaker, I am concerned by the consequences of this development for the quality of water in Cypress Creek and the Hillsborough River system.

It is important that we insure that the developer provide adequate protection through wetland restoration and other means.  Please schedule a public hearing so that citizens can learn what is currently planned and voice their opinions about what should be done.

Thank you very much.

Al Tillson

AR021795

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | James A. de Vore [jdevore1@tampabay.rr.com] |
| **Sent:** | Tuesday, January 13, 2009 11:26 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Town Center Public Meeting Request |

Tracy Hurst,

1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.


2)   The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)   There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)   The public demands to be heard.  Therefore, we request a hearing before the permit is issued.



James A. de Vore

1016 Hastings Ct.

Lutz, Fl  33548

1

AR021796

## Hurst, Tracy E SAJ

| | |
|---|---|
| **From:** | Herbert Berman [bermanherbert@yahoo.com] |
| **Sent:** | Tuesday, January 13, 2009 1:25 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Cc:** | Beverly Griffiths |
| **Subject:** | Cypress Creek Mall, Tampa, Fl |

Dear Ms. Hurst;

1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa☐s drinking supply, or that endangered species HAVE been observed there.


2)   The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)   There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)   The public demands to be heard.  Therefore, we request a hearing before the permit is issued.


Sincerely,


Herbert Berman

AR021797

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Lucinda [lpknox@verizon.net] |
| **Sent:** | Tuesday, January 13, 2009 1:42 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Re: Cypress Creek Town Center |

As a member of the Sierra Club, I request that a public hearing be held regarding the issues below before allowing the permit is issued allowing this project to go forward:

1)  The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.

2)  The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30 day extension.


4)  The public demands to be heard.  Therefore, we request a hearing before the permit is issued.

The developer should be held accountable for protecting the creek, the drinking water source, our wildlife, and as much wetlands to be restored as possible through proper environmental standards.

Sincerely,

Lucinda Knox

1

AR021798

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Fite [bfite1@tampabay.rr.com] |
| **Sent:** | Tuesday, January 13, 2009 2:43 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Town Center |

Dear Tracy E. Hurst,

A public is hearing is needed for input before a permit is given for the Cypress Creek
Town Center.
It is well know the importance of Cypress Creek to the Hillsborough River as a source of
drinking water for the citizens of Hillsborough County. A hearing is a minimum requirement
to protect this invaluable resource. Thank you.

Mike Fite
P.O. Box 1766
Lutz, Fl 33548

AR021799

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | David Weir [davidweir@weirpartners.net] |
| **Sent:** | Tuesday, January 13, 2009 3:31 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Town Center |

I'd like you to know that I request a public hearing before a permit is issued. I am getting much more environmentally concerned, as is most of the country, and I think it should get a fair hearing.


Thank you.


David Weir

AR021800

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | mjwill57@juno.com |
| **Sent:** | Tuesday, January 13, 2009 4:25 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | PLease schedule public hearings before issuing permits for Cypress Creek Town Center! |

1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there, or that the rational for the permit is that more shopping malls are needed.  There are two malls within 5 miles of this site.


2)   The Corps has not considered all the factors before issuing the permit, ie., how they are protecting the creek and the wildlife.


3)   There is not sufficient time to respond to this permit and we would like at least a 30 day extension.


4)   The public demands to be heard.  Therefore, we request a hearing before the permit is issued.


Learn digital and video photography techniques, lighting and printing. Click now.
<http://thirdpartyoffers.juno.com/TGL2142/fc/PnY6rw3h2Nvf5uo4G5VU6NZgSzTrYSwXuqLErxclQr1Vn
lwQZymfg/>

1

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Niurka Cleveland [clevelandfam@hotmail.com] |
| **Sent:** | Tuesday, January 13, 2009 4:44 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | PUBLIC HEARING IS NEEDED:   Cypress Creek Travesty |

Dear Tracy,

I am outraged about how the pollution of 60 acres of Cypress Creek wetlands is being addressed.   The primary purpose of this note is to request a public hearing BEFORE the permit is issued to continue construction on Cypress Creek Town Center.

