**Storz, Christina D SAJ**

| | |
|---|---|
| **From:** | Daker, Angela [adaker@miami.whitecase.com] |
| **Sent:** | Tuesday, November 10, 2009 5:11 PM |
| **To:** | Storz, Christina D SAJ |
| **Cc:** | Halsey, Douglas |
| **Subject:** | FW: CCTC - PN Comments - 4 of 4 |

**Attachments:** document2009-01-26-092934.pdf


document2009-01-
26-092934.pdf

"Hurst, Tracy E SAJ" <Tracy.E.Hurst@usace.army.mil>

01/26/2009 10:33 AM

To
<Hsierra@sierra-properties.com>, <tschmitz@rejacobsgroup.com> cc Subject
CCTC - PN Comments - 4 of 4


 ><((((º>'·.¸¸.·´¯'·.¸¸.·´¯'·....><((((º>

Tracy Hurst
U.S. Army Corps of Engineers
10117 Princess Palm Ave., Ste. 120
Tampa, FL  33610
813/769-7063
813/769-7061 FAX

 ><((((º>'·.¸¸.·´¯'·.¸¸.·´¯'·....><((((º>

Please assist us in better serving you!  Please complete the customer survey by clicking
on the following link:  http://regulatory.usacesurvey.com/

AR021939

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Denise Layne [deelayne@tampabay.rr.com] |
| **Sent:** | Thursday, January 15, 2009 6:25 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek Town Center Additional Articles |

      

Comment-to-Public-   A-Second-Mortgage   Trouble-in-Florida-a   Baywalk-etc-Times-   Commercial-propert   Crummy-times-ahea   Double-Bubble-Trou
Notice-1-14-...      -Disaster-On-...      s-growth-d...        1-12-09.doc ...      es-face-bur...        d-for-retail-...       ble-in-Comme...

     

Home building still in   National builder   Old Navy at Gulf   shopping_centers-4   Times-Will-Downtur   SR 56 agreement   Meadow Pointe
slump.d...              packing up to...    View closing....     -2.pdf (1...          n-effect-Mal...       will connect S...   Settles On 5th C...

    

The-Grove-opening   PLANNED   MapQuest-CCTC-to   SuperTarget-locatio   cypresscreekflyer.p   Gulf_View_Square_
-Times-9-7-07...    ONAL MALL DRAWS   -Supertarget-o...   ns-in-south...        df (6 MB)             2.pdf (358 KB...

Tracy, here are
additional articles to support my recent (today's) letter.  Please place with file.

Thank you.

Denise Layne
Sierra Club, Inc.
813-246-0485

1

AR021940

Tracy E. Hurst
Department of the Army
Jacksonville District Corps of Engineers
10117 Princess Palm Ave., Suite 120
Tampa, FL  33610

Re: SAJ-2003-2336 (IP-TEH)

Dear Ms. Hurst:

This is comment on behalf of the plaintiffs in the ongoing litigation.  Enclosed are newspaper articles
etc related to malls, recessions and other things.

### Executive Summary

**Recession** – Most of the articles show that the recession or depression will be long and protracted;
that we are only about 1/3 of the way through the residential default problem; that loan problems
such as default will likely start affecting commercial property; that retail companies have and may
continue to go out of business.  In fact two stores that the CCTC brochure states as clients are going
out of business, Circuit City and Linen's and Things.  How this recession affects the viability of the
many malls in the Wesley Chapel area is something the ACOE should consider because it is in the
public interest not to permit malls that will fail.

**Retail Space** – Some of the articles are about the numerous malls in the Wesley Chapel area.  The
square footage of new retails space in the Wesley Chapel is very high and we question whether there
is too much retail space in this area with four or more malls in close proximity.  It is not in the public
interest to have too much retail space in an area thus the CCTC could easily be decreased in size
without any detrimental affects on the public.

**SuperTarget** – Two of the documents show that there is an already existing SuperTarget within 5
minutes of the CCTC site.  One of the largest stores in the CCTC is SuperTarget.  Requiring the
existing SuperTarget to remain in its current location at the corner of Bruce B. Downs Blvd and
County Line Road is a practicable alternative to moving it to the CCTC site.  Eliminating
SuperTarget will make it possible to reduce the CCTC development footprint.  The SuperTarget is
the southernmost store in Jacobs part of the development.  Removing it would allow the ponds along
Cypress Creek to be moved north, thus providing a larger wildlife corridor and allowing more natural
habitat to protect the creek from pollution.

**Gulf View Square Mall** – This is the only mall on the west side of Pasco County and has a "Trade-
Area Population" of "364,067."  It's "Gross leasable area" is "803,156 sf."  The population's
"Average Annual HH Income" is "$50,676."  CCTC's "2007 primary market population: 205,083."
Page 8 of 19.  The "Primary Market" is shown as having average HH income of $81,678. Page 11 of
18.  Comparing the two areas makes us wonder if four or five malls built in such a short period of
time in Wesley Chapel will have a detrimental economic effect on wherever this population was
shopping before this massive amount of retail space was built, especially in a recession.  We also
wonder if all this retail space is necessary for the Wesley Chapel area.

AR021941

### Enclosures

1. "A second mortgage disaster on the horizon?" CBS News.  From 60 Minutes. 12-14-08. Discusses the different mortgages that are being or will be defaulted on.  The "sub-primes" were just the start.  Other mortgage vehicles have yet to reach their bubble or reset date. They are called "Alt-A" and "option Arm" mortgages and the combined real estate value of these two vehicles is larger than the sub-primes.  At the end of the article an expert mentions the coming commercial real estate bubble.

2. "Florida's 'in trouble'as growth dwindles" Mary Ellen Klas and Steve Bousquet.  St. Petersburg Times.  12-7-08.  States that the recession in Florida is "going to be worse than the nation's."  They quote UF economist David Danslow saying the reason why the recession is going to be worse is that "we got overbuilt."  The article says we have the second highest "foreclosure filings" in the nation.

3. "Analysis shows St. Pete taxpayers are BayWalk's biggest investors."  Aaron Sharockman. 1-12-09.  Says BayWalk in downtown St. Pete is expected to fall into foreclosure even though the city put up a lot of the money for construction etc.

4. "Commercial properties face bursting bubble." UPI. 1-5-09. Says "vacancy rates… are rising quickly…" and could cause many commercial loan defaults, which could cause big problems for the financial sector of the stock market.

5. "Crummy times ahead for retail real estate." Mark Albright. St. Petersburg Times. 2-8-08. Discusses retail businesses holding off on opening new stores and mentions the Shops at Wiregrass.  States that the "shopping center vacancy rate has been inching up."  Wesley Chapel has "1.9-million of the 3.3-million square feet of new space opening this fall in the Tampa Bay market."

6. "Double-Bubble Trouble in Commercial Real Estate." Gene Sperling. www.bloomberg.com. Gives evidence that the commercial real estate bubble might burst.

7. "Home building still in slump." Lisa Buie.  St Petersburg Times. 1-7-09.  Discusses housing starts in Pasco County for last eight years.

8. "National builder packing up tools to leave Florida market." Lisa Buie. St Petersburg Times. 3-6-08.  Discusses "Kimball Hill Homes" and that they are leaving Florida because it is worse here than in other states where this company builds homes.

9. "Old Navy at Gulf View closing." Jodie Tillman. St Petersburg Times. 1-13-09.  The Gulf View Square Mall is the only mall on the west side of Pasco County.  Discusses retailers that are going out of business and closing stores.

10. "Shopping Center Starts Dwindling Behind Major Wave of New Supply." Sasha M. Pardy. CoStar Group Real Estate Information. www.costar.com/news/article. 4-2-08. The author says vacancy levels have risen "with each year" for newer shopping centers. She said that "U.S. shopping centers ended 2007 with an average vacancy rate of 7.6 percent." She attributed this to oversupply not the recession.

11. "Pasco mall developers ask: Downturn? What downturn?" Mark Albright. St. Petersburg Times. 10-30-08. Discusses the various malls in the Wesley Chapel area, including the square footage of some of them.  He says the recession has "cost the [CCTC] Linens 'n Things and Circuit City."

### Retail Space

AR021942

12. "SR 56 agreement will connect Shops at Wiregrass, Meadow Pointe Blvd. on September 15 2008." Joe Potter. St. Petersburg Times. Mentions the "Shops at Wiregrass, a 640,000-square-foot open-air mall at the northeast corner of SR 56 and Bruce B. Downs Boulevard (CR 581)," which is only about 3 minutes from the CCTC. Also mentions the "Shoppes at New Tampa" on SR 56.

13. "Meadow Pointe settles on 5th CDD for Center." Kevin Wiatrowski. Tampa Tribune. 1-7-09. Discusses a new "commercial center" at SR 56 at Meadow Pointe Blvd with "more than 940,000 square feet of commercial space and nearly 400,000 square feet of office space." With so much new and planned commercial real estate in the area already we are wondering if the CCTC should be built at all. In effect practicable alternatives to the CCTC have been built and are planned.

14. "Mall's jump start: 4 stores in October." Chuin-Wei Yap. St Petersburg Times. 9-7-07. This article is about the Grove, which is a 800,000 sq. ft. mall at the corner of SR 54 and I-75.

15. "Planned regional mall draws smaller satellite." Chuin-Wei Yap. St Petersburg Times. 6-23-07. Discusses the "Crossings at Cypress Creek," which is the 200,000 sq. ft. retail mall owned by Sierra contiguous with the CCTC. He says there are "at least four other malls" along the interstate at "State Roads 52, 54 and 56." How can so many malls survive in such a small area? How will all these malls affect existing retail in the area?

### SuperTarget

16. MapQuest.com. CCTC to the SuperTarget on Bruce B. Downs Blvd and County Line Road. MapQuest would not allow us to start in front of the CCTC so the map shows starting from east side of I-75. It estimates a 3 minute drive from the SuperTarget to I-75. So it would be about a 5 minute drive from the SuperTarget to the front of CCTC.

17. Sites.target.com. Printout from the site showing a map and listing addresses of five Targets and SuperTargets in the south central Pasco and north central Hillsborough area. Why do they need another SuperTarget when the New Tampa SuperTarget is so close?

### Gulf View Square Mall

18. Cypresscreekflyer.pdf. Richard E. Jacobs Group. This document is discussed in the executive summary.

19. Gulf_View_Square_2.pdf. Simon Property Group. www.simon.com. This document is discussed in the executive summary.

Sincerely,


Richard Sommerville on behalf of the Plaintiffs
16205 Larson Ln.
Hudson, FL  34667

3

AR021943

A Second Mortgage Disaster On The Horizon?
**Dec. 14, 2008**

**(CBS)** When it comes to bailouts of American business, Barney Frank and the Congress may be just getting started. Nearly two trillion tax dollars have been shoveled into the hole that Wall Street dug and people wonder where the bottom is.

**As correspondent Scott Pelley reports, it turns out the abyss is deeper than most people think because there is a second mortgage shock heading for the economy.** In the executive suites of Wall Street and Washington, you're beginning to hear alarm about a new wave of mortgages with strange names that are about to become all too familiar. If you thought sub-primes were insanely reckless wait until you hear what's coming.

One of the best guides to the danger ahead is Whitney Tilson. He's an investment fund manager who has made such a name for himself recently that investors, who manage about $10 billion, gathered to hear him last week. Tilson saw, a year ago, that sub-prime mortgages were just the start.

**"We had the greatest asset bubble in history and now that bubble is bursting. The single biggest piece of the bubble is the U.S. mortgage market and we're probably about halfway through the unwinding and bursting of the bubble," Tilson explains.** "It may seem like all the carnage out there, we must be almost finished. But there's still a lot of pain to come in terms of write-downs and losses that have yet to be recognized."

