UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>LT. GEN. ROBERT L. VAN ANTWERP, et al., )<br>)<br>   Defendants, )<br>)<br>   v. )<br>)<br>SIERRA PROPERTIES, LLC, et al., )<br>)<br>   Intervening Defendants ) | Civ. No. 1:07-cv-01756 (RCL) |

## **[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT**

This matter is before the Court on the parties' cross-motions for summary judgment. Upon consideration of the motions, as well as the entire record in this case, it is, by the Court, this __ day of ____, 2010, hereby

ORDERED that Plaintiffs' motion for summary judgment is granted; and it is further

ORDERED that the Federal Defendants' and Intervening Defendants' motions for summary judgment are denied; and it is further

ORDERED that the Army Corps of Engineers' Permit at issue be vacated and remanded; and it is further

ORDERED that all activity on the site shall cease until further Order of the Court; and it is further

ORDERED that Defendants and Intervening Defendants shall restore jurisdictional wetlands and habitat for federally listed species on the Cypress Creek Town Center site.  Within

thirty days of this Order, Defendants and Intervening Defendants shall submit a proposed remediation plan, either jointly or individually, to this end. Plaintiffs may file a response to the proposed plans within thirty days thereafter, and the Court shall issue an order specifying the remedial actions to be taken by Defendants and Intervening Defendants; and it is further

   ORDERED that the Court shall retain jurisdiction over this action for the purpose of enforcing this Order and to entertain any appropriate motion by Plaintiffs for attorneys fees and costs.

                 _____
                 U.S. District Court Judge
                 Royce C. Lamberth

Dated _____