UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SIERRA CLUB, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.   1:07-cv-01756 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SIERRA PROPERTIES I, LLC, et al., | ) | |
| | ) | |
| Intervening Defendants. | / | |

**INTERVENING DEFENDANTS' CONSOLIDATED
CROSS-MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and based on the reasons set forth in the accompanying memorandum of law, Intervening Defendants respectfully request that the Court grant Intervening Defendants' Motion for Summary Judgment as to all claims in the Complaint for Declaratory and Injunctive Relief (D.E. 1), and the Supplemental Complaint for Declaratory and Injunctive Relief (D.E. 65), and deny Plaintiffs' Motion for Summary Judgment (D.E. 70) in its entirety.

MIAMI 860930 (2K)

Respectfully submitted,

s/ Douglas M. Halsey
Counsel for Intervening Defendants
Douglas M. Halsey (Florida Bar No. 288586)
T. Neal McAliley (Florida Bar No. 172091)
Angela D. Daker (Florida Bar No. 681571)
White & Case LLP
Wachovia Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida  33131-2352
(305) 371-2700 (telephone)
(305) 358-5744 (facsimile)

Eric Grannon (D.C. Bar No. 473778)
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005
(202) 626-3600 (telephone)
(202) 639-9355 (facsimile)