


UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GEORGIA 30303-8960

DEC 18 2009

The Honorable Kathy Castor
United States House of Representatives
4144 North Armenia Avenue
Suite 300
Tampa, Florida 33507

Dear Congresswoman Castor:

    On September 23, 2009, I responded to your letter to the Honorable Lisa Jackson, Administrator for the U.S. Environmental Protection Agency (EPA) regarding the reissuance of permit SAJ-2003-2336 by the U.S. Army Corps of Engineers (Corps) for the development known as Cypress Creek Towne Center. In that letter, I wrote that EPA would be evaluating the project as requested in your letter within 60 days. I apologize for the delay in responding. My staff conducted a site visit on October 20, 2009, but additional follow-up with the Corps, the State and concerned citizens have resulted in further delays.

    In addition to the site visit and review of all pertinent information, my staff met with the Corps project managers, the applicants and concerned nearby residents to discuss the impacts of the project and potential modification to further reduce these impacts. A number of actions have taken place since the Corps issued the initial permit on May 17, 2007, to Sierra Properties. The total project site is 507.7 acres of which 155.46 acres are jurisdictional wetlands and 9.65 acres are jurisdictional surface waters. The project is located in south central Pasco County, Florida, near the Hillsborough County border in a rapidly growing residential area locally referred to as "New Tampa." The Section 404 permit granted the applicant permission to discharge 270.418 cubic yards of fill material into approximately 53.89 acres of jurisdictional wetlands, 9.65 acres of man-made jurisdictional surface waters, and 3.57 acres of non-jurisdictional, isolated wetlands and surface waters. To compensate for these impacts, the applicant is required to put all remaining wetlands in preservation, on-site creation of 5.34 acres of forested wetlands mitigation and off-site mitigation of 73.6 acres of wetland enhancement or creation and 34 acres of wetland preservation. The off-site mitigation also includes 98 acres of upland habitat preservation or restoration. The permit did not grant the applicant permission to affect the wetlands or buffers associated with Cypress Creek.

    As you have stated, the Corps suspended the permit on February 1, 2008, when it determined that Sierra Properties violated the permit by causing repeated discharges of turbid water into Cypress Creek resulting in a negotiated settlement, a civil penalty and mitigative measures. Based on the Corps' investigation of the causes of the turbid discharges, the Corps determined that all documented discharges occurred as a result of human error and construction sequencing. Additionally, several extreme rainfall events occurred during the land clearing phase and before completion of the storm water treatment facilities. The Corps found no

EXHIBIT
A

evidence to support that the discharges were a result of a fault in the design of the storm water management system. Following their August 31, 2009, statement of findings, the Corps reinstated the permit to the applicant. We have discussed the permit with the Corps and they have determined that no additional modifications are necessary for compliance with requirements under Section 404 of the Clean Water Act.

Cypress Creek is a scenic waterbody, a state-identified Outstanding Florida Water and a tributary to the Hillsborough River, a potable water source for the City of Tampa. The site has been identified as potential habitat for federally listed species including the Eastern Indigo Snake, wood storks and many other non-listed species. Locally, it has been designated as a critical wildlife link. Regarding federally listed species, the U.S. Fish and Wildlife Service has evaluated the site and provided independent comments to the Corps in compliance with the Endangered Species Act. The plan as currently proposed maintains the overall wetland corridor along Cypress Creek and the project buffers will average 25 feet in width and be permanently preserved in a conservation easement, thereby maintaining a corridor link. The wetlands and planted floodplain compensation areas at the site provide significant habitat for wading birds.

During our visit of the site proposed for development as well as the off-site mitigation area, it was determined that the upland area has been cleared but building construction has not started. Sierra Properties has completed the majority of the wetland mitigation actions and the storm water treatment systems required by the Section 404 permit. They have also built a large berm between the development site and the undisturbed natural areas to further prevent erosion and stormwater impacts. EPA concurs with the Corps that these actions should offset the wetland impacts associated with the project. For EPA Region 4 to initiate a 404 (c) action under the Clean Water Act to prohibit an area for disposal of dredged or fill material in waters of the US, it must determine or have reason to believe that there will be unacceptable adverse effects on municipal water supplies, shellfish beds and fishery areas including spawning and breeding areas, wildlife or recreational areas. Our review of the permit and the required mitigation indicate that the Cypress Creek Towne Center will not result in this level of impacts.

In addition to the mitigation requirements for the Section 404 permit, water quality monitoring data are required as part of the State and Federal permits and these data should determine the effectiveness of the storm water treatment systems and identify violations of water quality standards. If the monitoring reports and other data identify violations or the potential for future impairments to Cypress Creek, specific remedial actions will be identified and recommended for additional action to address these violations.

In summary, EPA does not consider the project impacts sufficient to require restrictions under 33 U.S.C. 1344 (c), and EPA believes that the requirements of the Section 404 permit and the storm water permits are protective of Cypress Creek and the adjacent wetlands at this

location. If you have any questions, please contact me or the Region 4 Office of Congressional and Intergovernmental Relations at (404) 562-8327.

Sincerely,

A. Stanley Meiburg
Acting Regional Administrator

cc: Tracy Hurst
U.S. Army Corps of Engineers, Jacksonville District, Tampa Regulatory Office