

AR008516

