UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LT. GEN. ROBERT L. VAN ANTWERP, et al., ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> SIERRA PROPERTIES I, LLC, et al., ) <br> ) <br> Intervening Defendants. ) | Civ. No. 1:07-cv-01756 (RCL) |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs' Motion For Expedited Hearing On Cross-Motions For Summary Judgment. Upon consideration of the motion, as well as the entire record in this case, it is, by the Court, this __ day of ____, 2010, hereby

ORDERED that the parties will provide oral argument in support of their respective motions for summary judgment on __ of ____, 2010.

 _____
 Chief Judge
 U.S. District Court
 District of Columbia
 Royce C. Lamberth

Dated _____