IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SIERRA CLUB, *et al.*,

      Plaintiffs,

v.                                                                          Civ. No. 1:07-cv-01756-RCL

LT. GEN. ROBERT L. VAN ANTWERP, *et al.*,

      Defendants,

SIERRA PROPERTIES*, et al.*,

      Intervening Defendants.
_____/

**FEDERAL DEFENDANTS' RESPONSE
TO PLAINTIFF'S MOTION FOR EXPEDITION**

      Federal Defendants support any schedule the Court finds necessary in managing its docket to resolve Plaintiffs' suit, including the need for oral argument. Federal Defendants note, however, that Plaintiffs' motion fails to state a valid basis for expediting proceedings at this late stage. Further, Federal Defendants strongly disagree with Plaintiffs' implication that the U.S. Army Corps of Engineers is required to suspend the current, legally-authorized permit. Plaintiffs fail to assert any basis for the Corps to suspend the permit under its regulatory authority, 33 C.F.R. § 325.7, other than the pendency of this litigation. Should Plaintiffs desire to preserve the status quo pending the Court's resolution of the cross-motions for summary judgment, Plaintiffs hold, and have always held, the right to request preliminary injunctive relief. In fact, the Court itself reminded Plaintiffs of that right nearly two years ago. *See* June 11, 2008, Mem. Opinion at 9 n.4 (Doc. No. 54).

Respectfully submitted this 8th day of April, 2010,

                                    IGNACIA S. MORENO
                                    Assistant Attorney General

                                    *s/ Kristofor R. Swanson*

                                    MARK ARTHUR BROWN
                                    D.C. Bar No. 470050
                                    Senior Trial Attorney
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
                                    Wildlife and Marine Resources Section
                                    P.O. Box 7369
                                    Washington, D.C. 20044-7369
                                    Telephone: (202) 305-0204
                                    Facsimile: (202) 305-0275
                                    mark.brown@usdoj.gov

                                    JESSICA O'DONNELL
                                    D.C. Bar No. 473166
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
                                    Environmental Defense Section
                                    P.O. Box 23986
                                    Washington, D.C. 20026-3986
                                    Telephone:  (202) 305-085
                                    Facsimile:  (202) 514-8865
                                    jessica.odonnell@usdoj.gov

                                    KRISTOFOR R. SWANSON
                                    Colo. Bar No. 39378
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
                                    Natural Resources Section
                                    P.O. Box 663
                                    Washington, D.C. 20044-0663
                                    Telephone: (202) 305-0248
                                    Facsimile: (202) 305-0274
                                    kristofor.swanson@usdoj.gov

Of Counsel:

Christina D. Storz
Assistant District Counsel
U.S. Army Corps of Engineers
Jacksonville, Florida

Delores Young
Department of the Interior
Office of the Regional Solicitor
Southeast Region
Atlanta, Georgia