UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, CLEAN WATER ACTION, GULF RESTORATION NETWORK, CHRIS LOY, and RICHARD SOMMERVILLE, <br><br> Plaintiffs, <br><br> v. <br><br> LT. GEN. ROBERT L. VAN ANTWERP, in his official capacity as Chief of Engineers, U.S. Army Corps of Engineers, DIRK KEMPTHORNE, in his official capacity as Secretary, U.S. Department of the Interior, and H. DALE HALL, in his official capacity as Director, U.S. Fish and Wildlife Service, <br><br> Defendants, <br><br> and <br><br> SIERRA PROPERTIES I, LLC, PASCO 54, LTD., PASCO RANCH, INC., AND JG CYPRESS CREEK LLC, <br><br> Intervening Defendants. | Civil Action No. 1:07-cv-01756 (RCL) |

## INTERVENING DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF COMMENCEMENT OF NEW CONSTRUCTION ACTIVITIES AND MOTION FOR EXPEDITED ARGUMENT ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

Sierra Properties I, LLC, Pasco 54, Ltd., Pasco Ranch, Inc., and JG Cypress Creek LLC (collectively, "Intervening Defendants"), by and through undersigned counsel, hereby respond to Plaintiffs' Notice of Commencement of New Construction Activities and Motion for Expedited Argument on Cross-Motions for Summary Judgment ("Motion for Expedited Argument") (D.E. 85).

On April 5, 2010, Plaintiffs filed a Motion for Expedited Argument, asserting that renewed construction activities on the Cypress Creek Town Center ("CCTC") site require an expedited ruling on the parties' cross-motions for summary judgment, which were filed in January and February 2010. Nothing about the construction activities at the CCTC site requires any aspect of this case to be expedited. Nonetheless, if the Court decides that oral argument will assist it in resolving the cross-motions for summary judgment, Intervening Defendants do not oppose the Court scheduling oral argument at a time the Court deems convenient and appropriate.

By way of background, in September 2009, the CCTC permit was reinstated by the Corps after an 18-month voluntary remand period. D.E. 60; D.E. 69. Prior to reinstating the CCTC permit, the Corps conducted an extensive assessment and analysis regarding the causes and impacts of the past occurrence of temporary discharges of muddy water into Cypress Creek and its adjoining wetlands. AR 15340-70. Following its 18-month review, the Corps reaffirmed its original findings regarding the project, and concluded that the discrete discharges that led to the permit suspension were the result of human error in implementing construction-phase temporary erosion and sediment control measures – not a flaw with the design of the project's permanent stormwater system. AR 15341.

The reissued CCTC permit allowed construction activity to recommence on the site, AR 15382-531, and Intervening Defendants have proceeded with construction. All construction activities on the CCTC site are being conducted in accordance with the Corps' Section 404 Clean Water Act permit, the Southwest Florida Water Management District's Environmental Resource Permit, and all other applicable local permits. In their Motion for Expedited Argument, Plaintiffs do not allege that any permit condition has been violated.

In their Motion for Expedited Hearing, Plaintiffs indicate the reason for their request is that Intervening Defendants and Federal Defendants have not agreed to a "voluntary" injunction – in Plaintiffs' words, to "maintain the environmental status quo" – pending the Court's determination on the cross-motions for summary judgment. D.E. 85 at 2. Plaintiffs apparently know that they have no basis for seeking injunctive relief, so, instead, they have requested the Court to expedite its resolution of this matter.

This is similar to Plaintiffs' earlier attempt to obtain a preliminary injunction without actually filing a motion and meeting the necessary standards. In its Memorandum Order regarding the Federal Defendants' request for voluntary remand, the Court observed:

> From the time that plaintiffs initiated this lawsuit, they had the ability to seek injunctive relief from this Court. Either because they thought that they were not entitled to such relief, or for some other strategic reason, plaintiffs did not seek an injunction. Plaintiffs have still filed no motion for preliminary injunction—ensuring that the issue is not properly before this Court—and yet they state that the Court should order such relief.

D.E. 54 at 9 n.4.

If the Court elects to have oral argument in this matter, Intervening Defendants do not oppose the Court hearing oral argument whenever the Court deems it appropriate. Plaintiffs' Motion for Expedited Argument, however, has no merit.

Respectfully submitted,

s/ Douglas M. Halsey
Counsel for Intervening Defendants

Douglas M. Halsey (Florida Bar No. 288586)
Angela D. Daker (Florida Bar No. 681571)
White & Case LLP
Wachovia Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida  33131-2352
(305) 371-2700 (telephone)
(305) 358-5744 (facsimile)

Eric Grannon (D.C. Bar No. 473778)
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005
(202) 626-3600 (telephone)
(202) 639-9355 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of April, 2010, the following was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel on the below service list via Notice of Electronic Filing generated by CM/ECF:

Joshua R. Stebbins
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, NW
Suite 700
Washington, DC  20009-1056
(202) 588-5206
Fax:(202) 588-5049
Email: jstebbins@meyerglitz.com

*Counsel for Plaintiffs Sierra Club, Clean Water Action, Gulf Restoration Network, Chris Loy and Richard Sommerville*

Mark Arthur Brown
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resource Division
Wildlife and Marine Resources Section
P.O. Box 7369
Ben Franklin Station
Washington, DC  20044-7369
(202) 305-0204
Fax: (202) 514-0097
Email: mark.brown@usdoj.gov

*Counsel for Federal Defendants Robert Van Antwerp, Dirk Kempthorne and Dale Hall*

Kristofer Swanson
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resource Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
(202) 305-0248
Fax: (202) 305-0274
Email: kristofer.swanson@usdoj.gov

*Counsel for Federal Defendants Robert Van Antwerp, Dirk Kempthorne and Dale Hall*

Jessica O'Donnell
U.S. DEPARTMENT OF JUSTICE
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 305-0856
Fax: (202) 514-8865
Email:  jessica.odonnell@usdoj.gov

*Counsel for Federal Defendants Robert Van Antwerp, Dirk Kempthorne and Dale Hall*

                                              s/ Angela D. Daker

                                              Angela D. Daker