Fed. Defs. Ex. A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-01756 (RCL) |
| ) | |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SIERRA PROPERTIES, et al., ) | |
| ) | |
| Intervening Defendants. ) | |
| _____) | |

DECLARATION OF TRACY E. HURST

I, Tracy E. Hurst, declare as follows:

1.  I am a biologist in the South Permits Branch of the Regulatory Division for the Jacksonville District of the U.S. Army Corps of Engineers ("Corps"). My field office is located at 10117 Princess Palm Avenue, Suite 120, Tampa, Florida, and among my duties I am responsible for reviewing and evaluating applications for Department of the Army permits under Section 404 of the Clean Water Act. I have been in this position since 20 March 2005. From 23 May 2004 to 19 March 2005, I held an identical position in the Palm Beach Gardens field office of the Regulatory Division of the Jacksonville District. From 14 January 2001 to 22 May 2004, I was a biologist for the Permits Branch of the Regulatory Division for the Charleston District of the Corps. From 28 August 2000 to 13 January 2001, I served as a biologist in the Planning Division of the Louisville District of the Corps. Prior to my employment with the Corps I was employed by the Commonwealth of Kentucky for 3 years as a biologist in the Division of Water, Department for Surface Mining, and the Department of Fish and Wildlife Resources. I am experienced in the evaluation of Department of the Army permit applications for work in waters of the United States for compliance with the Clean Water Act, National Environmental Policy Act, Endangered Species Act,

Magnuson Stevens Fishery Conservation Act, and National Historic Preservation Act.  I hold a Bachelor of Science degree in Environmental Studies from Vanderbilt University and a Masters of Science degree in Forestry with a wildlife management specialization from the University of Kentucky.

2.   I inspected the Cypress Creek Town Center project area on July 14, 2010, for the purpose of assessing current site conditions.  All wetland areas authorized for impact by the Corps permit have been filled.  Aside from recent minor re-grading in two locations adjacent to State Road 56 on the south side, the only active construction on the site relates directly to the construction of County Road 54 through the southern half of the project area.  The only buildings that have been constructed on the site, aside from a temporary construction trailer, are those associated with a small retail complex at the northwest quadrant of the intersection of State Road 56 and County Road 54.  All other areas within the project area remain unaltered from the stabilized condition attained in 2008 and there has been no further advancement of development since that time.  Exhibits A-C depict the project area and illustrate the locations of filled wetlands, preserved wetlands, Cypress Creek, roads within and adjacent to the site, storm water ponds, berms, and containment areas.

3.   During my site inspection, the Permittee outlined how storm water runoff from County Road 54 is currently being managed during the road construction. The storm water runoff generated by the construction of County Road 54 is collected in the underground storm sewer network.  After rainfall events, a series of five pumps routinely transfers this storm water to the large bermed containment area located on the project site.  The Permittee stated that failure to pump after a series of rainfall events would result in exceeding the storage capacity of the underground storm sewer network and above-ground flooding would then occur.  After the roadway is completely stabilized, the Permittee explained that storm water will be allowed to flow into Ponds D and E in perpetuity.

4.   The site currently contains several large spoil piles located adjacent to the roadway under construction.  The Permittee stated that the underground storm sewer network and series of five pumps is used to manage any storm water runoff from these piles.  The Permittee also stated that any material in these piles that is not used for the road construction will be removed from the site following completion of the roadway.

5.   County Road 54 currently has a lime rock base and is at final grade over the vast majority of its length through the project area.  The Permittee anticipates the laying of asphalt by the end of July 2010, with final completion of the roadway by 1 October 2010.

6.   Given that the wetland areas authorized for impact by the Corps permit have been filled, the hydrology within the project site has been altered.  The filled wetlands no longer contribute to the accommodation of storm water flows.  Therefore, the constructed storm water system is necessary to adequately manage and treat storm water inputs from the project site.  It is my belief that the continued operation and maintenance of the storm water management system is necessary to protect waters of the United States within and adjacent to the project site, including Cypress Creek and its adjacent wetlands.

7.   In previous declarations on 13 February 2008 and 16 May 2008, I informed the Court of the stabilization measures approved by the Corps to stabilize the Cypress Creek Town Center project site.  These measures included fortification of storm water pond outlet structures and the construction of additional berms and a large bermed containment area.  At the time of permit suspension, the storm water management system consisted of a large network of partially completed underground drainpipes.  During the permit suspension, the Corps recognized that completion of the storm water management system was imperative to stabilization of the site and allowed the Permittee to complete this work.  Since these measures were implemented, the Corps has not documented any turbid discharges into Cypress Creek or its adjacent wetlands.

