# DEPARTMENT OF THE ARMY PERMIT

Fed. Defs.
Ex. B

**Permittee:** SIERRA PROPERTIES I, LLC
509 GUISANDO DE AVILA, SUITE 200
TAMPA, FLORIDA 33613

**Permit No:** SAJ-2003-2336 (IP-TEH)

<u>**Issuing Office: U.S. Army Engineer District, Jacksonville**</u>

NOTE: The term "you" and its derivatives, as used in this permit, means the permittee or any future transferee. The term "this office" refers to the appropriate district or division office of the Corps of Engineers having jurisdiction over the permitted activity or the appropriate official of that office acting under the authority of the commanding officer.

You are authorized to perform work in accordance with the terms and conditions specified below.

**<u>Project Description</u>:** The project includes the construction of a regional mall known as Cypress Creek Town Center, requiring the placement of fill material into approximately 53.39 acres of jurisdictional wetlands, 9.66 acres of man-made jurisdictional surface waters, and 3.40 acres of non-jurisdictional, isolated wetlands and surface waters. The project also includes temporary impacts to 0.016 acres of jurisdictional wetlands. The work described above is to be completed in accordance with the 25 pages of drawings [and 7 attachments] affixed at the end of this permit instrument.

**<u>Project Location</u>:** The project is located in the Cypress Creek watershed, bounded on the west by State Road 54, on the south by Cypress Creek, and on the east by Interstate 75, Pasco County, Florida, in Sections 22 and 27, Township 26 South, and Range 19 East.

**<u>Directions to site</u>:** From Tampa, take Interstate 275 and merge onto Interstate 75. Exit west onto State Road 56. The site is located on the north and south sides of State Road 56.

**<u>Latitude & Longitude</u>:**  Latitude:  28.19294 North
Longitude: 82.39138 West

```
PERMIT NUMBER:  SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 2 of 15
```

**Permit Conditions**

**General Conditions:**

    1.  The time limit for completing the work authorized ends on **December 31, 2013**.  If you find that you need more time to complete the authorized activity, submit your request for a time extension to this office for consideration at least one month before the above date is reached.

    2.  You must maintain the activity authorized by this permit in good condition and in conformance with the terms and conditions of this permit.  You are not relieved of this requirement if you abandon the permitted activity, although you may make a good faith transfer to a third party in compliance with General Condition 4 below.  Should you wish to cease to maintain the authorized activity or should you desire to abandon it without a good faith transfer, you must obtain a modification of this permit from this office, which may require restoration of the area.

    3.  If you discover any previously unknown historic or archeological remains while accomplishing the activity authorized by this permit, you must immediately notify this office of what you have found.  We will initiate the Federal and State coordination required to determine if the remains warrant a recovery effort or if the site is eligible for listing in the National Register of Historic Places.

    4.  If you sell the property associated with this permit, you must obtain the signature and the mailing address of the new owner in the space provided and forward a copy of the permit to this office to validate the transfer of this authorization.

    5.  If a conditioned water quality certification has been issued for your project, you must comply with the conditions specified in the certification as special conditions to this permit.  For your convenience, a copy of the certification is attached if it contains such conditions.

```
PERMIT NUMBER:  SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 3 of 15
```

   6.  You must allow representatives from this office to inspect the authorized activity at any time deemed necessary to ensure that it is being or has been accomplished in accordance with the terms and conditions of your permit.

**Special Conditions:**

   1.  Compensatory wetland mitigation

      a.  On-site wetland mitigation:  The Permittee must accomplish the following objectives in accordance with the approved compensatory wetland mitigation plan (Attachment 3):

         1)   5.34 acres forested wetland creation
         2)   8.01 acres herbaceous wetland creation
         3)   13.20 acres of littoral shelf vegetation within surface water management ponds
         4)   2.81 acres of shallow water (non-littoral shelf) vegetation within surface water quality ponds to include all such areas within 300 feet of the top of bank of Cypress Creek.

      b.  Off-site wetland mitigation:  The Permittee must accomplish the following objectives in accordance with the approved compensatory wetland mitigation plan (Attachment 3):

