UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SIERRA CLUB, *et al.*,

      Plaintiffs,

v.                                                                                                Civ. No. 1:07-cv-01756-RCL

LT. GEN. ROBERT L. VAN ANTWERP, *et al.*,

      Defendants,

SIERRA PROPERTIES*, et al.*,

      Intervening Defendants.
_____/

## [PROPOSED] ORDER AND JUDGMENT

In accordance with the Court's Order [91] and accompanying Memorandum Opinion [92], both dated June 30, 2010, and upon consideration of the parties submissions on remedy, it is hereby

ORDERED that the United States Army Corps of Engineers permit at issue is remanded to the Army Corps of Engineers.

It is ORDERED that final judgment is entered in favor of Plaintiffs and against Defendants with regard to Plaintiffs' claims under the National Environmental Policy Act and the Clean Water Act.

It is further ORDERED that final judgment is entered in favor of Defendants and against Plaintiffs with regard to Plaintiffs' claims under the Endangered Species Act.

SO ORDERED.

Dated:

_____
Royce C. Lamberth
Chief Judge
United States District Court