UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, CLEAN WATER ACTION, GULF RESTORATION NETWORK, CHRIS LOY, and RICHARD SOMMERVILLE,<br><br>    Plaintiffs,<br><br>v.<br><br>LT. GEN. ROBERT L. VAN ANTWERP, in his official capacity as Chief of Engineers, U.S. Army Corps of Engineers, DIRK KEMPTHORNE, in his official capacity as Secretary, U.S. Department of the Interior, and H. DALE HALL, in his official capacity as Director, U.S. Fish and Wildlife Service,<br><br>    Defendants,<br><br>and<br><br>SIERRA PROPERTIES I, LLC, PASCO 54, LTD., PASCO RANCH, INC., AND JG CYPRESS CREEK LLC,<br><br>    Intervening Defendants. | Civil Action No. 1:07-cv-01756 (RCL) |

## DECLARATION OF THOMAS P. SCHMITZ

I, Thomas P. Schmitz, declare as follows:

1. I am currently employed as Assistant Vice President – Construction Southwest Florida Region for REJ Realty LLC. I am a civil engineer registered in Wisconsin, and have been registered in fifteen other states in the past. My responsibilities include coordination of permits, design, and construction of Cypress Creek Town Center ("CCTC") in Pasco County, Florida.

2. Sierra Properties I, LLC, JG Cypress Creek LLC (in which REJ Realty LLC has an ownership interest), and related entities (collectively, the "Developers") are constructing CCTC, a multi-use development that will include a regional mall, a variety of retail stores, financial institutions, hotels, restaurants, theaters, offices, and multi-family residential housing.

3. On May 15, 2007, the U.S. Army Corps of Engineers ("Corps") issued a permit


EXHIBIT A

under Section 404 of the Clean Water Act to Sierra Properties I, LLC for development of CCTC (the "Permit").

4. The Permit authorized the filling of approximately 53.39 acres of Corps jurisdictional wetlands.

5. Site development and construction work for CCTC commenced on June 2, 2007, shortly after issuance of the Permit.

6. Prior to November 1, 2007, as part of routine site preparation and grading, all of the wetlands authorized for impact under the Permit (except .509 acres) were demucked and filled to at least one foot above original grade. (The remaining .509 acres were part of a portion of land that was conveyed to the Florida Department of Transportation ("FDOT") for the widening of State Road 54/State Road 56, and were subsequently filled.).

7. On February 1, 2008, the Corps suspended the Permit as a result of four discrete discharges of turbid water into Cypress Creek. These discharges were caused by the site work contractor's failure to properly install and maintain erosion control measures during unusual storm events. Shortly thereafter, the Court granted the Corps' request for voluntary remand of the Permit.

8. Immediately prior to the Permit suspension, approximately 150 people were employed at the project site. When construction of the project recommences, approximately 1,000 people will be employed at the project site. Once completed, the project is expected to create approximately 4,000 permanent jobs. Currently, only a handful of people are working at the CCTC site.

9. During the 18-month remand period, the only work done on the CCTC site was the installation of additional erosion control and other site stabilization measures approved by the Corps. The Corps reinstated the Permit on September 3, 2009.

10. Pursuant to the Pasco County Development Order ("DO") for the CCTC project, Developers conveyed 10.806 acres of the CCTC site to Pasco County for the extension of County Road 54, of which 2.724 acres were Corps jurisdictional wetlands. The Developers also conveyed another 3.622 acres of the CCTC site to FDOT for the widening of State Road 54/State Road 56, .509 acres of which were Corps jurisdictional wetlands.

11. As part of the DO, Developers were required to extend County Road 54 and widen State Road 54/State Road 56.

12. The construction associated with the extension of County Road 54 is over 50% completed, and is expected to be completed by October 2010.

13. The widening of State Road 54/State Road 56 has been completed.

14. To date, Developers have spent approximately $37,800,000 in costs (excluding land acquisition costs) associated with the CCTC project, including:

- project design and engineering services;

- site development (including mass grading, installation of storm sewers, installation of sanitary sewers, installation of watermains, installation of electric/telephone infrastructure, installation of CATV utilities, pouring foundations, and building a large floor slab);

- the acquisition of offsite wetland mitigation areas, and creation, restoration, and enhancement of a total of more than 115.26 acres onsite and 130.5 acres offsite to compensate for the loss of 53.39 wetland acres on the site; and

- the County Road 54 and State Road 54/State Road 56 projects.

15. The former CCTC wetland areas that have been demucked and filled are located throughout the site, including areas where critical features of the project's stormwater management system have been constructed, 2.724 acres under the partially-built Pasco County Road 54 extension, and .509 acres under State Road 54/State Road 56.

16. Excavating and restoring the 53.39 acres of former wetlands is not practicable, and would pose a risk to the environment.

17. Attempting to restore the 2.724 acres under County Road 54 and the .509 acres under State Road 54/State Road 56 would require excavating portions of those roads, thus leaving both roads in a damaged, unfinished (and possibly unstable) and unusable condition.

18. The former wetland areas where critical features of the project's stormwater management system have been constructed cannot be restored without interfering with the design and operation of the system. It would entail, among other things, redesigning the stormwater management system. Even assuming a redesigned system would be feasible, making any changes to the stormwater management system would require obtaining prior approval from the Southwest Florida Water Management District, which issued the Environmental Resource Permit/Water Quality Certification for the CCTC project.

19. Other portions of former wetlands are underneath internal roads within the CCTC site (in addition to County Road 54 and State Road 54/State Road 56). Infrastructure such as piping, sewers, and electric conduits run through other areas of the site where former wetlands existed. Any excavation of these areas would require destroying the internal roads and excavating the infrastructure components. The project would have to be significantly redesigned to relocate these roads and other infrastructure of the site.

20. The property has already been platted and approved, and any changes necessitated by excavating former wetlands would require replatting and obtaining new development-related approvals.

21. Other portions of the site that contained former wetland areas have been sold, multiple building foundations have been placed in those areas, and a concrete floor slab has already been poured on the largest parcel that has been sold. The Developers no longer own or

control many areas, now filled, that were once wetlands.

22.  Developers will likely lose a substantial portion of their financial investment in the project if the Court vacates the CCTC Permit or enters injunctive relief. They will also incur substantial additional costs necessary to maintain and preserve the site, which is currently in a partially developed condition. They will suffer significant economic harm if the Court enters an injunction precluding all work on the site or requiring the excavation and restoration of former Corps jurisdictional wetlands that were filled pursuant to the CCTC Permit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __July 20, 2010__

_____
Thomas P. Schmitz