UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIERRA CLUB, CLEAN WATER
ACTION, GULF RESTORATION
NETWORK, CHRIS LOY, and RICHARD
SOMMERVILLE,

        Plaintiffs,

        v.

LT. GEN. ROBERT L. VAN ANTWERP,
in his official capacity as Chief of
Engineers, U.S. Army Corps of Engineers,
DIRK KEMPTHORNE, in his official
capacity as Secretary, U.S. Department of       Civil Action No.  1:07-cv-01756 (RCL)
the Interior, and H. DALE HALL, in his
official capacity as Director, U.S. Fish and
Wildlife Service,

        Defendants,

    and

SIERRA PROPERTIES I, LLC, PASCO
54, LTD., PASCO RANCH, INC.,
AND JG CYPRESS CREEK LLC,

        Intervening Defendants.

## DECLARATION OF EVA BAILEY

    1.    I am currently employed as a Vice President at Entrix, a national environmental
consulting firm.  As manager of the Mitigation Section at Entrix, I oversee the design of
ecological monitoring programs (based on environmental permits), implementation of
quantitative sampling regimes, interactions/negotiations with agencies regarding permit
compliance and ecological monitoring efforts.  I also manage staff that conducts a
comprehensive array of mitigation services, habitat restoration/enhancement, planting design
work and installation, lake management, and programs to control nuisance and exotic plant
species.

    2.    I was personally involved with developing the wetlands mitigation plan for the
Cypress Creek Town Center ("CCTC") project, and am responsible for ensuring compliance
with the mitigation plan, which is incorporated into the U.S. Army Corps of Engineers ("Corps")
permit for CCTC.



EXHIBIT

C

3.     The mitigation required to compensate for the 53.89 acres of onsite wetland impacts authorized under the CCTC permit consists of the creation, enhancement, restoration, and preservation of onsite and offsite wetlands. With the exception of minor plantings of littoral shelves in the onsite stormwater ponds, all onsite and offsite mitigation required under the mitigation plan has been completed.[1]

4.     The onsite mitigation required under the plan includes creation of 13.61 acres of onsite wetlands and enhancement, restoration, and preservation of 101.65 acres of existing onsite wetlands. Onsite mitigation area M-3 (8.27 acres) was completed in August 2007, onsite mitigation area M-1 (2.95 acres) was completed in November 2007, and onsite mitigation area M-2 (2.39 acres) was completed in July 2008. The land where mitigation areas M-1, M-2, and M-3 are constructed was previously primarily pasture. An aerial photograph that depicts these areas prior to the CCTC mitigation is attached as Exhibit A. Currently, these wetlands created in 2007 and 2008 are providing significant wildlife habitat functions, as documented by Exhibit B (a photograph of an incubating Florida Sandhill Crane). Photographs reflecting how these three areas look now are attached as Exhibit C.

5.     The offsite mitigation required under the CCTC permit mitigation plan also included the creation, enhancement, restoration, and preservation of 130.5 acres of wetlands on a 250-acre tract in southeastern Pasco County (the "Alston Tract"). The offsite mitigation was completed in December 2007. Prior to issuance of the CCTC permit, the Alston Tract consisted of bahia grass dominated pasture, poor quality wetlands, and a slough system that was open wet pasture and wet prairie with no trees other than a few pines. Today, the Alston Tract consists of a mosaic of 130.5 acres of high value, newly created, restored, and enhanced wetlands, and upland areas that have been preserved and enhanced. The most recently submitted monitoring report (includes November 2009 and May 2010 sections) for the Alston Tract mitigation is attached hereto as Exhibit D. Photographs of the Alston Tract before and during the mitigation work, and during the monitoring event, are contained in the monitoring report at the end of each section of the monitoring report.

6.     The onsite and offsite wetland mitigation has succeeded and is in compliance with the CCTC permit mitigation plan. This mitigation has fully compensated for the 53.89 acres of onsite wetlands that were filled in accordance with the Corps permit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _19 July 2010_

_EBailey_

Eva Bailey

---

[1] The Corps has approved postponing the planting of the littoral shelves in the onsite ponds until after the project is completed and the stormwater control structures are fully functional.



