UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-01756 (RCL) |
| ) | |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SIERRA PROPERTIES, et al., ) | |
| ) | |
| Intervenor-Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Sierra Club, Clean Water Action, Gulf Restoration Network, Chris Loy, and Richard Sommerville hereby cross-appeal to the United States Court of Appeals for the District of Columbia Circuit from the June 30, 2010 Order (DN 91) and Memorandum Opinion (DN 92) granting in part defendants' motions for summary judgment and denying in part plaintiffs' motion for summary judgment.

This Appeal includes any and all orders antecedent and ancillary to the judgment, including any and all interlocutory judgments, decrees, decisions, rulings, and opinions that

merged into and became part of the judgment, that shaped the judgment, that are related to the judgment, or upon which the judgment is based.

                                              Respectfully submitted,

                                          /s/  *Howard M. Crystal*
                                         Howard M. Crystal (D.C. Bar No. 446189)
                                         Eric R. Glitzenstein ( (D.C. Bar No. 358287)
                                         Meyer Glitzenstein & Crystal
                                         1601 Connecticut Ave., N.W., Suite 700
                                         Washington, D.C.  20009
                                         (202) 588-5206
                                         hcrystal@meyerglitz.com

September 10, 2010                       Attorneys for Plaintiffs