IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SIERRA CLUB, CLEAN WATER ACTION,
GULF RESTORATION NETWORK, CHRIS LOY,
and RICHARD SOMMERVILLE,

      Plaintiffs,

    v.

LT. GEN. ROBERT L. VAN ANTWERP, in his
official capacity as Chief of Engineers, U.S. Army
Corps or Engineers; KENNETH SALAZAR, in his
official capacity as Secretary, U.S. Department of
the Interior; and ROWAN GOULD,[1] in his official
capacity as Acting Director, U.S. Fish and Wildlife
Service,

      Defendants,

  and

SIERRA PROPERTIES I, LLC; PASCO 54, LTD.;
PASCO RANCH, INC., and JG CYPRESS
CREEK LLC,

      Intervening Defendants.

Civ. No. 1:07-cv-01756-RCL

---

      PLEASE TAKE NOTICE that Lt. Gen. Robert L. Van Antwerp, Kenneth Salazar, and Rowan Gould, in their official capacities as Federal Defendants in the above-captioned action, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's June 30, 2010, Order and Opinion on the parties' cross-motions for summary judgment (D.E. 91, 92), and August 20, 2010, Opinion and Order partially vacating and

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kenneth Salazar and Rowan Gould are substituted for Dirk Kempthorne and H. Dale Hall, respectively.

remanding U.S. Army Corps of Engineers modified permit SAJ-2003-2336 (D.E. 100).

Respectfully submitted this 15th day of October, 2010.

                        IGNACIA S. MORENO
                        Assistant Attorney General

                        *s/ Kristofor R. Swanson*

                        MARK ARTHUR BROWN
                        D.C. Bar No. 470050
                        Senior Trial Attorney
                        U.S. Department of Justice
                        Environment & Natural Resources Division
                        Wildlife and Marine Resources Section
                        P.O. Box 7369
                        Washington, D.C. 20044-7369
                        Telephone: (202) 305-0204
                        Facsimile: (202) 305-0275
                        mark.brown@usdoj.gov

                        JESSICA O'DONNELL
                        D.C. Bar No. 473166
                        Trial Attorney
                        U.S. Department of Justice
                        Environment & Natural Resources Division
                        Environmental Defense Section
                        P.O. Box 23986
                        Washington, D.C. 20026-3986
                        Telephone:  (202) 305-085
                        Facsimile:  (202) 514-8865
                        jessica.odonnell@usdoj.gov

                        KRISTOFOR R. SWANSON
                        Colo. Bar No. 39378
                        U.S. Department of Justice
                        Environment & Natural Resources Division
                        Natural Resources Section
                        P.O. Box 663
                        Washington, D.C. 20044-0663
                        Telephone: (202) 305-0248
                        Facsimile: (202) 305-0274

kristofor.swanson@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of October, 2010, I electronically filed the foregoing document with the clerk of the court using the CM/ECF system, which will send electronic notice of the filing to all counsel of record.

                                          */s/ Kristofor R. Swanson*
                                          Kristofor R. Swanson