# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 10-5284**  **September Term, 2011**
FILED ON: NOVEMBER 29, 2011

SIERRA CLUB, ET AL.,
    APPELLEES

v.

ROBERT L. VAN ANTWERP, LIEUTENANT GENERAL, U.S. ARMY CORP OF ENGINEERS, ET AL.,
    APPELLEES

SIERRA PROPERTIES I, LLC, ET AL.,
    APPELLANTS

Consolidated with 10-5297, 10-5345

Appeals from the United States District Court
for the District of Columbia
(No. 1:07-cv-01756)

**MANDATE**

Before: GARLAND and KAVANAUGH, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby affirmed in part, reversed in part, and the cases are remanded, in accordance with the opinion of the court filed herein this date.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:
    /s/
    Jennifer M. Clark
    Deputy Clerk

Date: November 29, 2011

Opinion for the court filed by Senior Circuit Judge Williams.

*A true copy
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk*