UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-01756 (RCL) |
| ) | |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| SIERRA PROPERTIES, et al., ) | |
| ) | |
| Intervening Defendants ) | |

## DECLARATION OF ERIC R. GLITZENSTEIN

1. I am submitting this Declaration in support of plaintiffs' motion for an award of attorneys' fees and costs. I have been counsel of record in this case since its inception and I am presently acting as lead counsel in the litigation. In order to prepare this Declaration I have reviewed all of plaintiffs' counsels' contemporaneously maintained time and cost records.

2. All of the attorneys who have worked on this case have been employed by Meyer Glitzenstein & Crystal ("MGC"), a public-interest law firm that routinely represents non-profit organizations and individuals in litigation arising under the federal environmental statutes. The firm routinely charges clients well below market rates in order to advance their objectives to protect the environment and for other public-spirited and non-economic reasons. *See* http://www.meyerglitz.com (firm website).

3. According to these records, as of today, attorneys and law clerks/paralegals with MGC

have expended at least 2,615 hours on the merits of this litigation, including 1,289 hours prior to the Court's remand in 2008 and 1,325 hours expended thereafter.  The principal counsel who have worked on the case are Joshua Stebbins, Howard Crystal, and myself.  Mr. Stebbins, who was of counsel with the firm while he worked on this case (he is now the Senior Counsel in the Sierra Club's Washington, D.C. office) graduated from New York University School of Law in 1997.  Mr. Crystal is a 1993 graduate of Georgetown University Law Center and I graduated from that school in 1981.

   4.  According to our records, Mr. Stebbins spent at least 1,829 hours on tasks related to the litigation; Mr. Crystal has spent at least 94 hours; and I have spent at least 356 hours.  In addition, law clerks/paralegals spent at least 325 hours and an associate (Jessica Almy) spent 10.5 hours.

   5.  With regard to plaintiffs' claim under the Endangered Species Act ("ESA"), for which market rates may be awarded, *Laffey* rates as calculated by the U.S. Attorneys' Office for the time frame during which work was done on this case are as follows: for Mr. Stebbins and Mr. Crystal, between $ 390 and $ 435/hour; for Ms. Almy, $ 225/hour; for law clerks/paralegals, between $ 125 and $ 135/hour; and for myself, between $ 440 and $ 495/hour.  If the "updated *Laffey* rates" – which have been applied in a number of cases in this Circuit – are applied as a more appropriate reflection of market rates, then the pertinent rates would be considerably higher.  *See* http://www.laffeymatrix.com/see.html. With regard to plaintiffs' EAJA claim, compensation should be at the presumptive rate set forth in that statute.  *See* 28 U.S.C. § 2412(d)(1)(D)(2)(A) (providing that fees should ordinarily be awarded at the rate of $ 125/hour with appropriate cost of living adjustments).

6. In addition to the time enumerated above, I have spent at least 10 hours to date in reviewing plaintiffs' time records and preparing this fee application. If plaintiffs and defendants are unable to settle the fee claim, additional time will be expended on this matter. Additional time for which a fee award is appropriate may also be spent on the issues remanded by the Court of Appeals. Accordingly, should it be necessary, at the appropriate juncture, I will calculate and set forth in a supplemental declaration the total hours for which plaintiffs believe recovery is appropriate under both the ESA and EAJA.

7. According to our records, Plaintiffs have also expended at least $ 14,200 in costs on the litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

        /s/Eric R. Glitzenstein
        Eric R. Glitzenstein

Date: March 20, 2012