UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIERRA CLUB, et al.,

    Plaintiffs,

v.

                                            Civ. No. 1:07-cv-01756

LT. GEN. ROBERT L. VAN ANTWERP,
in his official capacity as Chief of Engineers,
U.S. Army Corps of Engineers, et al.,

    Defendants,

and

SIERRA PROPERTIES I, LLC, et al.

    Intervening Defendants.

_____/

## CORRECTED STIPULATION[1] AND PROPOSED ORDER AS TO ATTORNEYS' FEES AND COSTS

WHEREAS Plaintiffs (Sierra Club, Clean Water Action, Gulf Restoration Network, Chris Loy, and Richard Sommerville) and Federal Defendants (Robert L. Van Antwerp, in his official capacity as Lieutenant General, U.S. Army Corps of Engineers, Kenneth Lee Salazar, in his official capacity as Secretary , U.S. Department of the Interior, and Daniel M. Ashe, in his official capacity as Director, U.S. Fish and Wildlife Service) through their authorized representatives and without trial or final adjudication of the issues of fact or law with respect to Plaintiffs' application for attorneys' fees and costs in this lawsuit, have reached a settlement thereof;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AS FOLLOWS:

    1.    The parties agree that this "Corrected Stipulation as to Attorneys' Fees and Costs" ("Stipulation") is negotiated in good faith and that it constitutes a settlement of claims that were vigorously contested, denied and disputed by the parties. **This Stipulation replaces the**

---

[1] The Stipulation and Proposed Order as to Attorneys' Fees and Costs (ECF No. 114) contains typographical errors.  To avoid confusion, the parties are submitting this Corrected Stipulation and Proposed Order as to Attorneys' Fees and Costs to replace the previous filing.

**Stipulation and Proposed Order as to Attorneys' Fees and Costs (ECF No. 114), which was filed on July 17, 2012.**

2.      Federal Defendants agree to pay Plaintiffs the amount of **$407,473.0**0 in settlement of Plaintiffs' claims for an award of litigation costs, including attorney' fees, pursuant to the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g)(4) and/or the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  This agreed $407,473.00 award includes $6,100.00 in costs and $401,373.00 in fees.  Plaintiffs agree that such award encompasses the entire amount of attorneys' fees and costs to which they are entitled from any party in the above-captioned matter, including all work and costs already performed or incurred in connection with Plaintiffs' initial Complaint (ECF No. 1), Amended Complaint (ECF No. 65), and Revised Supplemental Amended Complaint (ECF No. 67) through and including the date of this Stipulation and any additional work or costs performed or incurred after this Stipulation, including but not limited to any work associated with filing a Notice of Satisfaction.  Plaintiffs agree that they are not entitled to any further monetary award in connection with the above-captioned matter.

3.      The parties agree to the entry of the Proposed Order approving this Stipulation, which is incorporated below.

4.      Defendants' payment described in Paragraph 2 above will be made by electronic funds transfer to Meyer Glitzenstein & Crystal, for appropriate distribution.

5.      Within ten (10) days of entry of an order approving this Agreement, Plaintiffs will provide Federal Defendants with the following information necessary for Federal Defendants to process the payment described in Paragraph 2 above by electronic funds transfer:  the payee's name; the payee's address; the payee's bank account number; the account type; the name of the payee's bank; the bank routing transit number ("RTN"); and the payee's tax identification number.

6.      Federal Defendants agree to submit all necessary paper work for the processing of

the payment described in paragraph 2 above to the appropriate office(s) within ten (10) business days of receiving the information necessary for processing the electronic funds transfer described in Paragraph 4 above.

7.     Plaintiffs agree that receipt of the payment described in paragraph 2 above shall operate as a release of any and all claims for attorneys' fees and costs that Plaintiffs may have against Federal Defendants or any other party under any authority with respect to any aspect of this litigation. Plaintiffs further agree that any and all claims Plaintiffs may have for such attorneys' fees and costs are hereby waived.

8.     Within 10 days of receipt of payment of fees and costs pursuant to this Stipulation, Plaintiffs will file a Notice of Satisfaction.

9.     This Stipulation has no precedential value as to attorneys' fees and costs and shall not be used as evidence in any other attorneys' fees litigation.

10.     This Stipulation does not constitute an admission by any party to any fact, claim, assertion of violation of any statute or regulation, or defense in this lawsuit. Accordingly, the parties agree that this Stipulation has no precedential value as to any fact, claim, assertion of violation of any statute or regulation, or defense in this lawsuit.

11.     The parties, by their duly authorized representatives, agree to this Stipulation.

12.     The provisions of this Stipulation shall apply to and be binding upon each of the parties including, but not limited to, their officers, directors, servants, employees, successors, and assigns.

13.     This Stipulation constitutes the entire agreement of the parties concerning the rights and obligations discussed herein and subject to dispute in this suit. No other agreement shall govern the rights of the parties with respect to the matters resolved by this Stipulation, except in accordance with the terms herein.

3

STIPULATION AS TO ATTORNEYS' FEES AND COSTS AND PROPOSED ORDER
APPROVED FOR FEDERAL DEFENDANTS:

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

Dated: 7/20/2012                          ___/s/ Mark A. Brown_____
                                          MARK A. BROWN
                                          D.C. Bar No. 470050
                                          Senior Trial Attorney
                                          U.S. Department of Justice
                                          Environment and Natural Resources Division
                                          Wildlife and Marine Resources Section
                                          P.O. Box 7369
                                          Washington, D.C. 20044-7369
                                          (202) 305-0204 (telephone)
                                          (202) 305-0275 (fax)
                                          mark.brown@usdoj.gov (e-mail)

STIPULATION AS TO ATTORNEYS' FEES AND COSTS AND PROPOSED ORDER
APPROVED FOR PLAINTIFFS:

Dated: 7/20/2012                          ___/s/ Eric R. Glitzenstein_____
                                          ERIC R. GLITZENSTEIN
                                          Meyer Glitzenstein & Crystal
                                          1601 Connecticut Avenue, N.W.
                                          Suite 700
                                          Washington, D.C. 20009
                                          (202) 588-5206 (telephone)
                                          (202) 588-5049 (fax)
                                          eric@meyerglitz.com (e-mail)

PURSUANT TO STIPULATION:

    IT IS SO ORDERED.

DATED this 24th day of _____July_____, 2012          _____
                                                     Royce C. Lamberth
                                                     Chief Judge
                                                     United States District Court

4