UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No. 1:07-cv-01756 (RCL) |
| LT. GEN. ROBERT L. VAN ANTWERP, et al., | ) |
| Defendants. | ) |
| and | ) |
| SIERRA PROPERTIES, et al., | ) |
| Intervening Defendants | ) |

**PLAINTIFFS' NOTICE OF SATISFACTION**

Pursuant to the stipulation between the parties concerning attorneys' fees and costs (DE 115), plaintiffs hereby provide notice that they have received the payment provided for by the stipulation.

Respectfully submitted,
_____/S/_____
Eric R. Glitzenstein
(D.C. Bar. No. 358287)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C.  20009
(202) 588-5206

Counsel for Plaintiffs

1