People of Hillsborough County have been passionately attempting to protect our water and wildlife from a mall that is too big for the site.  As you know, the Sierra Club sued the Army Corps and federal Fish & Wildlife for the  * illegal *  permit issued (2007) on the Cypress Creek Town Center.  In 2008 (February), due to overflow of polluted waters into the creek, the permit was pulled by the Army Corps for review / revision.  The Army Corps issued (December 2008) a public notice stating they were going to  * reissue * the permit .  They are only asking 30 acres of wetlands to be restored onsite (yet, 56 were destroyed in the middle of the night), and nothing else.

None of the other concerns of the plaintiffs have been addressed — no environment impact study (EIS) was done.  I am not asking for the progress on the mall to be stopped, I am only asking that the developer protect the creek, our drinking water source and our wildlife, through proper environmental standards.

Here are my key concerns:

1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.


2)   The Corps has not considered all the factors before issuing the permit, i.e., how is the developer protecting the creek and the wildlife.


3)   There is not sufficient time to respond to this permit and we would like a 30 day extension.


4)   The public demands to be heard.  Therefore, we request a hearing before the permit is issued.


Thank you for your time, and thank you for taking a leadership role in getting a hearing scheduled BEFORE the permit is issued to continue construction on Cypress Creek Town Center.


Sincerely,


Joel P. Cleveland

3236 W. Harbor View Avenue

1

AR021802

Tampa,  FL      33611-1921

Windows Live™: Keep your life in sync. Check it out. <http://windowslive.com/explore?
ocid=TXT_TAGLM_WL_t1_allup_explore_012009>

2

AR021803

## Hurst, Tracy E SAJ

| | |
|---|---|
| **From:** | Weekes Meredith [weekersnic@yahoo.com] |
| **Sent:** | Tuesday, January 13, 2009 5:16 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cyoress Creek Town Center |

Dear Ms. Hurst:

The public should have a chance to learn the consequences of building the new mall at Cypress Creek.  Please schedule a public hearing to address the following issues before 43-issuing the permit.

1)  The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa□s drinking supply, or that endangered species HAVE been observed there.

2)  The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a thirty day extension.

                                                          Sincerely,


                                                          Meredith S. Weekes (Sierra
Club member)

AR021804

## Hurst, Tracy E SAJ

| | |
|---|---|
| **From:** | Bill Stokes [bstokes4@juno.com] |
| **Sent:** | Tuesday, January 13, 2009 6:41 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Town Center Hearing |

Honorable Tracy Hurst,

Please consider the following immediately.  Thank you for your consideration.

1)  The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there, or that the rational for the permit is that more shopping malls are needed.  There are two malls within 5 miles of this site.

2)  The Corps has not considered all the factors before issuing the permit, ie., how they are protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)  The public demands to be heard.  Therefore, we request a hearing before the permit is issued.

Bill Stokes

Alliance for a Livable Pinellas

(A coalition of 15,000 citizens for conservation)

Garage overflowing? Click for steel buildings that are durable and easy to install.
<http://thirdpartyoffers.juno.com/TGL2142/fc/PnY6rw29rvx84ro5csuXXHoT1kKsOTJoJZZEt1jXtjPKM
mYwBhMnQ/>

1

AR021805

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Nicole Loiselle [nloiselle2@earthlink.net] |
| **Sent:** | Tuesday, January 13, 2009 8:22 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek requested hearing |

Dear Tracy


I am opposed to the development of a mall at the cost of precious Florida wetlands.  The fact that this work could be completed without a hearing from the people affected is wrong.


1)   The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there, or that the rational for the permit is that more shopping malls are needed.  There are two malls within 5 miles of this site.


2)   The Corps has not considered all the factors before issuing the permit, ie., how they are protecting the creek and the wildlife.


3)   There is not sufficient time to respond to this permit and we would like at least a 30 day extension.


4 The public demands to be heard.  Therefore, we request a hearing before the permit is issued.


Regards,


Nicole Loiselle

1

AR021806

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | David Roset [dcroset@tampabay.rr.com] |
| **Sent:** | Tuesday, January 13, 2009 10:44 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | HAVE A PUBLIC HEARING BEFORE REISSUING PERMIT FOR CYPRESS CREEK TOWN CENTER |

For 6 years, we have been trying to protect our water and wildlife from a shopping mall that is too big for the site.  I read that the Sierra Club sued the Army Corps of Engineers and Federal Fish & Wildlife for the illegal permit issued on the Cypress Creek Town Center in 2007.  Last February, due to overflow of polluted waters into the creek, the permit was pulled by the Army Corps for review and revision.  Last month (December 2008), the Army Corps issued a public notice that they were going to reissue the permit .