In 2007, Tilson teamed up with Amherst Securities, an investment firm that specializes in mortgages. Amherst had done some financial detective work, analyzing the millions of mortgages that were bundled into those mortgage-backed securities that Wall Street was peddling. It found that the sub-primes, loans to the least credit-worthy borrowers, were defaulting. But Amherst also ran the numbers on what were supposed to be higher quality mortgages.

**"It was data we'd never seen before and that's what made us realize, 'Holy cow, things are gonna be much worse than anyone anticipates,'" Tilson says.**

**The trouble now is that the insanity didn't end with sub-primes. There were two other kinds of exotic mortgages that became popular, called "Alt-A" and "option ARM."** The option ARMs, in particular, lured borrowers in with low initial interest rates - so-called teaser rates - sometimes as low as one percent. But after two, three or five years those rates "reset." They went up. And so did the monthly payment. A mortgage of $800 dollars a month could easily jump to $1,500.

Now the Alt-A and option ARM loans made back in the heyday are starting to reset, causing the mortgage payments to go up and homeowners to default.

"The defaults right now are incredibly high. At unprecedented levels. And there's no evidence

that the default rate is tapering off. Those defaults almost inevitably are leading to foreclosures, and homes being auctioned, and home prices continuing to fall," Tilson explains.

"What you seem to be saying is that there is a very predictable time bomb effect here?" Pelley asks.

"Exactly. I mean, you can look back at what was written in '05 and '07. You can look at the reset dates. You can look at the current default rates, and it's really very clear and predictable what's gonna happen here," Tilson says.

Just look at a projection from the investment bank of Credit Suisse: there are the billions of dollars in sub-prime mortgages that reset last year and this year. But what hasn't hit yet are Alt-A and option ARM resets, when homeowners will pay higher interest rates in the next three years. We're at the beginning of a second wave.

"How big is the potential damage from the Alt As compared to what we just saw in the sub-primes?" Pelley asks.

"Well, the sub-prime is, was approaching $1 trillion, the Alt-A is about $1 trillion. And then you have option ARMs on top of that. That's probably another $500 billion to $600 billion on top of that," Tilson says.

Asked how many of these option ARMs he imagines are going to fail, Tilson says, "Well north of 50 percent. My gut would be 70 percent of these option ARMs will default."

"How do you know that?" Pelley asks.

"Well we know it based on current default rates. And this is before the reset. So people are defaulting even on the little three percent teaser interest-only rates they're being asked to pay today," Tilson says.

That second wave is coming ashore at a place you might call the "Repo Riviera" - Miami Dade County. Oscar Munoz used to sell real estate; now his company clears out foreclosed homes.

"Business is just going through the roof for us. Fortunately for us, unfortunately for the poor families who are going through this," Munoz explains.

"I wonder do you ever come to houses where the people are still here?" Pelley asks.

"Absolutely," Munoz says. "That's really a sad situation. I'd rather not meet the people."

Asked why not, Munoz says, "It's not easy to come in and move a family out. It's just our job to do it for the bank. It's just the nature of what's going in the market right now."

Munoz says his company alone gets about 20 to 30 assignments per day. "And we're one of the few companies right now who are hiring. We have to hire people because the demand is so

AR021945

high," he tells Pelley.

People who've been evicted tend to leave stuff behind. The next house is usually much smaller. Banks hire Munoz to move the possessions out where, by law, they remain for 24 hours. Often the neighbors pick through the remains.

Once the homes are empty the hard part starts - trying to find buyers in a free-fall market.

Miami real estate broker Peter Zalewski talks like a man with a lot of real estate to move. "We have 110,000 properties for sale in South Florida today, 55,000 foreclosures, 19,000 bank owned properties. Sixty-eight percent of the available inventory is in some form of distress. They need someone to clean it up."

Asked what the name of his company is, Zalewski says, "It's called Condo Vultures Realty."

What does that mean?

"That in times of distress, and in times of downturn, there's opportunity. And you know, vultures clean up the mess. A lot of people seem to think they kill, but they don't actually kill, they clean," he says.

The killing, in Miami, was done by the developers back when it seemed that the party would never end. They sold hyper-inflated condos at what amounted to real estate orgies-sales parties for invited guests who were armed with option ARM and Alt-A loans. "There were red ropes outside. They had hired cameramen, and they had hired photographers to almost set the scene of a paparazzi," Zalewski remembers.

"They were hiring fake paparazzi? To make the customers feel like they were special?" Pelley asks.

"You were selling a lifestyle," Zalewski says.

Asked what roles these exotic mortgages played, Zalewski says, "They were essential. They were necessary. Without the Alt A or option ARM mortgage, this boom never would've occurred."

It never would have occurred because without the Alt As and the option ARMs, many buyers never would have qualified for a loan. The banks and brokers were getting their money up front in fees, so the more they wrote, the more they made.

"They stopped checking whether the income was even real. They turned to low and no-doc loans, so-called 'liar's loans' and jokingly referred to as 'ninja loans.' No income, no job, no assets. And they were still willing to lend," Tilson says.

"But help me out here. How does that make sense for the lender? It would seem to be reckless, in the extreme," Pelley remarks.

AR021946

"It was," Tilson agrees. "But the key assumption underlying, the willingness to do this was that home prices would keep going up forever. And in fact, home prices nationwide had never declined since the Great Depression."

On the way up, everyone wanted in. No one expected to feel any pain. People like acupuncturist Rula Giosmas became real estate speculators.

Giosmas says she bought about six properties in this last five-year period as investments. She says she put 20 percent down on each. Now they're all financed with option ARM loans.

Asked what she understood about the loans, Giosmas says, "Well, unfortunately, I didn't ask too many questions. I mean in the old days, I would shop around. But because of the frenzy, and I was so busy looking to buy other properties, I didn't really focus on shopping around for mortgage brokers."

"But if you're investing in real estate, you're buying multiple properties, you should be asking a lot of questions," Pelley remarks. "Why didn't you ask?"

"I was busy. I was really busy looking at property all the time, all day long," she replies.

She also acknowledges that she didn't read the paperwork. Now she's losing money on every property.

"You know that there are people watching this interview who are saying, 'You know, she was just foolish. She was greedy and foolish. She was buying small apartment buildings and wasn't paying enough attention to how they were financed,'" Pelley points out.

"My full-time job is I'm an acupuncturist. So, this was just a side thing," she says.

Giosmas says she was misled and she hopes to renegotiate her loans. But many other buyers have simply walked away from their properties. One Miami luxury building was a sellout, but when *60 Minutes* visited, a quarter of the condos were in foreclosure.

Zalewski says one of those condos was originally purchased in October 2006 for $2.4 million. Now he says the asking price from the lender is $939,000.

And there are tough years to come because, just like the sub-primes, the Alt-A and option ARM mortgages were bundled into Wall Street securities and sold to investors.

Sean Egan, who runs a credit rating firm that analyzes corporate debt, says he expects 2009 to be miserable and 2010 also miserable and even worse.

Fortune Magazine cited Egan as one of six Wall Street pros who predicted the fall of the financial giants.

"This next wave of defaults, which everyone agrees is inevitably going to happen, how central is that to what happens to the rest of the economy?" Pelley asks.

"It's core. It's core, because housing is such an important part. We're not going to get the housing industry back on track until we clear out this garbage that's in there," Egan explains.

"That hasn't cleared out yet. We haven't seen the bottom," Pelley remarks.

"It's getting worse," Egan says. "There are some statistics from the National Association of Realtors, and they track the supply of housing units on the market. And that's grown from 2.2 million units about three years ago, up to 4.5 million units earlier this year. So you have the massive supply out there of units that need to be sold."

"What with the housing supply increasing that much, what does it mean?" Pelley asks.

"It means that this problem, the economic difficulties, are not going to be resolved in a short period of time. It's not gonna take six months, it's not gonna 12 months, we're looking at probably about three, four, five years, before this overhang, this supply overhang is worked through," Egan says.

In the next four years, eight million American families are expected to lose their homes. But even after the residential meltdown, Whitney Tilson says blows to the financial system will keep coming.

"The same craziness that occurred in the mortgage market occurred in the commercial real estate markets. And that's taking a little longer to show. But there are gonna be big losses there. Credit cars, auto loans. You name it. So, we're still, you know, we're maybe halfway through the mortgage bubble. But we may only be in the third inning of the overall bursting of this asset bubble," Tilson says.

"Does that mean that the stock market is gonna continue plunging as we've seen the last several months?" Pelley asks.

"Actually we're the most bullish we've been in 10 years of managing money. And the reason is because the stock market, for the first time I can say this, in years, has finally figured out how bad things are going to be. And the stock market is forward looking. And with U.S. stocks down nearly 50 percent from their highs, we're actually finding bargains galore. We think corporate America's on sale," Tilson says.

---

The stock market will still have a lot of figuring to do with more troubling news on the horizon. The mortgage bankers association says one out of 10 Americans is now behind on their

AR021948

mortgage. That's the most since they started keeping records in 1979.

Produced by David Gelber and Joel Bach
© MMVIII, CBS Worldwide Inc. All Rights Reserved.

AR021949

# Florida's 'in trouble' as growth dwindles

## No more relying on waves of newcomers as tax revenue plummets with economy

By BY MARY ELLEN KLAS AND STEVE BOUSQUET St. Petersburg Times

Sunday, December 7, 2008

TALLAHASSEE — For the dozen state economists huddled around a table this month to fine-tune Florida's annual revenue forecast, something was different and disturbing.

Their projections from just a year ago were way off. Their new math: **In the next four years, the state will collect $31.4 billion less in taxes than expected.** That's more than six times the Pinellas and Hillsborough county budgets combined, the cost of more than 60 waterfront stadiums for the Tampa Bay Rays, and almost half of this year's state budget.

The free fall in revenues the economists saw Nov. 21 was not as shocking as what caused it: **Fewer newcomers were moving to the state for the first time in decades. The state's legendary growth machine had ground to a halt, compounding the troubles brought on by the global recession.**

For years, governors and legislators relied on population growth to create jobs, avoid raising taxes and shield the state from recession. They saw Florida's population swell annually by 2 to 3 percent, enough to add a city the size of Miami or Tampa each year. By marketing itself as a low-tax, low-cost retirement haven, Florida literally bet its future on growth.

Every few years, an event would expose weaknesses in Florida's economic system, but the growth machine always roared back to life — until now.

With the mortgage crisis, the credit crunch and the flatlining of the population, the twin industries that buffered Florida through two previous recessions, real estate and construction, are weighing down Florida's economy, **complicating a recovery and making it likely Florida will be among the last to bounce back.**

**"This recession is not only going to be bad for us. It's going to be worse than the nation's," said David Denslow, a University of Florida economist. The primary reason: Florida's residential construction boom grew at twice its normal rate and "we got overbuilt."**

The backlog of unsold homes nationwide coupled with the credit crisis makes it almost impossible for Florida to lure people from other states when they can't sell their homes, he said. At the same time, cuts in property taxes and a deepening state budget shortfall squeeze basic public services, making the state less appealing to retirees. State economists this month predicted

AR021950

the recession will linger throughout 2009, with a gradual return to very slow growth in employment and population in 2010.

Nowhere are the ups and downs in Florida's economic roller coaster more apparent than in Port St. Lucie, a city of 166,000 whose motto is "A City for All Ages."

In January 2002, while most of Florida was still reeling from the recession brought on by the Sept. 11 attacks, Port St. Lucie was bustling. Jobs increased 4 percent. Wages were up 11 percent. Home construction soared.

Then-Mayor Bob Minsky's biggest worry was traffic, and the head of the city's Economic Development Council held a presentation for local developers titled "What recession?" The New York Times called it the "fastest-growing economy" in the fastest-growing state.

Fueled by low home prices that lured people up the coast from heavily congested, high-cost South Florida, the city's population had soared by 133 percent by 2007.

Fast-forward to 2008: New construction is down 70 percent, unemployment is at 10 percent, and one in every 113 homes is in foreclosure.