8.   The Corps permit for Cypress Creek Town Center contains conditions which I believe are imperative to maintaining the stability of the project site and protecting waters of the United States within and adjacent to the project site, including Cypress Creek and its adjacent wetlands.  General Condition No. 2 requires that the Permittee maintain the site in good condition and in conformance with the permit terms and conditions.  It states that this requirement remains even if the permitted activity is abandoned.  Furthermore, General Condition No. 2 requires a permit modification should the Permittee wish to abandon or cease to maintain the activity, which may require restoration of the area.  General Condition No. 5 requires compliance with the associated Water Quality Certification, an attachment to the Corps permit.  As this Water Quality Certification provides State of Florida authorization

for the storm water management system and mandates compliance with state water quality standards, its importance cannot be overemphasized.  Special Condition No. 11 requires compliance with the Surface Water Quality Monitoring Plan, an attachment to the Corps permit.  The plan requires surface water monitoring of numerous parameters at upstream and downstream locations.  Reports generated under this plan are provided to the Corps and provide insight into any potential water quality problems should they arise.

     I declare under penalty of perjury that the foregoing is true and correct.

               Executed on: July 20, 2010

               Signed by:

               /s/ Tracy E. Hurst

               Tracy E. Hurst
               Biologist
               U.S. Army Corps of Engineers



| Wetland Impacts Table | |
|---|---|
| ID | ACRES |
| A | 22.87 |
| A1 | 0.18 |
| A2 | 0.83 |
| A3 | 0.07 |
| F | 0.30 |
| H | 3.73 |
| J | 9.33 |
| L | 13.96 |
| L1 | 1.30 |
| O | 0.82 |
| Total: | 53.39 |

| Surfacewater Impact Table | |
|---|---|
| ID | ACRES |
| D1 | 0.12 |
| K | 3.84 |
| N | 4.43 |
| T | 0.18 |
| U | 1.09 |
| Total: | 9.66 |

| Temporary Wetland Impact Table | |
|---|---|
| ID | ACRES |
| L3 | 0.007 |
| L4 | 0.004 |
| K | 0.005 |
| Total: | 0.016 |

EXHIBIT A
SITE PLAN

COE # SAJ20032336

1000 0 500 1000 1 inch = 1000 ft.

| Preparation Date: 08/18/2008 | Revision Date: |
|---|---|
| Project Manager: JJB | CAD QA/QC: |
| Project # : 7724-001-b08 | CAD Operator: JMB |

*Figure 11*
*Cypress Creek Town Center*
*Impact Location Map*

**Biological Research Associates**
3905 CRESCENT PARK DRIVE
RIVERVIEW, FL 33569
(813) 664-8501 FAX (813) 664-0440
www.biologicalresearch.com

Q:\UnitedStates\Florida\Tampa\7724\010\working\cad\20080818_7724_Cypress_Creek_COE.dwg



# Engineering Plan — Cypress Creek Town Center (North Side)

**WESLEY CHAPEL BLVD. (CR 54)**

**STATE ROAD 56**

Labels on plan:
- WETLAND H
- NO WORK REQUIRED WITHIN WETLAND H
- EXISTING/INTERIM OUTFALL SWALE FOR POND A
- POND A
- CS-A2
- CS-A1
- CS-A3
- WETLAND A
- POND B
- WETLAND A-1
- CS-AB
- CONSTRUCT CS-AB
- BERM H
- CONSTRUCT REMAINDER OF OUTFALL SWALE FOR POND A
- CONSTRUCT ORIGINAL DESIGN SWALE (TYP.)
- FLOW PATH (TYP.)
- BERM A
- AREA TO BE BROUGHT TO ORIGINAL DESIGN MASS-GRADE ELEVATION IN ORDER TO BE STABILIZED & PROVIDE POSITIVE DRAINAGE TO STORMWATER MANAGEMENT SYSTEM
- ORIGINAL DESIGN MASS-GRADE ELEVATION (TYP.)
- CONTAINMENT AREA
- BERM E
- NO WORK REQUIRED WITHIN WETLAND F
- WETLAND E

**LEGEND**
- ACOE JURISDICTIONAL WETLAND & SURFACE WATER IMPACT AREAS COVERED UNDER SECTION 404 PERMIT
- ACOE JURISDICTIONAL WETLAND & SURFACE WATER AREAS TO REMAIN
- STORMWATER INFRASTRUCTURE REMAINING TO BE INSTALLED
- EXISTING STORM SEWER INFRASTRUCTURE
- EXISTING CONTAINMENT BERMS

**WilsonMiller**

CLIENT: PASCO 54, LTD.
PROJECT: CYPRESS CREEK TOWN CENTER
TITLE: EXHIBIT C — NORTH SIDE