         1)   33.8 acres forested wetland preservation
         2)   4.9 acres herbaceous wetland preservation
         3)   19.4 acres herbaceous wetland creation
         4)   14.8 acres herbaceous wetland restoration
         5)   8.0 acres forested wetland enhancement
         6)   9.3 acres herbaceous wetland enhancement

AR015386

```
PERMIT NUMBER:  SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 4 of 15
```

    2.  In addition to the specific performance standards of the approved compensatory mitigation plan (Attachment 3), the Permittee must meet the following performance standards:

        a.  At least 80 percent cover by appropriate wetland species (i.e., FAC or wetter).

        b.  Less than 5 percent cover of Category I and II invasive exotic plant species, pursuant to the most current list established by the Florida Exotic Pest Plant Council at http://www.fleppc.org, and shall include the nuisance species primrose willow (*Ludwigia peruviana*), dogfennel (*Eupatorium capillifolium*), Bermudagrass (*Cynodon* spp.), Bahiagrass (*Paspalum notatum*), and cattail (*Typha* spp.).

        c.  Less than 20 percent mortality of planted wetland species.

    3.  For herbaceous mitigation areas, the Permittee must achieve the above performance standards by the end of the 5-year monitoring period, with no maintenance during the 5th year of monitoring. For forested mitigation areas, the Permittee must achieve the above performance standards by the end of the 10-year monitoring period, with no maintenance during the 10th year of monitoring. In the event that the above performance standards have not been achieved the Permittee must undertake a remediation program approved by the Corps in accordance with Special Condition 6 of this permit.

    4.  To show compliance with the performance standards the Permittee must complete the following:

        a.  Perform a time-zero monitoring event of the wetland mitigation area(s) within 60 days of completion of mitigation objectives.

        b.  Submit the time-zero report to the Corps within 60 days of completion of the monitoring event.  The report will include a paragraph depicting baseline conditions of the mitigation site(s) prior to initiation of the mitigation objectives and a detailed plan view drawing of all created, enhanced and/or restored mitigation areas.

```
PERMIT NUMBER:  SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 5 of 15
```

      c.  Perform semi-annual monitoring of the wetland mitigation areas for a period of no less than 3 years subsequent to completion of the mitigation objectives and annually thereafter.

      d.  Submit annual monitoring reports to the Corps within 60 days of completion of the monitoring event.

      e.  Monitor the mitigation area(s) and submit annual monitoring reports to the Corps until released in accordance with Special Condition 7 of this permit.

   5.  Annual monitoring reports must follow a 10-page maximum report format for assessing mitigation sites.  The Permittee must submit all documentation to the Corps on 8½-inch by 11-inch paper, and include the following:

      a.  Project Overview (1 Page):

         1) Corps Permit Number.

         2) Name and contact information of Permittee and consultant.

         3) Name of party responsible for conducting the monitoring and the date(s) the inspection was conducted.

         4) A summary paragraph defining the purpose for the approved project, acreage and type of aquatic resources impacted, and mitigation acreage and type of aquatic resources authorized to compensate for the aquatic impacts.

         5) Written description on the location and any identifiable information to locate the site perimeter(s).

         6) Directions to the mitigation site (from a major highway).

```
PERMIT NUMBER:  SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 6 of 15
```

      7) Dates compensatory mitigation commenced and/or was completed.

      8) Short statement on whether the performance standards are being met.

      9) Dates of any recent corrective or maintenance activities conducted since the previous report submission.

     10) Specific recommendations for any additional corrective or remedial actions.

    b. Requirements (1 page):  List the monitoring requirements and performance standards, as specified in the approved mitigation plan and special conditions of this permit, and evaluate whether the compensatory mitigation project site is successfully achieving the approved performance standards or trending towards success.

    c. Summary Data (maximum of 4 pages):  Data must be provided to substantiate the success and/or potential challenges associated with the compensatory mitigation project.  Any photo documentation must be dated and clearly labeled with the direction from which the photo was taken, and be identified on the appropriate maps.

    d. Maps (maximum of 3 pages):  Maps must be provided to show the location of the compensatory mitigation site relative to other landscape features, habitat types, locations of photographic reference points, transects, sampling data points, and/or other features pertinent to the mitigation plan.

    e. Conclusions (1 page):  A general statement must be included describing the conditions of the compensatory mitigation project.  If performance standards are not being met, a brief explanation of the difficulties and potential remedial actions proposed by the Permittee, including a timetable, must be provided.