M3

M2

M1

**EXHIBIT**

A

**Legend**

Proje

Exhibit B



Florida Sandhill Crane incubating eggs in Mitigation Area M-1

















# Cypress Creek Town Center

## Alston Tract November 2009 Monitoring Report (Event 1)

## SWFWMD Permit Number 43026931.001

## COE Permit Number SAJ-2003-2336

## Pasco County

---

PREPARED FOR:

MR. THOMAS FARRELL
ENFORCEMENT BRANCH
U.S. ARMY CORPS OF ENGINEERS
10117 PRINCESS PALM DRIVE
SUITE 120
TAMPA, FL 33610

MS. DIANE KIBITLEWSKI
PERMITS DATA GROUP
SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT
2379 BROAD STREET
BROOKSVILLE, FL 34609

PREPARED BY

John J. Bailey, PWS
Project Scientist

Eva E. Bailey, PWS
Vice President



ENTRIX
Down to Earth. Down to Business.™

3905 Crescent Park Dr. ▪ Riverview, FL 33578  ▪  T 813.664.4500  ▪  F 813.664.0440



EXHIBIT

D

## 1.0    INTRODUCTION

The Alston mitigation site is approximately 249 acres in size and consists of a mosaic of wetland preservation (38.7 ac.), upland preservation (106.7 ac.), wetland enhancement (45.7 ac.), upland enhancement (23.2 ac.), wetland restoration (14.8 ac.) and wetland creation (19.4 ac.). The mitigation is provided to compensate for wetland impacts associated with the Cypress Creek Town Center Project. All active enhancement, restoration and creation is located on the southern 125 acres of the property. The northern half of the property consists of a large block of preserved wetlands and uplands. The southern block of the property consists of wetlands that were hydrologically enhanced by the creation of berms and ditch blocks to increase the hydroperiod of these areas.

The central portion of the project site, prior to initiation of the project, consisted of an area of bahia grass (*Paspalum notatum*) dominated pasture surrounding a number of isolated and contiguous wetlands that had been severely degraded by cattle grazing and timbering (Appendix A, Photos 1 through 5). The bahia grass sod layer was stripped off to a depth of approximately 6 inches in June of 2007 (Appendix A, Photo 6 and 6A). Soon thereafter hog fencing was installed around the restoration portion of the property (Appendix A, Photo 7 and 8). A donor site of natural flatwoods located approximately 2 miles to the east of the Alston site (Fox Branch Ranch) was burned in July of 2007 in order to induce seed production in the native plant community. Seed from the donor site was collected by hand and harvested with a green silage cutter and flail vacuum in December of 2007 (See Appendix A, photos 9 through 13). The seed and mulch was then sprigged in at the Alston restoration site.

## 2.0    METHODS

Twenty one monitoring stations were established on the project site (Figure 1. Monitoring Station Locations). The locations of the areas to be monitored were chosen in the office and at least one station was established in each of the habitat types shown. A 6-foot length of iron rebar was installed at each photo station to allow it to be located for future monitoring events. Photos from each station are included as Appendix B. The following information was collected in the general vicinity of each monitoring location.

a. Color photographs taken from fixed reference points (the direction of the photos is shown in Figure 1).
b. Estimates of total percent cover of vegetation.
c. A list of species present (trees, shrubs and herbs) with an estimate of percent cover.
d. Total percent cover of desirable species based on visual estimates.
e. Percent cover of each nuisance and/or exotic species based on visual estimates.
f. Observations of wildlife use.