They are only asking 30 acres of wetlands to be restored onsite (56 were destroyed in the middle of the night) and nothing else.  None of the other concerns of the plaintiffs have been addressed — no environment impact study was done.  I am not interested in stopping the mall, only that the developer protect the creek, Hillsborough County's drinking water source and our wildlife, through properly established environmental standards.

1)  The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida waterway, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.

2)  The Corps has not considered all the factors before issuing the permit, i.e., how is the developer protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

The public demands to be heard.  Allow them to have a hearing before the permit is issued.

With thanks for your consideration,

David & Margaret Roset

3903 W. Obispo St.

Tampa, FL 33629

dcroset@tampabay.rr.com <mailto:dcroset@tampabay.rr.com>

1

## Hurst, Tracy E SAJ

| | |
|---|---|
| **From:** | Terry Neal [terryneal@terryneal.com] |
| **Sent:** | Wednesday, January 14, 2009 2:46 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | FW: CYPRESS CREEK TOWN CENTER POSSIBLE PENDING PERMIT |

Bon Jour,


Officer Hurst, you are the contact person and I would assume you have by now taken the time to check our the "expert" entity hired by the developer.  BIOLOGICAL RESEARCH ASSOCIATES has been assaulting our environment for quite some time with ERRONEOUS OPINIONS and our environment has suffered from the untruths issued and unscientific conclusions. This entity- Biological Research Associates, IS NOTORIOUS,as has been seen in the media.


It is time for a proper PUBIC HEARING before any permitting occurs.


There are way too many pertinent and scientifically proven materials being ignored.


We have but one earth and it would seem COE is content to ignore the real problems being brought before you.


The damage occuring within the last year should be alarming to the level of STOP ALL WORK! It would appear your intention is to short-stick the public again with your allowing less than a one to one  replacement/restoration of wetlands.


Seriously,


Marilyn Smith, citizen concerned with environmental actions

mouse smith [aquella2004@yahoo.com]

AR021808

## Hurst, Tracy E SAJ

| | |
|---|---|
| **From:** | Terry Neal [terryneal@terryneal.com] |
| **Sent:** | Wednesday, January 14, 2009 2:48 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | RE: CYPRESS CREEK TOWN CENTER POSSIBLE PENDING PERMIT |

Officer Hurst,


I want to echo the sentiments of Ms. Smith and support the efforts of Denise Layne.   Thank you for your attention to this matter.


Kindest Regards,


Terry


Terrance R. L. Neal

4703 E River Hills Drive

Tampa, FL 33617

813-989-8100

terryneal@terryneal.com


President, Temple Crest Civic Association

4242 Miller Ave., Tampa, FL 33617

www.templecrest.org


---

From: Terry Neal [mailto:terryneal@terryneal.com]
Sent: Wednesday, January 14, 2009 2:46 PM
To: Tracy.E.Hurst@saj02.usace.army.mil
Subject: FW: CYPRESS CREEK TOWN CENTER POSSIBLE PENDING PERMIT


Bon Jour,


Officer Hurst, you are the contact person and I would assume you have by now taken the time to check our the "expert" entity hired by the developer.  BIOLOGICAL RESEARCH ASSOCIATES has been assaulting our environment for quite some time with ERRONEOUS OPINIONS and our environment has suffered from the untruths issued and unscientific conclusions. This entity- Biological Research Associates, IS NOTORIOUS,as has been seen in the media.

1

It is time for a proper PUBIC HEARING before any permitting occurs.


There are way too many pertinent and scientifically proven materials being ignored.


We have but one earth and it would seem COE is content to ignore the real problems being brought before you.


The damage occuring within the last year should be alarming to the level of STOP ALL WORK! It would appear your intention is to short-stick the public again with your allowing less than a one to one  replacement/restoration of wetlands.


Seriously,


Marilyn Smith, citizen concerned with environmental actions

mouse smith [aquella2004@yahoo.com]

2

AR021810

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Trish.Ollen@cancer.org |
| **Sent:** | Wednesday, January 14, 2009 4:50 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Public Hearing concerning Cypress Creek Town Center |

Tracy Hurst/Army Corps,

It is imperative that you let the public demands be heard concerning the permit for the Cypress Creek Town Center.

The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.  The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species have been observed there; nor has there been sufficient time to respond to this permit and we would like at least a 30 day extension.