The pessimism of the revenue expertsstands in stark contrast to the optimism of Gov. Charlie Crist, who said, after economists completed their latest forecast: "Florida will probably come out of it first. I mean, the sun always comes up in Florida first."

How quickly did Florida's once-bright economy turn gloomy?

The state led the nation in job growth in 2005 and now leads the nation in job losses. **After five years of double-digit increases in housing starts and price increases, it's now second in the nation in foreclosure filings, with 444,000 homeowners in default, according to industry researcher RealtyTrac. Florida had the lowest unemployment rate in June 2006. Now it has the ninth highest. And in the most important indicator of a productive economy, gross domestic product, Florida led the nation in 2005 and now ranks 47th.**

"We are in trouble," Chief Financial Officer Alex Sink, who pays the state's bills, said earlier this month. "We're writing checks like crazy and the money isn't coming in."

During a single week in November, she said, the state took in a half-billion dollars in tax revenue and wrote checks totaling $1.3 billion, a recipe for fiscal disaster.

"We can't rely any more on attracting fixed-income retirees from up north and selling them cheap land," Sink said. "Those days are over."

*Miami Herald staff writer Marc Caputo contributed to this report.*

© 2009 Scripps Treasure Coast Newspapers

AR021951

# Analysis shows St. Pete taxpayers are BayWalk's biggest investors

By Aaron Sharockman, Times Staff Writer

Published Monday, January 12, 2009

ST. PETERSBURG — The financial meltdown of BayWalk is bad news for its biggest investors.

They're just not who you might think.

City taxpayers spent at least $20-million to build the downtown entertainment complex, significantly more than BayWalk's original developer, the Sembler Co., or current owner Fred Bullard, according to a *Times* analysis.

In fact, it's unclear how much money the Sembler Co. or Bullard ever spent on BayWalk, according to the analysis, which relies on mortgage and city records.

While it cost the city $8.3-million to acquire the BayWalk properties, Sembler and Bullard paid nothing for the land.

And bank loans financed all construction costs. The loans, which total more than $14-million, are now in default. Virtually none of the original principal has been repaid.

Sembler Co. chief executive Greg Sembler and Bullard both insist they invested heavily in the project, which was conceived in the 1990s to energize the city's downtown. They brush off any notion that the city will be the only loser if BayWalk fails.

However, if BayWalk does fall to foreclosure as expected, the Sembler Co. says it will have made a small profit. Bullard says he will have lost some money. Neither would say how much.

"We left our heart and blood out on the field and did the best we could," said Greg Sembler. "For many years, BayWalk was exciting. (Its demise) is just a combination of factors, and I'm not wise enough to tell you whatever percentage each one was."

### Who's in charge?

Under the surface of an outdoor retail and entertainment center, BayWalk is a complicated and tenuous partnership among at least four private entities and the city.

AR021952

BayWalk's movie theater is owned by a New York real estate investment trust but managed by theater company Muvico. The adjacent retail and restaurant space is now controlled by Bullard and will soon become property of the bank holding the mortgage, Wells Fargo.

The surrounding parking garage and retail space, which includes Starbucks and Atlanta Bread Company, are owned by the city.

The cavalcade of disjointed interests has produced bickering and backstabbing between the parties, and has created questions about who is ultimately responsible for the development.

In interviews with the *Times*, Sembler criticizes the city, which refused to give the developer rights to the complex's main sidewalks so it could keep demonstrators away.

Muvico blames the city and the developers for BayWalk's failings. Bullard blames the bank for not being more flexible in renegotiating the loan.

Everyone fingers the economy.

"This whole thing has had a hugely detrimental effect on our business," said Muvico's CEO Michael Whalen. "Everyone is throwing the keys to BayWalk at each other. We're an innocent bystander of all this negativity."

The largest stakeholder — the city — surprisingly has the least amount of influence. City officials have acknowledged it can do little to affect the project's future, other than lobby for a reputable next owner. One official described it recently as a "monitor mode."

The situation has created a sense of uneasiness among BayWalk's 40 businesses, while city leaders remain hopeful the broader economic stability of downtown will create its own solution for BayWalk.

It's possible the foreclosure could be finalized at a court hearing Tuesday, where BayWalk could be placed in the hands of a temporary trustee.

"When I talk to people, they think the stores and restaurants are closed. And it's not the case," said Bruce Rabon, who owns two BayWalk clothing stores, Hurricane Pass Outfitters and Metropolitan Outfitters. "The mood here is we're ready and kind of anxious for the next owner."

What's going for BayWalk, Mayor Rick Baker and others say, is its prime location in a relatively prosperous downtown. BayWalk will eventually come out of its tailspin, they say.

But how much damage will be done before it does?

**Cadillac stalled out**

Sembler and Bullard were the "Cadillac" of developers, then-Mayor David Fischer said, in announcing the deal for BayWalk in 1999.

AR021953

The Sembler Co. had developed shopping center projects across Florida and the Southeast, and Bullard built the Feather Sound neighborhood in Pinellas County.

To win their business, the city committed to build a $11.6-million parking garage and make another $2-million in nearby landscaping, utility and street improvements.

The city also agreed to sell the theater and retail portion of the site to the developers for $3.2-million, more than half of which was to be paid as part of a mortgage in the event BayWalk sold at a huge profit.

The up front cash, $1.45-million, was provided by Muvico, not Sembler or Bullard.

The mortgage — $1.75-million — will never be repaid, said city attorney John Wolfe, adding that the city never expected to see the money. He described the mortgage terms as necessary to get developers to agree to the project.

Also as part of the development agreement, the BayWalk land returned to the city's tax rolls. Since opening in 2000, the city has received $1.56-million in property taxes from the BayWalk properties.

The city parking garage, which was largely built with Penny for Pinellas dollars, is paid off.

But like BayWalk, it's seen better days.

The garage housed 312,000 vehicles in 2008, the fewest in its history and a drop of 24 percent from just two years prior. Annual profits, which peaked at $230,000 in 2006, dwindled to $14,000 in 2008. City parking and transportation director Joe Kubicki described the downturn as "largely a function of the performance of BayWalk."

BayWalk, meanwhile, faces the prospect of its third owner in five months. After unsuccessfully trying to sell BayWalk in 2007, Sembler instead agreed to turn its interest in the property over to Bullard in September 2008. Bullard, in turn, has refused to make monthly mortgage payments after talks to renegotiate the bank loan stalled. The property faces foreclosure.

It turns out Muvico also might be stretched thin, mortgage documents show. The company, which runs 11 Florida theaters and three others nationwide, built its St. Petersburg theater using an original $17.8-million construction loan.

But to finance other theater projects nationwide, Muvico refinanced its original BayWalk mortgage to $55-million. It sold the theater to a New York REIT but remains responsible for the debt. Muvico CEO Michael Whalen said the company has considered closing the St. Petersburg theater.

"They've overleveraged themselves," Bullard said. "They buried themselves. BayWalk is not overleveraged. But with the current economic situation, it is overleveraged."

AR021954

Bullard, who plans to walk away from the property after eight years, said the economic wrongs can be righted. But not easily. In many ways, he describes it as another phoenix-like ascent — Bay Plaza to BayWalk, BayWalk to something else.

"It's going to take a lot of money," Bullard said. "And whoever is prepared for that can build BayWalk back to where it was or even better. It would not be impossible for someone to make a great success out it . But they better have deep pockets — and a lot of good fortune along the way."

**By way of comparison**

BayWalk is one of three so-called "lifestyle centers" that opened in the Tampa Bay area in the past 10 years. All three have faced tough economic times.

## Centro Ybor

Location: Ybor City

Original developer: the Sembler Co.

Centro Ybor has been a money-loser almost since its 2000 opening. Sembler walked away in 2004, and the city of Tampa took over payments of a federal loan. Remaining owner BVT sold to M&J Wilkow of Chicago last year. Plans are to turn some movie theaters into offices. M&J Wilkow officials now say the complex is on the rebound.

## Channelside

Location: Tampa

Original developer: ORIX Real Estate Equities

A 4.5-acre complex next to the Tampa cruise ship port, Channelside opened in 2001 after delays. Many of the storefronts remained empty for years until the residential area around the complex took off. In 2005, New York City real estate dealmaker Ben Ashkenazy bought it. The Tampa Port Authority owns the land.

*Source: Times files*

**Share your thoughts**

What do you think BayWalk is missing? A skate ramp? An Irish bar? An all-night sushi hangout? Send your ideas to asharockman@sptimes.com with "BayWalk" in the subject line. We want to know some of your thoughts.

AR021955

**Time line**

**April 1996:** The city begins the process to rebrand two vacant downtown blocks that were once to be part of failed Bay Plaza redevelopment.

**Aug. 1999:** The city finalizes the BayWalk agreement. Under the deal, the city builds the parking garage, and the Sembler Co. builds the retail and restaurant complex and movie theater.

**Nov. 2000:** BayWalk opens.

**Sept. 2003:** 12 people are injured and six people are taken to the hospital when at least 500 people chase $2 bills being thrown in the air by "Money Man."

**Oct. 2003:** The Uhurus launch weekly protests, saying BayWalk is "for whites only."

**Jan. 2005:** A fight at BayWalk that starts with two 13-year-old girls spreads through a crowd. It eventually includes more than 1,500 teens and takes 69 police officers more than two hours to restore order.

**July 2005:** Officials erect barricades to control sidewalk traffic. Antiwar demonstrators who have been holding forth for more than two years claim they are being pushed out.

**Aug. 2005:** Police arrest six antiwar protesters, three of them juveniles. The first is a 13-year-old on a charge of obstructing a city sidewalk.

**Aug. 2005:** Barricades are removed and instead, officers are deployed to help pedestrian flow.

**Feb. 2007:** A 3-year-old is injured at BayWalk when a speaker falls from the second floor.

**Nov. 2007:** The Sembler Co. says it wants to sell BayWalk.

**Sept. 2008:** Sembler agrees to sell controlling interest in BayWalk to partner Fred Bullard. Terms of the deal are not announced.

**Nov. 2008:** Wells Fargo files foreclosure lawsuit. Bullard says he will not fight foreclosure.

**Dec. 2008:** Ann Taylor says it will close its BayWalk location in January.

*Source: Times files*

AR021956

# Commercial properties face bursting bubble

Published: Jan. 5, 2009 at 9:00 AM

WASHINGTON, Jan. 5 (UPI) -- Rising vacancy rates in U.S. office buildings are pointing to a possibility that a commercial real estate bubble could burst, industry observes said.

Vacancy rates have reached 10 percent and are rising quickly in major U.S. cities, The New York Times reported Monday.

The Real Estate Roundtable, a lobbying group in Washington, has asked Treasury Secretary Henry Paulson Jr. to include commercial real estate in a new $200 billion package intended to spark new lending, the Times said.

Mortgage research firm Trepp reported 60 percent of commercial properties loans have been bundled into complex securities, which puts some of the nation's largest banks, including Bank of America and Morgan Stanley in a risky position.

Similar to the housing crisis, the banks stand to face huge write downs. Some commercial property owners are stuck with mortgages worth more than the buildings they own and a financial market reluctant to refinance loans while their revenues decline with rising vacancies, the Times said.

A defaulted loan is "by itself ... not significant," said Real Estate Roundtable Chief Executive Officer Jeffrey DeBoer. "But, the cumulative effect will put tremendous stress on the financial sector," he said.

AR021957

# Crummy times ahead for retail real estate

**Retailers hesitate to open new stores, and vacancies are rising.**

By MARK ALBRIGHT, Times Staff Writer
Published February 8, 2008

BELLEAIR - Retail development typically follows the housing market. So the housing slump and what some fear is a seismic shift in consumer spending is putting the brakes on a shopping center building binge in the Tampa Bay area.

An ominous chill settled over 1,065 local retail real estate executives Thursday at an International Council of Shopping Centers dealmaking conference at the Belleview Biltmore Resort when a speaker advised they "hunker down" for bad times.