  6. If the compensatory mitigation fails to meet the performance standards at the end of 5 years after the initiation of herbaceous mitigation activities has occurred, the

AR015389

```
PERMIT NUMBER:  SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 7 of 15
```

compensatory mitigation will be deemed unsuccessful.  If the compensatory mitigation fails to meet the performance standards at the end of 10 years after the initiation of forested mitigation activities has occurred, the compensatory mitigation will be deemed unsuccessful. Within 60 days of notification by the Corps that the mitigation is unsuccessful, the Permittee must submit to the Corps an alternate compensatory mitigation proposal to fully offset the functional loss that occurred as a result of the project.  The alternate mitigation proposal may be required to include additional mitigation to compensate for the temporal loss of wetland function associated with the unsuccessful compensatory mitigation activities.  The Corps reserves the right to fully evaluate, amend, and approve or reject the alternate compensatory mitigation proposal.  Within 120 days of Corps approval, the Permittee will complete the alternate compensatory mitigation proposal.

   7.   Your responsibility to complete the required compensatory mitigation, as set forth in Special Condition 1 of this permit will not be considered fulfilled until you have demonstrated mitigation success and have received written verification from the Corps. A mitigation area which has been released will require no further monitoring or reporting by the Permittee; however the Permittee, Successors and subsequent Transferees remain perpetually responsible to ensure that the mitigation area(s) remain in a condition appropriate to offset the authorized impacts in accordance with General Condition 2 of this permit.

   8.   The Permittee must provide to the Corps as-built drawings of the authorized work and an As-Built Certification Form (Attachment 6).  The drawings and Certification Form must be submitted to the Corps within 60 days of completion of the authorized work, or at the expiration of the construction window of this permit, whichever occurs first.  The drawings must be signed and sealed by a registered professional engineer and include the following:

       a.  A plan view drawing of the location of the authorized work footprint (as shown on the permit drawings) with an overlay of the work as constructed in the same scale as the attached permit drawings (8½-inch by 11-inch).  The drawing

AR015390

```
PERMIT NUMBER:  SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 8 of 15
```

should show all "earth disturbance," including wetland impacts, water management structures, and any on-site mitigation areas.

      b.  List any deviations between the work authorized by this permit and the work as constructed.  In the event that the completed work deviates, in any manner, from the authorized work, the Permittee shall describe, on the As-Built Certification Form, the deviations between the work authorized by this permit and the work as constructed.  Clearly indicate on the as-built drawings any deviations that have been listed.  Please note that the depiction and/or description of any deviations on the drawings and/or As-Built Certification Form does not constitute approval of any deviations by the U.S. Army Corps of Engineers.

      c.  The Department of the Army Permit number.

      d.  Include pre- and post-construction aerial photographs of the project site, if available.

   9.  The Permittee shall have legally sufficient conservation easements prepared to ensure that the following mitigation areas will remain in their natural state in perpetuity:

On-site mitigation areas including approximately 131.27 acres of aquatic resources and 15.24 acres of uplands as follows:

Mitigation Site M-1 (2.95 ac)
Mitigation Site M-2 (2.39 ac)
Mitigation Site M-3 (8.27 ac including 0.26 ac credited to FDOT)
Littoral shelf within Surface Water Management Pond A (2.58 ac)
Littoral shelf within Surface Water Management Pond C (3.18 ac)
Littoral shelf within Surface Water Management Pond D (3.81 ac)
Littoral shelf within Surface Water Management Pond E (3.63 ac)
Shallow water (non-littoral shelf) within Surface Water Management Pond D to include all such areas within 300 feet of the top of bank of Cypress Creek (1.45 ac)
Shallow water (non-littoral shelf) within Surface Water Management Pond E to include all such areas within 300 feet of the top of bank of Cypress Creek (1.36 ac)
101.65 acres of remaining wetlands
15.24 acres of upland buffer

```
PERMIT NUMBER:  SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 9 of 15
```