## 3.0    RESULTS

## UPLAND ENHANCEMENT – 23.2 ACRES (SWFWMD ONLY)

| Scientific Name | Common Name | Percent Cover by Sample Point | | | | |
|---|---|---|---|---|---|---|
| | | 7 | 11 | 15 | 16 | 18 |
| **Herbaceous Species** | | | | | | |
| Bare ground | - | 30 | - | - | - | - |
| Andropogon sp. | broom-sedge | - | - | - | 5 | - |
| Andropogon virginicus | broom-sedge bluestem | 10 | 5 | 50 | 60 | 30 |
| Aristida stricta | wiregrass | 50 | 90 | 50 | 20 | 5 |
| Baccharis halimifolia | groundsel bush | - | - | - | - | - |
| Cyperus surinamensis | tropical flatsedge | - | 1 | - | 1 | - |
| Elephantopus elatus | elephant's foot | 1 | 1 | 1 | 1 | 1 |
| Eragrostis elliottii | Elliott's lovegrass | - | 30 | - | - | 40 |
| Eupatorium capillifolium | dog fennel | 1 | - | - | - | - |
| Eupatorium rotundifolium | round-leaf thoroughwort | - | 1 | 1 | 1 | 1 |
| Euthamia minor | flat topped goldenrod | 1 | - | - | 40 | 10 |
| Fimbristylis autumnalis | slender fimbry | - | - | - | - | 1 |
| Hypericum reductum | Atlantic St. John's wort | 1 | - | - | - | - |
| Juncus megacephalus | big-head rush | 1 | - | 1 | - | - |
| Liatris sp. | blazing star | - | - | - | - | 1 |
| Ludwigia octovalvis | anglestem water-primrose | 1 | 5 | 5 | - | - |
| Myrica cerifera | wax myrtle | - | - | - | - | 1 |
| Polypremum procumbens | rustweed | - | 20 | 30 | 50 | 20 |
| Pterocaulon pycnostachyum | blackroot | 1 | - | - | - | - |
| Rhynchospora microcephala | capitate beakrush | 1 | - | - | - | - |
| Scoparia dulcis | sweetbroom | 1 | 1 | 1 | 1 | 1 |
| Xyris sp. | yellow-eyed grass | - | - | 1 | 1 | |
| **Shrub Species** | | | | | | |
| Callicarpa americana | beautyberry | - | - | - | - | - |
| Ilex glabra | gallberry | - | - | 1 | 1 | - |
| Serenoa repens | saw palmetto | 1 | - | - | 1 | 1 |
| Vaccinium darrowii | Darrow's blueberry | 1 | - | - | - | - |
| **Tree Species** | | | | | | |
| Pinus elliottii var. densa | south Florida slash pine | 1 | 1 | 1 | 1 | 1 |
| Pinus palustris | longleaf pine | - | - | - | 1 | - |
| **Summary** | | | | | | |
| | Total Cover: | 70 | 100 | 100 | 100 | 100 |
| | Total Cover by Undesirable/Invasive | 0 | 0 | 0 | 0 | 0 |

This area currently meets all success criteria with the exception of shrub cover and tree height.

## Savannah – 19.4 acres

| Scientific Name | Common Name | Percent Cover by Sample Point | | | |
|---|---|---|---|---|---|
| | | 2 | 6 | 10 | 13 |
| **Herbaceous Species** | | | | | |
| *Amphicarpum muhlenbergianum* | blue maidencane | 3 | - | - | - |
| *Andropogon virginicus* | broom-sedge bluestem | 30 | 40 | 20 | 15 |
| *Aristida stricta* | wiregrass | 35 | 20 | 10 | 10 |
| *Coreopsis* sp. | tickseed | 1 | - | - | - |
| *Cyperus surinamensis* | tropical flatsedge | 1 | - | - | 1 |
| *Eragrostis elliottii* | Elliott's lovegrass | 20 | 60 | - | 25 |
| *Eupatorium capillifolium* | dog fennel | 1 | - | 1 | - |
| *Eupatorium rotundifolium* | round-leaf thoroughwort | 1 | 1 | - | - |
| *Euthamia minor* | flat topped goldenrod | 1 | 1 | - | 15 |
| *Euthamia minor* | flat topped goldenrod | - | - | 1 | - |
| *Ludwigia maritima* | seaside seabox | 1 | - | - | - |
| *Ludwigia repens* | creeping seedbox | - | - | 5 | - |
| *Lyonia lucida* | fetterbush | - | - | - | 1 |
| *Myrica cerifera* | wax myrtle | - | - | - | 1 |
| *Panicum longifolium* | thin tall panicgrass | 20 | - | 50 | 1 |
| *Polypremum procumbens* | rustweed | 20 | 10 | 10 | 80 |
| *Rhynchospora microcephala* | capitate beakrush | 1 | - | - | - |
| *Scoparia dulcis* | sweetbroom | 1 | 1 | 1 | 1 |
| *Solidago fistulosa* | pinebarren goldenrod | 1 | - | - | - |
| *Solidago fistulosa* | pinebarren goldenrod | - | 1 | - | - |
| *Xyris* sp. | yellow-eyed grass | 20 | 1 | - | - |
| **Shrub Species** | | | | | |
| *Baccharis halimifolia* | groundsel bush | 1 | - | - | - |
| *Viburnum nudum* | possum haw | 1 | - | - | 1 |
| **Tree Species** | | | | | |
| *Pinus elliottii* | slash pine | - | - | 1 | - |
| **Summary** | | | | | |
| | Total Cover: | 100 | 100 | 100 | 100 |
| | Total Cover by Undesirable/Invasive | 0 | 0 | 0 | 0 |

This area currently meets all success criteria.