Therefore, we request a hearing before the permit is issued.


Thank you,


Trish Ollen


Sierra Club Member

1

AR021811

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | chrabovsky@aol.com |
| **Sent:** | Wednesday, January 14, 2009 9:25 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Comments |

Tracy Hurst,
Hello, My name is Chris Hrabovsky.  I have been following the case on the Cypress Creek
and I wish to submit a formal comment.  I have been traveling much throughout the holidays
and I will be in DC for the entire week of the Presidential Inauguration.  Please allow me
an extension to submit my comment on the proposed town center project.  I am planing to
review some FOIA documents, related to the case, but have learned they were only recently
obtained.  I still have to make contact with the parties involved, in order to request
time for such a review, instead of filing my own Freedom of Information Act Request.  I am
asking for a reasonable amount of time 30-60 days, for myself and my experts to review the
material and draft my comments. Thank you for your thoughtful consideration.
Thanks Again,
Chris Hrabovsky
1602 Gulf Beach Blvd.
Tarpon Springs, FL 34689
727-501-3408
chrabovsky@aol.com

A Good Credit Score is 700 or Above. See yours in just 2 easy steps!
<http://pr.atwola.com/promoclk/100000075x1216817552x1201106465/aol?
redir=http://www.freecreditreport.com/pm/default.aspx?sc=668072%26hmpgID=82%
26bcd=DecemailfooterNO82>

AR021812

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Ryan Bose [ryan.bose@verizon.net] |
| **Sent:** | Wednesday, January 14, 2009 9:52 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Comment on SAJ-2003-2336 |



09.01.14 Req for
comment.doc (...

Please be advised that a hard copy of the attached comment letter was put in the mail to your office earlier today.

1

16128 Armistead Lane
Odessa, FL 33556

January 14, 2009

District Engineer
Jacksonville District Corps of Engineers
10117 Princess Palm Avenue, Suite 120
Tampa, FL 33610

Re: Permit Application SAJ-2003-2336 (IP-TEH)

In accordance with the request for public comment on reinstatement of the above
referenced permit, the actions being considered by the Corps as described in the
Public Notice of December 16, 2008 are clearly inadequate to provide the
protections of Cypress Creek required under the Clean Water Act, and do
nothing to prevent further discharges of polluted turbid water from the site into
Cypress Creek and associated wetlands.  The Corps has not met the
requirements of the Clean Water Act and related federal laws in that, among
other things:
        - the Corps is not requiring an adequate buffer between Cypress Creek
and the parking areas,
        - the Corps is allowing stormwater retention ponds to be constructed too
close to Cypress Creek, and
        - the Corps is allowing an excessive proportion of the site to be paved
over with impervious materials with insufficient protection of Cypress Creek from
polluted stormwater runoff.

A public hearing on reinstatement of the permit is requested.

Ryan Bose

AR021814

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | JandEFess@aol.com |
| **Sent:** | Wednesday, January 14, 2009 11:37 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Shopping Mall |

Tracy,
Do we really need a shopping mall? No.....but that ship has sailed.
Now we are looking at poorly planned use of valuable wetlands.  Water to those downstream,
who may not be the shoppers.
How about allowing a public hearing on how this land can be salvaged.  Development and
good use can co- exist, it just takes listening to everyone's' information and input.

Elaine Fess
4248 Forester Lane
Tampa, Florida,  33618

A Good Credit Score is 700 or Above. See yours in just 2 easy steps!
<http://pr.atwola.com/promoclk/100000075x1215855013x1201028747/aol?
redir=http://www.freecreditreport.com/pm/default.aspx?sc=668072%26hmpgID=62%
26bcd=DecemailfooterNO62>

1

AR021815

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | jane whiteside [jwhiteside2@tampabay.rr.com] |
| **Sent:** | Thursday, January 15, 2009 10:11 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | cypress creek town center |

We need a public hearing before this goes any further.  It seems too big a mall for the site, and there are environmental concerns that need addressing.  Jane M. Whiteside

1

AR021816

## Hurst, Tracy E SAJ

| | |
|---|---|
| **From:** | Ben Wiles [bwiles@gmail.com] |
| **Sent:** | Thursday, January 15, 2009 11:43 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Request |

Ms. Hurst,

I am writing to you as a concerned citizen who has been following the case surrounding Cypress Creek. I recently (two weeks ago) moved very close to the area, and I would appreciate the opportunity to submit formal comments on the case. Unfortunately, due to the fact that I've been mired in the details that go along with moving into a new home, and also due to the fact that I need to do a thorough file review before I could be able to submit genuinely thoughtful comments -- I would like to ask that an extension be filed for the deadline for comment submissions. An extra 30 days would be very considerate, however an extra 60 days would be just wonderful -- and very much appreciated.