"Right now we've got stagflation light. If the country avoids slipping into a recession or we aren't already in one, it will only be by the skin of our teeth," said John Silvia, chief economist of financial services giant Wachovia Corp.

"If you've only been in this industry a few years, the next six months will the toughest your business ever experienced," he warned. "How you handle it will determine whether you're around in five years or in bankruptcy."

While area land prices and rents have held stable, bankers are slapping developers with tighter credit terms. National retailers are cutting new store growth plans for 2009. In the meantime, the shopping center vacancy rate has been inching up as the local market tries to swallow twice as much new space as usual in 2008.

The forecast for the Tampa Bay is a not-too-bad vacancy rate of 7.8 percent for 2008, up 1.2 percent percentage points from 2006, according to Marcus & Millichap, a retail investment firm. That's better than the 10.2 percent national rate.

Economist Silvia's more pessimistic outlook stems from some new developments: dismal January retail sales numbers reported Thursday; a drop in business conditions confidence in the services industry; rising unemployment; and a Federal Reserve that cannot lower interest rates much more without fanning inflation.

Short term, Silvia warned of even tighter credit terms, depressed consumer spending and retailers getting even more reluctant to keep opening more stores. He sees the possibility of investors bankrolling Florida's retail real estate splurge steering their cash elsewhere.

Nor are there signs of any easing of the shrunken migration of new home buyers to Florida from the Rust Belt, where housing prices are depressed and layoffs are spreading.

AR021958

"Tampa may be struggling but it's been helped by a diverse economy," Silvia said. "Detroit's just going down the tubes."

Joked Patricia Blasia, senior vice president of Panatton Development Corp.: "It makes me consider liquidating, chartering a 777 and just flying everybody here to Vegas."

Retailers and the shopping center industry pressured Congress for a stimulus package that includes a $600-a-person cash rebate. But the cash won't be in people's pockets for months.

An ICSC survey found two-thirds of consumers plan to use the rebate check to pay off credit-card debt. "Most of the money will go to the banks," said Michael Niemira, the shopping center group's chief economist. "But consumers do plan to spend the other $25-billion, which helps."

Developers already have been fighting to fill projects with tenants as national chain stores smarting from a dismal Christmas rethought their 2008 growth plans.

**Wesley Chapel is home to 1.9-million of the 3.3-million square feet of new space opening this fall in the Tampa Bay market.**

For a mall less than year from opening, leasing agents compare gathering tenants to herding cats. In Pasco County alone, there are three mall-size projects elbowing for tenants just as most national retailers in January scaled back future store growth and reaffirmed all store deals in once-hot suburban housing markets for 2008.

"We had to call them all, but we didn't lose anybody," said Jim Richardson, vice president of Forest City Enterprises. **The developer plans to open the Shops at Wiregrass at Bruce B. Downs Boulevard and State Road 56 at the end of October more than half full.** "It's a recognition this will be the powerhouse project in this area," he said.

The $130-million Main Street-style shopping center, which includes a Banana Republic and the second Apple store in the region, was to open in August. **But Forest City added a 500-space parking deck and wanted to open with both Dillard's and Macy's in addition to a JCPenney that's already there.**

While 2008 store growth plans are firm, 2009 is unsettled until retailers get a fix on how long consumers feel squeezed and continue holding back on discretionary spending.

**Publix, Wal-Mart and Sweetbay Supermarkets recently pulled out of prospective deals for stores in new suburbs that were to open in 2009 in Hernando and Pasco counties. Developers delayed by a year to 2010 the Largo Town Center, the proposed Chelsea Premium Outlets in Pasco and, in Sarasota, both University Town Center and the Bayside retail project downtown.**

AR021959

*Mark Albright can be reached at* <u>albright@sptimes.com</u> *or (727) 893-8252.*

Double-Bubble Trouble in Commercial Real Estate: Gene Sperling
Email | Print | A A A

Commentary by Gene Sperling



May 9 (Bloomberg) -- Josef Ackermann, chief executive officer of Deutsche Bank AG, summed up the debate over the global economy at a meeting I recently attended: It's either the beginning of the end or the end of the beginning.

In taking stock of the economic slowdown, most economists have their eyes on the U.S. residential housing market. Many of those expecting further declines are focused on rising foreclosures and falling home prices, which according to the S&P/Case-Shiller Composite-20 City Home Price Index are down 12.7 percent from a year earlier.

With a 10-month supply of existing homes and an 11-month supply of new homes on the market, the housing bears see little stabilization in sight. Those predicting a rebound this year point to the plunge in housing starts to 947,000 as of March, down from a peak of 2.29 million in January 2006. Amid this decline, they see inventories being whittled down enough to suggest that we may have a rise in new building by year-end.

A piece of the puzzle that must be calculated into any determination of the depth of our economic doldrums is the condition of commercial real estate -- the shopping malls, hotels, and office buildings that tend to go along with real- estate expansions.

Until recently, commercial real estate was a bright spot in the economy, serving as a buffer against the declining housing market. While residential investment plummeted 28.9 percent from the start of 2006 through the end of 2007, investment in nonresidential structures grew 24.9 percent over this period.

Offsetting Housing

At the same time that residential investment subtracted almost a full percentage point of gross domestic product growth in 2007, investment in nonresidential structures was adding 0.4 percentage point back. And while delinquencies on residential mortgages have been on the rise since the first quarter of 2006, delinquencies on commercial mortgage bonds reached a

AR021961

record low of just 0.27 percent this January, according to Fitch Ratings.

Whether we are at the end of the beginning or at the beginning of the end may rest partly on whether commercial real estate can avoid a big slump. While the direst predictions of New York University economist Nouriel Roubini have not yet come to pass, there are reasons for concern.

First, commercial real estate tends to lag behind housing trends. The residents of new developments need stores to shop in and offices to work in, so commercial projects are planned after a town starts booming and are completed in the following quarters. So when times are good for housing, commercial property makes the real-estate investment news even better.

In Reverse

Unfortunately, the reverse also seems to work. With 312,000 private-sector jobs lost in the last four months, foreclosure rates more than double what they were a year before, and the homeowner vacancy rate at a record high, it's easy to see why commercial construction projects are losing their appeal.

Second, there are lots of reasons to suspect that commercial real estate was subject to some of the loose lending practices that afflicted the residential market. The Office of the Comptroller of the Currency's Survey of Credit Underwriting Practices found that whereas in 2003 just 2 percent of banks were easing their underwriting standards on commercial construction loans, by 2006 almost a third of them were relaxing.

Fitch Ratings offers evidence of such eased standards, reporting that the share of securitized commercial loans that were fully amortizing -- or structured to be paid off in full by the end of the loan period -- fell from more than 92 percent at the start of 2002 to just 13 percent by mid-2007.

Tightening Up

Now we see from the two latest Federal Reserve Senior Loan Officer Surveys that this trend is being reversed: Almost 80 percent of domestic banks are tightening their lending standards for commercial real-estate loans.

If this is deja vu then we may face double-bubble trouble for real estate and the economy.

There already are signs that the commercial real-estate market may have begun to turn south. The GDP numbers for the first quarter of 2008 show that after growing 12.4 percent in the last three months of 2007, investment in nonresidential structures declined 6.2 percent and subtracted almost a quarter percentage point from growth.

While it is true that the day after these GDP numbers came out, new spending figures on nonresidential construction suggested its drag on growth in the first quarter may have been overstated, this is hardly a sign that we are out of the woods.

AR021962

Because much of the current construction received the green light several quarters ago when the economy looked healthier, the worst might still be to come.

``It is quite possible that the tighter credit conditions and economic slowdown has barely started to filter through,'' Merrill Lynch & Co. economists Sheryl King and David A. Rosenberg recently wrote. ``We have little doubt, though, that it will. In spades.''

If that is the case, the middle of the middle may be the best we can hope for.

(Gene Sperling, formerly President Bill Clinton's top economic adviser, is a Bloomberg News columnist. He is a senior fellow at the Center for American Progress and is advising Hillary Clinton in her bid for the 2008 presidential nomination. The opinions expressed are his own.)

To contact the writer of this column: Gene Sperling in Washington at gsperling@cfr.org

*Last Updated: May 9, 2008 00:05 EDT*



# Home building still in slump

By

Published Wednesday, January 7, 2009

Pasco County's housing market continued its downward slide last year, with only 1,111 starts for single-family homes.

The number represents a 43 percent drop from 2007's total of 1,955 and is down about 85 percent from the 2005 peak of 7,252.

"Wow," said Blucher Bridges, a real estate agent for Standard Pacific Homes who sold a respectable 35 homes last year in Wesley Chapel's Seven Oaks community. "It's going to be a rough year. They're saying it'll be 2010 before we see a turnaround."

Analyst Marvin Rose grasped for a silver lining.

"The good news is that inventory is being worked off with starts so low," he said. "It's no surprise. Pasco has been hit as hard as anybody."

Rose said the area is about "halfway through this," and he expects things to pick up gradually by the end of the year.

"I don't think anybody expects a rapid rebound."

Besides the credit crunch and the overall sour economy, the main reason for the lack of new housing permits is competition from foreclosures and short sales.

"Some construction costs have gone down, but not enough to make them competitive," Rose said.

Some builders are discounting their dirt.

Engle Homes, whose parent company is in bankruptcy, is cutting in half the price of premium lots in its most popular active-adult community, Tampa Bay Golf and Country Club in San Antonio. Lots that sold for $22,000 are now going for $11,000. Five golf home sites that sold for $15,000 are $7,500.

"It's the worst I've ever seen it," said Joseph Narkiewicz, spokesman for the Tampa Bay Builders Association, which includes Pasco. "And I've been in this business for 30 years."

*Lisa Buie can be reached at buie@sptimes.com or (813) 909-4604.*

AR021964

**by the numbers**

Pasco's new housing starts

**1997** — 2,191

**1998** — 2,504

**1999** — 3,032

**2000** — 2,931

**2001** — 3,860

**2002** — 4,786

**2003** — 5,883

**2004** — 6,300

**2005** — 7,252

**2006** — 4,723

**2007** — 1,955

**2008** — 1,111

*Source: Pasco County Central Permitting Office*

AR021965

# National builder packing up tools to leave Florida market

By Lisa Buie, Times Staff Writer
Published March 6, 2008

Experts said it would happen, that the housing slowdown would push builders out of the Florida market, just like in the 1990s.

Last week, Illinois-based Kimball Hill Homes became one of the first to leave. The privately held company, which has communities in Wesley Chapel, Trinity, Sarasota and Fort Myers, announced Feb. 27 that it was bidding the Sunshine State goodbye.

The company promised that all homes now under construction would be completed and warranties would be honored. It would not disclose the number of homes affected at its communities in Ashton Oaks in eastern Wesley Chapel and Sawgrass Creek in the Trinity area.

"Over the course of the next 10 months, we will be winding down our Florida homebuilding operations in an orderly manner and fulfilling all our obligations," chief executive Ken Love said in a news release, that announced the company would lay off 75 employees at its corporate office. "These are not decisions we made lightly."

Love noted that Florida has been among the hardest hit states in the housing slump as well as being negatively affected by the credit crunch and mortgage meltdown. The company will continue building in Illinois, Texas, Nevada and California.

Housing analyst Marvin Rose said Kimball Hill's is the first departure announcement he's heard from a major builder.

"I can't say that surprises me," he said, adding that the company arrived six or seven years ago during the housing boom but never generated substantial sales. "I'm just not sure they brought their A-game to Tampa."

Rose predicted in November that the slowdown would claim some casualties. Tousa and Leavitt & Son recently filed for bankruptcy protection under Chapter 11. Kimball Hill has no plans to follow suit, a company spokesman said Wednesday.