Off-site mitigation areas including approximately 130.5 acres of wetlands and 118.6 acres of uplands as follows:

```
33.8 acres forested wetland preservation
4.9 acres herbaceous wetland preservation
19.4 acres herbaceous wetland creation
14.8 acres herbaceous wetland restoration
8.0 acres forested wetland enhancement
9.3 acres herbaceous wetland enhancement
```

These on-site and off-site natural preserve areas will not be disturbed by any dredging, filling, land clearing, agricultural activities, planting, or other construction work whatsoever except as required or authorized by this permit.  The Permittee agrees that the only future utilization of the preserved areas in question will be as a purely natural area. To show compliance with this condition the Permittee shall maintain all existing conservation easements previously recorded with the Pasco County Clerk including the following:

   a. Off-site mitigation:  Bk 7478, pp. 1688-1697, April 30, 2007.
   b. On-site mitigation:  Bk 7509, pp. 649-676, May 23, 2007.
   c. On-site mitigation:  Bk 8031, pp. 1575-1595, March 3, 2009.
   d. On-site mitigation:  Bk 8059, pp. 988-991, April 9, 2009.

The conservation easement for FDOT-owned areas (Wetland L3 and Mitigation Area M-3) shall be recorded and provided to the Corps no later than September 3, 2012.  The recorded conservation easement must be accompanied by a title insurance policy in an amount equal to the current market value of the property.

   10.  The Grantee shall not assign its rights or obligations under this conservation easement except to another organization qualified to hold such interests under the applicable state and federal laws, including §704.06 Florida Statutes, and committed to holding this conservation easement exclusively for conservation purposes.  The Corps shall be notified in writing of any intention to reassign the conservation easement to a new grantee and must approve the selection of the grantee.  The new grantee must accept the assignment in writing and a copy of this acceptance delivered to the Corps.  The conservation easement must then be re-recorded

```
PERMIT NUMBER:  SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 10 of 15
```

and indexed in the same manner as any other instrument affecting title to real property and a copy of the recorded conservation easement furnished to the Corps.

11. The Permittee will comply with the terms and conditions of the document titled "Cypress Creek Town Center Surface Water Quality Monitoring Plan" and dated February 26, 2007 (Attachment 4). All reports generated in support of this plan shall be submitted to the Corps.

12. Within 60 days of final grading of stormwater ponds "A" and "D", the Permittee shall plant a continuous hedge of native trees and/or tall shrubs between each pond and the adjacent development and/or roads.

13. That the permittee will comply with the terms and conditions of the 2004 <u>Standard Protection Measures for the Eastern Indigo Snake</u>, attached.

14. The Environmental Resource Permit (ERP) No. 43026931.001 and special conditions are made a part of this DA permit. For the purposes of compliance with this DA permit, where the conditions of the ERP and DA permits conflict, the DA permit shall apply.

15. A modification of ERP No. 43026931.001 does not automatically constitute a modification of this DA permit. If the Permittee proposes to change any part of the authorized activity, including the mitigation, it is the Permittee's responsibility to request a modification of this DA permit from this office.

16. All reports, documentation and correspondence required by the conditions of this permit must be submitted to the following address: U.S. Army Corps of Engineers, Regulatory Division, Enforcement Section, P.O. Box 4970, Jacksonville, FL 32232.

17. The Permittee recognizes that a portion of Mitigation Area M-3, consisting of 0.26 acre, was credited to the Florida Department of Transportation (FDOT) for a separate Corps permit. However, the Permittee shall continue to maintain, monitor, and

```
PERMIT NUMBER:  SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 11 of 15
```

protect in perpetuity the entirety of Mitigation Area M-3 (8.27 acres), including the 0.26 acre portion credited to FDOT, consistent with Special Conditions 1-10.

    18. The littoral shelves and shallow water areas within each pond (Ponds A, C, D, and E) must be planted within 1 year of establishing final grade and ground cover within the respective pond drainage basins. Planting shall occur no later than May 15, 2019.

**Further Information:**

    1. Congressional Authorities: You have been authorized to undertake the activity described above pursuant to:

    ( ) Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. 403).

    (X) Section 404 of the Clean Water Act (33 U.S.C. 1344).

    ( ) Section 103 of the Marine Protection, Research and Sanctuaries Act of 1972 (33 U.S.C. 1413).