## Wet Prairie – 14.8 acres

| Scientific Name | Common Name | Percent Cover by Sample Point | | |
|---|---|---|---|---|
| | | 4 | 17 | 21 |
| **Herbaceous Species** | | | | |
| *Amphicarpum muhlenbergianum* | blue maidencane | 5 | 1 | - |
| *Andropogon virginicus* | broom-sedge bluestem | 20 | - | 20 |
| *Aristida stricta* | wiregrass | 70 | - | 30 |
| *Coreopsis Leavenworthii* | Leavenworth's tickseed | - | 1 | - |
| *Cyperus surinamensis* | tropical flatsedge | 1 | 1 | 1 |
| *Bidens alba* | beggar-ticks | 5 | - | - |
| *Diodia virginiana* | buttonweed | - | 1 | - |
| *Eleocharis radicans* | rooted spikerush | 40 | 70 | - |
| *Elephantopus elatus* | elephant's foot | - | - | 1 |
| *Eragrostis elliottii* | Elliott's lovegrass | 10 | 1 | 10 |
| *Eupatorium rotundifolium* | round-leaf thoroughwort | - | - | 1 |
| *Euthamia minor* | flat topped goldenrod | 1 | - | 1 |
| *Hydrocotyle umbellata* | pennywort | - | 1 | - |
| *Hypericum reductum* | Atlantic St. John's wort | - | - | 1 |
| *Juncus effuses* | soft rush | - | 1 | - |
| *Juncus marginatus* | grass leaf rush | 1 | - | - |
| *Juncus megacephalus* | big-head rush | 1 | - | - |
| *Ludwigia maritime* | seaside seabox | - | - | 1 |
| *Ludwigia octovalvis* | anglestem water-primrose | 1 | - | 1 |
| *Ludwigia repens* | creeping seedbox | 30 | 40 | 1 |
| *Panicum longifolium* | thin tall panicgrass | 40 | - | - |
| *Polygonum hydropiperoides* | mild water-pepper | - | 1 | - |
| *Pontederia cordata* | pickerelweed | 1 | - | - |
| *Proserpinaca palustris* | mermaid-weed | 20 | - | 70 |
| *Scoparia dulcis* | sweetbroom | 1 | - | 1 |
| *Sesbania herbacea* | hemp sesban | - | - | - |
| *Solidago fistulosa* | pinebarren goldenrod | 1 | - | - |
| *Solidago fistulosa* | pinebarren goldenrod | - | 1 | - |
| *Xyris* sp. | yellow-eyed grass | - | 1 | - |
| **Shrub Species** | | | | |
| *Ilex glabra* | gallberry | - | - | 1 |
| **Summary** | | | | |
| | Total Cover: | 100 | 100 | 100 |
| | Total Cover by Undesirable/Invasive | 0 | 0 | 0 |

This area currently meets all success criteria.

## Slough Enhancement – 4.2 acres

| Scientific Name | Common Name | Percent Cover by Sample Point | |
|---|---|---|---|
| | | 1 (short hyd) | 3 (long hyd) |
| **Herbaceous Species** | | | |
| *Andropogon glomeratus* | broom sedge | 40 | - |
| *Commelina diffusa* | spreading dayflower | 1 | - |
| *Cyperus surinamensis* | tropical flatsedge | 1 | 1 |
| *Eleocharis radicans* | rooted spikerush | 10 | 50 |
| *Erianthus giganteus* | sugarcane plume grass | 1 | - |
| *Eriocaulon* sp. | pipewort | 1 | - |
| *Eupatorium capillifolium* | dog fennel | 1 | 1 |
| *Euthamia minor* | flat topped goldenrod | 1 | - |
| *Hydrochloa carolinensis* | water grass | - | 1 |
| *Hyptis alata* | musky bushmint | 1 | - |
| *Juncus effusus* | soft rush | 20 | 5 |
| *Juncus megacephalus* | big-head rush | - | 1 |
| *Juncus repens* | creeping rush | - | 5 |
| *Panicum hemitomon* | maidencane | 1 | 1 |
| *Panicum longifolium* | thin tall panicgrass | 25 | - |
| *Panicum repens* | torpedo grass | 15 | 5 |
| *Polygonum hydropiperoides* | mild water-pepper | 1 | - |
| *Pontederia cordata* | pickerelweed | 5 | 10 |
| *Sagittaria graminea* | grassy arrowhead | 1 | 1 |
| *Scoparia dulcis* | sweetbroom | 1 | - |
| **Shrub Species** | | | |
| *Cephalanthus occidentalis* | buttonbush | - | 1 |
| *Photinia pyrifolia* | red chokecherry | 1 | 1 |
| **Tree Species** | | | |
| *Fraxinus caroliniana* | pop ash | - | 1 |
| *Pinus elliottii var. densa* | south Florida slash pine | - | - |
| *Taxodium ascendens* | pond cypress | 20/ac | 360/ac |
| **Summary** | | | |
| | Total Cover: | 100 | 70 |
| | Total Cover by Undesirable/Invasive | 15 | 5 |