Thank you for your kind consideration.

Sincerely,

Ben Wiles
1280 Harrison Dr.
Holiday, FL
bwiles@gmail.com

AR021817

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | lmccrevmel@aol.com |
| **Sent:** | Thursday, January 15, 2009 11:31 AM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Hearing requested |

Please permit a hearing on the following topics:

1)  The Army Corps has not provided adequate information for the public to provide informed comments.  They have not identified the environmental risks and issues of concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters of Tampa's drinking supply, or that endangered species HAVE been observed there.

2)  The Corps has not considered all the factors before issuing the permit, ie., how is the developer protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30 day extension.

4)  The public demands to be heard.  Therefore, we request a hearing before the permit is issued.

Thank you ,

Rev. Mel Bailey
36752 Judee Drive
Zephyrhills, FL 33541

---

Which stars will make the biggest headlines in 2009? Get Hollywood predictions, celebrity holiday photos and more with the PopEater Toolbar
<http://toolbar.aol.com/popeater/download.html?ncid=emlweusdown00000025> .

AR021818

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | jchironat@aol.com |
| **Sent:** | Thursday, January 15, 2009 1:00 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Town Center |

Please schedule a public hearing regarding the issuing of a permit for the construction of
the Cypress Creek Town Center. I am a local resident who is dismayed at the disregard for
our environment on this project. At issue:

1)  The Army Corps has not provided adequate information for the public to provide
informed comments.  They have not identified the environmental risks and issues of
concern.  Nothing identifies that Cypress Creek is an outstanding Florida water, or that
the site will ultimately drain to Cypress Creek, or that Cypress Creek is the headwaters
of Tampa's drinking supply, or that endangered species HAVE been observed there.

2)  The Corps has not considered all the factors before issuing the permit, ie., how is
the developer protecting the creek and the wildlife.

3)  There is not sufficient time to respond to this permit and we would like at least a 30
day extension.
&nbs p;

4)  The public demands to be heard.  Therefore, we request a hearing before the permit is
issued.

Jeanne Sellers, D.C.

_____

Which stars will make the biggest headlines in 2009? Get Hollywood predictions, celebrity
holiday photos and more with the PopEater Toolbar
<http://toolbar.aol.com/popeater/download.html?ncid=emlweusdown00000025> .

1

**Hurst, Tracy E SAJ**

From:     Hank King [hlkiii@verizon.net]
Sent:     Thursday, January 15, 2009 3:31 PM
To:       Hurst, Tracy E SAJ
Subject:  Request for a Public Hearing

To whom it may concern:

I feel that there should be a public hearing to address my concerns that this project has had inadequate oversight to prevent the degradation of Cypress Creek and the wetlands that feed the creek.

I am the adjacent property owner to the south bordering the creek. I believe it was my persistence, photos and videos that finally brought this complete lack of concern for the wetlands and Cypress Creek to the attention of SWFWMD and the ACOE. I have witness a minimum of 7 different occasions of turbidity in Cypress Creek which I believe emanated from the construction of Cypress Creek Town Center.

I sent photos to the developer and to SWFWMD and they tried to blame the occurrence on something else. The SWFWMD team could not even see any turbidity in the water. It wasn't until the next week when I showed them the actual stream of sediment flowing from CCTC did they finally acknowledge the problem.

If this is the level of scrutiny the discharges from the mall site is going to get after the permit is reissued, how can I expect them to see oil slicks or more turbidity during and after the mall is built.

One of the major discharges on the southwest corner of their property wasn't from a rain storm but rather from their project manager's insistence on filling the north part of the wetland on the south side, displacing the turbid water into the creek as SWFWMD protested. There doesn't appear to be any enforcement powers to stop a developer from polluting.

The public notice doesn't address these concerns.

I would like to see an chronology from whatever agency that is supposed to be monitoring this developer on how many times they think the developer illegally discharged sediment into the creek.

The public notice does not give enough information on the corrective action being done by the developer.

Hank King

AR021820