Kimball Hill, founded in 1969, bills itself as one of the largest privately owned homebuilders and one of the 30 largest homebuilders in the United States, as measured by home deliveries and revenues. It designs, builds and markets single-family homes, townhomes and condos. The company says it has delivered more than 48,000 homes. Its Web site indicated it had planned to

AR021966

open two new communities in the Tampa Bay area: Putter's Pointe in Hudson and Stone Creek in Brandon.

It wasn't clear Wednesday what would happen to those properties or to the land within existing communities.

Rose said Kimball Hill customers with homes under construction should feel confident that the company will not leave them in the lurch.

"They have a good national reputation," he said.

*Lisa Buie can be reached at buie@sptimes.com or 813 909-4604.*

AR021967

# Old Navy at Gulf View closing

By Jodie Tillman, Times Staff Writer

Published Tuesday, January 13, 2009

PORT RICHEY — National retail woes mean more bad news for local shoppers: Old Navy says it will close its Gulf View Square mall location in less than two weeks.

The affordable clothing retailer's news comes less than a month after sister brand Gap Outlet announced it would close its Gulf View Square store.

The impending loss of the two well-known clothing stores comes on the heels of the shuttering of Linens 'N Things and KB Toys, two national retailers that went out of business last year. Linens 'N Things, in particular, had been located in a prominent anchor spot. Old Navy's last day is Jan. 26, said Catherine Rhoades, a spokeswoman for San Francisco-based Gap Inc., which owns Old Navy, the Gap and Banana Republic.

Both the Gap Outlet and Old Navy stores at Gulf View are starting to look bare and are offering discounted prices.

Gap Inc., which reported a 10 percent loss in the quarter that ended Nov. 29, has said it would close about 115 stores nationwide and open another 100, for a net loss of 15 stores.

Rhoades would not say why the company is closing its Gulf View Square locations but said there are multiple factors that go into the decision, including financial performance and the number of other Gap Inc. stores nearby.

There are Old Navy stores in Brooksville and Clearwater, and Gap stores at Citrus Park Mall and Countryside in Clearwater.

The job loss for the two Gulf View Square locations is unclear. A Gap spokeswoman said the company tries to transfer workers to other locations.

Mall spokesman John Liu was out of the office and could not be reached for comment Tuesday. In a previous interview, he said holiday shopping was down at Gulf View Square just as it was nearly everywhere else.

He said last year's opening of the Shops at Wiregrass in Wesley Chapel may have also had an impact on lower sales figures at Gulf View Square.

He said Simon Property Group, which owns Gulf View Square, has been working to attract a number of well-known retailers, though discussions are tentative.

*Jodie Tillman can be reached at jtillman@sptimes.com or (727) 869-6247.*

AR021968

 **News: National**

Real Estate Information

**April 02, 2008**

Written by Sasha M Pardy (spardy@costar.com)

# Shopping Center Starts Dwindling Behind Major Wave of New Supply

*CoStar Exhibits Current Construction and Delivery Trends, Spotlights New Shopping Center Developments Across the Country*

The total RSF of U.S. shopping centers delivered annually has been dropping each year since peaking at 94 million square feet in 2005. However, this year a huge wave of new centers that began construction back in better days (economically speaking) is now delivering, with 25 million square feet already delivered in the first quarter of this year. With still more space in the pipeline set to deliver in coming months, there is the very real possibility that just as much or more RSF of new shopping center space will reach completion during 2008.

What makes this massive addition of new supply somewhat disconcerting are the vacancy statistics of shopping centers delivered over the past three years.  CoStar's Year-End National Retail Report showed U.S. shopping centers ended 2007 with an average vacancy rate of 7.6 percent. The chart below shows that shopping centers delivered between 2001 and 2004 have a vacancy level below this national average, however, the rate rises with each year -- shopping centers delivered in 2005 have a current average vacancy of 9%; 2006 (13%), 2007 (22%), and 2008 (28%). These statistics suggest that owners of shopping centers built since 2006 still have yet to achieve a desired occupancy level.

The full impact current market conditions are having on developers' construction decisions won't become clear until the end of this year when we see how much RSF actually delivers. We are already seeing early indicators of a pullback. Construction starts were significantly down in 2007 in comparison to 2006, and with only six million square feet starting construction so far in 2008 (the lowest first quarter level in the past five years), all indications point to a trend of developers holding back or scrapping construction plans until the capital markets and/or general economic conditions improve.

In an upcoming issue of CoStar Advisor, we'll talk to retail development executives for their opinions on the statistics and trends detailed by CoStar this week.

The remainder of this story will focus on a handful of representative retail construction projects and provide construction deliveries, starts, delays and proposals covered during first quarter 2008 spotlighted by region. By no surprise, little major development activity is in the pipeline of land-constrained markets. Developers continue to carry out numerous projects already in the pipeline in high growth markets of Phoenix, Dallas and Tampa, while some have even announced new plans.

NEW ENGLAND (ME, NH, VT, MA, CT, RI)

Crossing at Lisbon - Lisbon, CT
Cedarwood Development began clearing the land during first quarter for Crossing at Lisbon, a 319,166-square-foot shopping center to be anchored by Target, Lowe's and Best Buy in Lisbon, CT (about 45 minutes southeast of Hartford). Delivery is scheduled for September 2008.

Chapel View  - Cranston, RI
Stores have been opening over the last couple months at Chapel View shopping center in Cranston, RI.

Copyright (c) 2008 CoStar Realty Information, Inc. All rights reserved.

**CONTINUED: Shopping Center Starts Dwindling Behind Major Wave of New Supply**

Located at the intersection of Route 2 and Sockanosset Cross Road, Carpionato Properties has created an upscale shopping and dining destination. The development is named for a stone chapel that will become home to a restaurant. The center is anchored by Shaw's supermarket and REI Outdoor and also features a Johnny Rockets, Ted's Montana Grill and Pei Wei, as well as several other boutique shops.

MIDDLE ATLANTIC (NY, NJ, PA)

Upland Square - Pottstown, PA
Cedar Shopping Centers, in partnership with Tristate Ventures LP, broke ground mid-March on Upland Square, a 680,000-square-foot power center located on 106 acres at Route 100 and State Street in Pottstown, Pennsylvania (about 40 miles northwest of Philadelphia). Anchored by Target, Giant supermarket, JC Penney, Best Buy, Bed Bath & Beyond, Staples, Petco and A.C. Moore, the $80 million project is scheduled for completion July 2009.

Richwood Village - Harrison Township, NJ
Madison Marquette and Canuso Communities have partnered up to bring a 370-acre mixed-use development to Harrison Township, NJ. Located about 20 minutes from Philadelphia along Route 55, central to Richwood Village are plans for a 300,000-square-foot walk-able village-style retail center; in addition, another 700,000 square feet of retail and office space is planned to complement 1,200 homes. The first phase of Richwood is schedule for opening fall 2010.

World Trade Center Retail - New York City
 Westfield Group and The Port Authority reached an agreement to jointly develop the retail portion of the World Trade Center. The 488,000 square feet of high profile retail space would be the first new retail project to be built in lower Manhattan since the 9/11 tragedy. Specifically, retail shops would be located at the street level and above in three office towers, as well as in two-stories in the concourses that will link the Trade Center with the subway and rail systems. The tenant mix will include local, regional, national and international shops as well as quick service to casual to high-end dining. The Port Authority will provide approximately $825 million and Westfield will provide approximately $625 million toward the $1.45 billion retail project.

SOUTH ATLANTIC (MD, DE, DC, WV, VA, NC, SC, GA, FL)

Main Street Eldersburg - Eldersburg, MD
Black Oak Associates has already broken ground on Main Street Eldersburg, which is located on 12.5 acres at the convergence of MD Routes 32 and 36 in Eldersburg, MD. Grading is nearing completion and ground-up construction is scheduled to start very soon. The 83,000-square-foot project will be constructed in accordance with LEED (Leadership in Energy and Environmental Design) standards. Tenants have reserved space for at least 40% of the project, which is expected to deliver by first quarter 2009.

Mill Creek Commons - Lake Wylie, SC
Crescent Retail Group, a subsidiary of Crescent Resources, broke ground on Mill Creek Commons in January. The 350,000-square-foot shopping center, anchored by Wal-Mart Supercenter and Lowe's, is located at the intersection of Hwy. 557 and Hwy. 274 in Lake Wylie, SC. The center will also include 50,000 square feet of small shop space as Phase II. The Wal-Mart is scheduled to open Fall 2009.

North Logan Commons - Loganville, GA
Faison Enterprises recently broke ground on North Logan Commons, a 370,000-square-foot power center in Loganville, GA. Lowe's, Best Buy, Dick's Sporting Goods, PetsMart and Office Depot will anchor the center and be joined by 68,000 square feet of junior anchor and small shop space. Completion is scheduled for spring 2009. Phase II of the development is South Logan Commons, a 350,000-square-foot power center located opposite of North Logan Commons on 41 acres. South Logan will follow with opening scheduled for 2010.

Copyright (c) 2008 CoStar Realty Information, Inc. All rights reserved.

AR021970

**CONTINUED: Shopping Center Starts Dwindling Behind Major Wave of New Supply**

Current at Lee Vista - Orlando, FL
The Current at Lee Vista started construction during first quarter on 85 acres in the Airport submarket of Southeast Orlando. Developed by Premier Properties, the 675,000-square-foot, mixed-use project will be anchored by Super Target, Bealls, Best Buy, Books A Million, Marshalls, Michaels, Office Depot, and PetSmart. Completion is scheduled for spring 2009.

Hammock Landing - West Melbourne, FL
CBL & Associates Properties (NYSE: CBL ) and The Benchmark Group recently broke ground on Hammock Landing, located on 78 acres at the northwest intersection of I-95 and Palm Bay Road in West Melbourne. The power center will feature 750,000 square feet of big box, specialty and dining tenants; including Marshall's, Linens N Things, Michael's, and Petco. Completion is slated for spring 2009.

Caleb's Creek - Greensboro, NC
The Hommel Group has started clearing, during first quarter, the first 50 acres of a 900-acre site tagged for Caleb's Creek, an $800 million mixed-use project both in Greensboro and Summerfield, NC. Plans call for an 18-hole golf course, 6,000 homes, two hotels, and 107 acres of land that will be primarily dedicated to retail space.

Park West Village - Morrisville, NC
Casto Lifestyle Properties and First Carolina Properties plan to break ground this quarter on Park West. The 100-acre mixed-use lifestyle center project, located at Cary Parkway and Hwy 54 in Morrisville, NC, will include 750,000 square feet of retail space, 50,000 square feet of office space, an 140-room hotel, 321 apartments and significant green space. Delivery is expected by fall 2009.

Southshore Commons - Tampa, FL
Equity Real Estate and Nationwide Realty Investors have partnered up to turn 133-acre parcel at the southeast corner of Big Bend Road and I-75 in Riverview, FL (southeast Tampa area) into a $280 million, 1.6-million-square-foot mixed-use development dubbed "Southshore Commons." 1 million square feet of retail/dining/entertainment space, 490,000 square feet of office space, 250 hotel rooms and a multiplex cinema will play off a 14-acre lake and town square park/venue in the center of the project. Groundbreaking is scheduled for third quarter and first phase delivery is planned for fall 2009.

DC USA - Washington D.C.
Target opened its first store in Washington D.C. on schedule the first week of March at DC USA, a 540,000 -square-foot, three-story urban retail project located on nearly five acres on the west side of 14th Street between Park Road and Irving Street in the formerly-blighted neighborhood of Columbia Heights. The $145 million project is the brainchild of Grid Properties and Gotham Developers.

Posner Commons - Orlando, FL
Kitson & Partners' 400-acre master-planned community, Posner Park is located in Orlando just West of Disney World. Posner Commons, the 500,000-square-foot power center that is central to the development at the southeast corner of I-4 and US Hwy 27 in Polk County, is the result of a partnership between Trammell Crow Co., Boardwalk Land Development and Met Life. Target, Belk and Books-A-Million opened late first quarter 2008, while Best Buy and Staples are opening soon. JC Penney, Dick's, Ross, Michael's and PetSmart will open in late summer or early fall. At the completion of the $500 million Posner Park, the community should have 1.5 million square-feet of retail space, 2,600 hotel rooms, 2,000 residential units and 150 acres of open land.