    2. Limits of this authorization.

        a. This permit does not obviate the need to obtain other Federal, State, or local authorizations required by law.

        b. This permit does not grant any property rights or exclusive privileges.

        c. This permit does not authorize any injury to the property or rights of others.

        d. This permit does not authorize interference with any existing or proposed Federal projects.

AR015394

```
PERMIT NUMBER: SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 12 of 15
```

   3. Limits of Federal Liability.  In issuing this permit, the Federal Government does not assume any liability for the following:

      a. Damages to the permitted project or uses thereof as a result of other permitted or unpermitted activities or from natural causes.

      b. Damages to the permitted project or uses thereof as a result of current or future activities undertaken by or on behalf of the United States in the public interest.

      c. Damages to persons, property, or to other permitted or unpermitted activities or structures caused by the activity authorized by this permit.

      d. Design or construction deficiencies associated with the permitted work.

      e. Damage claims associated with any future modification, suspension, or revocation of this permit.

   4. Reliance on Applicant's Data:  The determination of this office that issuance of this permit is not contrary to the public interest was made in reliance on the information you provided.

   5. Reevaluation of Permit Decision:  This office may reevaluate its decision on this permit at any time the circumstances warrant.  Circumstances that could require a reevaluation include, but are not limited to, the following:

      a. You fail to comply with the terms and conditions of this permit.

      b. The information provided by you in support of your permit application proves to have been false, incomplete, or inaccurate (see 4 above).

      c. Significant new information surfaces which this office did not consider in reaching the original public interest decision.

AR015395

```
PERMIT NUMBER:  SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 13 of 15
```

Such a reevaluation may result in a determination that it is appropriate to use the suspension, modification, and revocation procedures contained in 33 CFR 325.7 or enforcement procedures such as those contained in 33 CFR 326.4 and 326.5.  The referenced enforcement procedures provide for the issuance of an administrative order requiring you comply with the terms and conditions of your permit and for the initiation of legal action where appropriate.  You will be required to pay for any corrective measures ordered by this office, and if you fail to comply with such directive, this office may in certain situations (such as those specified in 33 CFR 209.170) accomplish the corrective measures by contract or otherwise and bill you for the cost.

   6.  Extensions:  General Condition 1 establishes a time limit for the completion of the activity authorized by this permit.  Unless there are circumstances requiring either a prompt completion of the authorized activity or a reevaluation of the public interest decision, the Corps will normally give favorable consideration to a request for an extension of this time limit.

PERMIT NUMBER: SAJ-2003-2336 (IP-TEH)
PERMITTEE: SIERRA PROPERTIES I, LLC
PAGE 14 of 15

Your signature below, as permittee, indicates that you accept and agree to comply with the terms and conditions of this permit.

_____    9-2-09
(PERMITTEE)                                (DATE)

SIERRA Properties I, LLC By JOHN R SIERRA, Jr PRESIDENT
(PERMITTEE NAME-PRINTED)

This permit becomes effective when the Federal official, designated to act for the Secretary of the Army, has signed below.

Charles A Schnepel                         9/3/09
(DISTRICT ENGINEER)                        (DATE)
Alfred A. Pantano, Jr.
Colonel, U.S. Army
District Commander

AR015397

```
PERMIT NUMBER:  SAJ-2003-2336 (IP-TEH)
PERMITTEE:  SIERRA PROPERTIES I, LLC
PAGE 15 of 15
```

### Attachments to Department of the Army
### Permit Number SAJ-2003-2336 (IP-TEH)

1.  PERMIT DRAWINGS:  25 pages.

2.  WATER QUALITY CERTIFICATION: Specific Conditions of the water quality permit/certification in accordance with General Condition number 5 on page 2 of this DA permit.  21 pages.

3.  MITIGATION PLAN:  66 pages.

4.  SURFACE WATER QUALITY MONITORING PLAN: 10 pages, dated February 26, 2007.

5.  STANDARD PROTECTION MEASURES FOR THE EASTERN INDIGO SNAKE: 1 page, dated February 12, 2004.

6. AS-BUILT CERTIFICATION BY PROFESSIONAL ENGINEER FORM: 2 pages.

7. DEPARTMENT OF THE ARMY PERMIT TRANSFER REQUEST FORM: 1 page.