This area meets the herbaceous cover success criteria but is lacking in tree density, height and canopy cover, shrub cover and exceeds the allowable cover by invasive species.

## Marsh Enhancement – 7.9 acres

| Scientific Name | Common Name | Percent Cover by Sample Point | | |
|---|---|---|---|---|
| | | 9 | 19 | 20 |
| **Herbaceous Species** | | | | |
| *Alternanthera philoxeroides* | alligator weed | 1 | - | 1 |
| *Cephalanthus occidentalis* | buttonbush | - | - | - |
| *Coreopsis leavenworthii* | Leavenworth's tickseed | - | - | 1 |
| *Cyperus surinamensis* | tropical flatsedge | 1 | 1 | 1 |
| *Diodia virginiana* | buttonweed | 1 | - | - |
| *Eleocharis baldwinii* | Baldwin's spikerush | 5 | - | |
| *Eleocharis radicans* | rooted spikerush | 60 | 50 | 50 |
| *Eragrostis elliottii* | Elliott's lovegrass | 1 | - | - |
| *Euthamia minor* | flat topped goldenrod | 1 | - | - |
| *Hydrochloa carolinensis* | water grass | - | - | 1 |
| *Hymenocallis* sp. | spider-lily | - | - | 1 |
| *Hypericum reductum* | Atlantic St. John's-wort | - | - | - |
| *Ilex glabra* | gallberry | - | - | - |
| *Juncus effusus* | soft rush | 1 | 1 | 1 |
| *Juncus repens* | creeping rush | 5 | - | - |
| *Lachnocaulon* sp. | pipewort | 1 | - | - |
| *Ludwigia repens* | creeping seedbox | - | 30 | 50 |
| *Polygonum hydropiperoides* | mild water-pepper | 5 | - | - |
| *Pontederia cordata* | pickerelweed | 5 | - | 5 |
| *Sacciolepis striata* | American cupscale grass | 5 | 10 | 1 |
| *Sagittaria lancifolia* | lance leaved arrowhead | - | 1 | - |
| *Solidago fistulosa* | pinebarren goldenrod | 1 | - | - |
| **Tree Species** | | | | |
| *Fraxinus caroliniana* | pop ash | 1% – 3 trees | 1% – 5 trees | - |
| *Taxodium ascendens* | pond cypress | - | 1% – 15 trees | - |
| **Summary** | | | | |
| | Total Cover: | 70 | 90 | 100 |
| | Total Cover by Undesirable/Invasive | <1 | 0 | <1 |

This area meets all success criteria.

## Wetland Enhancement -1.4 acre

| Scientific Name | Common Name | Percent Cover by Sample Point | |
|---|---|---|---|
| | | 12 | 14 |
| **Herbaceous Species** | | | |
| *Eleocharis radicans* | rooted spikerush | 70 | 50 |
| *Eragrostis elliottii* | Elliott's lovegrass | 1 | 5 |
| *Eupatorium capillifolium* | dog fennel | - | 1 |
| *Euthamia minor* | flat topped goldenrod | - | 1 |
| *Gelsemium sempervirens* | yellow Jessamine | - | - |
| *Juncus repens* | creeping rush | - | 1 |
| *Lachnocaulon* sp. | pipewort | 10 | - |
| *Lindernia grandiflora* | savannah false-pimpernel | 10 | 10 |
| *Ludwigia repens* | creeping seedbox | 30 | 15 |
| *Panicum longifolium* | thin tall panicgrass | - | 20 |
| *Panicum rigidulum* | redtop panic grass | - | 5 |
| *Pontederia cordata* | pickerelweed | 1 | 1 |
| *Sagittaria graminea* | grassy arrowhead | 1 | - |
| *Solidago fistulosa* | pinebarren goldenrod | - | 1 |
| **Tree Species** | | | |
| *Fraxinus caroliniana* | pop ash | 1% (8-10 trees) | - |
| *Taxodium ascendens* | pond cypress | - | 1% (10-15 trees) |
| **Summary** | | | |
| | Total Cover: | 100 | 100 |
| | Total Cover by Undesirable/Invasive | 0 | 0 |

This area meets all success criteria.