Clermont Landing - Clermont, FL
Weingarten Realty Investors secured a 104,000-square-foot JC Penney to anchor Clermont Landing, a 366,000-square-foot shopping center scheduled to open Oct. 2008; Epic Theater and Famous Footwear are also tenants.

Shops at Wiregrass - Tampa, FL
The Goodman Company and Forest City Commercial Development are scheduled to open The Shops at Wiregrass, an 800,000-square-foot, Main Street-style open-air shopping, dining and entertainment center,

Copyright (c) 2008 CoStar Realty Information, Inc. All rights reserved.

AR021971

**CONTINUED: Shopping Center Starts Dwindling Behind Major Wave of New Supply**

on October 30, 2008 at State Road 56 and Bruce B. Downs Boulevard in Wesley Chapel/New Tampa, Florida.

**Chalifoux - Osceola County, FL**
Chalifoux Management Group recently closed on 37 acres of land in Poinciana, Osceola County, Florida from Avatar Properties. Chalifoux plans a $100-million mixed-use project for the site to that will encompass 300,000 square feet of retail and restaurant space, as well as 150,000 square feet of office space. The site is part of the 1,545-acre Poinciana Office & Industrial Park, located at US Highway 17/92 and Poinciana Boulevard on the outskirts of the Orlando metropolitan area. Construction is expected to start by the end of 2008.

**Annapolis Towne Centre at Parole - Annapolis, MD**
Greenberg Gibbons Commercial (GGC), in partnership with Petrie Ross Ventures, is under construction on the 35-acre, $400 million Annapolis Towne Centre at Parole. The project was formerly scheduled to deliver mid-2008, but that delivery has been pushed back to 2009. Anchored by Target and Whole Foods, the vertical mixed-use re-development will boast up to twelve stories amounting to nearly 2 million square feet. Components include 608,000 square feet of retail/dining/entertainment space, up to 120,000 square feet of office space, up to 900 condos and apartments, and a 200-room hotel.

**EAST SOUTH CENTRAL (KY, TN, MS, AL)**

**Gateway Centre - Smyrna, TN**
Capitol Development International (CDI) secured JC Penney to anchor Gateway Centre, a 260,000-square-foot open-air shopping center located at Sam Ridley Parkway and Wolverine Drive in Smyrna, TN, a northeast suburb of Nashville. The JC Penney will be 105,000 square feet and is slated to open fall 2009. Capitol is working on pre-leasing the remaining 155,000 square feet of the project.

**WSG - Memphis, TN**
WSG Development filed plans for a $180 million mixed-use development in Memphis located at the corner of Poplar and Cleveland in Midtown. Plans for the 26-acre site include 550,000 square feet of retail and restaurants in addition to office and medical space, a hotel, and residences in a village format. A major discount anchor is anticipated.

**Ridgeway Trace - Memphis, TN**
Weingarten Realty Investors (NYSE:WRI ) secured a 140,000-square-foot Target to anchor Ridgeway Trace, a 26-acre, 290,000-square-foot shopping center in East Memphis scheduled to open spring 2009.

**WEST SOUTH CENTRAL (OK, AR, LA, TX)**

**Houston Premium Outlet Center  - Cypress, TX**
Simon Property Group, Inc. (NYSE: SPG ), through its Chelsea outlet division, opened the Houston Premium Outlets in Cypress, Texas on March 27th. The 427,000-square-foot center is located 30 miles west of Houston off US Route 290 at the new Fairfield Place Drive exit.

**Bridge Street Town Centre - McKinney, TX**
O&S Holdings celebrated the groundbreaking of Bridge Street Town Centre on February 28th. The site of the 450,000-square-foot lifestyle center is located at the corner of US Freeway 75 and State Highway 121 in McKinney, TX -- a northeast suburb of Dallas. The center will be anchored by a 14-screen Monaco Pictures, which will be accompanied by 35 upscale restaurants and retail shops. The 91-acre project also includes 200,000 square feet of office space, a five-story 222-room Westin Hotel complete with 7,000-square-foot spa, a 35,000-square-foot convention center and the Collin College Higher Education Center. The first phase of the project is scheduled to deliver fall 2009.

**Uptown Village - Cedar Hill, TX**

Copyright (c) 2008 CoStar Realty Information, Inc. All rights reserved.

**CONTINUED: Shopping Center Starts Dwindling Behind Major Wave of New Supply**

The MG Herring Group opened Uptown Village at Cedar Hill on March 12th in Cedar Hill, TX. Dillard's, Dick's Sporting Goods and Barnes & Noble anchor the 725,000-square-foot development. Located at FM 1382 and Highway 67 adjacent to Uptown Boulevard and Pleasant Run Road, the project will include a 120,000-square-foot future anchor and 27,000 square feet of office space.

Watters Creek  - Allen, TX
Trademark Property Company's Watters Creek at Montgomery Farm in Allen, Texas will open its 620,000-square-foot first phase this month. The 52-acre "urban retail resort" will eventually encompass 1.15 million square feet of mixed-use space, including residential, office, retail, dining, entertainment and hotel uses. The development is situated within the 500-acre Montgomery Farm master-planned residential community. The 300,000-square-foot Phase One retail is also joined by 230 multi-family units and 90,000 square feet of office space.

High Street at Stonebriar - Plano, TX
Ainbinder Company commenced construction during first quarter on High Street at Stonebriar, a 550,000-square-foot mixed-use lifestyle center development located on 35 acres bordering Hwy 121 and Parkwood Blvd in Plano, just north of Dallas. The Container Store will open this June at Stonebriar. The second phase will consist of 250,000 square feet of retail space and 100,000 square feet of office space. A boutique hotel is also in the works.

Oklahoma Plaza - Tulsa, OK
Resource Development will develop Oklahoma Plaza, an $110 million mixed-use lifestyle center to be constructed on 129 acres just off State Hwy 66 in Claremore, OK. The 625,000-square-foot retail, office and residential project will break ground in early summer. A 100-room Wyndham hotel and 14-screen movie theatre have been secured. Completion of the Plaza's first phase is mid-2009.

Icon's Midtown Dallas Mixed-Use
Icon Partners' massive $1 Billion project planned for Midtown Dallas will feature 525,000 square feet of retail, entertainment and restaurant space as a central piece of 3.7-million-square-foot mixed-use plan. With significant frontage along I-635/LBJ Freeway and Noel Road, Icon Midtown will also include a 50,000-square-foot district dedicated to a cooking school, unique grocery store and food-related vendors, and a TV studio; a LEED-certified, 34-story, 715,000-square-foot office tower; 500 residences, and a boutique hotel. Construction is expected to begin January 2009 and is estimated to continue for two years.

Tanger Outlet Center - Irving, TX
Tanger Factory Outlet Centers Inc. (NYSE: SKT ) announced a new outlet shopping center to be built on 50 acres of former University of Dallas property in Irving, Texas. Located at the northwest quadrant of busy State Highway 114 and Loop 12, the 380,000-square-foot center is one of the first major projects planned for the Texas Stadium Redevelopment Area. Pre-leasing has begun to find tenants that will reside in the center's 90 shops.

West 7th - Fort Worth, TX
Cypress Equities, the retail development arm of Staubach, recently closed on a $163 million construction loan after securing at least 55% of its tenant square footage for "West 7th", an 890,000-square-foot mixed use project in Downtown Fort Worth. Located on 15.5 acres at West 7th Street and University, the $200 million project includes 350,000 square feet of retail space, 200 square feet of office space, a 150-room Starwood hotel that includes 20 condo units and 345 apartment units. Opening is planned for fall 2009.

Shops at Mercer Crossing - Farmers Branch, TX
Icon Partners will develop The Shops at Mercer Crossing, a 500,000-square-foot "upscale value fashion center" to be located at the intersection of I-635/LBJ Freeway and Luna Road in Farmers Branch, Texas. The center will play an integral role in the success of Mercer Crossing, a 1,100-acre master planned community about 15 minutes from Downtown Dallas.

Copyright (c) 2008 CoStar Realty Information, Inc. All rights reserved.

AR021973

**CONTINUED: Shopping Center Starts Dwindling Behind Major Wave of New Supply**

EAST NORTH CENTRAL (WI, MI, IL, IN, OH)

Hamilton Town Center - Noblesville, IN
Simon Property Group is nearing completion on Hamilton Town Center, a 950,000-square-foot open-air mall in Noblesville, IN. Bachrach, Chico's, Coldwater Creek, White House/Black Market, Zumiez, Ulta, Lenscrafters, Sunglass Hut, Claire's, and The Walking Company will be joining the previously announced retailers Old Navy, Borders, Dick's Sporting Goods, Stein Mart, Bed Bath & Beyond, and DSW. JC Penney opened October 2007 and a 16-screen Hamilton Theater opened in March. The remainder of the development will open in May.

Bridge Street Town Centre - Joliet, IL
O&S Holdings plans to break ground in 2009 on Bridge Street Town Centre Chicagoland, located at the intersection of I-55 and I-80 in Joliet, IL. The project will encompass 3 million square feet, including 1.5 million square feet of retail, restaurant and entertainment space, 800 multi and single-family residences, and 200,000 square feet of office space.

Orchard Crossing - Fort Wayne, IN
As development partners, Pine Tree Commercial Realty and Inland Real Estate are clearing the 32-acre site of the future 275,000-square-foot Orchard Crossing shopping center in Fort Wayne, Indiana. Anchor tenants include Target and Gordmans; both are opening October 2008.

Huntley Grove - Huntley, IL
Tucker Development recently broke ground on Huntley Grove, a 350,000-square-foot community center to be anchored by a 203,710-square-foot Wal-Mart Supercenter at the corner of Route 47 and Kreutzer Road un Huntley, IL. With the Wal-Mart scheduled to open this fall, the remainder of the center will follow by the end of 2008.

Villages at Portofino - Huntley, IL
The Portofino Group is developing The Villages at Portofino, a 105-acre mixed use development located at the intersection of Route 47 and Kreutzer Road in the Chicago suburb of Huntley. The 2 million-square-foot project will eventually include 960,000 square feet of retail, restaurant and entertainment space; 1 million square feet of office space; 177 apartments built atop the retail space; and 68 town homes. Construction of the 460,000-square-foot first phase will start second quarter 2009 and deliver fall 2010. The second phase of the development will be town center-like with 34 apartments over 86,000 square feet of retail space and additional office space. The third phase will involve the remainder of apartments and homes, 185,000 square feet of retail space, and additional office space.


WEST NORTH CENTRAL (ND, SD, NE, KS, MN, IA, MO)

The Meadows at Lake Saint Louis - St. Louis, MO
Davis Street Land Company is currently under construction on the 260,000-square-foot first phase of a 500,000-square-foot lifestyle center that sits upon 64 acres at Lake Saint Louis Boulevard and Interstate 64 in Lake Saint Louis, MO. Scheduled for completion August 2008, phase I of The Meadows at Lake Saint Louis will include an 130,000-square-foot Von Maur's department store anchor (the retailer's first Missouri store), a 25,000-square-foot Bed Bath & Beyond, Ann Taylor and Ann Taylor Loft, Chico's, Coldwater Creek, White House/Black Market, Banana Republic, Christopher & Banks, Bath & Body Works, Claire's, Sunglass Hut, New York & Co., Eddie Bauer, JoS. A. Bank, New Balance, Lenscrafters, The Walking Company, Kay Jewelers, Gymboree, Yankee Candle, and more. The project will also include a 110-120 room Marriott or Hilton Hotel.