### Forested Wetland Enhancement – 3.8 acres

| Scientific Name | Common Name | Percent Cover by Sample Point | |
|---|---|---|---|
| | | 5 | 8 |
| **Herbaceous Species** | | | |
| *Alternanthera philoxeroides* | alligator-weed | 1 | - |
| *Carex albolutescens* | yellow-white sedge | 1 | - |
| *Centella asiatica* | coinwort | - | 5 |
| *Commelina diffusa* | spreading dayflower | 1 | 30 |
| *Diodia virginiana* | buttonweed | 1 | - |
| *Drymaria cordata* | west Indian chickweed | - | 10 |
| *Hydrochloa carolinensis* | water grass | - | 1 |
| *Hydrocotyle umbellata* | many flower marsh pennywort | 1 | 5 |
| *Juncus effusus* | soft rush | 5 | - |
| *Lindernia grandiflora* | savannah false-pimpernel | 1 | - |
| *Ludwigia repens* | creeping seedbox | 1 | - |
| *Lycopus rubellus* | variable water hoarhound | 5 | - |
| *Myrica cerifera* | wax myrtle | 1 | - |
| *Panicum hemitomon* | maidencane | - | 10 |
| *Panicum rigidulum* | redtop panic grass | 1 | - |
| *Paspalum setaceum* | thin paspalum | - | 60 |
| *Polygonum hydropiperoides* | mild water-pepper | 5 | - |
| *Pontederia cordata* | pickerelweed | 70 | - |
| *Ptilimnium capillifolium* | mock bishop's-weed | - | 1 |
| *Sacciolepis striata* | American cupscale | 10 | 5 |
| *Woodwardia virginica* | Virginia chain fern | 1 | 1 |
| **Tree Species** | | | |
| *Taxodium distichum* | bald cypress | 80 | 80 |
| **Summary** | | | |
| | Total Cover Canopy: | 80 | 80 |
| | Total Cover Herbs: | 80 | 100 |
| | Total Cover by Undesirable/Invasive | 1 | 0 |

This area meets all success criteria.

## WILDLIFE OBSERVATIONS

| Scientific Name | Common Name | Area |
|---|---|---|
| Ardea alba | Great Egret | 3,4 |
| Egretta caerulea | Little Blue Heron | 3,4 |
| Egretta thula | Snowy Egret | 3,4 |
| Eudocimus albus | White Ibis | 3,4 |
| Dasypus novemcinctus | armadillo | 21 |
| Odocoileus virginianus | white tailed deer | 21 |
| Procyon lotor | raccoon | 1,4 |
| Bufo sp. | toad (tadpole) | 3 |
| Hyla cinerea | green tree frog | 3 |
| Gambusia affinis | mosquito fish | 3 |

## 4.0   SUMMARY AND MANAGEMENT RECOMMENDATIONS

The mitigation area appears to be rapidly trending towards success.  Some individual community types already meet all success criteria.  Cover by native herbaceous species is high and cover by invasive and exotic species is almost non-existent in most areas.  The only invasive species of concern as of this report appears to be torpedo grass in the slough.  This species was present prior to the initiation of the project.  The sod that was installed on the berms may be another source of the torpedo grass.  A concentrated effort should be made to control this species between now and the next scheduled monitoring report.  The only other invasive species that was observed was a few individual plants of alligator weed.