Shoppes at Prairie Village - Lincoln, NE
The Shoppes at Prairie Village, a 370,000-square-foot shopping center located at 84th and Adams in Lincoln, Nebraska, is scheduled to open second quarter 2008. Grubb & Ellis is marketing the center, which is built in adjacent to the site of a Wal-Mart that opened late last year.

Copyright (c) 2008 CoStar Realty Information, Inc. All rights reserved.

AR021974

**CONTINUED: Shopping Center Starts Dwindling Behind Major Wave of New Supply**

Shoppes at Horseshoe Bend - Lake Ozark, MO
The Shoppes at Horseshoe Bend broke ground December 2007 and is scheduled to begin ground up construction on a 400,000-square-foot phase one during second quarter. The project will eventually be an 800,000-square-foot super regional outdoor mall located at the intersection of Highway 54 and Lake Horseshoe Bend Parkway in Lake Ozark, MO. Developed by Cormac Company, phase one is scheduled to deliver May 2009. The center is part of a 470-acre master planned community.

MOUNTAIN (ID, MT, WY, NV, UT, CO, NM, AZ)

Shoppes at Palazzo - Las Vegas
General Growth Properties (NYSE:GGP ) opened The Shoppes at Palazzo in January, a 450,000-square-foot luxury retail center that is part of The Palazzo Resort on the Las Vegas strip. The Shoppes include a 85,000-square-foot Barneys New York and more than 60 luxury boutiques and stores. Aside from a casino, The Palazzo also includes a 65,000-square-foot Canyon Ranch SpaClub, a 40/40 sports bar and lounge, a Lamborghini showroom, a 1,650-seat theater, and 3,000 all-suite rooms.

CityNorth - Phoenix, NV
Related Companies and Thomas J. Klutznick Company, the developers of the 144-acre CityNorth mixed-use development in Phoenix's northeast valley, have pushed the delivery of CityNorth Phase Two off by a year. In February, Related announced it had secured Bloomingdale's to co-anchor the second phase with Nordstrom's and at the same time said phase two (which is also slated to include 250,000 square feet of specialty shops and restaurants) would open fall 2009. Now, that date is pushed off to late 2010, which is reportedly the result of lenders of the $570 million construction loan Related would need to complete the project saying they would prefer to hold off until economic conditions improve.

CityNorth Phase One, dubbed "High Street" and located at Loop 101 and 56th Street in Phoenix, is under construction and scheduled to open this October. CityNorth is planned to eventually include 5.5 million square feet of retail, hotel, residential, office, cultural, civic and entertainment uses, will serve as the urban core for the Desert Ridge master planned community.

Mesa Ranch Plaza - Mesa, AZ
Diversified Partners recently broke ground on the 214,400-square-foot Mesa Ranch Plaza at the northwest corner of Southern Ave and Stapley Drive in Mesa, AZ. The 20-acre project will feature Pro's Ranch Market and La Curacao. Phase one of Mesa Ranch is scheduled for completion August 2008.

Mohave Crossroads - Bullhead, AZ
Target and Kohl's opened their doors at Weingarten Realty's Mohave Crossroads in Bullhead City, AZ at the end of March. The open-air center also includes 232,632 square feet of space with anchors including Marshall's, Staples, PetsMart, Ross Dress for Less and Bed Bath & Beyond. Other tenants, scheduled to open between spring and fall of this year, include Famous Footwear, Fashion Bug, and Lane Bryant, among others. The project is located at the convergence of Hwy 95 and Bullhead Parkway and the site includes 39 acres Weingarten has set aside for a phase two.

Deer Springs Town Center - North Las Vegas
Regency Centers (NYSE: REG ) broke ground on Deer Springs Town Center on March 4th at North Fifth Street and the 215 Beltway in North Las Vegas. The 700,000-square-foot project will open mid-March 2009. Anchors include Target, Home Depot, Babies R Us, PetSmart, Ross Dress For Less and Staples. The $124 million project is being built to meet LEED silver certification.

Orchard Town Center - Westminster, CO
Forest City Enterprises (NYSE: FCEA ) is celebrating the grand opening of Orchard Town Center on April 3rd. The 983,000-square-foot lifestyle center is located at the intersection of I-25 and 144th Avenue in Westminster, CO. Anchors include Macy's, JC Penney, AMC Theatres and Super Target.

Estrella Falls Power Center - Goodyear, AZ

Copyright (c) 2008 CoStar Realty Information, Inc. All rights reserved.

AR021975

**CONTINUED: Shopping Center Starts Dwindling Behind Major Wave of New Supply**

Westcor, a subsidiary of Macerich, is under construction on The Market at Estrella Falls, a 500,000-square-foot power center in Goodyear, Arizona near Pebblecreek/Estrella Parkways and Interstate 10. The center is scheduled to open this fall. Tenants on the roster include Old Navy, Bashas', TJ Maxx's HomeGoods, La-Z-Boy, PETCO, Razmataz, Shoe Pavilion and Staples. The center is part of the 2 million square feet of retail space that will make up the urban core of the Estrella Falls master planned development. Westcor will also develop a larger super regional shopping center at Estrella Falls that is scheduled for a fall 2010 opening (this was pushed off by about a year), with anchors including Dillard's and Harkins Theatres.

Prairie Cente - Brighton, CO
THF Realty has begun pre-leasing phase two of its $500 million Prairie Center mixed use development in Brighton, Colorado, a northeast suburb of Denver. The 275,000-square-foot phase two is a power center to be anchored by JC Penney, which will start construction this summer and be complete in spring 2009.

THF has already put 535,000 square feet in place at the first phase of Prairie Center, this portion will eventually be a 950,000-square-foot power center / lifestyle center combination anchored by Super Target (already open), Home Depot (already open), Kohl's (already open), Dick's Sporting Goods (opening summer 2008), and Michaels (opening fall 2008).

THF is in the planning stages on Prairie Center phases three and four, which will bring another 600,000 square feet of retail, dining and entertainment space to the massive master-planned community; which will also eventually be home to 4,500 residences and a medical office park.

The Gardens of Havana - Aurora, CO
The Buckingham Square Mall in Aurora, CO has been demolished and construction started last month on The Gardens of Havana, a $110 million, 900,000-square-foot, open-air, retail and residential mixed-use redevelopment project. Built in 1971, the mall was productive until the late '90s, when vacancy became very high. According to CoStar, Weingarten is the leasing agent for the mall, which is owned by MD Management of Overland Park, KS.


PACIFIC (WA, OR, CA)

Sunrise Village - Puyallup, WA
Tarragon is scheduled to open Sunrise Village, located at 157th Ave East and Median Ave in Puyallup, WA (a suburb of Tacoma) next fall. The 550,000-square-foot, $120-million shopping center recently broke ground on a 65-acre site and will eventually be home to Target, LA Fitness, Staples, PetSmart, Famous Footwear, and more.

Santa Monica Place - Santa Monica, CA
Macerich broke ground in March on the redevelopment of one of its first malls in its hometown. The current Santa Monica Place is a 553,000-square-foot enclosed, Macy's-anchored mall near Third Street in Santa Monica's downtown. Macerich is taking the roof off the center of the mall to create a seamless connection with Third Street. Along with new facades, the mall will include open-air walkways, a rooftop dining deck, a central gathering space, art installations, and a children's play area. Macerich's plan reuses the same footprint and actually results in slightly less retail space. Macy's will be the only retailer that will remain open during the redevelopment. Re-opening is scheduled for fall 2009.

(Editor's Note: To keep up on happenings and trends in retail real estate, subscribe to CoStar's Retail News Roundup, a weekly column covering retailer expansions and new concepts, store closings, bankruptcies, cutbacks, acquisition, mergers, sales. new shopping centers, personnel changes, and sustainability. Follow  this link for access to back issues of the roundup. In addition to appearing every week in the national news and retail  news sections of our web site, you may also receive the Retail News Roundup for free via email by requesting to be added to the distribution list by contacting senior editor, Sasha Pardy at spardy@CoStar.com> Also, click  hereto subscribe to CoStar's dedicated Retail RSS Feed.

Copyright (c) 2008 CoStar Realty Information, Inc. All rights reserved.

AR021976

# Pasco mall developers ask: Downturn? What downturn?

By Mark Albright, Times Staff Writer
In print: Thursday, October 30, 2008



Wade Jones, left, and Eric Ransdell level a block engraved "Watch For Cars" on Wednesday at the Shops at Wiregrass.

WESLEY CHAPEL — The Tampa Bay market is getting a reputation for star-crossed mall openings.

AR021977

International Plaza opened as a hurricane threatened, just three days after the 2001 terrorist attacks brought retail spending to a halt.

At 10 a.m. today the $156-million Shops at Wiregrass opens at the epicenter of the local homebuilding collapse and the worst retailing climate in decades.

"Economies go up and down all the time, so we build for the long term," said Jim Richardson, East Coast retail development boss for Forest City Enterprises Corp., which built Wiregrass in a joint venture with Goodman Co. of West Palm Beach. "But if we tap into the pent up demand we saw here last weekend, this project will turn out wonderfully."

Even as shoppers holster their credit cards, Forest City:

•Leased a robust 83 percent of the space.

•Snagged a three-year, fixed-rate construction loan before the credit crunch, which provides breathing room until it needs permanent financing.

•Herded cars through packed parking lots when Dillard's and Macy's opened last weekend.

This is no traditional enclosed mall. It's the area's first mall-sized, open-air Main Street center that has become the preferred, less expensive alternative for developers.

To hedge risk, Wiregrass is two-thirds the size of the bay area's five dominant malls. But its opening confirms Pasco County's long-term plan to parlay vast ranchlands between state roads 54 and 56 astride Interstate 75 into a bona fide hub of commercial development.

"This makes it clear Wesley Chapel will be a commercial hub right up there with Tyrone and Westshore," said Lee Arnold, chief executive of Clearwater-based Colliers' Arnold, which has developed half of its 4,500 permitted residential units in Wesley Chapel Lakes, a sprawling one-time ranch a few miles east.

The Shops at Wiregrass was built to double as a downtown for a 5,000-acre residential community with 16,000 homes, condos and apartments. The project is laid out in a nostalgia-laden crescent like a Main Street lined with parking meters and a town square. Parking garages shorten the walk and protect against the elements. Forest City bought mature trees to make the place look like it has been there for a decade.

Most of the store deals were cut almost three years ago near the apex of the housing boom. The disintegrating economy prompted six to back out this year, but there are handshake deals to replace them.

"Retailers saw Wiregrass as a huge void in the marketplace at least 10 miles from their nearest location," said Keith Brandt, Forest City senior vice president of leasing. "That's rare these days."

AR021978

Among the initial 71 stores, Wiregrass landed some surprises: a two-story Barnes & Noble Bookstore, a Forever XXI (the bigger, flashier version of Forever 21 seen locally only at International Plaza in Tampa) and signature restaurants new to the market: Cantina Laredo, Cosi, 365 Cafe Italiano, Yamato Japanese Steakhouse and the Brass Tap, a locally owned microbrew pub. Pottery Barn and Williams-Sonoma signed. Blame the paucity of other home decor stores on the housing slump.

The banks and retailers believed that Wesley Chapel was big enough to support the project even before home-building fell off a cliff. Currently 350,000 people live within 10 miles, 50,000 more than projected for 2009.

They are young, affluent families. The average age is 38, and 41 percent are college graduates. Half of households earn $70,000 or more, well above the regional average. And that doesn't count shoppers that Wiregrass siphons off I-75 from Hernando County.

Cleveland-based Forest City, which boasts a $10-billion real estate portfolio, has one of the nation's most ambitious commercial development pipelines. Wiregrass is the company's fifth similar project to open this year. It is also building the controversial $4-billion Atlantic Yards project in Brooklyn, N.Y.

In Pasco, a changed economy and permitting played roles in the three-way race to develop the area. The government had handed out as much retail development rights as today's congested Brandon or Tyrone areas, touching off a fierce race to land tenants poised to exploit a virgin market.