| Photo Stations | Longitude | Latitude |
|---|---|---|
| 1 | W82° 06' 35.78" | N28° 10' 46.46" |
| 2 | W82° 06' 37.05" | N28° 10' 48.25" |
| 3 | W82° 06' 35.78" | N28° 10' 50.42" |
| 4 | W82° 06' 34.80" | N28° 10' 52.30" |
| 5 | W82° 06' 29.62" | N28° 10' 50.38" |
| 6 | W82° 06' 30.93" | N28° 10' 46.22" |
| 7 | W82° 06' 21.85" | N28° 10' 47.60" |
| 8 | W82° 06' 24.30" | N28° 10' 49.89" |
| 9 | W82° 06' 23.03" | N28° 10' 50.43" |
| 10 | W82° 06' 27.93" | N28° 10' 54.85" |
| 11 | W82° 06' 24.03" | N28° 10' 56.18" |
| 12 | W82° 06' 21.49" | N28° 10' 55.64" |
| 13 | W82° 06' 24.22" | N28° 10' 58.81" |
| 14 | W82° 06' 21.26" | N28° 10' 59.56" |
| 15 | W82° 06' 22.20" | N28° 11' 01.56" |
| 16 | W82° 06' 21.88" | N28° 11' 08.86" |
| 17 | W82° 06' 24.74" | N28° 11' 07.10" |
| 18 | W82° 06' 27.42" | N28° 11' 01.35" |
| 19 | W82° 06' 28.78" | N28° 10' 59.10" |
| 20 | W82° 06' 32.31" | N28° 10' 58.39" |
| 21 | W82° 06' 35.13" | N28° 10' 58.09" |

Legend:
- Upland Enhancement - 23.2 ac.
- Savannah - 19.4 ac.
- Wet Prairie - 14.8 ac.
- Slough Enhancement - 4.2 ac.
- Marsh Enhancement - 7.9 ac.
- Wetland Enhancement 4 (Marshes with Pasture on One Side and SWFWMD Land On The Other Side) - 1.4 ac.
- Forested Wetland Enhancement - 3.8 ac.
- Berms
- Monitoring Stations
- Preserved Trees
- Photo Directions

0   400   800   1,200 Feet
0   121.95   243.9   365.85 Meters

**Figure 1.  Monitoring Station Locations**

**Wetland Restoration, Creation & Enhancement Areas**
**Monitoring Stations**
**Pasco County, Florida**





Image 2008

Sec 33
Twp 26 S
Rng 22 E

3905 Crescent Park Drive      ph. (813) 664-4500
Riverview, FL 33578-3625      fx (813) 664-0440

www.entrix.com

Coordinate System:
NAD 1983 UTM Zone 17N feet

This map and all data contained within are supplied as is with no warranty. ENTRIX, Inc. expressly disclaims responsibility for damages or liability from any claims that may arise out of the use or misuse of this map. It is the sole responsibility of the user to determine if the data on this map meets the user's needs. This map was not created as survey data, nor should it be used as such. It is the user's responsibility to obtain proper survey data, prepared by a licensed surveyor, where required by law.

Date: 12/23/09 Rev. Date: 07/01/2010 PM: JJB GIS Analyst GdA/JMB  Map Document: 1g1_station_map_B_jmb_20100701.mxd Project Number: 7724-006 PDF Document: fig1_station_map_B_jmb_20100701.pdf Plot Size: 8.5 x 11

# Photos of Site Prior to and During Restoration and Enhancement Activities



Photo 1.  Cypress dome in pasture prior to restoration/enhancement.



Photo 2.  Interior of cypress wetland prior to enhancement.



Photo 3.  Interior of cypress wetland prior to enhancement.



Photo 4.  Interior of cypress wetland prior to enhancement.



Photo 5.  Interior of cypress wetland prior to enhancement.



Photo 6.  Sod Removal.



Alston Property

Negative # 70824  2167
Date 08.24.07

Photo 6a.  Alston property immediately following sod stripping.



Photo 7.  Hog fence.



Photo 8.  Hog fencing was buried to a depth of approximate 12".



Photo 9.  Fox Branch Ranch, post-burn, prior to seed harvest.



Photo 10.  Silage cutter used to collect seed.



Photo 11.  Material collected by silage cutter.



Photo 12.  Material collected by flail-vacuum.



Photo 13.  Alston mitigation site immediately following seed sprigging.



Photo 14.  Bahia grass and pine invasion of wetlands on south end of Alston property prior to initiation of the mitigation project.