First out of the ground was the Grove at Wesley Chapel, a 950,000-square-foot center two-thirds full with Cobb Theaters, restaurants and big-box stores like Best Buy and Bed, Bath and Beyond.

Wiregrass snared three full-line department stores — Macy's, Dillard's and JCPenney — and the flock of specialty stores that follows them into malls.

That left Cypress Creek Town Center, west of Wiregrass, with restaurants, an AMC theater and big box chains like Kohl's and SuperTarget. **What was to be a 2.6-millon-square-foot center shrunk to 1-million and may open smaller.** Since construction was halted last spring, the project wallows in troubles. A permit to dig up 54 acres of protected wetlands was suspended. The Sierra Club sued to halt reinstatement. A contractor sued developer Richard E. Jacobs Group for $1.6-million in unpaid bills. **A weak retail climate just cost the project Linens 'n Things and Circuit City.**

The project was once slated to open in 2007, but Jacobs now won't say when.

"But we are committed to finish the project," said spokeswoman Deanne Roberts.

*Mark Albright can be reached at albright@sptimes.com or 727-893-8252.*

AR021979

[Last modified: Nov 02, 2008 03:05 PM]

AR021980

SR 56 agreement will connect Shops at Wiregrass, Meadow Pointe Blvd. on September 15 2008

By Joe Potter, Staff Writer

WESLEY CHAPEL — Pasco County Commissioners have approved an agreement regarding the State Road 56 extension project.

The SR 56 extension will provide access to **The Shops at Wiregrass, a 646,000-square-foot open-air mall at the northeast corner of SR 56 and Bruce B. Downs Boulevard (CR 581).**

The Shops at Wiregrass are being developed by Forest City Enterprises and the Goodman Company and scheduled to open Oct. 30.

**Plans call for SR 56 to be extended across Wiregrass Ranch to Mansfield Boulevard by next spring and to Meadow Pointe Boulevard within 18 months.**

The agreement, reached during a Monday, Sept. 8, meeting in Dade City, clears the way for the developers of Meadow Pointe IV to pay $12 million toward the cost of extending SR 56 east from Bruce B. Downs Boulevard to Meadow Pointe Boulevard.

A third lane can be added to eastbound SR 56 after Lakeland-based Publix dropped its objections to the relocation of a current northern entrance to the **Shoppes at New Tampa plaza.** A Publix grocery store anchors the Shoppes at New Tampa that is located on the south side of SR 56.

Florida Department of Transportation had said the SR 56 extension couldn't open to traffic beyond the Shops at Wiregrass without the third eastbound lane.

Pasco County officials said they considered the extension of SR 56 to Meadow Pointe Boulevard crucial because of the daily traffic load currently present on SR 54. Plans call for SR 54 to be widened late next year.

A request by Publix for a left-turn from westbound SR 56 into one of the two new entrances at the Shoppes at New Tampa was also approved. The owners of the Shoppes at New Tampa will pay for the new access points.

The SR 56 extension will eventually provide a second entrance to Wiregrass Ranch High School and John Long Middle School. Currently, the only access to the two schools is through Meadow Pointe.

**SR 56 will be six-lanes wide from SR 581 to the Shops at Wiregrass and will then be four-lanes wide east to Meadow Pointe Boulevard.**

Long-range plans call for SR 56 to connect with US 301 south of Zephyrhills.

AR021981

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Norma Corry [lovenmc1@verizon.net] |
| **Sent:** | Friday, January 16, 2009 1:32 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Cypress Creek |

How about a little honesty in determining really what is best for the area?   Hmmmmm

1

AR021982

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Mark Sramek [Mark.Sramek@noaa.gov] |
| **Sent:** | Tuesday, January 20, 2009 12:26 PM |
| **To:** | Hurst, Tracy E SAJ; Fellows, John P SAJ |
| **Subject:** | SAJ-2003-2336 (IP-TEH), SAJ-2008-3729 (IP-JPF) |

NOAA's National Marine Fisheries Service, Habitat Conservation Division, has reviewed the Department of the Army permit applications listed below. Due to our current staffing level, we are unable to adequately investigate these activities and, therefore, we can take no action on the permit applications at this time. It should be noted that our position is neither supportive of, nor in opposition to, the subject activities.

Notice Number: SAJ-2003-2336 (IP-TEH)
Applicant:  Sierra Properties
Notice Date:  December 16, 2008

Notice Number:  SAJ-2008-3729 (IP-JPF)
Applicant: RKH Properties, LLC
Notice Date:  December 11, 2008

AR021983

**Hurst, Tracy E SAJ**

| | |
|---|---|
| **From:** | Denise Layne [deelayne@tampabay.rr.com] |
| **Sent:** | Wednesday, January 21, 2009 2:50 PM |
| **To:** | Hurst, Tracy E SAJ |
| **Subject:** | Supplemental Economic Articles - Cypress Creek Town Center |

Re: SAJ-2003-2336 (IP-TEH)

Tracy,

Below are additional articles on the poor condition of the real estate market in Florida. Please supplement my previous letter with these articles.

Denise Layne
Sierra Club
813-246-0485


     Members: Log in <https://www.bizjournals.com/tampabay/account/sign_in/?uri=%
2Ftampabay%2Fothercities%2Forlando%2Fstories%2F2009%2F01%2F19%2Fdaily27.html%3Ft%
3Dprintable>  | Not Registered? Register
<http://www.bizjournals.com/tampabay/my_account/register/?uri=%2Ftampabay%2Fothercities%
2Forlando%2Fstories%2F2009%2F01%2F19%2Fdaily27.html%3Ft%3Dprintable>  for free extra
services.

Orlando Business Journal - January 21, 2009
http://www.bizjournals.com/tampabay/othercities/orlando/stories/2009/01/19/daily27.html
<http://tampabay.bizjournals.com/tampabay/othercities/orlando/stories/2009/01/19/daily27.h
tml>

Click here to find out more! <http://ad.doubleclick.net/click;h=v8/37bc/0/0/%
2a/z;44306;0-0;0;17655969;2300-3/3;0/0/0;;~aopt=2/0/d0/0;~sscs=%3f>
Business News - Local News <http://tampabay.bizjournals.com/>
Wednesday, January 21, 2009, 12:02pm EST

Study: Real estate market confidence sinks


Orlando Business Journal


Persistently bad economic news has sunk confidence in the real estate industry to its
lowest level since a statewide survey of economic experts began three years ago, according
to a new University of Florida
<http://tampabay.bizjournals.com/orlando/gen/University_of_Florida_
7D65D8B4E37F4513861E681EE6AB2302.html>  report.

The most recent quarterly survey of Florida real estate trends, completed last month,
suggests the investment outlook for various types of properties has sunk to depths not
seen for 30 years.

"The big news is that the recession and the latest shocks in the financial markets and
automobile industry have finally taken their toll," said Wayne Archer, executive director
of UF's Bergstrom Center for Real Estate Studies. "People not only foresee tough times in
the short term, but they're also revising downward their longer-term future outlook."

And, as more big-box retailers follow in the footsteps of Linens 'n Things
<http://tampabay.bizjournals.com/orlando/gen/Linens_'n_Things_DF9958FD7A144D9EAF7882A6334D
BA9C.html> , Circuit City <http://tampabay.bizjournals.com/orlando/gen/Circuit_City_
33513A9054594B4EA1B135E30FE6A75F.html>  and Sound Advice
<http://tampabay.bizjournals.com/orlando/related_content.html?topic=Sound%20Advice> , the
investment outlook and rental occupancy rates are bleak.

AR021984

On the residential real estate front, falling Florida home prices are expected to continue their decline, although surprisingly little change occurred in the sales volume of new homes, which is the component of the housing market the survey measures, Archer said.

"I think there was some hope that housing prices had bottomed out three months ago, but it's very clear now that we're taking a lot more damage than anybody expected," he said.

Last week, RealtyTrac reported that Florida had the second-highest rate of foreclosures in the nation in 2008, with 385,309 — up 133 percent from 2007 and nearly 412 percent from 2006.

One positive sign is the recent dramatic increase in refinancing with the availability of 5 percent mortgage rates in mid-December, Archer said. If additional programs are put into place that allow 4.5 percent Federal Housing Administration mortgages for people who have difficulty making payments, it will do even more to stabilize the housing industry, he said.

The survey was based on 381 responses from leaders and professional advisers in the real estate industry.

All contents of this site © American City Business Journals Inc. All rights reserved.

--------------------------------------------------------------------------------
-----------------------------------------------------------

        Members: Log in <https://www.bizjournals.com/orlando/account/sign_in/?uri=%
2Forlando%2Fstories%2F2008%2F07%2F07%2Fdaily21.html%3Ft%3Dprintable>  |  Not Registered?
Register <http://www.bizjournals.com/orlando/my_account/register/?uri=%2Forlando%
2Fstories%2F2008%2F07%2F07%2Fdaily21.html%3Ft%3Dprintable>  for free extra services.

Orlando Business Journal – July 8, 2008
http://orlando.bizjournals.com/orlando/stories/2008/07/07/daily21.html
<http://tampabay.bizjournals.com/orlando/stories/2008/07/07/daily21.html>

Click here to find out more! <http://ad.doubleclick.net/click;h=v8/37bc/0/0/%
2a/i;44306;0-0;0;17653738;2300-3/3;0/0/0;;~aopt=2/0/d0/0;~sscs=%3f>
Business News - Local News <http://orlando.bizjournals.com/>
Tuesday, July 8, 2008

Survey: Real estate, rental markets sick

Orlando Business Journal

Florida's real estate industry is sick, but that degree of illness depends on the market, a University of Florida
<http://tampabay.bizjournals.com/orlando/gen/University_of_Florida_
7D65D8B4E37F4513861E681EE6AB2302.html>  survey has found.

"If our survey respondents were physicians, they would be telling us that Florida's condominium markets and some single-family development markets have pneumonia and Florida's rental real estate markets have the flu," says Wayne Archer, director of the university's Bergstrom Center for Real Estate Studies
<http://tampabay.bizjournals.com/orlando/related_content.html?topic=Bergstrom%20Center%
20for%20Real%20Estate%20Studies>  Director, in a prepared statement.

Some markets may not make it and "there may be causalities," he says.

The second-quarter survey, conducted by the center and the university's Warrington College of Business Administration <http://tampabay.bizjournals.com/orlando/related_content.html?
topic=Warrington%20College%20of%20Business%20Administration> , asked for predictions from

AR021985

282 Florida real estate analysts and investors representing 13 urban regions and up to 15 property types.

"Meanwhile, rental markets -- apartments, industrial, office and retail -- will suffer varying degrees of pain and discomfort in the months ahead, but it will pass and they will recover," says Archer.

For the Orlando market, survey respondents don't expect a change in apartment occupancies in the second quarter. But nearly half of the respondents predicted condo conversion occupancies would be lower, while only 25 percent say that number will improve.

Additionally, 60 percent of the respondents say rental rates will rise slower than inflation, while 20 percent say the increase will be faster than inflation. For the condo conversion market, all the respondents agree rates will increase slower than inflation.

Meanwhile, 44 percent say single-family development absorption rates should be higher this quarter, while 28 percent say those rates will be lower. For condo development, 27 percent say the absorption rate will be lower while only 18 percent predict a higher absorption rate.

Respondents also say they expect no change with industrial properties. Higher occupancies should be seen in Class A office space and respondents were split on Class B space, but project lower occupancies for Class C space.

On the retail side, more respondents say large retail, neighborhood centers and freestanding buildings will see lower occupancies, but strip centers should see higher occupancies.

More respondents say rental rates will increase slower than inflation for industrial, office and retail space -- with the exception of flex and research-and-development space, which should increase higher than inflation.

All contents of this site © American City Business Journals Inc. All rights reserved.

--------------------------------------------------------------------------------
----------------------------

AR021986