APPENDIX B

# Photo Stations

**Photostation 1**

Facing North



**Photostation 2**

Facing North



Facing South



Facing South



**Photostation 3**

Facing North



Facing South



**Photostation 4**

Facing North



Facing South



**Photostation 5**

Facing North



Facing South



**Photostation 6**

Facing East



Facing North



**Photostation 7**

Facing North



Facing West



**Photostation 8**

Facing Northwest



Facing Southeast



**Photostation 9**



**Photostation 10**

Facing North



Facing South



**Photostation 11**

Facing North



**Photostation 12**



Facing South



**Photostation 13**

Facing North



Facing South



**Photostation 14**



**Photostation 15**

Facing North



Facing South



**Photostation 16**

Facing South



Facing West



**Photostation 17**

Facing Northwest



Facing Southeast



**Photostation 18**

Facing North



Facing South



**Photostation 19**

Facing Northeast



**Photostation 20**

Facing South



Facing South



Facing West



**Photostation 21**



# Cypress Creek Town Center

## Alston Tract May 2010 Monitoring Report (Event 2)

## SWFWMD Permit Number 43026931.001

## COE Permit Number SAJ-2003-2336

## Pasco County

PREPARED FOR:

MR. THOMAS FARRELL
ENFORCEMENT BRANCH
U.S. ARMY CORPS OF ENGINEERS
10117 PRINCESS PALM DRIVE
SUITE 120
TAMPA, FL 33610

MS. DIANE KIBITLEWSKI
PERMITS DATA GROUP
SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT
2379 BROAD STREET
BROOKSVILLE, FL 34609

PREPARED BY

John J. Bailey, PWS
Project Scientist

Eva E. Bailey, PWS
Vice President



ENTRIX
Down to Earth. Down to Business.™

3905 Crescent Park Dr ▪ Riverview, FL 33578 ▪ T 813.664.4500 ▪ F 813.664.0440

## 1.0    INTRODUCTION

The Alston Mitigation Site is a regionally significant is 249-acre mitigation project provided to compensate for wetland impacts associated with the Cypress Creek Town Center Project. The mitigation site is located within the Hillsborough River basin and is surrounded on three sides by publicly owned lands. SWFWMD owns the lands to the south, east and north sides of the site (SWFWMD's Upper Hillsborough Site).   The mitigation project consists of a mosaic of wetland preservation, upland preservation, wetland enhancement, upland enhancement, wetland restoration and wetland creation.

The 249-acre project consist of three zones; north central and south.  The northern half of the property consists of a large block of preserved wetlands and uplands.  The southern block of the property consists of wetlands that were hydrologically enhanced by the creation of berms and ditch blocks to increase the hydroperiod of these areas.    All the active enhancement, restoration and creation is located in the central portion of the property

The central portion of the project site, prior to initiation of the project, consisted of an area of bahia grass (*Paspalum notatum*) dominated pasture surrounding a number of isolated and contiguous wetlands that had been severely degraded by cattle grazing and timbering (Appendix A, Photos 1 through 5). The bahia grass sod layer was stripped off to a depth of approximately 6 inches in June of 2007 (Appendix A, Photo 6 and 6A).  Soon thereafter hog fencing was installed around the restoration portion of the property (Appendix A, Photo 7 and 8).  A donor site of natural flatwoods located approximately 2 miles to the east of the Alston site (Fox Branch Ranch) was burned in July of 2007 in order to induce seed production in the native plant community.  Seed from the donor site was collected by hand and harvested with a green silage cutter and flail vacuum in December of 2007 (See Appendix A, photos 9 through 13).  The seed and mulch was then sprigged in at the Alston restoration site.

This is the second semi-annual monitoring event and the first annual monitoring report as required by the U.S. Army corps of Engineers (COE) Permit No. SAJ-2003-2336 and the Southwest Florida Water Management District (SWFWMD) Permit No. 43026931.001.  The COE permit requires annual reporting and semi-annual monitoring for a minimum of three years and then annually thereafter until the mitigation is released from the monitoring obligation.  The SWFWMD permit requires annual reporting and semi-annual monitoring until the mitigation is released from the monitoring obligation.

## 2.0    METHODS

Twenty one monitoring stations were established on the project site (Figure 1. Monitoring Station Locations). The locations of the areas to be monitored were chosen in the office and at least one station was established in each of the habitat types shown.  A 6-foot length of iron rebar was installed at each photo station to allow it to be located for future monitoring events.  Photos from each station are included as Appendix B. The following information was collected in the general vicinity of each monitoring location.

    a.  Color photographs taken from fixed reference points (the direction of the photos is shown in Figure 1).
    b.  Estimates of total percent cover of vegetation.
    c.  A list of species present (trees, shrubs and herbs) with an estimate of percent cover.
    d.  Total percent cover of desirable species based on visual estimates.
    e.  Percent cover of each nuisance and/or exotic species based on visual estimates.
    f.  Observations of wildlife use.

Tree and/or shrub density was determined, where necessary, by counting all individuals located in a 0.1-acre plot (a circular plot with a radius of 37.2 feet).